3381 MDS/TBU

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY ) <br> and ALL AMERICA INSURANCE COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> DMH INGREDIENTS, INC., a corporation, ) <br> and GOLDEN GATE BEVERAGE COMPANY, ) <br> ) <br> Defendants. ) | FILED:    JUNE 26 , 2008 <br>    08CV3670 <br> JUDGE GUZMAN <br> MAGISTRATE JUDGE MASON <br> NF |

### COMPLAINT FOR DECLARATORY JUDGMENT

NOW COME the Plaintiffs, ALL AMERICA INSURANCE COMPANY ("ALL AMERICA"), and CENTRAL MUTUAL INSURANCE COMPANY ("CENTRAL MUTUAL") by and through their attorneys, Thomas B. Underwood and Michael D. Sanders, and as their Complaint for Declaratory Judgment against Defendants, DMH INGREDIENTS, INC., ("DMH") and GOLDEN GATE BEVERAGE COMPANY ("GOLDEN GATE"), state as follows:

### General

1.    This is an action for declaratory judgment pursuant to 28 U.S.C. §2201 for judgment that Plaintiffs, ALL AMERICA and CENTRAL MUTUAL, owe no duty to defend or indemnify Defendant DMH with respect to a lawsuit filed by GOLDEN GATE.

**Parties**

2.    ALL AMERICA is incorporated in the State of Ohio, has its principle place of business at 800 South Washington Street, Van Wert, OH 45891-2357, and is authorized to transact business in the State of Illinois.

3.    CENTRAL MUTUAL is incorporated in the State of Ohio, has its principal place of business at 800 South Washington Street, Van Wert, OH 45891-2357, and is authorized to transact business in the State of Illinois.

4.    ALL AMERICA and CENTRAL MUTUAL are part of the Central Insurance Company Group.

5.    DMH is incorporated in the State of Illinois and has its principle place of business at 1228 American Way, Libertyville, Illinois 60048.

6.    GOLDEN GATE is, upon information and belief, a corporation organized pursuant to the laws of the State of California, with its principle place of business located at 1355 Halyard Drive, Suite 180, West Sacramento, California 95691. GOLDEN GATE is joined as a defendant herein solely to be bound in the judgment rendered in this cause. ALL AMERICA and CENTRAL MUTUAL seek no specific or affirmative relief against GOLDEN GATE, and in the event GOLDEN GATE agrees and stipulates in writing to be bound by the court's judgment, ALL AMERICA and CENTRAL MUTUAL will dismiss GOLDEN GATE from this action.

**Jurisdiction and Venue**

7.    Jurisdiction is proper pursuant to 28 U.S.C. §1332 because all plaintiffs are diverse from all defendants and the amount in controversy is in excess of $75,000.

Venue is proper in this District, pursuant to 28 U.S.C. §1391(a)(2), because the named insured on the insurance policies at issue is a resident of this District, the insurance policies at issue were delivered to the named insured in this District and the matters that are subject of this lawsuit occurred in this District.

## Underlying Lawsuit

8.   GOLDEN GATE filed a lawsuit in the United States District Court for the Eastern District of California entitled *Golden Gate Beverage Company, Inc. v. DMH Ingredients, Inc.* bearing cause number 07 CV02247 ("Underlying Lawsuit"). A copy of the complaint in the Underlying Lawsuit is attached hereto as Exhibit A.

9.   The Underlying Lawsuit is in four Counts entitled Count I – Breach of Contract, Count II – Breach of Express Warranty, Count III – Breach of Implied Warranty and Count IV – Breach of Implied Warranty of Fitness for a Particular Purpose.

10.  The Underlying Lawsuit alleges that GOLDEN GATE ordered an additive, Ascorbic Acid, from DMH on or about April 6, 2005 and that GOLDEN GATE put the alleged Ascorbic Acid into soft drinks. It also alleges that after the soft drinks were shipped, it was determined that the additive was Erythorbic Acid and not Ascorbic Acid. The Underlying Suit alleges that DMH's substitution of Erythorbic Acid for Ascorbic Acid breached the express terms of their contract. GOLDEN GATE seeks recovery of manufacturing and shipping costs, fees and taxes, testing costs, destruction costs, storage costs, lost sales and lost profits.

11.  ALL AMERICA is providing a defense of the Underlying Lawsuit to DMH pursuant to a reservation of rights.

**Events Prior to the Underlying Lawsuit**

12.  In October of 2005, DMH received verbal notification from GOLDEN GATE of
     the problem with the order.  On or about December 19, 2005, DMH received from
     GOLDEN GATE test results showing that the chemical supplied was not
     Ascorbic Acid.

**Notice to ALL AMERICA**

13.  On May 19, 2006 DMH gave notice to ALL AMERICA of the claim of
     GOLDEN GATE.

**ALL AMERICA and CENTRAL MUTUAL Policies**

14.  ALL AMERICA issued an insurance policy to DMH INGREDIENTS, INC.
     bearing policy number CLP7879399 which had a policy period of June 12, 2005
     to June 12, 2006 hereinafter ("ALL AMERICA Policy").  A copy of the ALL
     AMERICA Policy is attached hereto as Exhibit B.

15.  CENTRAL MUTUAL issued an insurance policy to DMH Ingredients, Inc.
     bearing policy number CLP8362305 which had a policy period of July 12, 2006
     to July 12, 2007 (CENTRAL MUTUAL 2006/2007 Policy).  That policy provided
     property and inland marine coverage only and no general liability coverage.  A
     copy of that CENTRAL MUTUAL policy is attached as Exhibit C.

16.  CENTRAL MUTUAL renewed policy number CLP8382305 with a policy period
     of July 12, 2007 to July 12, 2008, but with commercial general liability coverage
     (CENTRAL MUTUAL 2007/2008 Policy).  The terms and conditions of that

general liability coverage are the same as contained in the ALL AMERICA Policy. The CENTRAL MUTUAL 2007/2008 policy is attached hereto as Exhibit D.

### COUNT I

17.  ALL AMERICA and CENTRAL MUTUAL reallege Paragraphs 1 through 16 as Paragraph 17 of Count I as if fully stated herein.

18.  The Underlying Lawsuit was not covered under the ALL AMERICA or the CENTRAL MUTUAL 2007/2008 Policy because the Underlying Lawsuit does not seek recovery for bodily injury or property damage caused by an occurrence, as those terms are defined in the ALL AMERICA and CENTRAL MUTUAL insurance policies.

19.  The Underlying Lawsuit is not covered under the ALL AMERICA and CENTRAL MUTUAL 2007/2008 Policy because the Underlying Lawsuit does not seek recovery for damages because of "personal and advertising injury" as those terms are defined in the ALL AMERICA and CENTRAL MUTUAL policies.

20.  Consequently, ALL AMERICA and CENTRAL MUTUAL have no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit.

21.  There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court. Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance

referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiffs, ALL AMERICA MUTUAL INSURANCE COMPANY and CENTRAL MUTUAL INSURANCE COMPANY request this Court to find and declare as follows:

1.      The ALL AMERICA and CENTRAL MUTUAL 2007/2008 insurance policies do not provide insurance coverage for the Underlying Lawsuit.

2.      ALL AMERICA and CENTRAL MUTUAL are not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

3.      Granting ALL AMERICA and CENTRAL MUTUAL all other further relief that this Court deems proper.

## COUNT II

22.    Pleading in the alternative and without prejudice to its other allegations, ALL AMERICA and CENTRAL MUTUAL reallege Paragraphs 1 through 16 as Paragraph 22 of Count II as if fully stated herein.

23.    The Underlying Lawsuit is excluded from coverage by Exclusion A (expected or intended) found within coverage part A of the ALL AMERICA and CENTRAL MUTUAL 2007/2008 insurance policies.

24.    Alternatively, the Underlying Lawsuit is excluded from coverage by Exclusion B (contractual liability) found within coverage part A of the ALL AMERICA and CENTRAL MUTUAL 2007/2008 policies.

25.    Alternatively, the Underlying Lawsuit is excluded by Exclusion M (impaired property) found within coverage part A of the ALL AMERICA and CENTRAL MUTUAL 2007/2008 insurance policies.

26.    Alternatively, the Underlying Lawsuit is excluded from coverage by Exclusion N (sistership exclusion) found within coverage part A of the ALL AMERICA and CENTRAL MUTUAL2007/2008  insurance policies.

27.    No exceptions apply to prevent the application of the aforementioned exclusions.

28.    Consequently, ALL AMERICA and CENTRAL MUTUAL have no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit.

29.    There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court.  Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiffs, ALL AMERICA MUTUAL INSURANCE COMPANY and CENTRAL MUTUAL INSURANCE COMPANY, request this Court to find and declare as follows:

1.    The ALL AMERICA and CENTRAL MUTUAL 2007/2008 insurance policies do not provide insurance coverage for the Underlying Lawsuit.

2.    ALL AMERICA and CENTRAL MUTUAL are not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

7

3.    Granting ALL AMERICA and CENTRAL MUTUAL all other further relief that this Court deems proper.

## COUNT III

30.    Pleading in the alternative and without prejudice to its other allegations, ALL AMERICA realleges Paragraphs 1 through 16 as Paragraph 30 of Count III as if fully stated herein.

31.    DMH violated the terms and conditions of the ALL AMERICA insurance policy by failing to give ALL AMERICA timely notice of the allegations received from GOLDEN GATE in October or December of 2005.

32.    Consequently, ALL AMERICA has no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit.

33.    There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court. Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiff, ALL AMERICA MUTUAL INSURANCE COMPANY, requests this Court to find and declare as follows:

1.    DMH breached the terms and conditions of the ALL AMERICA insurance policy.

2.    ALL AMERICA is not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

8

3.    Granting ALL AMERICA all other further relief that this Court deems proper.

## COUNT IV

34.    Pleading in the alternative and without prejudice to its other allegations, CENTRAL MUTUAL realleges Paragraphs 1 through 16 as Paragraph 34 of Count IV as if fully stated herein.

35.    GOLDEN GATE notified DMH of the problem with its product and sent it test results confirming that the product was not Ascorbic Acid between October and December of 2005.

36.    CENTRAL MUTUAL is not obligated to provide coverage to DMH with respect to the Underlying Lawsuit under the CENTRAL MUTUAL policies pursuant to the doctrines of "known loss" and/or "loss in progress" because DMH knew or had reason to know there was a substantial probability that GOLDEN GATE would make a claim with respect to the alleged Ascorbic Acid.

37.    Consequently, CENTRAL MUTUAL has no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit.

38.    There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court.  Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiff, CENTRAL MUTUAL INSURANCE COMPANY, requests this Court to find and declare as follows:

1.　　The CENTRAL MUTUAL insurance policies do not provide insurance coverage for the Underlying Lawsuit.

2.　　CENTRAL MUTUAL is not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

3.　　Granting CENTRAL MUTUAL all other further relief that this Court deems proper.

## COUNT V

39.　Pleading in the alternative and without prejudice to its other allegations, ALL AMERICA AND CENTRAL MUTUAL reallege Paragraphs 1 through 16 as Paragraph 39 of Count V as if fully stated herein.

40.　The ALL AMERICA AND CENTRAL MUTUAL 2007/2008 policies include commercial property and inland marine coverage. The CENTRAL MUTUAL 2006/2007 Policy provides only commercial property and inland marine coverage.

41.　The commercial property coverage covers only direct physical loss of or damage to "Covered Property" at the premises of DMH Ingredients.

42.　Under the Commercial Inland Marine coverage, coverage is only provided for direct physical loss by a covered peril to DMH's property or the property of others and in DMH's care, custody and control at the premises of DMH.

43.　ALL AMERICA and CENTRAL MUTUAL is not obligated to provide coverage to DMH with respect to the underlying lawsuit with regard to the ALL AMERICA and CENTRAL MUTUAL policies as the allegations of the

Underlying Lawsuit do not allege direct physical loss or damage to Covered Property or direct physical loss caused by a covered peril to DMH's property or the property of others in DMH's care, custody and control as those terms are defined in the Central Mutual policies. Consequently, ALL AMERICA and CENTRAL MUTUAL has no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit.

44.     There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court. Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiffs, ALL AMERICA and CENTRAL MUTUAL INSURANCE COMPANY, requests this Court to find and declare as follows:

1.     The ALL AMERICA and CENTRAL MUTUAL policies do not provide insurance coverage for the Underlying Lawsuit.

2.     ALL AMERICA and CENTRAL MUTUAL are not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

3.     Granting ALL AMERICA and CENTRAL MUTUAL all other further relief that this Court deems proper.

## COUNT VI

45.    Pleading in the alternative and without prejudice to its other allegations, CENTRAL MUTUAL realleges Paragraphs 1 through 16 as Paragraph 45 of Count VI as if fully stated herein.

46.    The CENTRAL MUTUAL 2007/2008 Policy, as part of its insuring agreement, provides as follows there is no coverage for alleged property damage known to the insured prior to the inception of the policy

47.    On May 19, 2006, DMH gave notice to ALL AMERICA of the claim of Golden Gate.

48.    Consequently, even if there had been property damage, which CENTRAL MUTUAL denies, DMH was on notice of that claim of Golden Gate prior to the CENTRAL MUTUAL 2007/2008 Policy's inception and, consequently, CENTRAL MUTUAL has no duty to provide insurance coverage to DMH with respect to the Underlying Lawsuit, under the CENTRAL MUTUAL 2007/2008 Policy.

49.    There is an actual and justicable controversy between the parties which may be determined by a Judgment Order of this Court. Pursuant to the terms of 28 U.S.C. §2201, this Court has the power to declare and adjudicate the rights and liabilities of the parties hereto under the terms and provisions of the policy of insurance referred to herein and to adjudicate the final rights of all parties and give such other and further relief as may be necessary to enforce same.

WHEREFORE, the Plaintiff, CENTRAL MUTUAL INSURANCE COMPANY, requests this Court to find and declare as follows:

1.    The CENTRAL MUTUAL 2007/2008 insurance policy does not provide insurance coverage for the Underlying Lawsuit.

2.    CENTRAL MUTUAL is not obligated to defend or indemnify DMH with respect to the Underlying Lawsuit.

3.    Granting CENTRAL MUTUAL all other further relief that this Court deems proper.

Respectfully submitted,

By:    ____/s/ Thomas B. Underwood_____
       Thomas B. Underwood

Thomas B. Underwood, Atty. #03122933
PURCELL & WARDROPE, CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
(312) 427-3944 (Facsimile)
F:\TBU PUBLIC\3381 DMH\Pleadings\Declaratory.doc

JOHN E. FISCHER, SBN 065792
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:     (916) 446-2300
Facsimile:     (916) 503-4000
Email:     jfischer@murphyaustin.com

08CV 3670

JUDGE GUZMAN

MAGISTRATE JUDGE MASON

NF

Attorneys for Plaintiff
GOLDEN GATE BEVERAGE COMPANY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE BEVERAGE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DMH INGREDIENTS, INC.,<br><br>Defendant. | Case No:<br><br>COMPLAINT<br>[DEMAND FOR JURY TRIAL] |

Plaintiff, for its Complaint against Defendant, states as follows:

## PARTIES

1.     Plaintiff, GOLDEN GATE BEVERAGE COMPANY, INC., ("GOLDEN GATE"), is a producer of soft drinks for overseas markets and is located at 1355 Halyard Drive, Suite 180, West Sacramento, California.

2.     Defendant, DMH INGREDIENTS, INC., ("DMH"), is a provider of ingredients for food and pharmaceutical industries and is located at 1228 American Way, Libertyville, Illinois.

## JURISDICTION AND VENUE

3.     Jurisdiction is proper pursuant to 28 USC section 1332 (a), based upon diversity of citizenship of the parties.

- 1 -

79.003-492294.1

EXHIBIT
A

4.    Plaintiff and Defendant are citizens of different states.  Plaintiff is a citizen of the State of California and Defendant is a citizen of the State of Illinois.

5.    The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.    Venue is proper pursuant to 28 USC section 1391(a) as Defendant resides in the forum district, regularly does business here and a substantial part of the events or omissions giving rise to the claim occurred in this forum district.

## FACTUAL BACKGROUND

7.    On or about January 28, 2005, Plaintiff received from Defendant Specification Sheets for several compounds including Ascorbic Acid.  The Specification Sheet for Ascorbic Acid contained numerous representations with respect to the Ascorbic Acid Defendant offered to sell to Plaintiff.  A true and correct copy of the Specification Sheet provided by Defendant to Plaintiff is attached hereto and incorporated herein as **Exhibit "A."**  At the time Defendant provided the Specification Sheet to Plaintiff, Defendant was aware that Plaintiff was in the business of manufacturing soft drinks for overseas markets.

8.    After receiving the Specification Sheet, Plaintiff qualified Defendant as a supplier for Ascorbic Acid.  Subsequently, on or about April 6, 2005, Plaintiff ordered, pursuant to Purchase Order No. 4500000134, certain products from Defendant including 300 pounds of Ascorbic Acid.  A true and correct copy of the Purchase Order is attached hereto and incorporated herein as **Exhibit "B."**

9.    On or about April 13, 2005, pursuant to Invoice No. 18677, Defendant shipped to Plaintiff products including 330.69 pounds of Ascorbic Acid from Lot No. 4042059.  A true and correct copy of Invoice No. 18677 is attached hereto and incorporated herein as **Exhibit "C."**  Accompanying Invoice 18677 and the product was a Certificate of Analysis for Lot No. 4042059 confirming that the Ascorbic Acid complied with the specifications in the Specification Sheet previously provided to Plaintiff by Defendant.  A true and correct copy of the Certificate of Analysis is attached hereto and incorporated herein as **Exhibit "D."**

10.    Plaintiff incorporated Ascorbic Acid obtained from Defendant into soft drinks which were produced for a customer in Japan.  The subject Ascorbic Acid was utilized to produce

-2-

79.003-492294.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
Attorneys At Law

1  12,799 cartons of a product known as Lemon-Lemon Soda and 6,641 cartons of a product known

2  as Orange Soda. When approximately 90 percent of these soft drinks had been shipped,

3  Plaintiff's Japanese customer notified Plaintiff that its testing determined the soft drinks did not

4  meet the specified requirements for Ascorbic Acid content. The testing done by Plaintiff's

5  Japanese customer determined that the product shipped in Lot 4042059 was not Ascorbic Acid

6  but rather Erythorbic Acid. As a result, Plaintiff's Japanese customer put the entire order on hold.

7       11.    Plaintiff notified Defendant of the findings of its Japanese customer. Defendant

8  was able to obtain some of the purported Ascorbic Acid from Lot No. 4042059 from another one

9  of Defendant's customers. Defendant had that sample tested and the test confirmed that the

10 product was Erythorbic Acid and not Ascorbic Acid.

11      12.    Based upon all the test results, Plaintiff's Japanese customer deemed the soft

12 drinks unacceptable and Plaintiff was obligated to accept them for return and refund the purchase

13 price as well as shipping charges, fees and taxes for import and export and to incur the cost of

14 shipping the soft drinks back to the United States, testing the soft drinks, storing the soft drinks,

15 and destruction of some of the soft drinks. In addition, Plaintiff's Japanese customer ceased its

16 recurring orders and did not purchase any additional soft drinks until approximately mid April

17 2006, thereby causing Plaintiff to lose sales to that customer for approximately six months.

18      13.    All conditions precedent to Defendant's obligation to perform pursuant to the

19 purchase order for the product have been satisfied by Plaintiff or have been waived by Defendant.

20      14.    At all relevant times, Plaintiff lacked prior knowledge of the true nature of the

21 product represented by Defendant as Ascorbic Acid based upon Defendant's assurances in the

22 form of its Specification Sheet and Certificate of Analysis that the product was in fact Ascorbic

23 Acid.

24              COUNT ONE – BREACH OF CONTRACT

25      15.    Plaintiff incorporates and restates herein the allegations contained in Paragraphs 1

26 through 14 above.

27      16.    Defendant entered into a contract with Plaintiff, as is evidence by Purchase Order

28 4500000134, the Specification Sheet, Invoice No. 18677, and the Certificate of Analysis, to

79.003-492294.1

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1   provide Plaintiff with Ascorbic Acid.

2       17.   Defendant breached the express terms of the contract by failing to provide a

3   product that met the specifications set forth in the Specification Sheet and Certificate of Analysis

4   provided by Defendant and the Purchase Order submitted by Plaintiff.

5       18.   As a direct and proximate foreseeable result of the breach of contract by

6   Defendant, Plaintiff has incurred damages in excess of $75,000.00 the exact amount of which has

7   yet to be ascertained, exclusive of costs and interests, in the form of among other things,

8   manufacturing costs, shipping costs, shipping fees and taxes, testing costs, destruction costs,

9   storage costs, lost sales and lost profits.

10   <center>COUNT TWO – BREACH OF EXPRESS WARRANTY</center>

11       19.   Plaintiff incorporates and restates herein the allegations contained in Paragraphs 1

12   through 18 above.

13       20.   At all times Defendant represented and warranted to Plaintiff that the Ascorbic

14   Acid met the specifications in the Specification Sheet previously provided to Plaintiff.

15       21.   Defendant's representations as to the aforementioned quality of the product were

16   part of the transaction between Plaintiff and Defendant.

17       22.   Defendant expected Plaintiff to rely on the aforesaid representations and

18   warranties regarding the quality and character of the product and the aforesaid representation and

19   warranties were of the type upon which a buyer such as Plaintiff would ordinarily rely.

20       23.   Defendant did not limit or exclude express warranties by affirmation, promise,

21   description or sample.

22       24.   Defendant breached its express warranty to sell Plaintiff Ascorbic Acid as

23   promised and Plaintiff was damaged thereby.

24       25.   As a direct proximate and foreseeable result of this breach of express warranty by

25   Defendant, Plaintiff has incurred damages in excess of $75,000.00 the exact amount of which has

26   yet to be ascertained, exclusive of costs and interests, in the form of among other things,

27   manufacturing costs, shipping costs, shipping fees and taxes, testing costs, destruction costs,

28   storage costs, lost sales and lost profits.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

<center>- 4 -</center>

<center>COMPLAINT
[DEMAND FOR JURY TRIAL]</center>

79.603-492204.1

## COUNT THREE – BREACH OF IMPLIED WARRANTY OF MERCHANTIBILITY

26.    Plaintiff incorporates and restates herein the allegations contained in Paragraphs 1 through 25 above.

27.    Defendant is a merchant with respect to the sale of the Ascorbic Acid.

28.    Defendant impliedly warranted to Plaintiff that the product sold to Plaintiff met the Specifications in the Specification Sheet and would be fit for the purpose for which such goods are sold and would conform to the promises or affirmations of fact that were part of the transaction between Plaintiff and Defendant.

29.    The implied warranty of merchantability was not limited or excluded by Defendant.

30.    Defendant breached the implied warranty of merchantability and the Plaintiff has been damaged thereby.

31.    As a direct proximate and foreseeable result of this breach of implied warranty of merchantability by Defendant, Plaintiff has incurred damages in excess of $75,000.00 the exact amount of which has yet to be ascertained, exclusive of costs and interests, in the form of among other things, manufacturing costs, shipping costs, shipping fees and taxes, testing costs, destruction costs, storage costs, lost sales and lost profits.

## COUNT FOUR – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

32.    Plaintiff incorporates and restates herein the allegations contained in Paragraphs 1 through 31 above.

33.    At the time of contacting Defendant had reason to know the particular purpose for which the product was required by Plaintiff.

34.    At the time of contacting Defendant also had reason to know that Plaintiff was relying on the Defendant's skill to furnish suitable Ascorbic Acid.

35.    The implied warranty of fitness for a particular purpose has not been limited or excluded by Defendant.

-5-

79.003-492294.1

COMPLAINT
[DEMAND FOR JURY TRIAL]

1    36.    Defendant breached the implied warranty and fitness for a particular purpose and

2    Plaintiff has been damaged thereby.

3    37.    As a direct proximate and foreseeable result of this breach of the implied warranty

4    and fitness for a particular purpose Defendant, Plaintiff has incurred damages in excess of

5    $75,000.00 the exact amount of which has yet to be ascertained, exclusive of costs and interests,

6    in the form of among other things, manufacturing costs, shipping costs, shipping fees and taxes,

7    testing costs, destruction costs, storage costs, lost sales and lost profits.

8    WHEREFORE, Plaintiff prays for judgment as follows:

9    1.    That judgment be entered against Defendant on Counts One through Four of the

10    Complaint and damages be awarded in excess of $75,000.00 the exact amount of which has yet to

11    be ascertained, exclusive of costs and interests, in the form of among other things, manufacturing

12    costs, shipping costs, shipping fees and taxes, testing costs, destruction costs, storage costs, lost

13    sales and lost profits as determined by a jury after trial;

14    2.    That Plaintiff be awarded its costs of suit; and

15    3.    All other relief the Court deems just and necessary.

16    JURY DEMAND

17    Plaintiff hereby demands a trial by jury for all issues in this matter.

18

19    Dated: October 18, 2007                MURPHY AUSTIN ADAMS SCHOENFELD LLP

20

21                                            By: *[signature]*

22                                            JOHN E. FISCHER
                                              Attorneys for Plaintiff GOLDEN GATE
23                                            BEVERAGE COMPANY, INC.

24

25

26

27

28

-6-                                            79.003-492294.1

COMPLAINT
[DEMAND FOR JURY TRIAL]

MURPHY AUSTIN ADAMS SCHOENFELD LLP
Attorneys At Law

# EXHIBIT "A"

# DMH
## Ingredients
INC.

www.dmhingredients.com

Quality ingredients for the
food and pharmaceutical industries

# ASCORBIC ACID USP-80 MESH
## Product Specifications

**SPECIFICATIONS:**

Purity                         99.87%
Specific Rotation        21°
Residue on Ignition  0.01%
Acidity-PH                  2.37
Melting Point Range 191° C.
Heavy Metals less than 3 PPM

**SOURCE:**          China

**STORAGE:**
Preserve in sealed, light-resistant containers. Avoid exposure to
moisture and excessive heat. Optimum storage at room temperature
(72 degrees F) or below.

**SHELF LIFE:**
Under optimum storage conditions, Ascorbic Acid will maintain
100% potency for a minimum of one year. Over longer periods of
time, discoloration may appear. Discoloration DOES NOT adversely
effect potency.

**GRANULATION:**
100% through an 80 mesh screen

**KOSHER:**    Yes

**FOB POINTS:**
Chicago
New York
Los Angeles

**FDA STATUS:**
Vitamin C (ascorbic acid) is generally recognized as safe (GRAS)
as a nutrient, dietary supplement and preservative (antioxidant).

1228 AMERICAN WAY  ·  LIBERTYVILLE, IL 60048  ·  (847) 362-9977  · FAX (847) 362-6988
3187 HENNEPIN AVENUE  ·  SUITE 201  ·  MINNEAPOLIS, MN 55408  ·  (612) 823-7777  ·  FAX (612) 823-7788

# EXHIBIT "B"

09/25/2008 14:54 9163723619 PAGE 03/03

Sep 26 06 04:33p Golden Gate Beverage 9163723619 p.3

# Purchase Order

GOLDEN GATE BEVERAGE CO. INC.

Vendor: 102059
DMH INGREDIENTS
1412 MOMENTUM PLACE
CHICAGO IL 60055-8311

**Purchase Order:** 4500000134
**Issue Date:** 04/06/2006
**Payment Terms:** Within 30 days Due net
**Ship via:**
**Freight Terms:** Please ship

**Bill to:**
GOLDEN GATE BEVERAGE COMPANY INC.
P.O. BOX 160608
SACRAMENTO CA 95816-0608

**Ship to:**
WEST-SAC
WEST-SAC
2860 INDUSTRIAL BLVD.
WEST SACRAMENTO CA 95691-3425

| Item | Material | Material Description | Need Date | Quantity/UOM |
|---|---|---|---|---|
| 00010 | 133000001 | CITRIC ACID | | 11,000/LB |
| 00020 | 133000025 | ACESULFAME (ACE-K) | | 441/LB |
| 00030 | 133000092 | SODIUM BENZOATE | | 5,000/LB |
| 00040 | 133000015 | ASCORBIC ACID VITAMIN C | | 300/LB |
| 00050 | 133000010 | SODIUM CITRATE | | 3,000/LB |

Header Notes:

AUTHORIZED SIGNATURE

Buyer:

Approval:

Page: 1 / 1

SAC COKE SCHEDULING

09/25/2006 14:51 18167315397

# EXHIBIT "C"

Sep 26 06 04:33p   Golden Gate Beverage        8163723619        p.2
12-05-2005  08:08am  From-SACRAMENTO COCA COLA BOTTLING  8168282820  T-157  P.001/001  F-832

Case 2:07-at-00992   Document 2   Filed 10/19/2007   Page 12 of 14

**DMH Ingredients, Inc.**
1228 American Way
Libertyville, IL 60048
Phone: (847) 362-9977
Fax: (847) 362-9988

# DMH Ingredients INC.

APR 1 8 REC'D

# Invoice

INVOICE NO.
1B677

DATE
04/13/05

REMIT PAYMENT TO:
DMH Ingredients, Inc.
1412 Momentum Place
Chicago, IL 60689-5311

BILL TO:
GOLDEN GATE BEVERAGES INC.
P.O. BOX 160608
SACRAMENTO, CA 95816-060

SHIP TO:
GOLDEN GATE BEVEAGE
2660 INDUSTRIAL BLVD.
WEST SACRAMENTO, CA 95691

| SHIP DATE | ORDER NO. | SHIP VIA | FOB | TERMS |
|---|---|---|---|---|
| 4/13/2005 | 23404 | BIG DOG | PREPAID | |
| BUYER | SALES REP | P.O. NO. | CUSTOMER ID | DUE DATE |
| TOM | IRA KOPIN | 4500000134 | GOLDG | |

| ITEM NO. | DESCRIPTION | QTY ORDERED | QTY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|---|---|
| CITRIC-CH | CITRIC ACID CHINESE | 11,000.00 LB | 11,000.0000 LB | 0.58 LB | 6,380.00 |
| SOD-SODBENZ | SODIUM BENZOATE (E.D.F.) | 5,015.37 LB | 5,015.3700 LB | 1.35 LB | 6,770.75 |
| ASC-001-25 | ASCORBIC ACID | 330.69 LB | 330.6900 LB | 2.75 LB | 909.40 |
| SOD-CITRATE | SODIUM CITRATE-CHINESE | 3,000.00 LB | 3,000.0000 LB | 0.65 LB | 1,950.00 |
| PALLET | PALLET | 9.00 EACH | 9.0000 EAC | 7.00 EACH | 63.00 |
| | Lot Number | Quantity | Unit | | |
| | AXS-0501-148 | 11,000.000 | LB | | |
| | 1121840502 | 3,195.670 | LB | | |
| | 1121850104 | 1,212.530 | LB | | |
| | 4042056 | 609.170 | LB | | |
| | | 330.690 | LB | | |
| | SXS-0411-015 | 3,000.000 | LB | | |

Subtotal 16,073.15
Freight 0.00
Total 16,073.15

# EXHIBIT "D"

Case 1:08-cv-03670    Document 1-2    Filed 06/26/2008    Page 14 of 14

09/25/2008   16:54   9163723619
Sep 25 06 04:33p   Golden Gate Beverage   9163723618   p.4
Case 2:07-at-00992    Document 2    Filed 10/19/2007   Page 14 of 14

## Certificate of Analysis

Product: Ascorbic Acid              Analysis standard: BP2000/USP24
Batch No.: 04042059                 Quantity: 900kgs
Manufacturing Date: APR.,2004       EXP Date: MAY.,2006

| Item | Analysis Standard | | Result |
|---|---|---|---|
| Characteristics | White crystalline powder | | Pass |
| Identification | Positive Reaction | Positive Reaction | Pass |
| Melting Point | ≈190°C | | 191.0°C |
| pH | 2.1~2.6 | | 2.4 |
| Clarity of Solution | Pass | | Pass |
| Color of Solution | ≤BY₇ | | <BY₇ |
| Copper Salt | ≤5ppM | | <5ppM |
| Heavy Metal | ≤10ppM | ≤20ppM | <3ppM |
| Ferrite | ≤2ppM | | <2ppM |
| Oxalate | ≤0.2% | | <0.2% |
| Sulfated Ash | ≤0.1% | ≤0.1% | 0.01% |
| Specific Rotation | +20.5°~+21.5° | +20.5°~+21.5° | +21.2° |
| Assay | 99.0~100.5% | 99.0~100.5% | 99.78% |
| Organic Volatile Impurities | | Pass | Pass |

Conclusion: The above product complies with BP2000/USP24

Manufacturer: Weishang Pharmaceutical(Shijiazhuang)Co., Ltd



CENTRAL
INSURANCE
COMPANIES ®

*–Since 1876–*

08CV 3670
JUDGE GUZMAN
MAGISTRATE JUDGE MASON
        NF

This is to certify that this is a true and
exact copy of the wording of the policy
as it existed on

Date of Loss __10/1/05__

Policy No. __7879399__

Date Prepared __11/19/07__

By __Patty Jones__

# *Central Premier.* ®

## COMMERCIAL POLICY



# All America Insurance Company

Home Office – Van Wert, Ohio
Established 1876

20-1901 09/92



EXHIBIT
B



**CENTRAL**
INSURANCE
COMPANIES

*–Since 1876–*

**WHOLESALE POLICY**
COMMON DECLARATIONS

ALL AMERICA INSURANCE COMPANY
**POLICY NUMBER:** CLP 7879399
**NAMED INSURED AND MAILING ADDRESS**
    D M H INGREDIENTS INC
    D DAMLICH AND CO
    T HATCH AND CO INC
    AMERICAN WAY PROPERTIES LLC
    DBA MALLOW CREME
    1228 AMERICAN WAY
    LIBERTYVILLE IL        60048-3936

REWRITE OF POLICY 7879399
**AGENT** 5580          (847)640-8000
MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL 60006-0670

**POLICY PERIOD:**    FROM 06/12/2005    TO 06/12/2006
                AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**BUSINESS DESCRIPTION:**    FOOD BROKER/DISTRIBUTOR
**FORM OF BUSINESS:**    CORPORATION

---

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:

|  | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | $8,388.00 |
| COMMERCIAL INLAND MARINE COVERAGE PART | $821.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | $5,119.00 |
| THE ADVANCE PREMIUM DUE AT INCEPTION IS  ------------------ | $14,328.00 |

THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO ALL COVERAGE PARTS AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

12-1416 10 92   20-1769 08 91   20-1901 09 92   20-2078 05 01    IL0017 11 98

---

COUNTERSIGNED BY                                  DATE 09/30/2005        24

PRESIDENT                                     SECRETARY  *Edward P. Bull*

THESE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH THE COVERAGE PART COVERAGE FORM(S), AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
20-1595 11 85                                               PAGE 001 of 001



**CENTRAL INSURANCE COMPANIES**
~Since 1876~

**POLICY NUMBER:** CLP 7879399

--- LOSS PAYEE SCHEDULE ---

FIFTH THIRD BANK
1701 GOLF RD #900
ROLLING MEADOWS IL          60008

FOR PREMISES   1 BUILDING   1
LOAN NUMBER NOT SUPPLIED
REFER TO FORM CP1218 PARA B

12-1416 10 92

## QUARTERLY PREMIUM PAYMENT ENDORSEMENT

You have expressed a desire to pay your premium in four (4) installments. In return for the payment plan, you agree to pay the installment premium payments as computed below:

Annual premium PLUS $25.00 service charge equals the total amount due, then divide by 4. The first payment is due at inception; the remaining payments are due at the end of three, six and nine months.

12-1416 10 92

20-1769 08/91

## PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND ALL AMERICA INSURANCE COMPANIES

**IN WITNESS WHEREOF,** we have executed and attested this policy. If required by state law, this policy is not valid unless it is countersigned by our authorized representative.

President

*Edward P. Bell*

Secretary

20-1769 08/91

20-2078 05/01



CENTRAL
INSURANCE
COMPANIES

–Since 1876–

## AVAILABLE PAY PLANS

**The company offers:**

1.  Annual Pay – the premium is paid in one installment due on the effective date of the policy.

2.  Semi-Annual Pay – the premium is paid in two installments due 180 days apart with the first installment due on the effective date of the policy.

3.  Quarterly Pay – the premium is paid in four installments of 25% each due every 90 days with the first installment due on the effective date of the policy.

4.  MAPS (Monthly Account Premium Service) * – a down payment of two months premium is due on the effective date of the policy with ten additional monthly installments.

5.  MAPS Express (EFT) * – a down payment of two months premium is due on the effective date of the policy with ten additional monthly withdrawals.

* Not available for Personal Lines policies in New Jersey.

20-2078 05/01

IL0017 11 98

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. CANCELLATION**

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations or Change Endorsement is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. PREMIUMS**

The first Named Insured shown in the Declarations or Change Endorsement:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL0017 11 98                    Copyright, Insurance Services Office, Inc., 1998



CENTRAL
INSURANCE
COMPANIES

~Since 1876~

# CENTRAL PREMIER PLUS
## INCLUDING EQUIPMENT BREAKDOWN COVERAGE
### COMMERCIAL PROPERTY COVERAGE PART
### DECLARATIONS

ALL AMERICA INSURANCE COMPANY

POLICY NUMBER: CLP 7879399     POLICY PERIOD:     FROM 06/12/2005     TO 06/12/2006

NAMED INSURED: D M H INGREDIENTS INC

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART
AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING
ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

```
CP0010 04 02    CP0030 04 02    CP0090 07 88    CP1030 04 02    CP1218 06 95
14-2012 11 85   14-2660 04 02   14-3049 04 04   14-3064 04 04   20-2118 01 03
IL0118 07 02    IL0284 07 02    IL0952 11 02
```

---

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A
LIMIT OF INSURANCE IS SHOWN.

PREMISES  BLDG
   NO       NO
   01       01     1228 AMERICAN WAY, LIBERTYVILLE, IL                 60048-0000
                   OCCUPANCY:  METAL MACHINE CO

DEDUCTIBLE:   $2,500   EACH OCCURRENCE

| COVERAGES | LIMIT OF INSURANCE | COINSURANCE OR LIMITATION | COVERED CAUSES OF LOSS |
|---|---|---|---|
| BUILDING | $2,446,000 | NONE | SPECIAL FORM CP1030 |
| YOUR PERSONAL PROPERTY | $740,000 | NONE | SPECIAL FORM CP1030 |
| PERSONAL PROPERTY OTHERS | NO COVERAGE | | |
| BUSINESS INCOME INCLUDING RENTAL VALUE | $267,000 | NONE | SPECIAL FORM CP1030 |

OPTIONAL COVERAGES/EXCLUSIONS
  REPLACEMENT COST APPLIES TO BUILDING AND YOUR PERSONAL PROPERTY.

PREMIER PLUS INCLUDING EQUIPMENT BREAKDOWN                              $1,912
   PREMIER PLUS  14-3049
      SECTION I COVERAGE EXTENSION LIMIT:     $50,000
   EQUIPMENT BREAKDOWN  14-3064
      DEDUCTIBLE:    $500 EACH OCCURRENCE

PREMIUM FOR CERTIFIED ACTS OF TERRORISM
   UNDER THE TERRORISM RISK INSURANCE ACT IS                          $62.00

---

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS     $8,388.00

DATE 09/30/2005                    24

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S)
AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

14-2012 11 85

## QUICK REFERENCE
## COMMERCIAL PROPERTY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Property Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Property Conditions, Common Policy Conditions and Endorsements, if applicable.  Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

**DECLARATIONS**

Named Insured and Mailing Address
Policy Period
Description of Business
Coverage Provided and Limits of Insurance
Optional Coverages
Forms and Endorsements applying to the Coverage
    Part at time of issue

**COVERAGE FORM(S)**

COVERAGE

Covered Property (If Applicable)
Property Not Covered (If Applicable)
Covered Causes of Loss (If Applicable)
Additional Coverage (If Applicable)
Coverage Extensions (If Applicable)

EXCLUSIONS

LIMITS OF INSURANCE

DEDUCTIBLE (If Applicable)

LOSS CONDITIONS (If Applicable)

ADDITIONAL CONDITIONS (If Applicable)

OPTIONAL COVERAGES (If Applicable)

DEFINITIONS (If Applicable)

**CAUSES OF LOSS FORM (If Applicable)**

Covered Causes of Loss
Exclusions
Limitations (If Applicable)
Additional Coverage (If Applicable)

**COMMERCIAL PROPERTY CONDITIONS (CP0090)**

Concealment, Misrepresentation and Fraud
Control of Property
Insurance Under Two or More Coverages
Legal Action Against Us
Liberalization
No Benefit to Bailee
Other Insurance
Policy Period, Coverage Territory
Transfer of Rights of Recovery Against Others to Us

**COMMON POLICY CONDITIONS (IL0017) - See Common Declarations**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

**ENDORSEMENTS (If Any)**

CP0010 04 02

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

### A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations or Change Endorsement caused by or resulting from any Covered Cause of Loss.

**1.  Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations or Change Endorsement for that type of property.

**a.  Building,** meaning the building or structure described in the Declarations or Change Endorsement, including:

  **1)**  Completed additions;

  **2)**  Fixtures, including outdoor fixtures;

  **3)**  Permanently installed:

   **a)**  Machinery; and

   **b)**  Equipment;

  **4)**  Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

   **a)**  Fire extinguishing equipment;

   **b)**  Outdoor furniture;

   **c)**  Floor coverings; and

   **d)**  Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  **5)**  If not covered by other insurance:

   **a)**  Additions under construction, alterations and repairs to the building or structure;

   **b)**  Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b.  Your Business Personal Property** located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or Change Endorsement or on Your Business Personal Property – Separation of Coverage form:

  **1)**  Furniture and fixtures;

  **2)**  Machinery and equipment;

  **3)**  "Stock";

  **4)**  All other personal property owned by you and used in your business;

  **5)**  Labor, materials or services furnished or arranged by you on personal property of others;

  **6)**  Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

   **a)**  Made a part of the building or structure you occupy but do not own; and

   **b)**  You acquired or made at your expense but cannot legally remove;

  **7)**  Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c.  Personal Property Of Others** that is:

  **1)**  In your care, custody or control; and

  **2)**  Located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

 Copyright, ISO Properties, Inc., 2001

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.   Property Not Covered**

Covered Property does not include:

a.   Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b.   Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c.   Automobiles held for sale;

d.   Bridges, roadways, walks, patios or other paved surfaces;

e.   Contraband, or property in the course of illegal transportation or trade;

f.   The cost of excavations, grading, backfilling or filling;

g.   Foundations of buildings, structures, machinery or boilers if their foundations are below:

1)   The lowest basement floor; or

2)   The surface of the ground, if there is no basement;

h.   Land (including land on which the property is located), water, growing crops or lawns;

i.   Personal property while airborne or waterborne;

j.   Bulkheads, pilings, piers, wharves or docks;

k.   Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l.   Retaining walls that are not part of a building;

m.   Underground pipes, flues or drains;

n.   Electronic data, except as provided under Additional Coverages – Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph n., does not apply to your "stock" of prepackaged software.

o.   The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of accounts, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

p.   Vehicles or self-propelled machines (including aircraft or watercraft) that:

1)   Are licensed for use on public roads; or

2)   Are operated principally away from the described premises.

This paragraph does not apply to:

a)   Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

b)   Vehicles or self-propelled machines, other than autos, you hold for sale;

c)   Rowboats or canoes out of water at the described premises; or

d)   Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

q.   The following property while outside of buildings:

1)   Grain, hay, straw or other crops;

2)   Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.   Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

**. 4. Additional Coverages**

**a. Debris Removal**

**1)** Subject to Paragraphs **3)** and **4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**2)** Debris Removal does not apply to costs to:

**a)** Extract "pollutants" from land or water; or

**b)** Remove, restore or replace polluted land or water.

**3)** Subject to the exceptions in Paragraph **4)**, the following provisions apply:

**a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**b)** Subject to **a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**· 4)** We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or.damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **4)a)** and/or **4)b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered PRoperty that has sustained loss or damage, plus $10,000. .

**5)** Examples

The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| · Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss. payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $80,000 |
| Amount of Loss Payable | $79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense | $30,000 |
| Debris Removal Expense Payable | |
| Basic Amount ·. | $10,500 |
| Additional Amount | · $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would

 Copyright, ISO Properties, Inc., 2001

exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph 4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b.    Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

1)    While it is being moved or while temporarily stored at another location; and

2)    Only if the loss or damage occurs within 30 days after the property is first moved.

**c.    Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

1)    Assumed by contract or agreement prior to loss; or

2)    Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.    Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e.    Increased Cost Of Construction**

1)    This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

2)    In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.3) through e.9) of this Additional Coverage.

3)    The ordinance or law referred to in e.2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

4)    Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

    a)    You were required to comply with before the loss, even when the building was undamaged; and

    b)    You failed to comply with.

5)    Under this Additional Coverage, we will not pay for:

    a)    The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

    b)    Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

6)    The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

Copyright, ISO Properties, Inc., 2001

**7)** With respect to this Additional Coverage:

  **a)** We will not pay for the Increased Cost of Construction:

   **i)** Until the property is actually repaired or replaced, at the same or another premises; and

   **ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

  **b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.6)** of this Additional Coverage, is the increased cost of construction at the same premises.

  **c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

**2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

  **a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

  **b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.

  **c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

  **d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**4)** The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.** **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**a)** Your new buildings while being built on the described premises; and

**b)** Buildings you acquire at locations, other than the described premises, intended for:

   **i)** Similar use as the building described in the Declarations or Change Endorsement; or

   **ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**2) Your Business Personal Property**

**a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

   **i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

   **ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

   **iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**b)** This Extension does not apply to:

   **i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

   **ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**a)** This policy expires;

**b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. This Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**2)** If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**3)** If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations or Change

 Copyright, ISO Properties, Inc., 2001

Endorsement. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.    Property Off-Premises**

1)    You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

a)    Temporarily at a location you do not own, lease or operate;

b)    In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

c)    At any fair, trade show or exhibition.

2)    This Extension does not apply to property:

a)    In or on a vehicle; or

b)    In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

3)    The most we will pay for loss or damage under this Extension is $10,000.

**e.    Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1)    Fire;

2)    Lightning;

3)    Explosion;

4)    Riot or Civil Commotion; or

5)    Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.    Non-Owned Detached Trailers**

1)    You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

a)    The trailer is used in your business;

b)    The trailer is in your care, custody or control at the premises described in the Declarations; and

c)    You have a contractual responsibility to pay for loss or damage to the trailer.

2)    We will not pay for any loss or damage that occurs:

a)    While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

b)    During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

3)    The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

4)    This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.    EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

**C.    LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.   DEDUCTIBLE**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting aount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits Insurance apply, the losses will be combined in determining application of the Deductible.   But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance - Bldg. 1:  $60,000
Limit of Insurance - Bldg. 2:  $80,000

Loss to Bldg. 1:  $60,100
Loss to Bldg. 2:  $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1.  plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250

$59,850   Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2.  Loss payable for Bldg. 2. is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,00 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:  $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:  $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:       $ 60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:       $ 80,000 (Limit of Insurance)
Total amount of loss payable: $140,000

**E.   LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.   Abandonment**

There can be no abandonment of any property to us.

**2.   Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.   Pay its chosen appraiser; and

b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.   Duties In The Event Of Loss Or Damage**

a.   You must see that the following are done in the event of loss or damage to Covered Property:

1)   Notify the police if a law may have been broken.

2)   Give us prompt notice of the loss or damage. Include a description of the property involved.

**3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

#### 4. Loss Payment

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**1)** Pay the value of lost or damaged property;

**2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**3)** Take all or any part of the property at an agreed or appraised value; or

**4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**1)** We have reached agreement with you on the amount of loss; or

**2)** An appraisal award has been made.

#### 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

#### 6. Vacancy

**a. Description Of Terms**

**1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **1)a)** and **1)b)** below:

**a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such

**F.    ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.    Coinsurance**

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies.

**a.**    We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations or Change Endorsement is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**1)**    Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**2)**    Divide the Limit of Insurance of the property by the figure determined in step **1)**;

**3)**    Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **2)**; and

**4)**    Subtract the deductible from the figure determined in step **3)**.

We will pay the amount determined in step **4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step 1):  $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2):  $100,000 ÷ $200,000 = .50

Step 3):  $40,000 x .50 = $20,000

Step 4):  $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.**    If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

| | |
|---|---|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| | |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and | |
| Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | $30,000 |
| Bldg. at Location No. 2 | |
| Personal Property at Location No. 2. | $20,000 |
| | $50,000 |

Step 1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step 2): $180,000 ÷ $225,000 = .80

Step 3): $50,000 x .80 = $40,000

Step 4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

2. **Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations or Change Endorsement in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations or Change Endorsement the following Optional Coverages apply separately to each item.

1. **Agreed Value**

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations or Change Endorsement.

b. If the expiration date for this Optional Coverage shown in the Declarations or Change Endorsement is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

1) On or after the effective date of this Optional Coverage; and

2) Before the Agreed Value expiration date shown in the Declarations or Change Endorsement or the policy expiration date, whichever occurs first.

2. **Inflation Guard**

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations or Change Endorsement.

b. The amount of increase will be:

1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

2) The percentage of annual increase shown in the Declarations or Change Endorsement, expressed as a decimal (example: 8% is .08), times

3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning | |
| of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $3,200 |

3. **Replacement Cost**

   a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   b. This Optional Coverage does not apply to:
      1) Personal property of others;
      2) Contents of a residence;
      3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or
      4) "Stock," unless the Including "Stock" option is shown in the Declarations or Change Endorsement.

      Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

   c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   d. We will not pay on a replacement cost basis for any loss or damage:
      1) Until the lost or damaged property is actually repaired or replaced; and
      2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

      With respect to tenants' improvements and betterments, the following also apply:

      3) If the conditions in **d.1)** and **d.2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and
      4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

   e. We will not pay more for loss or damage on a replacement cost basis than the least of **1)**, **2)** or **3)**, subject to **f.** below:
      1) The Limit of Insurance applicable to the lost or damaged property;
      2) The cost to replace the lost or damaged property with other property:
         a) Of comparable material and quality; and
         b) Used for the same purpose; or
      3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

      If a building is rebuilt at a new premises, the cost described in **e.2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

   a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.1)** of the Replacement Cost Optional Coverage is deleted and all other

 Copyright, ISO Properties, Inc., 2001

provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H.    DEFINITIONS

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Properties, Inc., 2001

CP0030 04 02

## BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- Definitions**.

### A.  Coverage

#### 1.  Business Income

Business Income means the:

  **a.**  Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

  **b.**  Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations or Change Endorsement:

  **a.**  Business Income including "Rental Value."

  **b.**  Business Income other than "Rental Value."

  **c.**  "Rental Value."

If option **a.** above is selected, the term Business Income will include "Rental Value." If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations or Change Endorsement and for which a Business Income Limit of Insurance is shown in the Declarations or Change Endorsement. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises is located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

  **a.**  The portion of the building which you rent, lease or occupy; and

  **b.**  Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

#### 2.  Extra Expense

  **a.**  Extra Expense coverage is provided at the premises described in the Declarations or Change Endorsement only if the Declarations or Change Endorsement show that Business Income coverage applies at that premises.

  **b.**  Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

  We will pay Extra Expense (other than the expense to repair or replace property) to:

  **1)**  Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

  **2)**  Minimize the "suspension" of business if you cannot continue "operations."

  We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

#### 3.  Covered Causes Of Loss, Exclusions And Limitations

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

          Copyright, Insurance Services Office, Inc., 2001

2) "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

b) Ends on the earlier of:

i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

ii) 30 consecutive days after the date determined in 2)a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption of Computer Operations**

1) Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption of Computer Operations.

2) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

3) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

a) If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

b) If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption of Computer Operations includes Collapse as set forth in that Form.

c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption of Computer Operations.

d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

4) The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

5) This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration," even if the amount of insurance stated in 4) above has not been exhausted.

6. **Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

a. You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

   **b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

   **c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

   **1)** This policy expires;

   **2)** 30 days expire after you acquire or begin to construct the property; or

   **3)** You report values to us.

   We will charge you additional premium for values reported from the date you acquire the property.

   This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

   **a.** You must see that the following are done in the event of loss:

   **1)** Notify the police if a law may have been broken.

   **2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

   **3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

   **4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   **6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **7)** Cooperate with us in the investigation or settlement of the claim.

   **8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

          Copyright, Insurance Services Office, Inc., 2001

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 3. Loss Determination

**a.** The amount of Business Income loss will be determined based on:

1) The Net Income of the business before the direct physical loss or damage occurred;

2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

4) Other relevant sources of information, including:

   **a)** Your financial records and accounting procedures;

   **b)** Bills, invoices and other vouchers; and

   **c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

   **a)** The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

   **b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

### c. Resumption Of Operations

We will reduce the amounf of your:

1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

### 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

## D. Additional Condition

### Coinsurance

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**a.** The Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement; times

**b.** The sum of:

1) The Net Income (Net Profit or Loss before income taxes), and

2) Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 Copyright, Insurance Services Office, Inc., 2001

Instead, we will determine the most we will pay using the following steps:

1.  Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2.  Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

3.  Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1.  Prepaid freight - outgoing;

2.  Returns and allowances;

3.  Discounts;

4.  Bad debts;

5.  Collection expenses;

6.  Cost of raw stock and factory supplies consumed (including transportation charges);

7.  Cost of merchandise sold (including transportation charges);

8.  Cost of other supplies consumed (including transportation charges);

9.  Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form **CP1511** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if form **CP1510** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $80,000 |

Step 1:  $400,000 \times 50\% = $200,000$

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:  $150,000 \div $200,000 = .75$

Step 3:  $80,000 \times .75 = $60,000$

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $200,000 |
| | The amount of loss is | $80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

  Copyright, Insurance Services Office, Inc., 2001

**E.   Optional Coverages**

If shown as applicable in the Declarations or Change Endorsement, the following Optional Coverages apply separately to each item.

**1.   Maximum Period Of Indemnity**

   a.   ·The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b.   The most we will pay for the total of Business Income loss and Extra Expense is lesser of:

   1)   The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

   2)   The Limit of Insurance shown in the Declarations or Change Endorsement.

**2.   Monthly Limit Of Indemnity**

   a.   The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

   b.   The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

   1)   The Limit of Insurance, multiplied by

   2)   The fraction shown in the Declarations or Change Endorsement for this Optional Coverage.

**Example:**

When:   The Limit of Insurance is                                         $120,000

The fraction shown in the Declarations
or Change Endorsement for this
for this Optional Coverage is                                             1/4

The most we will pay for loss in each
period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount
of loss is:

Days 1-30                                         $40,000
Days 31-60                                         20,000
Days 61-90                                         30,000
                                                  $90,000

We will pay:
Days 1-30                                         $30,000
Days 31-60                                         20,000
Days 61-90                                         30,000
                                                  $80,000

The remaining $10,000 is not covered.

**3.   Business Income Agreed Value**

   a.   To activate this Optional Coverage:

   1)   A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

   a)   During the 12 months prior to the date of the Work Sheet; and

   b)   Estimated for the 12 months immediately following the inception of this Optional Coverage.

   2)   The Declarations or Change Endorsement must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations or Change Endorsement. The Agreed Value should be at least equal to:

   a)   The Coinsurance percentage shown in the Declarations or Change Endorsement; multiplied by

   b)   The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

   b.   The Additional Condition, Coinsurance, is suspended until:

   1)   12 months after the effective date of this Optional Coverage; or

   2)   The expiration date of this policy;

   whichever occurs first.

- c. We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:
  1) Within 12 months of the effective date of this Optional Coverage; or
  2) When you request a change in your Business Income Limit of Insurance.
- d. If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:
  1) The Business Income Limit of Insurance; divided by
  2) The Agreed Value.

**Example:**

| When: | The Limit of Insurance is | $100,000 |
| | The Agreed Value is | $200,000 |
| | The amount of loss is | $80,000 |

Step (a):     $100,000 ÷ $200,000 = .50

Step b):       .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

### 4. Extended Period Of Indemnity

Under paragraph **A.5.c.**, Extended Business Income, the number "30" in subparagraphs **1)b)** and **2)b)** is replaced by the number shown in the Declarations or Change Endorsement for this Optional Coverage.

## F. Definitions

1. "Finished Stock" means stock you have manufactured.

    "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement.

    "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

2. "Operations" means:
    a. Your business activities occurring at the described premises; and
    b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3. "Period of Restoration" means the period of time that:
    a. Begins:
       1) 72 hours after the time of direct physical loss or damage for Business Income coverage; or
       2) immediately after the time of direct physical loss or damage for Extra Expense coverage;
       - caused by or resulting from any Covered Cause of Loss at the described premises; and
    b. Ends on the earlier of:
       1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
       2) The date when business is resumed at a new permanent location.

    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:
       1) Regulates the construction, use or repair, or requires the tearing down of any property; or
       2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

    The expiration date of this policy will not cut short the "period of restoration."

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "'Rental Value' means Business Income that consists of:
    a. New Income (New Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations or Change Endorsement as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

     Copyright, Insurance Services Office, Inc., 2001

      **b.**    Continuing normal operating expenses incurred in connection with that premises, including:

          **1)**  Payroll; and

          **2)**  The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.**    'Suspension' means:

      **a.**    The slowdown or cessation of your business activities; or

      **b.**    That a part of all the described premises is rendered untenantable, if coverage for Business Income including 'Rental Value' or 'Rental Value' applies.

 Copyright, Insurance Services Office, Inc., 2001

CP0090 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A.    CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1.    This Coverage Part;

2.    The Covered Property;

3.    Your interest in the Covered Property; or

4.    A claim under this Coverage Part.

**B.   CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C.    INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D.    LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1.    There has been full compliance with all of the terms of this Coverage Part; and

2.    The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E.    LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F.    NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G.    OTHER INSURANCE**

1.    You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2.    If there is other insurance covering same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other Insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H.    POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1.    We cover loss or damage commencing:

    a.    During the policy period shown in the Declarations; and

    b.    Within the coverage territory.

2.    The coverage territory is:

    a.    The United States of America (including its territories and possessions);

    b.    Puerto Rico; and

    c.    Canada.

CP1030 04 02

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** – Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations or Change Endorsement, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**1)** Regulating the construction, use or repair of any property; or

**2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance or Law, applies whether the loss results from:

**1)** An ordinance or law that is enforced even if the property has not been damaged; or

**2)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**2)** Landslide, including any earth sinking, rising or shifting related to such event;

**3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.1)** through **4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**a)** Airborne volcanic blast or airborne shock waves;

**b)** Ash, dust or particulate matter; or

**c)** Lava flow.

All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 Copyright, Insurance Services Office, Inc., 2001

**d.   Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.   Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.1)** applies to these coverages.

**f.   War And Military Action**

**1)**   War, including undeclared or civil war;

**2)**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**3)**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

**1)**   Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**2)**   Mudslide or mudflow;

**3)**   Water that backs up or overflows from a sewer, drain or sump; or

**4)**   Water under the ground surface pressing on, or flowing or seeping through:

    **a)**   Foundations, walls, floors or paved surfaces;

    **b)**   Basements, whether paved or not; or

    **c)**   Doors, windows or other openings.

But if Water, as described in **g.4)** through **g.4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.   "Fungus," Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

**1)**   When "fungus," wet or dry rot or bacteria results from fire or lightning; or

**2)**   To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.**   We will not pay for loss or damage caused by or resulting from any of the following:

**a.**   Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.**   Delay, loss of use or loss of market.

**c.**   Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.**   **1)**   Wear and tear;

**2)**   Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**3)**   Smog;

**4)**   Settling, cracking, shrinking or expansion;

   Copyright, Insurance Services Office, Inc., 2001

    **5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

    **6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

    **7)** The following causes of loss to personal property:

      **a)** Dampness or dryness of atmosphere;

      **b)** Changes in or extremes of temperature; or

      **c)** Marring or scratching.

    But if an excluded cause of loss that is listed in **2.d.1)** through **7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

  **e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

  **f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

  **g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

    **1)** You do your best to maintain heat in the building or structure; or

    **2)** You drain the equipment and shut off the supply if the heat is not maintained.

  **h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

    **1)** Acting alone or in collusion with others; or

    **2)** Whether or not occurring during the hours of employment.

    This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

  **i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

  **j.** Rain, snow, ice or sleet to personal property in the open.

  **k.** Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

  **l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

    This exclusion **l.** does not apply to damage to glass caused by chemicals applied to the glass.

  **m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

  **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

  **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

  **c.** Faulty, inadequate or defective:

    **1)** Planning, zoning, development, surveying, siting;

    **2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

 Copyright, Insurance Services Office, Inc., 2001

      **3)**   Materials used in repair, construction, renovation or remodeling; or

      **4)**   Maintenance;

    of part or all of any property on or off the described premises.

**4.**   **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.**   Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

  **1)**  Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

     But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

  **2)**  Any loss caused by or resulting from:

      **a)**   Damage or destruction of finished "stock"; or

      **b)**   The time required to reproduce finished "stock."

     This exclusion does not apply to Extra Expense.

  **3)**  Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

  **4)**  Any increase of loss caused by or resulting from:

      **a)**   Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

      **b)**   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations," we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

  **5)**  Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

  **6)**  Any other consequential loss.

**b.**   **Leasehold Interest Coverage Form**

  **1)**  Paragraph **B.1.a.,** Ordinance or Law, does not apply to insurance under this Coverage Form.

  **2)**  We will not pay for any loss caused by:

      **a)**   Your cancelling the lease;

      **b)**   The suspension, lapse or cancellation of any license; or

      **c)**   Any other consequential loss.

**c.**   **Legal Liability Coverage Form**

  **1)**  The following Exclusions do not apply to insurance under this Coverage Form:

      **a)**   Paragraph **B.1.a.,** Ordinance or Law;

      **b)**   Paragraph **B.1.c.,** Governmental Action;

      **c)**   Paragraph **B.1.d.,** Nuclear Hazard;

      **d)**   Paragraph **B.1.e.,** Utility Services; and

      **e)**   Paragraph **B.1.f.,** War and Military Action.

  **2)**  The following additional exclusions apply to insurance under this Coverage Form:

      **a)**   **Contractual Liability**

         We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

         But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

         **i)**   Your assumption of liability was executed prior to the accident; and

         **ii)**   The building is Covered Property under this Coverage Form.

        Copyright, Insurance Services Office, Inc., 2001         

**b)  Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C.  Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1.  We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.**  Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.**  Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.**  The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   1)  The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   2)  The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   **d.**  Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

   1)  Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   2)  Business Income coverage or Extra Expense coverage.

   **e.**  Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   **f.**  Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2.  We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.**  Animals, and then only if they are killed or their destruction is made necessary.

   **b.**  Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   1)  Glass; or

   2)  Containers of property held for sale.

   **c.**  Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply to:

   1)  If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   2)  To Business Income coverage or to Extra Expense coverage.

3.  The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   **a.**  $2,500 for furs, fur garments and garments trimmed with fur.

   **b.**  $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.**  $2,500 for patterns, dies, molds and forms.

   **d.**  $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income coverage or to Extra Expense coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

  **a.** Results in discharge of any substance from an automatic fire protection system; or

  **b.** Is directly caused by freezing.

  However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D.  Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

**1.** With respect to buildings:

  **a.** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

  **b.** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

  **c.** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

  **d.** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

  **a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

  **b.** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

  **c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

  **d.** Weight of people or personal property;

  **e.** Weight of rain that collects on a roof;

  **f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.2.a.** through **D.2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

  The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a., 2.d.** and **2.e.**

**3.** With respect to the following property:

  **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

  **b.** Awnings, gutters and downspouts;

  **c.** Yard fixtures;

  **d.** Outdoor swimming pools;

  **e.** Fences;

  **f.** Piers, wharves and docks;

  **g.** Beach or diving platforms or appurtenances;

  **h.** Retaining walls; and

  **i.** Walks, roadway and other paved surfaces;

  if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

  **a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

  **b.** The property is Covered Property under this Coverage Form.

       Copyright, Insurance Services Office, Inc., 2001

4.  If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    a.  The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

    b.  The personal property which collapses is inside a building; and

    c.  The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

    The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

    Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5.  This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

## E. Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria

1.  The coverage described in **E.2.** and **E.6.** only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a.  A "specified cause of loss" other than fire or lightning; or

    b.  Flood, if the Flood Coverage Endorsement applies to the affected premises.

2.  We will pay for loss or damage by "fungus," wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a.  Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria, including the cost of removal of the "fungus," wet or dry rot or bacteria;

    b.  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

    c.  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

3.  The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6.  The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

    a.  If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    b.  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

           Copyright, Insurance Services Office, Inc., 2001

F.  **Additional Coverage Extensions**
   1.  **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a.  You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises.  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b.  Loss or damage must be caused by or result from one of the following causes of loss:
         1)  Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.
         2)  Vehicle collision, upset or overturn.  Collision means accidental contact of your vehicle with another vehicle or object.  It does not mean your vehicle's contact with the road bed.
         3)  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle.  There must be visible marks of the forced entry.

      c.  The most we will pay for loss or damage under this Extension is $5,000.

      This Coverage Extension is additional insurance.  The Additional Condition, Coinsurance, does not apply to this Extension.

   2.  **Water Damage, Other Liquids, Powder Or Molten Material Damage**

      If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

   3.  **Glass**

      a.  We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

      b.  We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

      This Coverage Extension, F.3., does not increase the Limit of Insurance.

G.  **Definitions**
   1.  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

   2.  "Specified Causes of Loss" means the following:  Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

      a.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:
         1)  The cost of filling sinkholes; or
         2)  Sinking or collapse of land into man-made underground cavities.

      b.  Falling objects does not include loss or damage to:
         1)  Personal property in the open; or
         2)  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

      c.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

CP1218 06 95

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE *

| | | | Provisions Applicable | | | |
|---|---|---|---|---|---|---|
| Prem. No. | Bldg. No. | Description of Property | Loss Payable | Lender's Loss Payable | Contract Of Sale | Loss Payee (Name & Address) |

**\* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

**A.** When this endorsement is attached to the STANDARD PROPERTY POLICY **CP0099** the term Coverage Part in this endorsement is replaced by the term Policy.

The following is added to the LOSS PAYMENT Loss Condition, as indicated in the Declarations or Change Endorsement or by an "X" in the Schedule:

**B. LOSS PAYABLE**

For Covered Property in which both you and Loss Payee shown in the Schedule or in the Declarations or Change Endorsement have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

**C. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule or in the Declarations or Change Endorsement is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

    a. Warehouse receipts;

    b. A contract for deed;

    c. Bills of lading;

    d. Financing statements; or

    e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

    a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

    b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

    c.  If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

        1)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

        2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

      All of the terms of this Coverage Part will then apply directly to the Loss Payee.

    d.  If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        1)  The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

        2)  The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

      At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3.  If we cancel this policy, we will give written notice to the Loss Payee at least:

    a.  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

    b.  30 days before the effective date of cancellation if we cancel for any other reason.

4.  If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**D.  CONTRACT OF SALE**

1.  The Loss Payee shown in the Schedule or in the Declarations or Change Endorsement is a person or organization you have entered a contract with for the sale of Covered Property.

2.  For Covered Property in which both you and the Loss Payee have an insurable interest we will:

    a.  Adjust losses with you; and

    b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3.  The following is added to the OTHER INSURANCE Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**14-2660 04 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME – COINSURANCE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

Paragraph D. Additional Condition, COINSURANCE, in the Business Income (and Extra Expense) Coverage Form and Business Income (without Extra Expense) Coverage form is deleted.

14-2660 04 02

14-3049 04 04

**THIS ENDORSEMENT AMENDS YOUR POLICY. PLEASE READ IT CAREFULLY.**

## CENTRAL PREMIER PLUS® PROPERTY EXTENSIONS COVERAGE ENDORSEMENT

This endorsement modifies the following forms:

### BUILDING AND PERSONAL PROPERTY COVERAGE FORM
### CAUSES OF LOSS - SPECIAL FORM

Coverage is amended by the following changes to Additional Coverages, Coverage Extensions, Conditions and Exclusions. All other Limitations, Conditions, and Exclusions apply.

## SECTION I - BLANKET ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

### SCHEDULE *

### Blanket Limit of Insurance  $_____

**\* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

The Blanket Limit of Insurance shown in the Schedule or Declarations applies over all Additional Coverages and Coverage Extensions shown below, subject to any sublimits specified in this endorsement. Unless otherwise stated, this Blanket Limit of Insurance applies separately at each covered premises shown in the Schedule or Declarations and applies in excess of the applicable deductible shown in the Declarations.

At time of loss, the first Named Insured may elect to apportion this Blanket Limit of Insurance to one or any combination of the listed Additional Coverages and Coverage Extensions, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown in the Schedule or Declarations at any one covered premises. For the purpose of the application of the Blanket Limit of Insurance, all property at one premises shall constitute a single premises.

Separate specific Limits of Insurance may be purchased for some of these Coverages. If purchased, these Limits of Insurance and any applicable deductible will be shown in the Declarations with the Coverage. If no deductible is shown in the Declarations with the Coverage, then the Property Deductible will apply. When a specific Limit of Insurance is purchased for any of these Coverages, such specific Limit of Insurance will apply in addition to whatever amount the first Named Insured apportions to that Coverage at time of loss as provided in the previous paragraphs.

The coverages afforded in this Blanket Limit of Insurance are subject to the applicable coverage provisions which form a part of this policy.

### Additional Coverages and Coverage Extensions:

Accounts Receivable
* Business Income and Extra Expense
Consequential Loss
Counterfeit Money and Money Orders
Debris Removal
Electronic Data
Employee Dishonesty
Fine Arts
Fire Department Service Charge
Fire Protective Devices
Increased Cost of Construction
Inventory or Appraisal
Lost Key Consequential Loss
Money and Securities
Non-Owned Detached Trailers
Outdoor Property

Outdoor Signs (Unattached to Building)
* Personal Effects - Property of Others -
   Patterns, Molds, Models and Dies
Pollutant Clean Up and Removal
Property Off Premises
Property on Exhibition, Fair or Trade Show
* Property in Transit or Property in Custody
   of Salespersons
Reward
Service Interruption
* Sewer and Drain Backup
Temperature-Humidity Change
Valuable Papers and Records (Other
   Than Electronic Data)
Water Damage, Other Liquids, Powder
   or Molten Material Damage

* These coverages have sublimits.

**A.** **Additional Coverages** and **Coverage Extensions** as shown in **BUILDING AND PERSONAL PROPERTY COVERAGE FORM** are amended as shown below:

**1.** **Accounts Receivable**

    **a.** You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable:

        **1)** At a described premises or in or on a vehicle in transit between described premises; or

        **2)** If the records must be removed from a described premises to protect them from the threat of a Covered Cause of loss.

    **b.** The amount of your Accounts Receivable loss includes:

        **1)** Debt owed to you from your customers if you are unable to collect the debt as a direct result of a covered loss or damage to your accounts receivable records;

        **2)** Interest charges on debt you must borrow to offset your reduced cash flow;

        **3)** Additional collection costs, over and above your usual collection costs, made necessary because of loss or damage; and

        **4)** Reasonable expenses you must incur to re-establish your accounts receivable records.

    **c.** Accounts receivable loss payment will be determined as follows:

        **1)** When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss will be computed as follows

            **a)** Determine the total of the average monthly amounts of accounts receivable for the 24 months immediately preceding the month in which the loss or damage occurs; and

            **b)** Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

        **2)** We will deduct from the established total amount of accounts receivable:

            **a)** The amount of any accounts evidenced by records not lost or damaged;

            **b)** Any other amounts you are able to establish or collect; and

            **c)** An amount to allow for probably bad debts which you normally would have been unable to collect.

        **3)** If you recover the amount of any accounts receivable that were in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

**2.** **Business Income and Extra Expense**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM for direct loss of or damage to Covered Property to apply to:

    **a.** The actual loss of Business Income you sustain due to the necessary suspension of your operations at the described premises as a result of covered direct loss or damage; and

    **b.** Necessary Extra Expenses you incur that you would not have incurred if there had been no such covered direct loss or damage.

This Extension only applies to the amount of loss incurred from the date of direct physical loss or damage to Covered Property at or within 1,000 feet of the property line of the described premises by a Covered Cause of Loss. It ends on the date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality, even if this is after the expiration date of this policy. This does not include any increased time needed due to enforcement of any ordinance or law regulating:

    **a.** Building or land usage, demolition or construction; or

    **b.** Environmental damage or restoration

Business income means the:

a.   Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b.   Continuing normal operating expenses necessarily incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Extra Expense means expense incurred:

a.   To avoid or minimize the suspension of business and to continue your operations at any location;

b.   To minimize the suspension of business if you cannot continue your operations; or

c.   To repair or replace any property or to research, replace or restore the information on damaged valuable papers and records, but only if those expenses reduce the amounts otherwise payable in this Extension.

The most we will pay for loss or damage under this coverage is $25,000.

### 3.   Consequential Loss

You may extend the insurance that applies to your Business Personal Property to pay the reduction in value of the remaining parts of "stock" in process of manufacture when the reduction is caused by direct physical loss or damage from a Covered Cause of Loss to other parts of "stock" in the process of manufacture at the described premises and the remaining parts cannot be used in conjunction with other "stock."

### 4.   Counterfeit Money and Money Orders

You may extend the insurance that applies to your Business Personal Property to apply to loss from the voluntary parting of any Covered Property by you or anyone else to whom you have entrusted the Covered Property due to the acceptance of counterfeit money, money orders or travellers checks.

Causes of Loss, Limitation 1.f. does not apply to this coverage.

### 5.   Debris Removal, Additional Coverages 4.a) of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance.

### 6.   Electronic Data

a.   Under this Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

b.   Subject to the provisions of this Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

c.   The Covered Causes of Loss applicable to Your Business Personal Property apply to this Coverage - Electronic Data, subject to the following:

   1)   The Causes of Loss - Special Form applies, coverage under this Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

   2)   The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

d.   The most we will pay under this Coverage - Electronic Data is the Blanket Limit of Insurance for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage

in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

7. **Employee Dishonesty**

   a. We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

      1) Cause you to sustain loss or damage; and also

      2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

         a) Any "employee"; or

         b) Any other person or organization.

   b. We will not pay for loss or damage:

      1) Resulting from any dishonest or criminal act that you or any of your partners commmmit whether acting alone or in collusion with other persons.

      2) The only proof of which as to its existence or amount is:

         a) An inventory computation; or

         b) A profit and loss computation.

   c. All loss or damage:

      1) Caused by one or more persons; or

      2) Involving a single act or series of related acts;

      is considered one occurrence.

   d. We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

   e. This extension of coverage does not apply to any "employee" immediately upon discovery by:

      1) You; or

      2) Any of your partners, officers or directors not in collusion with the "employee";

      of any dishonest act committed by that "employee" before or after being hired by you.

   f. We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

   g. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this extension of coverage provided:

      1) This extension of coverage became effective at the time of cancellation or termination of the prior insurance; and

      2) The loss or damage would have been covered by this extension of coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

   h. The insurance under Paragraph g. above is part of, not in addition to, the Limit of Insurance applying to this extension of coverage and is limited to the lesser of the amount recoverable under:

      1) This extension of coverage as of its effective date; or

      2) The prior insurance had it remained in effect.

8. **Fine Arts**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to loss or damage to your "Fine Arts."

Loss or damage must be caused by or result from a Covered Cause of Loss. Exclusions B. 1.a., 1.b., 1.e. and 1.g. do not apply to this coverage extension.

We shall not pay for more than the value of your property as indicated on a sales slip or written appraisal from a qualified appraiser.

9.  **Fire Department Service Charge,** Additional Coverages 4.c) of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance.

**10.  Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to pay for the cost to recharge or refill any fire protective equipment when discharged

a.  To prevent or control a covered loss;

b.  Accidentally; or

c.  As a result of malfunction of the equipment.

**11.  Increased Cost Of Construction**

a.  This Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

b.  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in 11.c. through 11.h. of this Coverage.

c.  The ordinance or law referred to in 11.b. of this Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

d.  Under this Coverage, we will not pay any costs due to an ordinance or law that:

1)  You were required to comply with before the loss, even when the building was undamaged; and

2)  You failed to comply with.

e.  Under this Coverage, we will not pay for:

1)  The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

2)  Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants" "fungus," wet or dry rot or bacteria.

f.  With respect to this Coverage:

1)  We will not pay for the Increased Cost of Construction:

a)  Until the property is actually repaired or replaced, at the same or another premises; and

b)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

2)  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises.

3)  If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

- **g.** This Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Coverage.

- **h.** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Coverage is not subject to such limitation.

## 12. Inventory or Appraisal

You may extend the insurance provided under the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to the following expenses you incur, as required by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, to prepare a claim:

- **a.** The cost of taking inventories;

- **b.** The cost of making appraisals; and

- **c.** The cost of preparing a statement of loss and other supporting exhibits.

We will not pay for any expenses billed by and payable to independent or public insurance adjustors or for expenses to prepare claims not covered by this Coverage Form.

## 13. Lost Key Consequential Loss

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to pay for consequential loss to locks and keys if a master key is lost or damaged. This coverage does not apply to keys in the possession of former "employees." We will pay for:

- **a.** The actual cost of keys and

- **b.** Adjustment of locks to accept new keys; or

- **c.** If required, new locks including the cost of their installation.

## 14. Money and Securities

You may extend the insurance that applies to your Business Personal Property to pay provided by the Coverage Form to pay for loss by any act of stealing, disappearance or destruction of "money" and "securities" as shown by your records that are either:

- **a.** Inside the Premises, meaning:

  1) Inside the premises;

  2) Inside a banking premises; or

  3) Inside a recognized place of safe deposit; or

- **b.** Outside the Premises, meaning:

  1) In an armored vehicle; or

  2) In the custody of a custodian of such funds; but not while in the mail or in the custody of a carrier for hire other than an armored motor vehicle company.

When loss of "securities" occurs, we will pay the actual cash value of the "securities" at the end of the last business day before the loss is discovered or the actual cost of replacing "securities," whichever is less. We will not pay for the loss of income, interest or dividends that occurs as a result of a covered loss.

## 15. Non-Owned Detached Trailers.
Coverage Extensions 5.f.3) of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance.

## 16. Outdoor Property.
Coverage Extensions 5.e. of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance and is subject to a maximum of $1,000 per tree, shrub or plant.

## 17. Outdoor Signs

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to apply to loss or damage to outdoor signs. Signs must be on the described premises or within 1,000 feet of the property line of the described premises.

**18. Personal Effects - Property of Others - Patterns, Molds, Models and Dies**

You may extend the insurance that applies to Your Business Personal Property to apply to:

a.   Patterns, Molds, Models and Dies of others in your care, custody or control.

b.   Personal effects owned by you, your officers, your partners or members, your managers or your employees.

c.   Personal property of others in your care, custody or control except patterns, molds, models and dies.

The most we will pay for loss or damage under Extension b. and c. above is $5,000 for loss or damage to the property of any one person under this Extension. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**19. Pollutant Clean Up and Removal,** Additional Coverages 4.d) of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance.

**20. Property Off-Premises,** Coverage Extensions 5.d.3) of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, Limit is increased to the Blanket Limit of Insurance.

**21. Property on Exhibition Fair or Trade Show**

You may extend the insurance that applies to your Business Personal Property to apply to your Covered Property that is more than 1,000 feet from the property line of the described premises while at any trade show, fair or exhibition.

**22. Property in Transit or in the Custody of Salespersons**

You may extend the insurance that applies to your Business Personal Property to apply to your Covered Property that is more than 1,000 feet from the property line of the described premises while in transit, or in the custody of sales persons. We will pay for shipments by mail only if registered.

This Extension also applies to your interest in shipments sold "Free on Board." When the title of a shipment passes to the consignee and if the consignee refuses to pay because the shipment is lost or damaged, you may elect to claim that loss under this insurance. We will not attempt to collect from the consignee unless you:

a.   Provide us with your written consent to do so; and

b.   Assign us your right of action.

The most we will pay for loss or damage under this Coverage is $25,000.

**23. Reward**

You may extend the insurance provided by the BUILDING AND PERSONAL PROPERTY COVERAGE FORM to pay a reward to any individual or group (except you, your officers or partners) for information which results in the arrest and conviction of any one person or group for committing or trying to commit any illegal act(s) relating to a loss covered by this policy.

**24. Service Interruption**

The insurance provided for Business Income and Extra Expense is extended to apply to loss caused by or resulting from a covered cause of loss to equipment that is owned by a utility, landlord, or other supplier with whom you have a written agreement or contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

**25. Sewer and Drain Backup**

You may extend the insurance under this Coverage Form to apply to direct physical damage and the actual loss of Business Income you sustain or necessary Extra Expense you incur caused by water and water-borne materials that back up from a sewer or drain.

Causes of Loss, Exclusion B.1.g.(3), B.2.d.(2), B.7.a) and B.7.b), do not apply to this Coverage.

The most we will pay for loss or damage under this Coverage is $25,000.

**26. Temperature - Humidity Change Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to damage to your "stock" caused by or resulting from a covered cause of loss to equipment that is owned by a utility,

landlord, or other supplier with whom you have a written agreement or contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water, or steam.

We will not pay for any loss or damage if you fail to use reasonable care to maintain all heating, cooling or humidity control equipment in proper operating condition.

### 27. Valuable Papers and Records (Other Than Electronic Data)

a. You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

b. The Causes of Loss - Special Form applies. Coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

c. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

### 28. Water Damage, Other Liquids, Powder or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This coverage Extension does not increase the Limits of Insurance.

## B. Definitions

The following definitions are added to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CAUSE OF LOSS - SPECIAL FORM

1. **"Employee"** means any natural person while in your service and for 30 days after termination of service. "Employee" includes leased workers but not temporary workers.

2. **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

3. **"Money"** means:

a. Currency, coins and bank notes, whether or not in current use; and

b. Travelers checks, register checks and money orders held for sale to the public.

4. **"Securities"** means:

a. All instruments or contracts that represent either "Money" or other property held by you in any capacity;

b. Tokens, tickets (except lottery tickets held for sale), revenue and other stamps whether or not in current use; and

c. Evidences of debt issued in connection with credit or charge cards, which are not issued by you; but does not include "Money."

# SECTION II - ADDITIONAL POLICY CHANGES AND CONDITIONS

A. The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

### 1. Brand and Label

You may extend the insurance that applies to your Business Personal Property to apply to your expenses when you do not want to sell your damaged "stock" under your brand or label even though the damaged "stock" has a salvage value.

You have two options. You may:

a. Remove the brand or label and then relabel the "stock" to comply with the law; or

b. Label the damaged "stock" as salvage but, in doing so, cause no further damage to the "stock."

In either case, we will pay the difference between:

a. The salvage value of the damaged "stock" with the brand or label attached; and

b. The salvage value of the damaged "stock" with the brand or label removed.

## 2. Collapse of Gutters or Downspouts

The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in **D.1.** through **D.5.** of the Causes of Loss form. The following cause of loss is added to **D.2.**:

g. Weight of ice and snow that collects on gutters or downspouts;

## 3. Expanded Premises

The policy provisions which state coverage is provided within 100 feet of the described premises are expanded to 1,000 feet.

## 4. Inflation Guard

a. The Limits of Insurance (exclusive of this extension) applicable to the items shown on the Declarations of this policy and shown below are increased during the policy period by the proportion by which the latest published Index has increased since the last premium due date:

Buildings
Personal Property of the Insured
Personal Property of Others
Business Income
Extra Expense

b. At the premium due date, the Limits of Insurance will be increased automatically in accordance with the latest published Index and the appropriate premium charged.

c. If the Limits of Insurance is changed at your request during the policy period, the effective date of this extension coincides with the effective date of such change.

d. In this extension

1) "Index" means:

a) For Buildings the Marshall & Swift/Boeckh Index relating to commercial construction.

b) For Personal Property of the Insured, Personal Property of Others, Business Income and Extra Expenses the "Producer Price Index" for all finished goods published by the United States Department of Labor.

2) "Premium due date" means the inception date of this policy or any renewal or anniversary date whichever is later.

e. In no event will the Limits of Insurance be reduced by use of this extension to less than those shown at the premium due date.

## 5. Limits and Time Change for Newly Acquired Property

The limit of $250,000 is changed to $500,000 in provision **5.a.1)** of Newly Acquired or Constructed Property.

The limit of $100,000 is changed to $200,000 in **5.a.2)** Your Business Personal Property.

The number of days is changed from 30 to 60 days in **5.a.3.b)** of Period of Coverage

## 6. No Coinsurance

The Coinsurance provisions as stated in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM are deleted.

## 7. Tenant's Glass

If you are a tenant and no Limit of Insurance is shown in the Declarations or Change Endorsement for Building Property, **Your Business Personal Property** is amended to include the following:

8)  Glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by others but in your care, custody or control.

We will also pay for necessary:

a)  Expenses incurred to put up temporary plates or board up openings;

b)  Repair or replacement of encasing frames; and

c)  Expenses incurred to remove or replace obstructions.

8.  **Valuation**.

The following provisions are added:

f.  Manufacturer's Selling Price (Finished "Stock" Only)

We will determine the value of finished "stock" you manufacture, in the event of loss or damage, at:

1)  The selling price, as if no loss or damage occurred;

2)  Less discounts and expenses you otherwise would have had.

g.  Patterns, Molds, Models and Dies

1)  If used within the three (3) year period preceding loss or damge shall be valued at 100% of replacement cost.

2)  If used within the six (6) year period preceding loss or damage but not within three (3) years preceding loss or damage shall be valued at 50% of replacement cost.

3)  No payment shall be made for loss or damage to patterns, molds, models that have not been used within the last six (6) years.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The following is added as an Additional Coverage to the Causes of Loss - Special Form.

**Additional Coverage - Equipment Breakdown**

The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

   a. mechanical breakdown, including rupture or bursting caused by centrifugal force;

   b. artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

   c. explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   d. loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   e. loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2. Unless otherwise shown in a Schedule, Declarations or Change Endorsement, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

   a. Expediting Expenses

   With respect to your damaged Covered Property, we will pay up to $25,000 unless otherwise shown in a Schedule, Declarations or Change Endorsement the reasonable extra cost to:

   1) make temporary repairs; and

   2) expedite permanent repairs or permanent replacement.

   b. Hazardous Substances

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

   The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Schedule, Declarations or Change Endorsement.

   c. Spoilage

   1) We will pay:

      a) for physical damage to "perishable goods" due to spoilage;

      b) for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

Includes copyrighted material of Insurance Services Office, Inc., with its permission

        **c)**  any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

    **2)**  If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in a Schedule, Declarations or Change Endorsement.

**d.**  Computer Equipment

We will pay for loss, damage or expense caused by or resulting from an "accident" to "computer equipment."

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Schedule, Declarations or Change Endorsement. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

**e.**  Data Restoration

We will pay for your reasonable and necessary cost to research, replace and restore lost "data."

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is $25,000 unless otherwise shown in a Schedule, Declarations or Change Endorsement.

**f.**  Service Interruption

    **1)**  Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned by a utility, landlord or other supplier with whom you have a contract to supply you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

    **2)**  Unless otherwise shown in a Schedule, Declarations or Change Endorsement, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident."

    **3)**  The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule, Declarations or Change Endorsement for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

**g.**  Business Income and Extra Expense

Any insurance provided under this coverage part for Business Income or Extra Expense is extended to the coverage provided by this endorsement. The most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the limit shown in the Declarations or Change Endorsement for that coverage, unless otherwise shown in a Schedule, Declarations or Change Endorsement.

**3.**  EXCLUSIONS

All exclusions in the Causes of Loss form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

**a.**  The exclusions are modified as follows:

    **1)**  The following is added to Exclusion B.1.g.:

However, if electrical "covered equipment" requires drying out because of Water as described in g.1) through g.3) above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**2)** As respects this endorsement only, the last paragraph of Exclusion B.2.d. is deleted and replaced with the following:

But if an excluded cause of loss that is listed in 2.d.1) through 7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

**1)** any defect, programming error, programming limitation, computer virus, malicious code, loss of "data," loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**2)** any of the following tests:

a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**c.** With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

**1)** loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

**2)** any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

**4. DEFINITIONS**

The following are added to G. DEFINITIONS:

**a.** "Boilers and vessels" means:

**1)** Any boiler, including attached steam, condensate and feedwater piping; and

**2)** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear elsewhere in this endorsement, but may appear in a Schedule, Declarations or Change Endorsement.

**b.** "Computer equipment" means Covered Property that is electronic computer or other data processing equipment, including "media" and peripherals used in conjunction with such equipment.

**c.** "Covered equipment"

**1)** "Covered equipment" means, unless otherwise specified in a Schedule, Declarations or Change Endorsement Covered Property:

**a)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

**b)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**2)** None of the following is "covered equipment":

      **a)**  structure, foundation, cabinet, compartment or air supported structure or building;

      **b)**  insulating or refractory material;

      **c)**  sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

      **d)**  water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

      **e)**  "vehicle"or any equipment mounted on a "vehicle";

      **f)**  satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

      **g)**  dragline, excavation or construction equipment; or

      **h)**  equipment manufactured by you for sale.

  **d.**  "Data" means information or instructions stored in digital code capable of being processed by machinery.

  **e.**  "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

  **f.**  "Media" means material on which "data" is recorded, such as magnetic tapes, hard disks, optical disks or floppy disks.

  **g.**  "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

  **h.**  "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

  **i.**  "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston. This term does not appear elsewhere in this endorsement, but may appear in a Schedule, Declarations or Change Endorsement.

  **j.**  "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

    However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

**B.**  The Building and Personal Property Coverage Form is modified as follows.

  The definitions stated above also apply to section B. of this endorsement.

  **1.**  DEDUCTIBLE

    The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule, Declarations or Change Endorsement. If a separate Equipment Breakdown deductible is shown, the following applies.

    Only as regards Equipment Breakdown Coverage, provision D. DEDUCTIBLE is deleted and replaced with the following:

    **a.**  Deductibles for Each Coverage

      **1)**  Unless the Schedule, Declarations or Change Endorsement indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

      **2)**  We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule, Declarations or Change Endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

      **3)**  If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

**b.** Direct and Indirect Coverages

    **1)** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule, Declarations or Change Endorsement.

    **2)** Unless more specifically indicated in the Schedule, Declarations or Change Endorsement:

        **a)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and

        **b)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**c.** Application of Deductibles

    **1)** Dollar Deductibles

        We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule, Declarations or Change Endorsement. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

    **2)** Time Deductible

        If a time deductible is shown in the Schedule, Declarations or Change Endorsement, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

    **3)** Multiple of Average Daily Value (ADV)

        If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

        The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the period of restoration.

        The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

    **4)** Percentage of Loss Deductibles

        If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2. CONDITIONS**

    The following conditions are in addition to the Conditions in the Building and Personal Property Coverage Form and the Common Policy Conditions.

**a.** Suspension

    Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the Insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

    **1)** your last known address; or

    **2)** the address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**b.**   Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**c.**   Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**d.**   Coinsurance

If a coinsurance percentage is shown in a Schedule, Declarations or Change Endorsement for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations or Change Endorsement unless otherwise shown in a Schedule, Declarations or Change Endorsement. Coverage provided under this endorsement does not provide an additional amount of insurance.

20-2118 01/03



CENTRAL
INSURANCE
COMPANIES

*–Since 1876–*

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

IL0118 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

A.   When this endorsement is attached to Standard Property Policy **CP0099** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

B.   The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

C.   If this policy covers:

    1.   The following in **a.** and **b.**, then Paragraphs 2., and 3. apply:

        **a.**   Real property used principally for residential purposes up to and including a four family dwelling; or

        **b.**   Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

    2.   The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

        **a.**   Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

        **b.**   We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

            **1)**   You demanded the appraisal; and

            **2)**   The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

    3.   The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

    **CONCEALMENT, MISREPRESENTATION OR FRAUD**

        **a.**   This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

            **1)**   Was made with actual intent to deceive; or

            **2)**   Materially affected either our decision to provide this insurance or the hazard we assumed.

        However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

        **b.**   This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

            **1)**   This Coverage Part or Coverage Form;

            **2)**   The Covered Property;

            **3)**   Your interest in the Covered Property; or

            **4)**   A claim under this Coverage Part or Coverage Form.

        **c.**   Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

D.   For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

    1.   We will not pay for loss or damage arising out of any act committed:

        **a.**   By or at the direction of any insured; and

IL0118 07 02                    Copyright, ISO Properties, Inc., 2001                    Page 1 of 2

    **b.**  With the intent to cause a loss.

  **2.**  However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

    **a.**  The loss arose out of a pattern of criminal domestic violence; and

    **b.**  The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.**  If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.**  The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

  **1.**  We will not pay for loss ("loss") or damage arising out of any act committed:

    **a.**  By or at the direction of any "insured"; and

    **b.**  With the intent to cause a loss ("loss").

  **2.**  This exclusion, however, will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

    **a.**  The loss ("loss") arose out of a pattern of criminal domestic violence; and

    **b.**  The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

  **3.**  If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 Copyright, ISO Properties, Inc., 2001

IL0284 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART

**A.** The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs 9. and 10. below, we may cancel this policy by mailing written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs 9. and 10. below, we may cancel this policy only for one or more of the following reasons:

    a. Nonpayment of premium;

    b. The policy was obtained through a material misrepresentation;

    c. You have violated any of the terms and conditions of the policy;

    d. The risk originally accepted has measurably increased;

    e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

    f. A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

    If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Proof of mailing will be sufficient proof of notice.

8. Our notice of cancellation will state the reason for cancellation.

9. **REAL PROPERTY OTHER THAN RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

    The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

    If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation at least 10 days before the effective date of cancellation.

    a. After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

    b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

        1) Seasonal unoccupancy; or

        2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

    c. The building has:

Copyright, ISO Properties, Inc., 2001

    1) An outstanding order to vacate;

    2) An outstanding demolition order; or

    3) Been declared unsafe in accordance with the law.

  **d.** Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

**10. RESIDENTIAL PROPERTIES OCCUPIED BY 4 FAMILIES OR LESS:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

  **a.** Nonpayment of premium;

  **b.** The policy was obtained by misrepresentation or fraud; or

  **c.** Any act that measurably increases the risk originally accepted.

**11.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

  **a.** The other; and

  **b.** The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail written notice stating the reason for nonrenewal to your last mailing address known to us at least 60 days before the expiration date of the policy. A copy of the notice will also be sent to:

  **a.** The broker, if known to us, or the agent of record; and

  **b.** The last known mortgagee or lienholder named in the policy at the last mailng address known to us.

This paragraph does not apply if we have manifested our willingness to renew directly to you.

**2.** The following provision applies only if this policy covers residential properties occupied by 4 families or less:

If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

  **a.** The policy was obtained by misrepresentation or fraud;

  **b.** The risk originally accepted has measurably increased; or

  **c.** You received 60 days' notice of our intent not to renew as provided in 1. above.

 Copyright, ISO Properties, Inc., 2001

IL0952 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A.   Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

**1.**   The act resulted in aggregate losses in excess of $5 million; and

**2.**   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B.   Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

        Copyright, Insurance Services Office, Inc., 2002



**CENTRAL INSURANCE COMPANIES**

*–Since 1876–*

# COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

ALL AMERICA INSURANCE COMPANY

**POLICY NUMBER:** CLP 7879399    **POLICY PERIOD:**    FROM 06/12/2005    TO 06/12/2006

**NAMED INSURED:** D M H INGREDIENTS INC

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY.  THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | |
|---|---|---|---|---|
| CL120 01 87 | CMO001 09 04 | CMO128 03 99 | CMO204 09 00 | IMO871 06 02 |
| IM7506 01 98 | 14-2162 05 90 | 20-2118 01 03 | 7-1235 11 85 | 7-1261 08 02 |
| ILO952 11 02 | | | | |

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

PREMISES   BLDG
  NO         NO
  01         01   1228 AMERICAN WAY, LIBERTYVILLE, IL                    60048-0000

| COVERAGE | LIMIT OF INSURANCE | |
|---|---|---|
| MINI/MICRO EDP | $19,500 | SEE FORM 7-1261<br>COVERAGE A – EQUIPMENT<br>DEDUCTIBLE FOR BASE COVERAGE IS    $250<br>PREMIUM:                  INCLUDED |
| SCHEDULED PROPERTY DECLARATIONS | $240,000 | SEE FORM IM7506 |
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM UNDER THE TERRORISM RISK INSURANCE RISK ACT | | $6.00 |

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS    $821.00

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM  IM7506 01 98

SCHEDULED PROPERTY DECLARATIONS

COVERED PROPERTY
           DESCRIBED PROPERTY                                      LIMIT
1.  MISCELLANEOUS FOOD ITEMS STORED AT VARIOUS
    WAREHOUSE LOCATIONS.                                         $200,000

2.  OFFICE CONTENTS/LIABILITY
    AT 3137 HENNEPIN AVE                                         $ 40,000
    MINNEAPOLIS MN 55408

                                                   TOTAL    $240,000

DEDUCTIBLE AMOUNT: $250

COINSURANCE PERCENTAGE   100%

DATE 09/30/2005                                                          24

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

7-1238  11 85

7-1235 11 85

# QUICK REFERENCE
## COMMERCIAL INLAND MARINE COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Inland Marine Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Inland Marine Conditions, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

**DECLARATIONS**

    Named Insured and Mailing Address
    Policy Period
    Description of Business
    Limits of Insurance
    Forms and Endorsements applying to the Coverage
        Part at time of issue

**COVERAGE FORM(S)**

    COVERAGE

        Covered Property (If Applicable)
        Property Not Covered
        Covered Causes of Loss
        Additional Coverage – Collapse (If Applicable)
        Coverage Extensions (If Applicable)

    EXCLUSIONS

        Earthquake (If Applicable)
        Governmental Action
        Nuclear Hazard (If Applicable)
        War and Military Action
        Water (If Applicable)
        Other Exclusions (If Applicable)

    LIMITS OF INSURANCE

    DEDUCTIBLE (If Applicable)

    ADDITIONAL CONDITIONS

    DEFINITION(S)

**COMMERCIAL INLAND MARINE CONDITIONS**

    LOSS CONDITIONS

        Abandonment
        Appraisal
        Duties in the Event of Loss
        Insurance Under Two or More Coverages
        Loss Payment
        Other Insurance
        Pair, Set or Parts
        Privilege to Adjust With Owner
        Recoveries
        Reinstatement of Limit After Loss
        Transfer of Rights of Recovery Against Others To Us

    GENERAL CONDITIONS

        Concealment, Misrepresentation or Fraud
        Legal Action Against Us
        No Benefit to Bailee
        Policy Period
        Valuation

**COMMON POLICY CONDITIONS (IL0017) - See Common Declarations**

    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties Under This Policy

**ENDORSEMENTS (If Any)**

CL120 01 87

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDATORY ENDORSEMENT

### ILLINOIS

The cancellation provision of this policy is amended as follows:

A.  We may cancel this policy or coverage by mailing our written notice of cancellation to the named insured at the last mailing address known to us. We will mail the notice at least 10 days before the effective date of the cancellation when cancellation is for nonpayment of premium. For other reasons, we will mail the notice of cancellation at least 30 days prior to the effective date of the cancellation during the first 60 days of coverage or 60 days prior to the effective date of the cancellation if the coverage has been in effect for more than 60 days. Our notice will include the reason or reasons for cancellation. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

B.  If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by us effective immediately, we may cancel this policy only if one or more of the following reasons apply:

   a.  nonpayment of premium;

   b.  the policy was obtained through a material misrepresentation;

   c.  any insured has violated any of the terms and conditions of the policy;

   d.  the risk originally accepted has measurably increased;

   e.  certification of the Director of the loss of reinsurance by the insured which provided coverage to us for all or a substantial part of the underlying risk insured;

   f.  a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

**Nonrenewal** – If we decide not to renew this policy, we will mail to the named insured and last known mortgage holder or lienholder named in this policy, at the last address known to us, our notice of nonrenewal at least 60 days before the end of the policy period or anniversary date. Our notice will also include the reason or reasons for nonrenewal. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

**Renewal Revisions** – If we decide to renew this policy with premium increases of 30 percent or higher, or impose changes in deductible or coverage that materially alter the policy, we will mail or deliver to the named insured written notice of such increase or change in deductible or coverage at least 60 days prior to the renewal or anniversary date. Notification because of premium increase is not necessary where increases exceeding 30 percent are due to changed conditions or increased or broadened coverage.

**Suit Against Us – Commercial Property Coverage** – The following provision is applicable only to Commercial Property Coverage:

   The Suit Against Us provision in the General Conditions is replaced by the following provisions:

   No suit to recover any loss may be brought against us unless:

   •  the terms of the policy have been fully complied with; and

   •  the suit is commenced within one year after the loss.

   The one year period is extended by the number of days between the date the proof of loss is filed and the date the claim is denied in whole or in part.

**Cancellation – Commercial Property Coverage** – The following additional cancellation provision is applicable only to Commercial Property Coverage.

   We may cancel a Property Coverage for any of the reasons stated below by giving the required notice at least 10 days before cancellation is to take effect.

   This provision applies only to:

CL120 01 87                          Copyright, AAIS, 1987                          Page 1 of 2

- buildings to which, following a fire loss, permanent repairs have not commenced within 60 days after satisfactory adjustment of loss, unless such delay is a direct result of a labor dispute or weather conditions; or

- buildings which have been unoccupied 60 consecutive days, except buildings which have a seasonal occupancy and buildings which are undergoing construction, repair or reconstruction and are properly secured against unauthorized entry; or

- buildings on which, because of their physical condition, there is an outstanding demolition order, or which have been declared unsafe in accordance with applicable law; or

- buildings on which heat, water, sewer service or public lighting have not been connected for 30 consecutive days or more.

Copyright, AAIS, 1987

CM0001 09 04

## COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

### LOSS CONDITIONS

**A.   Abandonment**

There can be no abandonment of any property to us.

**B.   Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1.   Pay its chosen appraiser; and

2.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C.   Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

1.   Notify the police if a law may have been broken.

2.   Give us prompt notice of the loss or damage. Include a description of the property involved.

3.   As soon as possible, give us a description of how, when and where the loss or damage occurred.

4.   Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5.   You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6.   As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7.   We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this Insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8.   Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9.   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10.   Cooperate with us in the investigation or settlement of the claim.

**D.   Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E.   Loss Payment**

Copyright, Insurance Services Office, Inc., 2003

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

### F.  Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### G.  Pair, Sets Or Parts

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### H.  Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### I.  Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

### J.  Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

    Copyright, Insurance Services Office, Inc., 2003

**1)** Owned or controlled by you; or

**2)** That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

### A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

### D. No Benefit To Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### E. Policy Period, Coverage Territory

We cover loss or damage commencing:

1. During the policy period shown in the Declarations or Change Endorsement; and

2. Within the coverage territory.

### F. Valuation

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

CM0128 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

    COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.**   We will not pay for loss or damage arising out of any act committed:

   **1.**   By or at the direction of any insured; and

   **2.**   With the intent to cause a loss.

**B.**   However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   **1.**   The loss arose out of a pattern of criminal domestic violence; and

   **2.**   The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.**   If we pay a claim pursuant to Paragraph **B.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property.  In no event will we pay more than the Limit of Insurance.

CM0128 03 99                    Copyright, Insurance Services Office, Inc., 1998

CM0204 09 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

A.  **Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2.  a.  We may cancel this policy by mailing to you written notice stating the reason for cancellation.

    b.  If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

    c.  If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

        1)  30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

        2)  60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3.  If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

    a.  Nonpayment of premium;

    b.  The policy was obtained through a material misrepresentation;

    c.  Any insured has violated any of the terms and conditions of the policy;

    d.  The risk originally accepted has measurably increased;

    e.  Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

    f.  A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

B.  The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1.  If we decide not to renew this policy, we will mail written notice of nonrenewal no less than 60 days before the expiration date to:

    a.  You; and

    b.  The broker, if known to us, or the agent of record.

2.  Even if we do not comply with these terms, this policy will terminate:

    a.  On the expiration date if:

        1)  You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or

CM0204 09 00             Copyright, Insurance Services Office, Inc., 1999             Page 1 of 2

    2)   We have indicated our willingness to renew this policy to you or your representative; or

    3)   You have notified us or our agent that you do not want to renew this policy.

  b.   On the effective date of any other insurance replacing this policy.

## C.   Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

D.   General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

### C.   Legal Action Against Us

No one may bring a legal action against us:

1.   Until there has been full compliance with all the terms of this Coverage Part; and

2.   More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 Copyright, Insurance Services Office, Inc., 1999

IM0871 06 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ THIS CAREFULLY.**

## AMENDATORY ENDORSEMENT

### Illinois

1.  Under Definitions, item b. of Pollutants is deleted.

2.  Under Perils Excluded, Criminal, Fraudulent, or Dishonest Acts is amended to include the following:

    However, if the loss is caused by an act of domestic violence committed by or at the direction of an "insured" that:

    a.  arose out of a pattern of criminal domestic violence; and

    b.  the perpetrator of the loss is criminally prosecuted for the act causing the loss;

    this exclusion will not apply to an otherwise covered loss suffered by another "insured" who did not cooperate in or contribute to the act that caused the loss.

    "Our" payment may be limited to the claimant's insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

3.  Appraisal is amended to include the following:

    If "you" request an appraisal and the full amount of the appraised loss is upheld by agreement of the appraisers or umpire, "we" will pay the fees incurred for the services of the appraisers or umpire.

4.  Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

    **Misrepresentation, Concealment, or Fraud** - "We" do not provide coverage for an "insured" who has:

    a.  willfully concealed or misrepresented:

        1)  a material fact or circumstance with respect to this insurance; or

        2)  an "insured's" interest herein.

    b.  engaged in fraudulent conduct or sworn falsely with respect to this insurance or the subject thereof.

5.  Suit Against Us is amended to include the following:

    However, this period is extended by the number of days between the date proof of loss is submitted and the claim is denied in whole or in part.

Copyright, American Association of Insurance Services, 2002

IM7506 Ed 1.0 (01 98)

# SCHEDULED PROPERTY DECLARATIONS
### IM7506 Ed 1.0 (03 97)

**(The information required below may be indicated
on a separate schedule or supplemental "declarations")**

**COVERED PROPERTY**

Described Property                                                      Limit

**DEDUCTIBLE**

Deductible Amount            $_____

**COINSURANCE**

Coinsurance Percentage        _____%

(   ) Check if coinsurance provisions are waived

## SCHEDULED PROPERTY FLOATER COVERAGE
IM7500 Ed 1.0 (03 97)

### AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Scheduled Property Floater Coverage. This coverage is also subject to the "declarations" or change endorsement and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "declarations" or change endorsement.

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

### DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "declarations."

2. The words "we," "us," and "our" mean the company providing this coverage.

3. "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

4. "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting, of earth.

5. "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

6. "Ground water" means:
   a. water that backs up through a sewer or drain; or
   b. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building, sidewalk, driveway, foundation, swimming pool, or other structure.

7. "Limit" means the amount of coverage that applies.

8. "Pollutant" means:
   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.
   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:
    a. personal property in the open; or
    b. to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover direct physical loss caused by a covered peril to:

1. "your" property or

2. property of others in "your" care, custody, and control

   as described on the "declarations" or change endorsement.

## PROPERTY NOT COVERED

1. **Aircraft or Watercraft** ~ "We" do not cover aircraft or watercraft.

2. **Automobiles** — "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

3. **Buildings and Land** — "We" do not cover buildings or land including land on which covered property is located.

4. **Contraband** — "We" do not cover contraband or property in the course of illegal transportation or trade.

5. **Money and Securities** — "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6. **Waterborne Property** — "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## ADDITIONAL COVERAGES

1. **Debris Removal** — "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

   "We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   However, "we" pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

   "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Pollutant Cleanup and Removal** — "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants." However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

   The most "we" pay for each site or location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

## PERILS COVERED

"We" cover external risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** — "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.** **Earth Movement or Volcanic Eruption** – "We" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

"We" do pay for direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

**c.** **Nuclear Hazard** – "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

**d.** **Water** – "We" do not pay for loss caused by water. This means:

    **a.** "flood"; or

    **b.** "ground water."

If fire, explosion, or sprinkler leakage results, "we" do pay for the resulting loss.

**e.** **War** – "We" do not pay for loss caused by war. This means:

    **1)** declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

    **2)** a warlike act by a military force or by military personnel;

    **3)** the destruction, seizure, or use of the property for a military purpose; or

    **4)** the discharge of a nuclear weapon even if it is accidental.

**2.** "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss.

**a.** **Contamination or Deterioration** – "We" do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

**b.** **Criminal, Fraudulent, or Dishonest Acts** – "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

    **1)** "you";

    **2)** others who have an interest in the property;

    **3)** others to whom "you" entrust the property;

    **4)** "your" partners, officers, directors, trustees, or joint adventurers; or

    **5)** the employees or agents of **1), 2), 3),** or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**c.** **Electrical Currents** – "We" do not pay for loss caused by artificially generated electrical currents that damage electrical apparatus or wiring within the covered property. If loss by fire or explosion results, "we" do pay for the resulting loss.

This exclusion applies only to the property artificially generating the current or property that the current passes through.

**d.** **Explosion, Rupture, or Bursting** – "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

**e.** **Loss of Use** – "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

f.   **Mechanical Breakdown** – "We" do not pay for loss caused by any:

   1)   structural or mechanical process; or

   2)   structural, mechanical, or electrical breakdown or malfunction.

g.   **Missing Property** – "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

h.   **Pollutants** – "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril." "We" do pay for any resulting loss caused by a "specified peril."

i.   **Temperature/Humidity** – "We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

j.   **Theft From An Unattended Vehicle** – "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced. This exclusion does not apply to covered property in the custody of a carrier for hire.

k.   **Voluntary Parting** – "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l.   **Wear and Tear** – "We" do not pay for loss caused by wear and tear, marring or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1.   **Notice** – In case of a loss, "you" must:

   a.   give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b.   give notice to the police when the act that causes the loss is a crime.

2.   **Protect Property** – "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit."

3.   **Proof of Loss** – "You" must send "us," within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a.   the time, place, and circumstances of the loss;

   b.   other policies of insurance that may cover the loss;

   c.   "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d.   changes in title of the covered property during the policy period; and

   e.   estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.   **Examination** – "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.   **Records** – "You" must produce records, including tax returns and bank microfilms of all cancelled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.   **Damaged Property** – "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** – "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** – "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** – "You" must cooperate with "us" in performing all acts required by this policy.

**VALUATION**

1.  **Actual Cash Value** – The value of covered property is based on the actual cash value at the time of loss (with a deduction for depreciation) except as provided in paragraphs 2. and 3. under Valuation.

2.  **Pair or Set** – The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3.  **Loss to Parts** – The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**HOW MUCH WE PAY**

1.  **Insurable Interest** – "We" do not cover more than "your" insurable interest in any property.

2.  **Deductible** – "We" pay only that part of "your" loss over the deductible amount indicated on the "declarations" or change endorsement in any one occurrence.

3.  **Loss Settlement Terms** – Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

    a.  the amount determined under Valuation;

    b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

    c.  the "limit" that applies to the covered property.

4.  **Coinsurance** – "We" only pay a part of the loss if the "limit" is less than the percentage of the value of covered property that is indicated on the "declarations" or change endorsement. "Our" part of the loss is determined using the following steps:

    a.  multiply the percent indicated on the "declarations" or change endorsement by the value of the covered property at the time of loss;

    b.  divide the "limit" for covered property by the result determined in **4.a.** above;

    c.  multiply the total amount of loss, after the application of any deductible, by the result determined in **4.b.** above.

    The most "we" pay is the amount determined in **4.c.** above or the "limit," whichever is less. "We" do not pay any remaining part of the loss.

    If there is more than one "limit" indicated on the "declarations" or change endorsement for this coverage, this procedure applies separately to each "limit."

    If there is only one "limit" indicated on the "declarations" or change endorsement for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

5.  **Insurance Under More Than One Coverage** – If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6.  **Insurance Under More Than One Policy** – "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

    If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit."

**LOSS PAYMENT**

1. **Our Options** – "We" have the following options:

   a. pay the value of the loss;

   b. pay the cost of repairing or replacing the loss;

   c. rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

   d. take all or any part of the damaged property at the agreed or appraised value.

   "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** – "We" adjust all losses with "you." Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us."

3. **Property of Others** – Losses to property of others may be adjusted with and paid to:

   a. "you" on behalf of the owner; or

   b. the owner.

   If "we" pay the owner, "we" do not have to pay "you." "We" may also choose to defend any suits arising from the owners at "our" expense.

**OTHER CONDITIONS**

1. **Appraisal** – If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us," the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us."

2. **Benefit to Others** – Insurance under this coverage shall not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** – When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** – This provision applies only if the insured is an individual.

   On "your" death, "we" cover the following as an insured:

   a. the person who has custody of "your" property until a legal representative is qualified and appointed; or

   b. "your" legal representative.

   This person or organization is an insured only with respect to property covered by this coverage.

   This coverage does not extend past the policy period indicated on the "declarations" or change endorsement.

5. **Misrepresentation, Concealment, or Fraud** – This coverage is void as to "you" and any other insured if, before or after a loss:

   a.　"you" or any other insured have willfully concealed or misrepresented:

      1)　a material fact or circumstance that relates to this insurance or the subject thereof; or

      2)　"your" interest herein; or

   b.　there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** – "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** – If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a.　"you" must notify "us" promptly if "you" recover property or receive payment;

   b.　"we" must notify "you" promptly if "we" recover property or receive payment;

   c.　any recovery expenses incurred by either are reimbursed first;

   d.　"you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e.　if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** – A loss "we" pay under this coverage does not reduce the applicable "limits."

9. **Subrogation** – If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** – No one may bring a legal action against "us" under this coverage unless:

   a.　all of the "terms" of this coverage have been complied with; and

   b.　the suit has been brought within two years after "you" first have knowledge of the loss.

   If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** – "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

## COMMON POLICY CONDITIONS
### CL100 Ed 2.0 (03 97)

1.  **Assignment** – This policy may not be assigned without "our" written consent.

2.  **Cancellation** – "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us." If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

    If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

    "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3.  **Change, Modification, or Waiver of Policy Terms** – A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4.  **Inspections** – "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5.  **Examination of Books and Records** – "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

14-2162 05 90

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SINGLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY WITH EDP COVERAGE FORM ATTACHED
COMMERCIAL LINES POLICY WITH EDP COVERAGE FORM ATTACHED**

If there is business personal property insured under the policy to which the Electronic Data Processing Coverage Form is attached, the following will apply:

1.   If a covered cause of loss results in damage to property insured under both coverage forms from the same occurrence, only one deductible will apply.

2.   The deductible to apply will be the largest of the deductibles indicated for each coverage form.

14-2162 05 90

20-2118 01/03



CENTRAL
INSURANCE
COMPANIES

–Since 1876–

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President – Underwriting

7-1261 08 02

This Inland Marine coverage is subject to the **terms** shown below. The Inland Marine General Terms also apply.

## --PLEASE READ THIS CAREFULLY--

## MINI/MICRO ELECTRONIC DATA PROCESSING COVERAGE

| | Coverage Amount * |
|---|---|
| **Coverage A - Equipment**<br>For **equipment** on the **described premises** at: * | $ |

Property in transit for coverage amounts as shown for each location above.

Insured property temporarily away from the **described premises** at locations not owned or operated by **you** for coverage amounts as shown at each location above.

**Coverage B - Media & Data** — The coverage amount shall not exceed 20% for **Data** & 20% for **Media** of the coverage amount under Coverage A - Equipment at each location, except as may be provided by the Increased Coverage Amounts Endorsement. This is in addition to the coverage amount for Coverage A - Equipment.

**Coverage C - Extra Expense** — The Coverage amount is $10,000, except as may be provided by the Increased Coverage Amounts Endorsement.

### DEDUCTIBLE *

| | |
|---|---|
| The following deductible amount will apply to each loss after all other adjustments have been made. | $ |

### INSURANCE TO VALUE

**You** must maintain a minimum coverage amount. This minimum coverage amount is 100 percent of the full actual cash value of all covered property at all **described premises**. If the coverage amount at the time of loss is less than the minimum coverage amount, **we** will pay only a part of a loss. **Our** part of the loss will be determined by dividing the coverage amount by the minimum coverage amount. This percent will be applied to the final adjusted loss to determine the amount that **we** will pay.

If the property is covered for its replacement cost, the minimum coverage amount is the stated percent of its full replacement cost.

This clause applies only to Coverage A.

### DEFINITIONS

In addition to the definitions in the Inland Marine General Terms, the following definitions will apply:

1. **Data** is a fact, concept or instruction that is converted into a form that can be used in a **data** processing operation. This includes programs (software).

2. **Equipment** (hardware) is a network of machine components that accepts information and processes it according to a plan or program. (This includes, but is not limited to, machinery, converters, modems, security systems).

3. **Extra expense** is the necessary additional expense that **you** incur following a loss to **equipment, media** or **data** caused by a covered peril, in order to continue, as nearly as possible, the normal operations of **your data** processing system. This is the amount in excess of **your** normal operating expenses.

4. **Media** is the material on which **data** is recorded, such as magnetic tapes, disk packs, drums, paper tapes and cards.

5. **Period of Restoration** is the time that it takes for **you** to resume normal **data** processing operations following a covered loss to the **equipment, media** or **data**.

* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)

## PROPERTY COVERED

Coverage A, B or C applies only if a coverage amount is shown.

**Coverage A – We** cover **your equipment. We** also cover **equipment** that belongs to others and for which **you** are legally liable.

**Coverage B – We** cover **your media** or **data. We** also cover **media** or **data** that belongs to others and for which **you** are legally liable.

**Coverage C –** In the event of a loss to **your equipment, media** or **data** by a peril covered by this form, **we** cover **your extra expense** loss for the **restoration period.** This begins with the date of loss to the covered **equipment, media** or **data** and is not limited by the expiration date of this coverage. **You** and **we** may agree on broader coverage for leased **media** or **data.**

**You** must do all that is reasonable to reduce a loss and to resume normal **data** processing operations as soon as possible.

## EXTENSION OF COVERAGE

The extensions of coverage do not increase the coverage amounts.

1.  **Newly Acquired Property – We** cover **equipment, media** or **data** acquired during the policy period for a period up to 30 days after it is acquired. **You** must provide **us** with a complete description of each item within this 30-day period, and pay the additional premium. **We** cover these items for their actual cash value.

    The most that **we** will pay for all such items will be the smaller of the following:  20 percent of the coverage amount shown for the type of property acquired, or \$50,000.

    This coverage will end at the earliest of the following:
    a.   when the newly acquired items are reported to **us;**
    b.   the end of the 30-day period; or
    c.   the expiration date of the policy.

2.  **Removal –** Coverage A and B also apply while the covered property is removed from the **described premises** because it is endangered by a covered peril. This applies while the property is moved to, stored in or returned from a safe place. **You** must give **us** notice within 10 days after it is first moved.

## PROPERTY AND COVERAGES EXCLUDED

**We** do not cover:

1.  **equipment, media** or **data** that is sold on an installment plan once it leaves **your** custody.
2.  **equipment, media** or **data** that **you** rent to others. **We** do cover this property while it is on a **described premises.**
3.  accounts, bills, deeds, evidence of debt, valuable papers or records, manuscripts and other documents. **We** do cover these items once they have been converted to **data** form.
4.  **media** that cannot be replaced with like kind and quality.
5.  program support documentation, flow charts, record formats or narrative descriptions. **We** do cover this property if it has been converted to **data** form.
6.  **We** do not cover **extra expense** that results from the items listed above.

## PERILS COVERED

**We** cover direct physical loss to covered property unless the loss is caused by a peril that is excluded. The loss must be due to an external cause.

## PERILS EXCLUDED

**We** do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril.

**Coverages A, B and C –** the following exclusions apply to Coverages A, B and C. **We** do not pay for loss that results from:

1.  a dishonest or illegal act, alone or in collusion with another, by:
    a.   **you;**
    b.   others who have an interest in the property;
    c.   others to whom **you** entrust the property; or
    d.   the employees or agents of a., b. or c., whether or not they are at work.

    **We** do cover loss caused by dishonest acts by carriers or other bailees for hire.

2.  corrosion or rust.

3. dampness of atmosphere.
4. extremes of temperature.
5. a processing operation of the data processing system.
6. a process to repair, adjust, service or maintain the **equipment, media** or **data**. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
7. mechanical or machinery breakdown or failure. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
8. electrical currents, other than those caused by lightning, that damage an electrical apparatus or its wiring. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
9. earth movement. This includes:
   a. earthquake;
   b. sinkhole;
   c. landslide or mudflow; and
   d. the rising, sinking or shifting of the earth.

   If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only, caused by earth movement, if the covered property is away from the **described premises**.
10. volcanic activity. This means the formation, eruption or effusion of a volcano. It includes ash, cinders, dust, lava, steam and other products that result from volcanic activity. The formation, eruption of effusion of a volcano is not an explosion.

    If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only caused by volcanic activity if the property is away from the **described premises**.
11. water. This means:
    a. flood, surface water, waves, tidal water or the overflow of a body of water. This includes spray that results from these, whether driven by wind or not.
    b. water that backs up through a sewer or drain.
    c. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps or leaks into a building, sidewalk, foundation or other structure or through a door, window or other opening.

    If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only, caused by water, if the property is away from a **described premises**.
12. a fault, defect, error or omission in a plan, blueprint, design or specification.
13. a fault or defect in workmanship, installation or material.
14. a change in the electrical power supply to the equipment that occurs away from a **described premises**. This includes interruption, power surge, reduced voltage, low pressure, black-or-brown-outs and other interruptions of normal service.

**Coverages B and C** – The following additional exclusions apply to Coverages B and C. **We** do not pay for loss that results from:

1. electrical or magnetic injury, disturbance or erasure of electronic recordings. **We** do cover loss caused by lightning.
2. breakdown or malfunction of the **equipment** while the **media** is being run through the system. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
3. an error or omission in programming or giving improper instructions.

**Coverage C** – The following additional exclusions apply to Coverage C. **We** do not pay for loss that results from:

1. the enforcement of a code, ordinance or law that regulates the use, construction, repair or demolition of covered property or a building or structure.
2. the suspension, lapse or cancellation of a lease, license, contract or order.
3. strike, riot or civil commotion.

There are other perils that are not covered. These are listed in the Inland Marine General Terms. They apply to Coverages A, B and C.

**TERRITORY WHERE COVERAGE APPLIES**

Coverage applies only while the **equipment, media** or **data** is in the United States, Canada or Puerto Rico. This includes **equipment, media** or **data** that is in transit except to or from Alaska, Hawaii or Puerto Rico.

## AMOUNT WE PAY

This replaces the "Amount We Pay" provision in the Inland Marine General Terms. The smallest of the amounts shown below is the most that **we** will pay for a loss:

1.  **Equipment, Media** or **Data** –
    a.    the amount determined under "Valuation."
    b.    the cost to repair, replace or rebuild the property with material of like kind and quality. For **media,** this includes the cost to reproduce the **media** if it is actually reproduced. If not reproduced, **we** will pay only the value of the blank **media.**
    c.    the coverage amounts shown.
2.  **Extra Expense** –
    a.    the actual total **extra expense** that results from a covered loss.
    b.    the coverage amounts shown.

## PREMISES PROTECTION

**You** must maintain in proper working order the protective devices that were in operation on the effective date of this coverage.

IL0952 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A.   Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1.   The act resulted in aggregate losses in excess of $5 million; and

2.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B.   Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL0952 11 02                     Copyright, Insurance Services Office, Inc., 2002



CENTRAL
INSURANCE
COMPANIES
-Since 1876-

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

ALL AMERICA INSURANCE COMPANY

**POLICY NUMBER:** CLP 7879399     **POLICY PERIOD:**     FROM 06/12/2005     TO 06/12/2006

**NAMED INSURED:** D M H INGREDIENTS INC

### LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $2,000,000 |
| (OTHER THAN PRODUCTS/COMPLETED OPERATIONS) | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 ANY ONE FIRE |
| MEDICAL EXPENSE LIMIT | $5,000 ANY ONE PERSON |

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | |
|---|---|---|---|---|
| CG0001 10 01 | CG0062 12 02 | CG0200 04 87 | CG2015 11 88 | CG2147 07 98 |
| CG2150 09 89 | CG2170 11 02 | CG2294 10 01 | 20-1934 09 93 | 20-2118 01 03 |
| 8-1529 10 01 | 8-1730 01 92 | 8-1834 12 00 | 8-1997 11 01 | 8-2079 12 04 |
| ILO021 11 85 | | | | |

| PREMIUM BASES | A - AREA | EXPOSURE REPORTING BASES | A - EACH |
|---|---|---|---|
| | C - TOTAL COST | | B - PER 1,000 |
| | M - ADMISSIONS | | |
| | P - PAYROLL | | |
| | S - GROSS SALES | | |
| | U - UNITS | | |

PREMISES
NUMBER
01   1228 AMERICAN WAY, LIBERTYVILLE, IL          60048

| CLASSIFICATION | CODE NO | TERR | PREMIUM BASES | NET RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| PREMISES AND OPERATIONS | | | | | |
| BUILDINGS (LRO) - COMMERCIAL OCCUPANCIES | 61212 | 009 | AB | | |
| PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT. | | | 19,000 | 32.961 | $626 |
| DISTRIBUTORS - FOOD OR DRINK | 12361 | 009 | SB | | |
| | | | 16,000,000 | .087 | $1,392 |
| PRODUCTS AND COMPLETED OPERATIONS | | | | | |
| DISTRIBUTORS - FOOD OR DRINK | 12361 | 999 | SB | | |
| | | | 16,000,000 | .172 | $2,752 |

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## DECLARATIONS, CONTINUED

**NAMED INSURED**
D M H INGREDIENTS INC

**POLICY NUMBER**
CLP 7879399

| | ADVANCE PREMIUM |
|---|---|
| MISCELLANEOUS LIABILITY | |
| NON-OWNED AUTO | $180 |
| HIRED CAR | $127 |
| | |
| MANUALLY RATED COVERAGES | |
| | |
| ADDITIONAL INSURED VENDOR            -  CG2015 | $11 |
| PREMIUM FOR CERTIFIED ACTS OF TERRORISM UNDER THE TERRORISM RISK INSURANCE ACT | $31 |

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS    $5,119

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM  CG2015 11 88

ADDITIONAL INSURED VENDOR

VENDOR: ALL VENDORS AS SHOWN ON CERTIFICATES OF INSURANCE ON FILE
WITH THE AGENCY MIDWEST CERTIFIED

YOUR PRODUCTS:  GOODS MANUFACTURED OR DISTRIBUTED BY YOU.

DATE  09/30/2005             24

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

8-1529 10 01

# QUICK REFERENCE
## COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (CG0001), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

### DECLARATIONS
Named Insured and Mailing Address
Policy Period
Description of Business and Location of Premises
Limits of Insurance
Forms and Endorsements applying to the Coverage Part at time of issue

### COVERAGE FORM (CG0001)
SECTION I – COVERAGES

Coverage A – Bodily Injury and Property Damage Liability
Insuring Agreement
Exclusions

Coverage B – Personal and Advertising Injury Liability
Insuring Agreement
Exclusions

Coverage C – Medical Payments
Insuring Agreement
Exclusions

Supplementary Payments

SECTION II – WHO IS AN INSURED

SECTION III – LIMITS OF INSURANCE

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS
Bankruptcy
Duties in the Event of Occurrence, Claim or Suit
Legal Action Against Us
Other Insurance
Premium Audit
Representations
Separation of Insureds
Transfer of Rights of Recovery Against Others to Us
When We Do Not Renew

SECTION V – DEFINITIONS

### COMMON POLICY CONDITIONS (IL0017) - See Common Declarations
Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

### ENDORSEMENTS (If Any)

CG0001 10 01

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I – COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement**

    a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

        1)  The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

        2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

        2)  The "bodily injury" or "property damage" occurs during the policy period; and

        3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

        1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        2)  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        3)  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

    e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

 Copyright, Insurance Services Office, Inc., 2000

**2. Exclusions**

This insurance does not apply to:

**a. Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1) That the insured would have in the absence of the contract or agreement; or

2) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage," provided:

   a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

   b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1) Causing or contributing to the intoxication of any person;

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

1) An "employee" of the insured arising out of and in the course of:

   a) Employment by the insured; or

   b) Performing duties related to the conduct of the insured's business; or

2) The spouse, child, parent, brother or sister of that "employee" as a consequence of 1) above.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

**f. Pollution**

1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

   a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

      i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

      ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such

premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    **iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    **i)** Any insured; or

    **ii)** Any person or organization for whom you may be legally responsible; or

**d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    **i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premies, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    **ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    **iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire."

**e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants."

**2)** Any loss, cost, or expense arising out of any:

**a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**1)** A watercraft while ashore on premises you own or rent;

**2)** A watercraft you do not own that is:

    **a)** Less than 26 feet long; and

    **b)** Not being used to carry persons or property for a charge;

 Copyright, Insurance Services Office, Inc., 2000

**3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

**1)** The transportion of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

### j. Damage to Property

"Property damage" to:

**1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**3)** Property loaned to you;

**4)** Personal property in the care, custody or control of the insured;

**5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **1), 3)** and **4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **3), 4), 5)** and **6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

### k. Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

### l. Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### m. Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement In accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

 Copyright, Insurance Services Office, Inc., 2000

**n.   Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

1)   "Your product";

2)   "Your work"; or

3)   "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury."

Exclusions c. through n. do not apply to damage by fire to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1.   Insuring Agreement**

**a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or "suit" that may result. But:

1)   The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

2)   Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

**b.**   This insurance applies to - "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**2.   Exclusions**

This insurance does not apply to:

**a.   Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury."

**b.   Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.   Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

**d.   Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e.   Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f.   Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement."

**g.   Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement."

h.   **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement."

i.   **Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement," of copyright, trade dress or slogan.

j.   **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

1)   Advertising, broadcasting, publishing or telecasting;

2)   Designing or determining content of web-sites for others; or

3)   An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.   **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.   **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.   **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

n.   **Pollution-Related**

Any loss, cost or expense arising out of any:

1)   Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2)   Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, assessing the effects of, "pollutants."

## COVERAGE C. MEDICAL PAYMENTS

1.   **Insuring Agreement**

a.   We will pay medical expenses as described below for "bodily injury" caused by an accident:

1)   On premises you own or rent;

2)   On ways next to premises you own or rent; or

3)   Because of your operations;

provided that:

1)   The accident takes place in the "coverage territory" and during the policy period;

2)   The expenses are incurred and reported to us within one year of the date of the accident; and

3)   The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.   We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

1)   First aid administered at the time of an accident;

2)   Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

3)   Necessary ambulance, hospital, professional nursing and funeral services.

2.   **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers."

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while taking part in athletics.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard."

g. **Coverage A Exclusions**

Excluded under Coverage A.

h. **War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS-COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

   e. All costs taxed against the insured in the "suit."

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit," we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      1) Agrees in writing to:

         a) Cooperate with us in the investigation, settlement or defense of the "suit";

         b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

  **c)** Notify any other insurer whose coverage is available to the indemnitee; and

  **d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

 **2)** Provides us with written authorization to:

  **a)** Obtain records and other information related to the "suit"; and

  **b)** Conduct and control the defense of the indemnitee in such "suit."

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.2)** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

---

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations or Change Endorsement as:

 **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

 **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

 **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

 **d.** An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

 **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

 **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers," (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

  **1)** "Bodily injury" or "personal and advertising injury":

   **a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   **b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph 1)a) above;

   **c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs 1)a) or b) above; or

   **d)** Arising out of his or her providing or failing to provide professional health care services.

  **2)** "Property damage" to property:

   **a)** Owned, occupied or used by,

   **b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

  you, any of your "employees," "volunteer workers," any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        **1)** With respect to liability arising out of the maintenance or use of that property; and

        **2)** Until your legal representative has been appointed.

    **d.** Your legal representative if you die, but only with respect to duties as such.  That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

    **a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

    **b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

    **a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    **b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

    **c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or Change Endorsement.

---

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations or Change Endorsement and the rules below fix the most we will pay regardless of the number of:

    **a.** Insureds;

    **b.** Claims made or "suits" brought; or

    **c.** Persons or organizations making claims or bringing "suits."

**2.** The General Aggregate Limit is the most we will pay for the sum of:

    **a.** Medical expenses under Coverage C;

    **b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    **c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

**4.** Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    **a.** Damages under Coverage A; and

    **b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence."

**6.** Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

    Copyright, Insurance Services Office, Inc., 2000    

7.    Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations or Change Endorsement, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1.    **Bankruptcy**

     Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.    **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

     a.    You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

         1)    How, when and where the "occurrence" or offense took place;

         2)    The names and addresses of any injured persons and witnesses; and

         3)    The nature and location of any injury or damage arising out of the "occurrence" or offense.

     b.    If a claim is made or "suit" is brought against any insured, you must:

         1)    Immediately record the specifics of the claim or "suit" and the date received; and

         2)    Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

     c.    You and any other involved insured must:

         1)    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

         2)    Authorize us to obtain records and other information;

         3)    Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

         4)    Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

     d.    No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3.    **Legal Action Against Us**

     No person or organization has a right under this Coverage Part:

     a.    To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

     b.    To sue us on this Coverage Part unless all of its terms have been fully complied with.

     A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4.    **Other Insurance**

     If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

     a.    **Primary Insurance**

         This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

     b.    **Excess Insurance**

         This insurance is excess over:

         1)    Any of the other insurance, whether primary, excess, contingent or on any other basis:

             a)    That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

             b)    That is Fire insurance for premises rented to you; or temporarily occupied by you with permission of the owner

       **c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

       **d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

    **2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

    **1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

    **2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations or Change Endorsement of this Coverage Part.

**c.** **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

    **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

    **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

    **c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

    **a.** The statements in the Declarations or Change Endorsement are accurate and complete;

    **b.** Those statements are based upon representations you made to us; and

    **c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

    **a.** As if each Named Insured were the only Named Insured; and

    **b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations or Change Endorsement written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

 Copyright, Insurance Services Office, Inc., 2000

## SECTION V – DEFINITIONS

1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    a.  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b.  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2.  "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment."

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  "Coverage territory" means:

    a.  The United States of America (including its territories and possessions), Puerto Rico and Canada;

    b.  International waters or airspace, but only if the injury or damage occurs in the course of travel or transportaiton between any places included in a. above; or

    c.  All other parts of the world if the injury or damage arises out of:

        1)  Goods or products made or sold by you in the territory described in a. above;

        2)  The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

        3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

        provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5.  "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6.  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7.  "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8.  "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

    a.  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b.  You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by:

    a.  The repair, replacement, adjustment or removal of "your product" or "your work"; or

    b.  Your fulfilling the terms of the contract or agreement.

9.  "Insured contract" means:

    a.  A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

    b.  A sidetrack agreement;

    c.  An easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    e.  An elevator maintenance agreement;

    f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

        Paragraph f. does not include that part of any contract or agreement:

      **1)**    That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

      **2)**    That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

          **a)**    Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

          **b)**    Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

      **3)**    Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

**11.** "Loading or unloading" means the handling of property:

    **a.**    After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    **b.**    While it is in or on an aircraft, watercraft or "auto"; or

    **c.**    While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **a.**    Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **b.**    Vehicles maintained for use solely on or next to premises you own or rent;

    **c.**    Vehicles that travel on crawler treads;

    **d.**    Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **1)**    Power cranes, shovels, loaders, diggers or drills; or

      **2)**    Road construction or resurfacing equipment such as graders, scrapers or rollers;

    **e.**    Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **1)**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **2)**    Cherry pickers and similar devices used to raise or lower workers;

    **f.**    Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      **1)**    Equipment designed primarily for:

          **a)**    Snow removal;

          **b)**    Road maintenance, but not construction or resurfacing; or

          **c)**    Street cleaning;

      **2)**    Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

      **3)**    Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

    **a.**    False arrest, detention or imprisonment;

    **b.**    Malicious prosecution;

    **c.**    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement."

**15.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**1)** Products that are still in your physical possession; or

**2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**a)** When all of the work called for in your contract has been completed.

**b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a)** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b)** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a)** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b)** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee," and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a)** Means:

**1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**a.** You;

**b.** Others trading under your name; or

**c.** A person or organization whose business or assets you have acquired; and

        **2)**    Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b)**    Includes:

        **1)**    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **2)**    The providing of or failure to provide warnings or instructions.

    **c)**    Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.**    "Your work":

    **a)**    Means:

        **1)**    Work or operations performed by you or on your behalf; and

        **2)**    Materials, parts or equipment furnished in connection with such work or operations.

    **b)**    Includes:

        **1)**    Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work," and

        **2)**    The providing of or failure to provide warnings or instructions.

 Copyright, Insurance Services Office, Inc., 2000

CG0062 12 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

    **2. Exclusions**

    This insurance does not apply to:

    **i. War**

        "Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of:

        **1)** War, including undeclared or civil war; or

        **2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

        **3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance does not apply to:

    **WAR**

    "Personal and advertising injury," however caused, arising, directly or indirectly, out of:

    **a.** War, including undeclared or civil war; or

    **b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of Section **I - Coverage C - Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions** of **Section I - Coverage C - Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

Copyright, ISO Properties, Inc., 2002

CG0200 04 87

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. CANCELLATION (Common Policy Conditions) is replaced by the following:
   CANCELLATION
   1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing to us advance written notice of cancellation.
   2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.
      b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.
      c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:
         1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.
         2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.
   3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:
      a. Nonpayment of premium;
      b. The policy was obtained through a material misrepresentation;
      c. Any insured has violated any of the terms and conditions of the policy;
      d. The risk originally accepted has measurably increased;
      e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or
      f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.
   4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
   5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.
B. The following is added and supersedes any provision to the contrary:
   NONRENEWAL
   1. If we decide not to renew this policy, we will mail written notice stating the reason for nonrenewal no less than 60 days before the expiration date to:
      a. You; and
      b. The broker, if known to us, or the agent of record.
   2. Even if we do not comply with these terms, this policy will terminate:
      a. On the expiration date if:
         1) You fail to perform any of your obligations in connection with the payment of the premium for the policy, or any installment payment, whether payable directly to us or our agents or indirectly under any premium finance plan or extension of credit; or
         2) We have indicated our willingness to renew this policy to you or your representative; or
         3) You have notified us or our agent that you do not want to renew this policy.
      b. On the effective date of any other insurance replacing this policy.
C. Mailing of Notices
   We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG0200 04 87                    Copyright, Insurance Services Office, Inc., 1987

CG2015 11 88

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED – VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE *

**Name of Person or Organization (Vendor):**

**Your Products:**

**\* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

WHO IS AN INSURED (Section II) is amended to include as an insured any person or organization (referred to below as vendor) shown in the Schedule, Declarations or Change Endorsement, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule, Declarations or Change Endorsement which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor;

   d. Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

CG2015 11 88          Copyright, Insurance Services Office, Inc., 1986, 1988

CG2147 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT – RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**1)** A person arising out of any:

    **a)** Refusal to employ that person;

    **b)** Termination of that person's employment; or

    **c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **a)**, **b)** or **c)** above is directed.

This exclusion applies:

**1)** Whether the insured may be liable as an employer or in any other capacity; and

**2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**1)** A person arising out of any:

    **a)** Refusal to employ that person;

    **b)** Termination of that person's employment; or

    **c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

**2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **a)**, **b)** or **c)** above is directed.

This exclusion applies:

**1)** Whether the insured may be liable as an employer or in any other capacity; and

**2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG2147 07 98      Copyright, Insurance Services Office, Inc., 1997

CG2150 09 89

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

**c.** "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**1)** Causing or contributing to the intoxication of any person;

**2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

**1)** Manufacture, sell or distribute alcoholic beverages;

**2)** Serve or furnish alcoholic beverages for a charge whether or not such activity:

**a)** Requires a license;

**b)** Is for the purpose of financial gain or livelihood; or

**3)** Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

CG2150 09 89                    Copyright, Insurance Services Office, Inc., 1988

CG2170 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism," we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

CG2170 11 02                    Copyright, Insurance Services Office, Inc., 2002

CG2294 10 01

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

# EXCLUSION – DAMAGE TO WORK
## PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion l. of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

2. **Exclusions**

This insurance does not apply to:

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

CG2294 10 01          Copyright, Insurance Services Office, Inc., 2000

20-1934 09 93

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – ASBESTOS/LEAD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the actual, alleged or threatened:

1)  dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

    a.  Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

    b.  Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

2)  exposure to lead, paint containing lead, or any other material or substance containing lead; or

3)  any loss, cost or expense arising out of any:

    a.  Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, any other material or substance containing lead, asbestos, asbestos fiber or any product containing asbestos.

    b.  Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, any other material or substance containing lead, asbestos, asbestos fiber or any product containing asbestos.

20-1934 09 93

20-2118 01/03



**CENTRAL**
**INSURANCE**
**COMPANIES**
*−Since 1876−*

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President − Underwriting

8-1730 01 92

**THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.**

## HIRED AUTO AND NON-OWNED AUTO LIABILITY
## AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
BUSINESSOWNERS LIABILITY COVERAGE FORM

Paragraph A. 2. of Hired Auto and Non-Owned Auto Liability is amended to read:

2.    Non-Owned Auto Liability

The insurance provided under Coverage A.1. applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

8-1730 01 92

8-1834 12 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF PRIMARY AND EXCESS PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be either primary or primary and noncontributing. Where required by contract, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and noncontributing with this insurance.

8-1834 12 00

8-1997 11 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**A.** The following exclusions are added to paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability

This insurance does not apply to:

**p.** "Bodily injury" or "property damage" caused by incremental, continuous or progressive damage arising from an occurrence, which first occurred, began to occur or is alleged to have occurred prior to the inception date of this policy.

**q.** Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else.

**B.** The following exclusions are added to Paragraph 2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to:

**a.** "Personal and advertising injury":

**11.** Which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expense arising out of any:

**3.** testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, reediting or disposing of, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else.

**C.** The following is added to Section III - Limits of Insurance:

**8.** Subject to paragraph 5., $10,000 is the most we will pay under Coverage A for all "bodily injury" to any one person or "property damage" to any one premises, not to exceed an aggregate of $25,000 for the policy period, which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage, to the extent not excluded in Paragraph A. of this endorsement.

**D.** The following definition is added to Section V - Definitions:

**23.** "Fungi" means any type or form of fungus, including mold, mildew or yeast, and any mycotoxins, spores, scents or by products produced or released by fungi, but does not include any fungi intended by the insured for consumption.

8-2079 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS HIRED AUTO AND NON-OWNED AUTO LIABILITY INCLUDING UNINSURED/UNDERINSURED MOTORISTS COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE \***

| Coverage | Additional Premium |
|---|---|
| Hired Auto Liability | |
| Non-Owned Auto Liability | |

**\* (If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or Change Endorsement.

    **1. HIRED AUTO LIABILITY**

      The insurance provided under Coverage A (Section I) applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

    **2. NON-OWNED AUTO LIABILITY**

      The insurance provided under Coverage A (Section I) applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person other than you.

    **3. UNINSURED/UNDERINSURED MOTORISTS COVERAGE**

      When Hired Auto Liability or Non-Onwed Auto Liability Coverage is provided:

      **a.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle." The damages must result from "bodily injury" sustained by the "insured" caused by an "accident." The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle" or "underinsured motor vehicle."

      **b.** We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

        **1)** We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification; or

        **2)** We and an "insured" have reached a "settlement agreement."

      **c.** Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B.** For insurance provided by this endorsement only:

    **1.** The exclusions, under Coverage A (Section I), other than exclusions a, b, d, e, f and i and the Nuclear Energy Liability Exclusion (Broad Form) are deleted and the following added:

      **a.** "Bodily injury":

        **1)** To an "employee" of the insured arising out of and in the course of employment by the insured; or

        **2)** To the spouse, child, parent, brother or sister of that "employee" as a consequence of **1)** above.

      This exclusion applies:

      **a)** Whether the insured may be liable as an employer or in any other capacity; and

      **b)** To any obligation to share damages with or repay someone else who must pay damages because of injury.

 Copyright, Insurance Services Office, Inc., 1995

This exclusion does not apply to:

    **i)**  Liability assumed by the insured under an "insured contract"; or

    **ii)**  "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers compensation law.

**b.**  "Property damage" to:

    **1)**  Property owned or being transported by, or rented or loaned to the insured; or

    **2)**  Property in the care, custody or control of the insured.

**c.**  "Exclusions" relating to **A.3.** Uninsured/Underinsured Motorists Coverage

This insurance does not apply to any of the following:

    **1)**  Any claim settled without our consent.

    **2)**  The direct or indirect benefit of any insurer under any workers compensation, disability benefits or similar law.

    **3)**  "Bodily injury" sustained by:

        **a)**  An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

        **b)**  Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

        **c)**  Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

    **4)**  Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

    **5)**  Punitive or exemplary damages.

**2.**  WHO IS AN INSURED Section II is replaced by the following:

Each of the following is an insured under this endorsement to the extent set forth below:

**a.**  You;

**b.**  Any other person using a "hired auto" with your permission;

**c.**  For a "non-owned auto," any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business; and

**d.**  Any other person or organization, but only for their liability because of acts or omissions of an insured under a., b. or c. above.

None of the following is an insured:

    **1)**  Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury," or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

    **2)**  Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

    **3)**  Any person while employed in or otherwise engaged in duties in connection with an "auto business," other than an "auto business" you operate;

    **4)**  The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

    **5)**  Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations or Change Endorsement.

**C.**  **Limits of Insurance (Section III)** is amended to state:

  **1.**  The General Aggregate limit is not applicable to the insurance provided by this endorsement.

  **2.**  Uninsured/Underinsured Motorists Coverage

    **a.**  Regardless of the number of covered "autos," "insureds," premiums paid, claims made or vehicles involved in the "accident," the most we will pay for all damages resulting from any one "accident" is the Limit of Insurance for Underinsured Motorists Coverage shown in this endorsement.

    **b.**  Except in the event of a "settlement agreement," the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

       **1)**  By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

       **2)**  Under any workers compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

       **3)**  Under any automobile medical payments coverage.

   **c.**  In the event of a "settlement agreement," the maximum Limit of Insurance for this coverage shall be the amount by which the limit of insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle."

   **d.**  No one will be entitled to receive duplicate payments for the same element of "loss" under this Coverage Form and any Liability Coverage Form.

**D.**  The following conditions are added for Uninsured/Underinsured Motorists Coverage:

**REIMBURSEMENT AND TRUST**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back in the amount we have paid.

**ARBITRATION**

  **1.**  If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or "underinsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated. If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third. If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association. We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

      If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

  **2.**  Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

  **3.**  If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought:

   **a.**  Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

   **b.**  Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

      In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

  **4.**  If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

   **a.**  $50,000 for "bodily injury" to any one person/$100,000 for "bodily injury" to two or more persons caused by any one "accident"; or

   **b.**  The Limit Of Uninsured/Underinsured Motorists Insurance shown in the endorsement.

**E.**  The following additional definitions apply:

  **1.**  **"Auto Business"** means the business or occupation of selling, repairing, servicing, storing or parking "autos".

  **2.**  **"Family Member"** means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

  **3.**  **"Hired Auto"** means any "auto" you lease, hire or borrow. This does not include any "auto" you lease, hire or borrow from any of your "employees" or members of their households, or from any partner or "executive officer" of yours.

  **4.**  **"Non-Owned Auto"** means any "auto" you do not own, lease, hire or borrow which is used in connection with your business. However, if you are a partnership, a "non-owned auto" does not include any "auto" owned by any partner.

  **5.**  **"Occupying"** means in, upon, getting in, on, out or off.

  **6.**  **"Settlement Agreement"** means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle," damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle."

 Copyright, Insurance Services Office, Inc., 1995

7.  **"Tentative Settlement"** menas an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle."

8.  **"Underinsured Motor Vehicle"** means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but their limits are less than the limit of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

    a.  Owned or operated by any self-insurer under any applicable motor vehicle law.

    b.  Owned by a governmental unit or agency.

    c.  Designed for use mainly off public roads while not on public roads.

    d.  Which is an "uninsured motor vehicle."

9.  **"Uninsured Motor Vehicle"** means a land motor vehicle or "trailer":

    a.  For which liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged; or

    b.  For which an insuring or bond company denies coverage or is or becomes insolvent; or

    c.  That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured," a covered "auto" or a vehicle an "insured" is "occupying." If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

    However, "uninsured motor vehicle" does not include any vehicle:

    a.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

    b.  Owned by a governmental unit or agency; or

    c.  Designed for use mainly off public roads while not on public roads.

Copyright, Insurance Services Office, Inc., 1995

IL0021 11 85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NUCLEAR ENERGY LIABILITY EXCLUSION
### ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

> BUSINESSOWNERS POLICY
> COMMERCIAL AUTO COVERAGE PART
> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> FARM COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
> LIQUOR LIABILITY COVERAGE PART
> POLLUTION LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> RAILROAD PROTECTIVE LIABILITY COVERAGE PART
> SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage:"

        1)  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        2)  Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

        1)  The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

        2)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

        3)  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties;

    "Nuclear material" means "source material," "Special nuclear material" or "by-product material;"

    "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor;"

IL0021 11 85          Copyright, Insurance Services Office, Inc., 1983, 1984          Page 1 of 2

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

a) Any "nuclear reactor;"

b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain re-action or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

 Copyright, Insurance Services Office, Inc., 1983, 1984


CENTRAL
INSURANCE
COMPANIES
–Since 1876–

# CHANGE ENDORSEMENT

1

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:**
ALL AMERICA INSURANCE COMPANY
**POLICY NUMBER:** CLP 7879399
**ENDORSEMENT EFFECTIVE DATE:** 06/12/2005

**NAMED INSURED AND MAILING ADDRESS**
D M H INGREDIENTS INC
D DAMLICH AND CO
T HATCH AND CO INC
AMERICAN WAY PROPERTIES LLC
DBA MALLOW CREME
1228 AMERICAN WAY
LIBERTYVILLE IL                    60048-3936

**AGENT** 5580
MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL  60006-0670

Agent's Phone: 847-640-8000

**POLICY PERIOD:**    **FROM** 06/12/2005    **TO** 06/12/2006
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

---

## POLICY CHANGES

IN CONSIDERATION OF THE ISSUANCE OF THIS POLICY, IT IS AGREED THAT THIS POLICY IS AMENDED AS SHOWN BELOW:

ADDITIONAL INSURED ENDORSEMENT, CG2010 1001, IS ADDED TO
THE POLICY PER THE ATTACHED.

THE PERSONAL PROPERTY LIMIT OF PREMISES 1 BUILDING 1 IS AMENDED
FROM $740,000 TO $825,000.

$    238.00 ADDITIONAL PREMIUM

14-1915 05 84                                                         CRS    PAGE 001 of 002

# CHANGE ENDORSEMENT, CONTINUED

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:**
ALL AMERICA INSURANCE COMPANY
**POLICY NUMBER:** CLP 7879399
**ENDORSEMENT EFFECTIVE DATE:** 06/12/2005

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM   CG2010 10 01

ADDITIONAL INSURED - OWNERS, LESSEES, OR CONTRACTORS

NAME OF PERSON OR ORGANIZATION:
VAN TONE CREATIVE FLAVORS INC
ATTN: VALERIE ROGERS
200 METRO DR
TORRELL TX 75160

COUNTERSIGNED BY

PRESIDENT

14-1915 05 84

DATE  11/02/2005                                                24

SECRETARY  _Edward P. Ball_

CRS    PAGE 002 of 002



CENTRAL
INSURANCE
COMPANIES
®

*–Since 1876–*

08CV 3670
JUDGE GUZMAN
MAGISTRATE JUDGE MASON
     NF



This is to certify that this is a true and exact copy of the wording of the policy as it existed on

Date of Loss ___10-1-05___

Policy No. ___8362305___

Date Prepared ___6-23-06___

By ___Meghan Swander___

# *Central Premier*®

## COMMERCIAL POLICY



## Central Mutual Insurance Company

Home Office – Van Wert, Ohio
Established 1876

20-1900 09/92



EXHIBIT

C

Blumberg No. 5119



**CENTRAL INSURANCE COMPANIES**

*–Since 1876–*

## WHOLESALE POLICY
### COMMON DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY
**POLICY NUMBER:** CLP 8362305
**NAMED INSURED AND MAILING ADDRESS** *
        DMH INGREDIENTS INC
        D DAMLICH AND CO
        T HATCH AND CO INC
        1228 AMERICAN WAY
        LIBERTYVILLE IL              60048
C/O DAVID J DAMLICH

REWRITE OF POLICY 8362305
**AGENT** 5580                          (847)640-8000
MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL  60006-0670

**POLICY PERIOD:**        **FROM** 07/12/2006      **TO** 07/12/2007
                    **AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE**

**BUSINESS DESCRIPTION:**    FOOD BROKER/DISTRIBUTOR
**FORM OF BUSINESS:**        CORPORATION

---

* SEE NAMED INSURED CONTINUATION SCHEDULE WITHIN THIS DECLARATIONS.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:

                                                    PREMIUM

    COMMERCIAL PROPERTY COVERAGE PART                $6,702.00

    COMMERCIAL INLAND MARINE COVERAGE PART             $885.00
                                                    ----------
THE ADVANCE PREMIUM DUE AT INCEPTION IS  ----------------- $7,587.00
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

-------------------------------------------------------------------------
THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO ALL COVERAGE PARTS
AND MADE PART OF THIS POLICY.  THESE FORMS AND ENDORSEMENTS, WHEN APPEARING
ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

   20-1769 08 91    20-1900 09 92    IL0017 11 98
-------------------------------------------------------------------------

NAMED INSURED CONTINUATION SCHEDULE -
       DMH INGREDIENTS INC
       D DAMLICH AND CO
       T HATCH AND CO INC
       DBA MALLOW CREME
C/O DAVID J DAMLICH

-------------------------------------------------------------------------

COUNTERSIGNED BY                              DATE  08/16/2006              11

PRESIDENT                                     SECRETARY  *Edward P. Buell*

THESE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH THE COVERAGE PART COVERAGE FORM(S),
AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
20-1595 11 85                                           PAGE 001 of 001

20-1769 08/91

## PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND
## ALL AMERICA INSURANCE COMPANIES

**IN WITNESS WHEREOF,** we have executed and attested this policy. If required by state law, this policy is not valid unless it is countersigned by our authorized representative.

President                    Secretary

20-1769 08/91

IL0017 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A.    CANCELLATION**

1.    The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2.    We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

a.    10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

b.    30 days before the effective date of cancellation if we cancel for any other reason.

3.    We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4.    Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.    If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6.    If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.    CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations or Change Endorsement is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C.    EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D.    INSPECTIONS AND SURVEYS**

1.    We have the right to:

a.    Make inspections and surveys at any time;

b.    Give you reports on the conditions we find; and

c.    Recommend changes.

2.    We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

a.    Are safe or healthful; or

b.    Comply with laws, regulations, codes or standards.

3.    Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.    Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E.    PREMIUMS**

The first Named Insured shown in the Declarations or Change Endorsement:

1.    Is responsible for the payment of all premiums; and

2.    Will be the payee for any return premiums we pay.

**F.    TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Copyright, Insurance Services Office, Inc., 1998



**CENTRAL INSURANCE COMPANIES**

−Since 1876−

# CENTRAL PREMIER
## COMMERCIAL PROPERTY COVERAGE PART
### DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305    **POLICY PERIOD:**    FROM 07/12/2006    **TO** 07/12/2007

**NAMED INSURED:** DMH INGREDIENTS INC

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | |
|---|---|---|---|---|
| CP0010 04 02 | CP0030 04 02 | CP0090 07 88 | CP1030 04 02 | 14-2012 11 85 |
| 14-2660 04 02 | 14-3065 07 05 | 20-2118 01 03 | IL0118 07 02 | IL0284 12 05 |
| IL0952 11 02 | | | | |

---

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

PREMISES BLDG
NO   NO
01    01    1228 AMERICAN WAY, LIBERTYVILLE, IL      60048-0000
     OCCUPANCY:    DISTRIBUTOR

DEDUCTIBLE:    $2,500    EACH OCCURRENCE

| COVERAGES | LIMIT OF INSURANCE | COINSURANCE OR LIMITATION | COVERED CAUSES OF LOSS |
|---|---|---|---|
| BUILDING | NO COVERAGE | | |
| YOUR PERSONAL PROPERTY | $1,250,000 | NONE | SPECIAL FORM CP1030 |
| PERSONAL PROPERTY OTHERS | NO COVERAGE | | |
| BUSINESS INCOME INCLUDING RENTAL VALUE | $100,000 | 1/6 | SPECIAL FORM CP1030 |

OPTIONAL COVERAGES/EXCLUSIONS
   BUSINESS INCOME MONTHLY LIMIT OF INDEMNITY COVERED BY CP0030 APPLIES.
     AND THE FRACTION IS 1/6.
   REPLACEMENT COST APPLIES TO YOUR PERSONAL PROPERTY ONLY.

PREMIUM FOR CERTIFIED ACTS OF TERRORISM
   UNDER THE TERRORISM RISK INSURANCE ACT IS      $50.00

---

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS    $6,702.00

DATE 08/16/2006      11

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

14-2010 11 85                  PAGE 001 of 001

14-2012 11 85

# QUICK REFERENCE
## COMMERCIAL PROPERTY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Property Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Property Conditions, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

**DECLARATIONS**

    Named Insured and Mailing Address
    Policy Period
    Description of Business
    Coverage Provided and Limits of Insurance
    Optional Coverages
    Forms and Endorsements applying to the Coverage
       Part at time of issue

**COVERAGE FORM(S)**

    COVERAGE

        Covered Property (If Applicable)
        Property Not Covered (If Applicable)
        Covered Causes of Loss (If Applicable)
        Additional Coverage (If Applicable)
        Coverage Extensions (If Applicable)

    EXCLUSIONS

    LIMITS OF INSURANCE

    DEDUCTIBLE (If Applicable)

    LOSS CONDITIONS (If Applicable)

    ADDITIONAL CONDITIONS (If Applicable)

    OPTIONAL COVERAGES (If Applicable)

    DEFINITIONS (If Applicable)

**CAUSES OF LOSS FORM (If Applicable)**

    Covered Causes of Loss
    Exclusions
    Limitations (If Applicable)
    Additional Coverage (If Applicable)

**COMMERCIAL PROPERTY CONDITIONS (CP0090)**

    Concealment, Misrepresentation and Fraud
    Control of Property
    Insurance Under Two or More Coverages
    Legal Action Against Us
    Liberalization
    No Benefit to Bailee
    Other Insurance
    Policy Period, Coverage Territory
    Transfer of Rights of Recovery Against Others to Us

**COMMON POLICY CONDITIONS (IL0017) - See Common Declarations**

    Cancellation
    Changes
    Examination of Your Books and Records
    Inspections and Surveys
    Premiums
    Transfer of Your Rights and Duties Under This Policy

**ENDORSEMENTS (If Any)**

CP0010 04 02

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

### A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations or Change Endorsement caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations or Change Endorsement for that type of property.

**a. Building,** meaning the building or structure described in the Declarations or Change Endorsement, including:

  **1)** Completed additions;

  **2)** Fixtures, including outdoor fixtures;

  **3)** Permanently installed:

    **a)** Machinery; and

    **b)** Equipment;

  **4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

    **a)** Fire extinguishing equipment;

    **b)** Outdoor furniture;

    **c)** Floor coverings; and

    **d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

  **5)** If not covered by other insurance:

    **a)** Additions under construction, alterations and repairs to the building or structure;

    **b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or Change Endorsement or on Your Business Personal Property - Separation of Coverage form:

  **1)** Furniture and fixtures;

  **2)** Machinery and equipment;

  **3)** "Stock";

  **4)** All other personal property owned by you and used in your business;

  **5)** Labor, materials or services furnished or arranged by you on personal property of others;

  **6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **a)** Made a part of the building or structure you occupy but do not own; and

    **b)** You acquired or made at your expense but cannot legally remove;

  **7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

**c. Personal Property Of Others** that is:

  **1)** In your care, custody or control; and

  **2)** Located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

 Copyright, ISO Properties, Inc., 2001

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.    Property Not Covered**

Covered Property does not include:

**a.**  Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.**  Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.**  Automobiles held for sale;

**d.**  Bridges, roadways, walks, patios or other paved surfaces;

**e.**  Contraband, or property in the course of illegal transportation or trade;

**f.**  The cost of excavations, grading, backfilling or filling;

**g.**  Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **1)**  The lowest basement floor; or

    **2)**  The surface of the ground, if there is no basement;

**h.**  Land (including land on which the property is located), water, growing crops or lawns;

**i.**  Personal property while airborne or waterborne;

**j.**  Bulkheads, pilings, piers, wharves or docks;

**k.**  Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.**  Retaining walls that are not part of a building;

**m.**  Underground pipes, flues or drains;

**n.**  Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph **n.**, does not apply to your "stock" of prepackaged software.

**o.**  The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of accounts, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.**  Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **1)**  Are licensed for use on public roads; or

    **2)**  Are operated principally away from the described premises.

This paragraph does not apply to:

    **a)**  Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    **b)**  Vehicles or self-propelled machines, other than autos, you hold for sale;

    **c)**  Rowboats or canoes out of water at the described premises; or

    **d)**  Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**q.**  The following property while outside of buildings:

    **1)**  Grain, hay, straw or other crops;

    **2)**  Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.    Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

     Copyright, ISO Properties, Inc., 2001

4. **Additional Coverages**

a. **Debris Removal**

1) Subject to Paragraphs **3)** and **4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

2) Debris Removal does not apply to costs to:

   a) Extract "pollutants" from land or water; or

   b) Remove, restore or replace polluted land or water.

3) Subject to the exceptions in Paragraph **4)**, the following provisions apply:

   a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

   b) Subject to **a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

   a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

   b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if **4)a)** and/or **4)b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered PRoperty that has sustained loss or damage, plus $10,000.

5) Examples

   The following examples assume that there is no coinsurance penalty.

   **Example #1**

   | | |
   |---|---|
   | Limit of Insurance | $90,000 |
   | Amount of Deductible | $500 |
   | Amount of Loss | $50,000 |
   | Amount of Loss Payable | $49,500 |
   | | ($50,000 - $500) |
   | Debris Removal Expense | $10,000 |
   | Debris Removal Expense Payable | $10,000 |
   | ($10,000 is 20% of $50,000) | |

   The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **3)**.

   **Example #2**

   | | | |
   |---|---|---|
   | Limit of Insurance | | $90,000 |
   | Amount of Deductible | | $500 |
   | Amount of Loss | | $80,000 |
   | Amount of Loss Payable | | $79,500 |
   | | | ($80,000 - $500) |
   | Debris Removal Expense | | $30,000 |
   | Debris Removal Expense Payable | | |
   | | Basic Amount | $10,500 |
   | | Additional Amount | $10,000 |

   The basic amount payable for debris removal expense under the terms of Paragraph **3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

   The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would

Copyright, ISO Properties, Inc., 2001

exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**1)** While it is being moved or while temporarily stored at another location; and

**2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**1)** Assumed by contract or agreement prior to loss; or

**2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.3)** through **e.9)** of this Additional Coverage.

**3)** The ordinance or law referred to in **e.2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**a)** You were required to comply with before the loss, even when the building was undamaged; and

**b)** You failed to comply with.

**5)** Under this Additional Coverage, we will not pay for:

**a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

**b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

**6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

Copyright, ISO Properties, Inc., 2001

   **7)**  With respect to this Additional Coverage:

      **a)**  We will not pay for the Increased Cost of Construction:

         **i)**  Until the property is actually repaired or replaced, at the same or another premises; and

         **ii)**  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      **b)**  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.6)** of this Additional Coverage, is the increased cost of construction at the same premises.

      **c)**  If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.6)** of this Additional Coverage, is the increased cost of construction at the new premises.

   **8)**  This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

   **9)**  The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.6)** of this Additional Coverage, is not subject to such limitation.

**f.**  **Electronic Data**

   **1)**  Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

   **2)**  Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

   **3)**  The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage - Electronic Data, subject to the following:

      **a)**  If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

      **b)**  If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.

      **c)**  If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.

      **d)**  The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

   **4)**  The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.**  **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

Copyright, ISO Properties, Inc., 2001

**a.**    **Newly Acquired Or Constructed Property**

    **1)**    **Buildings**

       If this policy covers Building, you may extend that insurance to apply to:

       **a)**    Your new buildings while being built on the described premises; and

       **b)**    Buildings you acquire at locations, other than the described premises, intended for:

           **i)**    Similar use as the building described in the Declarations or Change Endorsement; or

           **ii)**    Use as a warehouse.

       The most we will pay for loss or damage under this Extension is $250,000 at each building.

    **2)**    **Your Business Personal Property**

       **a)**    If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

           **i)**    Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

           **ii)**    Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

           **iii)**    Business personal property that you newly acquire, located at the described premises.

           The most we will pay for loss or damage under this Extension is $100,000 at each building.

       **b)**    This Extension does not apply to:

           **i)**    Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

           **ii)**    Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

    **3)**    **Period Of Coverage**

       With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

       **a)**    This policy expires;

       **b)**    30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

       **c)**    You report values to us.

       We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.**    **Personal Effects And Property Of Others**

    You may extend the insurance that applies to Your Business Personal Property to apply to:

    **1)**    Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

    **2)**    Personal property of others in your care, custody or control.

    The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.**    **Valuable Papers And Records (Other Than Electronic Data)**

    **1)**    You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

    **2)**    If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

    **3)**    If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

    **4)**    Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations or Change

Endorsement. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d.    Property Off-Premises**

1)   You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

   a)   Temporarily at a location you do not own, lease or operate;

   b)   In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

   c)   At any fair, trade show or exhibition.

2)   This Extension does not apply to property:

   a)   In or on a vehicle; or

   b)   In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

3)   The most we will pay for loss or damage under this Extension is $10,000.

**e.    Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1)   Fire;

2)   Lightning;

3)   Explosion;

4)   Riot or Civil Commotion; or

5)   Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f.    Non-Owned Detached Trailers**

1)   You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

   a)   The trailer is used in your business;

   b)   The trailer is in your care, custody or control at the premises described in the Declarations; and

   c)   You have a contractual responsibility to pay for loss or damage to the trailer.

2)   We will not pay for any loss or damage that occurs:

   a)   While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

   b)   During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

3)   The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

4)   This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.    EXCLUSIONS AND LIMITATIONS**

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

**C.    LIMITS OF INSURANCE**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

 Copyright, ISO Properties, Inc., 2001

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.    DEDUCTIBLE**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting aount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits Insurance apply, the losses will be combined in determining application of the Deductible.    But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance - Bldg. 1:  $60,000
Limit of Insurance - Bldg. 2:  $80,000

Loss to Bldg. 1:  $60,100
Loss to Bldg. 2:  $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1. plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250
$59,850  Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2. is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,00 = $139,850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:  $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:  $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:     $ 60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:     $ 80,000 (Limit of Insurance)
Total amount of loss payable: $140,000

**E.    LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.    Abandonment**

There can be no abandonment of any property to us.

**2.    Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**    Pay its chosen appraiser; and

**b.**    Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.    Duties In The Event Of Loss Or Damage**

**a.**    You must see that the following are done in the event of loss or damage to Covered Property:

**1)**    Notify the police if a law may have been broken.

**2)**    Give us prompt notice of the loss or damage. Include a description of the property involved.

3)  As soon as possible, give us a description of how, when and where the loss or damage occurred.

4)  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5)  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

6)  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7)  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

8)  Cooperate with us in the investigation or settlement of the claim.

b.  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.  Loss Payment**

a.  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

1)  Pay the value of lost or damaged property;

2)  Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

3)  Take all or any part of the property at an agreed or appraised value; or

4)  Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b.  The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c.  We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d.  We will not pay you more than your financial interest in the Covered Property.

e.  We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f.  We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g.  We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

1)  We have reached agreement with you on the amount of loss; or

2)  An appraisal award has been made.

**5.  Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.  Vacancy**

a.  **Description Of Terms**

1)  As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **1)a)** and **1)b)** below:

a)  When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such

building is vacant when it does not contain enough business personal property to conduct customary operations.

    **b)**    When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

        **i)**    Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

        **ii)**    Used by the building owner to conduct customary operations.

  **2)**    Buildings under construction or renovation are not considered vacant.

**b.**    **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

  **1)**    We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

    **a)**    Vandalism;

    **b)**    Sprinkler leakage, unless you have protected the system against freezing;

    **c)**    Building glass breakage;

    **d)**    Water damage;

    **e)**    Theft; or

    **f)**    Attempted theft.

  **2)**    With respect to Covered Causes of Loss other than those listed in **b.1)a)** through **b.1)f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7.**    **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.**    At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.**    If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

  **1)**    Awnings or floor coverings;

  **2)**    Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

  **3)**    Outdoor equipment or furniture.

**c.**    "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.**    Glass at the cost of replacement with safety glazing material if required by law.

**e.**    Tenant's Improvements and Betterments at:

  **1)**    Actual cash value of the lost or damaged property if you make repairs promptly.

  **2)**    A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

    **a)**    Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

    **b)**    Divide the amount determined in **a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

  **3)**    Nothing if others pay for repairs or replacement.

Copyright, ISO Properties, Inc., 2001

**F.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.  Coinsurance**

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies.

**a.**  We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations or Change Endorsement is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**1)**  Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**2)**  Divide the Limit of Insurance of the property by the figure determined in step **1)**;

**3)**  Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **2)**; and

**4)**  Subtract the deductible from the figure determined in step **3)**.

We will pay the amount determined in step **4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step 1):  $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2): $100,000 ÷ $200,000 = .50

Step 3): $40,000 x .50 = $20,000

Step 4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.**  If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

| | |
|---|---|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| | |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and | |
| Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | $30,000 |
| Bldg. at Location No. 2 | |
| Personal Property at Location No. 2. | $20,000 |
| | $50,000 |

Step 1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step 2): $180,000 ÷ $225,000 = .80

Step 3): $50,000 x .80 = $40,000

Step 4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2.    Mortgageholders**

a.    The term "mortgageholder" includes trustee.

b.    We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations or Change Endorsement in their order of precedence, as interests may appear.

c.    The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d.    If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

1)    Pays any premium due under this Coverage Part at our request if you have failed to do so;

2)    Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

3)    Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e.    If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

1)    The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

2)    The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.    If we cancel this policy, we will give written notice to the mortgageholder at least:

1)    10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

2)    30 days before the effective date of cancellation if we cancel for any other reason.

g.    If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G.    OPTIONAL COVERAGES**

If shown as applicable in the Declarations or Change Endorsement the following Optional Coverages apply separately to each item.

**1.    Agreed Value**

a.    The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations or Change Endorsement.

b.    If the expiration date for this Optional Coverage shown in the Declarations or Change Endorsement is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c.    The terms of this Optional Coverage apply only to loss or damage that occurs:

1)    On or after the effective date of this Optional Coverage; and

2)    Before the Agreed Value expiration date shown in the Declarations or Change Endorsement or the policy expiration date, whichever occurs first.

**2.    Inflation Guard**

a.    The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations or Change Endorsement.

b.    The amount of increase will be:

1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

2) The percentage of annual increase shown in the Declarations or Change Endorsement, expressed as a decimal (example: 8% is .08), times

3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $3,200 |

**3. Replacement Cost**

   **a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

   **b.** This Optional Coverage does not apply to:

     1) Personal property of others;

     2) Contents of a residence;

     3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

     4) "Stock," unless the Including "Stock" option is shown in the Declarations or Change Endorsement.

   Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

   **c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

   **d.** We will not pay on a replacement cost basis for any loss or damage:

     1) Until the lost or damaged property is actually repaired or replaced; and

     2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   With respect to tenants' improvements and betterments, the following also apply:

     3) If the conditions in **d.1)** and **d.2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

     4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

   **e.** We will not pay more for loss or damage on a replacement cost basis than the least of **1)**, **2)** or **3)**, subject to **f.** below:

     1) The Limit of Insurance applicable to the lost or damaged property;

     2) The cost to replace the lost or damaged property with other property:

       a) Of comparable material and quality; and

       b) Used for the same purpose; or

     3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

   If a building is rebuilt at a new premises, the cost described in **e.2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

   **f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

   **a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.1)** of the Replacement Cost Optional Coverage is deleted and all other

provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.  DEFINITIONS**

    **1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Properties, Inc., 2001

CP0030 04 02

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.-Definitions**.

**A.    Coverage**

    **1.    Business Income**

        Business Income means the:

        **a.**    Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

        **b.**    Continuing normal operating expenses incurred, including payroll.

        For manufacturing risks, Net Income includes the net sales value of production.

    Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations or Change Endorsement:

        **a.**    Business Income including "Rental Value."

        **b.**    Business Income other than "Rental Value."

        **c.**    "Rental Value."

    If option **a.** above is selected, the term Business Income will include "Rental Value." If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

    If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

    We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations or Change Endorsement and for which a Business Income Limit of Insurance is shown in the Declarations or Change Endorsement. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises is located.

    With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

        **a.**    The portion of the building which you rent, lease or occupy; and

        **b.**    Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

    **2.    Extra Expense**

        **a.**    Extra Expense coverage is provided at the premises described in the Declarations or Change Endorsement only if the Declarations or Change Endorsement show that Business Income coverage applies at that premises.

        **b.**    Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

        We will pay Extra Expense (other than the expense to repair or replace property) to:

        **1)**    Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

        **2)**    Minimize the "suspension" of business if you cannot continue "operations."

        We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

    **3.    Covered Causes Of Loss, Exclusions And Limitations**

        See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

**4.    Additional Limitation - Interruption of Computer Operations**

a.    Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

b.    Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

c.    Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5.    Additional Coverages**

a.    **Civil Authority**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

The coverage for Extra Expense will begin immediately after the time of that action and will end:

1)    3 consecutive weeks after the time of that action; or

2)    When your Business Income coverage ends;

whichever is later.

b.    **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

1)    New buildings or structures, whether complete or under construction;

2)    Alterations or additions to existing buildings or structures; and

3)    Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    a)    Used in the construction, alterations or additions; or

    b)    Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c.    **Extended Business Income**

1)    Business Income other than "Rental Value"

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    a)    Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

    b)    Ends on the earlier of:

        i)    The date you could restore your "operations," with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

        ii)    30 consecutive days after the date determined in **1)a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**2)** "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**b)** Ends on the earlier of:

    **i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

    **ii)** 30 consecutive days after the date determined in **2)a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption of Computer Operations**

**1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption of Computer Operations.

**2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**a)** If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**b)** If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption of Computer Operations includes Collapse as set forth in that Form.

**c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption of Computer Operations.

**d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**4)** The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**5)** This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration," even if the amount of insurance stated in **4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

    **b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

    **c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

        **1)** This policy expires;

        **2)** 30 days expire after you acquire or begin to construct the property; or

        **3)** You report values to us.

    We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**B. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

**1.** Alterations and New Buildings;

**2.** Civil Authority;

**3.** Extra Expense; or

**4.** Extended Business Income.

**C. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

    **a.** Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

    **a.** You must see that the following are done in the event of loss:

        **1)** Notify the police if a law may have been broken.

        **2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

        **3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

        **4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

        **5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

        Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

        **6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

        **7)** Cooperate with us in the investigation or settlement of the claim.

        **8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

Copyright, Insurance Services Office, Inc., 2001

    **b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3.**  **Loss Determination**

    **a.**  The amount of Business Income loss will be determined based on:

      **1)**  The Net Income of the business before the direct physical loss or damage occurred;

      **2)**  The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

      **3)**  The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

      **4)**  Other relevant sources of information, including:

        **a)**  Your financial records and accounting procedures;

        **b)**  Bills, invoices and other vouchers; and

        **c)**  Deeds, liens or contracts.

    **b.**  The amount of Extra Expense will be determined based on:

      **1)**  All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

        **a)**  The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

        **b)**  Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

      **2)**  Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

    **c.**  **Resumption Of Operations**

    We will reduce the amount of your:

      **1)**  Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

      **2)**  Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

    **d.**  If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4.**  **Loss Payment**

  We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **a.**  We have reached agreement with you on the amount of loss; or

    **b.**  An appraisal award has been made.

**D.**  **Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

    **a.**  The Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement; times

    **b.**  The sum of:

      **1)**  The Net Income (Net Profit or Loss before income taxes), and

      **2)**  Operating expenses, including payroll expenses,

    that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1.   Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2.   Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

3.   Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1.   Prepaid freight - outgoing;

2.   Returns and allowances;

3.   Discounts;

4.   Bad debts;

5.   Collection expenses;

6.   Cost of raw stock and factory supplies consumed (including transportation charges);

7.   Cost of merchandise sold (including transportation charges);

8.   Cost of other supplies consumed (including transportation charges);

9.   Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10.  Power, heat and refrigeration expenses that do not continue under contract (if form **CP1511** is attached);

11.  All ordinary payroll expenses or the amount of payroll expense excluded (if form **CP1510** is attached); and

12.  Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

### Example No. 1 (Underinsurance):

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $80,000 |
| Step 1: | $400,000 x 50% = $200,000 | |
| | (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step 2: | $150,000 ÷ $200,000 = .75 | |
| Step 3: | $80,000 x .75 = $60,000 | |

We will pay no more than $60,000. The remaining $20,000 is not covered.

### Example No. 2 (Adequate Insurance):

| | | |
|---|---|---|
| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $200,000 |
| | The amount of loss is | $80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

**E.    Optional Coverages**

If shown as applicable in the Declarations or Change Endorsement, the following Optional Coverages apply separately to each item.

**1.    Maximum Period Of Indemnity**

    **a.**    The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.**    The most we will pay for the total of Business Income loss and Extra Expense is lesser of:

        **1)**    The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

        **2)**    The Limit of Insurance shown in the Declarations or Change Endorsement.

**2.    Monthly Limit Of Indemnity**

    **a.**    The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    **b.**    The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

        **1)**    The Limit of Insurance, multiplied by

        **2)**    The fraction shown in the Declarations or Change Endorsement for this Optional Coverage.

**Example:**

| When: | The Limit of Insurance is | $120,000 |
|---|---|---|
| | The fraction shown in the Declarations or Change Endorsement for this for this Optional Coverage is | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

**3.    Business Income Agreed Value**

    **a.**    To activate this Optional Coverage:

        **1)**    A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

            **a)**    During the 12 months prior to the date of the Work Sheet; and

            **b)**    Estimated for the 12 months immediately following the inception of this Optional Coverage.

        **2)**    The Declarations or Change Endorsement must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations or Change Endorsement. The Agreed Value should be at least equal to:

            **a)**    The Coinsurance percentage shown in the Declarations or Change Endorsement; multiplied by

            **b)**    The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

    **b.**    The Additional Condition, Coinsurance, is suspended until:

        **1)**    12 months after the effective date of this Optional Coverage; or

        **2)**    The expiration date of this policy;

    whichever occurs first.

    **c.**  We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

        **1)**  Within 12 months of the effective date of this Optional Coverage; or

        **2)**  When you request a change in your Business Income Limit of Insurance.

    **d.**  If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

        **1)**  The Business Income Limit of Insurance; divided by

        **2)**  The Agreed Value.

**Example:**

| When: | | |
|---|---|---|
| The Limit of Insurance is | | $100,000 |
| The Agreed Value is | | $200,000 |
| The amount of loss is | | $80,000 |

Step **(a):**  $100,000 ÷ $200,000 = .50

Step **b):**  .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

    **4.**  **Extended Period Of Indemnity**

      Under paragraph **A.5.c.,** Extended Business Income, the number "30" in subparagraphs **1)b)** and **2)b)** is replaced by the number shown in the Declarations or Change Endorsement for this Optional Coverage.

**F.**  **Definitions**

    **1.**  "Finished Stock" means stock you have manufactured.

      "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement.

      "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

    **2.**  "Operations" means:

      **a.**  Your business activities occurring at the described premises; and

      **b.**  The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

    **3.**  "Period of Restoration" means the period of time that:

      **a.**  Begins:

        **1)**  72 hours after the time of direct physical loss or damage for Business Income coverage; or

        **2)**  immediately after the time of direct physical loss or damage for Extra Expense coverage;

        caused by or resulting from any Covered Cause of Loss at the described premises; and

      **b.**  Ends on the earlier of:

        **1)**  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **2)**  The date when business is resumed at a new permanent location.

      "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        **1)**  Regulates the construction, use or repair, or requires the tearing down of any property; or

        **2)**  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

      The expiration date of this policy will not cut short the "period of restoration."

    **4.**  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **5.**  "'Rental Value' means Business Income that consists of:

      **a.**  New Income (New Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations or Change Endorsement as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    **b.**    Continuing normal operating expenses incurred in connection with that premises, including:

        **1)**   Payroll; and

        **2)**   The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.**    'Suspension' means:

    **a.**    The slowdown or cessation of your business activities; or

    **b.**    That a part of all the described premises is rendered untenantable, if coverage for Business Income including 'Rental Value' or 'Rental Value' applies.

CP0090 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A.    CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1.    This Coverage Part;
2.    The Covered Property;
3.    Your interest in the Covered Property; or
4.    A claim under this Coverage Part.

**B.    CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C.    INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D.    LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1.    There has been full compliance with all of the terms of this Coverage Part; and
2.    The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E.    LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F.    NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G.    OTHER INSURANCE**

1.    You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2.    If there is other insurance covering same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H.    POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1.    We cover loss or damage commencing:
    a.    During the policy period shown in the Declarations; and
    b.    Within the coverage territory.
2.    The coverage territory is:
    a.    The United States of America (including its territories and possessions);
    b.    Puerto Rico; and
    c.    Canada.

I.   **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.   Prior to a loss to your Covered Property or Covered Income.

2.   After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.**   Someone insured by this insurance;

    **b.**   A business firm:

        **1)**   Owned or controlled by you; or

        **2)**   That owns or controls you; or

    **c.**   Your tenant.

This will not restrict your insurance.

CP1030 04 02

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

**A.    Covered Causes Of Loss**

When Special is shown in the Declarations or Change Endorsement, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.**    Excluded in Section **B.**, Exclusions; or

**2.**    Limited in Section **C.**, Limitations;

that follow.

**B.    Exclusions**

**1.**    We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a.    Ordinance Or Law**

    The enforcement of any ordinance or law:

    **1)**    Regulating the construction, use or repair of any property; or

    **2)**    Requiring the tearing down of any property, including the cost of removing its debris.

    This exclusion, Ordinance or Law, applies whether the loss results from:

    **1)**    An ordinance or law that is enforced even if the property has not been damaged; or

    **2)**    The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

    **b.    Earth Movement**

    **1)**    Earthquake, including any earth sinking, rising or shifting related to such event;

    **2)**    Landslide, including any earth sinking, rising or shifting related to such event;

    **3)**    Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

    **4)**    Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

    But if Earth Movement, as described in **b.1)** through **4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

    **5)**    Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

    Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    **a)**    Airborne volcanic blast or airborne shock waves;

    **b)**    Ash, dust or particulate matter; or

    **c)**    Lava flow.

    All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

    **c.    Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

    Copyright, Insurance Services Office, Inc., 2001

**d.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.  Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.1)** applies to these coverages.

**f.  War And Military Action**

**1)**  War, including undeclared or civil war;

**2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.  Water**

**1)**  Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**2)**  Mudslide or mudflow;

**3)**  Water that backs up or overflows from a sewer, drain or sump; or

**4)**  Water under the ground surface pressing on, or flowing or seeping through:

    **a)**  Foundations, walls, floors or paved surfaces;

    **b)**  Basements, whether paved or not; or

    **c)**  Doors, windows or other openings.

But if Water, as described in **g.1)** through **g.4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h.  "Fungus," Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

**1)**  When "fungus," wet or dry rot or bacteria results from fire or lightning; or

**2)**  To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.**  We will not pay for loss or damage caused by or resulting from any of the following:

**a.**  Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.**  Delay, loss of use or loss of market.

**c.**  Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.**  **1)**  Wear and tear;

    **2)**  Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    **3)**  Smog;

    **4)**  Settling, cracking, shrinking or expansion;

**5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**7)** The following causes of loss to personal property:

    **a)** Dampness or dryness of atmosphere;

    **b)** Changes in or extremes of temperature; or

    **c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.1)** through **7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**1)** You do your best to maintain heat in the building or structure; or

**2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**1)** Acting alone or in collusion with others; or

**2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion l. does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following. **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**1)** Planning, zoning, development, surveying, siting;

**2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    3)   Materials used in repair, construction, renovation or remodeling; or

    4)   Maintenance;

of part or all of any property on or off the described premises.

**4.   Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a.**   Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

    1)   Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

        But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

    2)   Any loss caused by or resulting from:

        a)   Damage or destruction of finished "stock"; or

        b)   The time required to reproduce finished "stock."

        This exclusion does not apply to Extra Expense.

    3)   Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

    4)   Any increase of loss caused by or resulting from:

        a)   Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

        b)   Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations," we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

    5)   Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

    6)   Any other consequential loss.

**b.**   **Leasehold Interest Coverage Form**

    1)   Paragraph **B.1.a.**, Ordinance or Law, does not apply to insurance under this Coverage Form.

    2)   We will not pay for any loss caused by:

        a)   Your cancelling the lease;

        b)   The suspension, lapse or cancellation of any license; or

        c)   Any other consequential loss.

**c.**   **Legal Liability Coverage Form**

    1)   The following Exclusions do not apply to insurance under this Coverage Form:

        a)   Paragraph **B.1.a.**, Ordinance or Law;

        b)   Paragraph **B.1.c.**, Governmental Action;

        c)   Paragraph **B.1.d.**, Nuclear Hazard;

        d)   Paragraph **B.1.e.**, Utility Services; and

        e)   Paragraph **B.1.f.**, War and Military Action.

    2)   The following additional exclusions apply to insurance under this Coverage Form:

        a)   **Contractual Liability**

            We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

            But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

            i)   Your assumption of liability was executed prior to the accident; and

            ii)   The building is Covered Property under this Coverage Form.

        Copyright, Insurance Services Office, Inc., 2001        

    **b)**  **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## C.   Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.**   We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   **a.**   Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   **b.**   Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   **c.**   The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      **1)**   The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      **2)**   The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   **d.**   Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

      **1)**   Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      **2)**   Business Income coverage or Extra Expense coverage.

   **e.**   Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   **f.**   Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.**   We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   **a.**   Animals, and then only if they are killed or their destruction is made necessary.

   **b.**   Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      **1)**   Glass; or

      **2)**   Containers of property held for sale.

   **c.**   Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply to:

      **1)**   If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      **2)**   To Business Income coverage or to Extra Expense coverage.

**3.**   The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   **a.**   $2,500 for furs, fur garments and garments trimmed with fur.

   **b.**   $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   **c.**   $2,500 for patterns, dies, molds and forms.

   **d.**   $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

 Copyright, Insurance Services Office, Inc., 2001

This limitation, **C.3.**, does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   **a.** Results in discharge of any substance from an automatic fire protection system; or

   **b.** Is directly caused by freezing.

   However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D. Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

1. With respect to buildings:

   **a.** Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   **b.** A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   **c.** A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

   **d.** A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   **a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   **b.** Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   **c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   **d.** Weight of people or personal property;

   **e.** Weight of rain that collects on a roof;

   **f.** Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.2.a.** through **D.2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

   The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

3. With respect to the following property:

   **a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   **b.** Awnings, gutters and downspouts;

   **c.** Yard fixtures;

   **d.** Outdoor swimming pools;

   **e.** Fences;

   **f.** Piers, wharves and docks;

   **g.** Beach or diving platforms or appurtenances;

   **h.** Retaining walls; and

   **i.** Walks, roadway and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

   **a.** Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   **b.** The property is Covered Property under this Coverage Form.

4.  If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.**  The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

    **b.**  The personal property which collapses is inside a building; and

    **c.**  The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5.  This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E.  Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria**

1.  The coverage described in **E.2.** and **E.6.** only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    **a.**  A "specified cause of loss" other than fire or lightning; or

    **b.**  Flood, if the Flood Coverage Endorsement applies to the affected premises.

2.  We will pay for loss or damage by "fungus," wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    **a.**  Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria, including the cost of removal of the "fungus," wet or dry rot or bacteria;

    **b.**  The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

    **c.**  The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

3.  The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4.  The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5.  The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6.  The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

    **a.**  If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

    **b.**  If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.    Additional Coverage Extensions**

**1.    Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.**    You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises.  Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.**    Loss or damage must be caused by or result from one of the following causes of loss:

**1)**    Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**2)**    Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

**3)**    Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.**    The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.    Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3.    Glass**

**a.**    We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.**    We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G.    Definitions**

**1.**    "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.**    "Specified Causes of Loss" means the following:  Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.**    Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

**1)**    The cost of filling sinkholes; or

**2)**    Sinking or collapse of land into man-made underground cavities.

**b.**    Falling objects does not include loss or damage to:

**1)**    Personal property in the open; or

**2)**    The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.**    Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

14-2660 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME – COINSURANCE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

Paragraph D. Additional Condition, COINSURANCE, in the Business Income (and Extra Expense) Coverage Form and Business Income (without Extra Expense) Coverage form is deleted.

14-2660 04 02

14-3065 07 05

**THIS ENDORSEMENT AMENDS YOUR POLICY. PLEASE READ IT CAREFULLY.**

## CENTRAL PREMIER® PROPERTY EXTENSIONS COVERAGE ENDORSEMENT

This endorsement modifies the following forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

Coverage is amended by the following changes to Additional Coverages, Coverage Extensions, Conditions and Exclusions. All other Limitations, Conditions, and Exclusions apply.

## SECTION I - BLANKET ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

### SCHEDULE

| | |
|---|---|
| **Blanket Limit of Insurance** | **$25,000** |
| **Deductible** | **$500** |

The Blanket Limit of Insurance shown in the Schedule or Declarations applies over all Additional Coverages and Coverage Extensions shown below, subject to any sublimits specified in this endorsement. Unless otherwise stated, this Blanket Limit of Insurance applies separately at each covered premises shown in the Schedule or Declarations and is in addition to, not part of, the limits in the applicable coverage form.

At time of loss, the first Named Insured may elect to apportion this Blanket Limit of Insurance to one or any combination of the listed Additional Coverages and Coverage Extensions, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown in the Schedule or Declarations at any one covered premises. For the purpose of the application of the Blanket Limit of Insurance, all property at one premises shall constitute a single premises.

The coverages afforded in this Blanket Limit of Insurance are subject to the applicable coverage provisions which form a part of this policy.

**Deductible**

As respects coverage provided by this endorsement, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule. We will then pay the amount of loss or damage in excess of the Deductible, up to the Blanket Limit of Insurance.

If a loss is covered under this endorsement and also covered under insurance provided elsewhere in this policy, the loss amounts will be combined for purposes of applying a deductible and only the largest of the applicable deductibles will apply.

**Additional Coverages and Coverage Extensions:**

Accounts Receivable
Counterfeit Money and Money Orders
Debris Removal
Electronic Data
Fine Arts
* Fire Department Service Charge
Fire Protective Devices
Increased Cost of Construction
Inventory or Appraisal
Lost Key Consequential Loss
Non-Owned Detached Trailers

Outdoor Property
* Personal Effects and Property of Others
Pollutant Clean Up and Removal
Property Off Premises
Property in Transit
* Reward
Valuable Papers and Records (Other
    Than Electronic Data)

* This coverage has a sublimit.

A.  **Additional Coverages** and **Coverage Extensions** as shown in the applicable Coverage Form are amended as shown below:

1.  **Accounts Receivable**

14-3065 07 05

    **a.**    You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable:

        **1)**    At a described premises or in or on a vehicle in transit between described premises; or

        **2)**    If the records must be removed from a described premises to protect them from the threat of a Covered Cause of loss.

    **b.**    The amount of your Accounts Receivable loss includes:

        **1)**    Debt owed to you from your customers if you are unable to collect the debt as a direct result of a covered loss or damage to your accounts receivable records;

        **2)**    Interest charges on debt you must borrow to offset your reduced cash flow;

        **3)**    Additional collection costs, over and above your usual collection costs, made necessary because of loss or damage; and

        **4)**    Reasonable expenses you must incur to re-establish your accounts receivable records.

    **c.**    Accounts receivable loss payment will be determined as follows:

        **1)**    When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss will be computed as follows

            **a)**    Determine the total of the average monthly amounts of accounts receivable for the 24 months immediately preceding the month in which the loss or damage occurs; and

            **b)**    Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

        **2)**    We will deduct from the established total amount of accounts receivable:

            **a)**    The amount of any accounts evidenced by records not lost or damaged;

            **b)**    Any other amounts you are able to establish or collect; and

            **c)**    An amount to allow for probably bad debts which you normally would have been unable to collect.

        **3)**    If you recover the amount of any accounts receivable that were in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss. You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

**2.**    **Counterfeit Money and Money Orders**

You may extend the insurance that applies to your Business Personal Property to apply to loss from the voluntary parting of any Covered Property by you or anyone else to whom you have entrusted the Covered Property due to the acceptance of counterfeit money, money orders or travellers checks.

Causes of Loss, Limitation 1.f. does not apply to this coverage.

**3.**    **Debris Removal**, Additional Coverages 4.a) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

**4.**    **Electronic Data**

    **a.**    Under this Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

    **b.**    Subject to the provisions of this Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

    **c.**    The Covered Causes of Loss applicable to Your Business Personal Property apply to this Coverage - Electronic Data, subject to the following:

        **1)**    If the Causes of Loss - Special Form applies, coverage under this Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

14-3065 07 05

2) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any "employee," including a temporary or leased "employee," or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**d.** The most we will pay under this Coverage - Electronic Data is the Blanket Limit of Insurance of this endorsement for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.    Fine Arts**

You may extend the insurance provided by the applicable Coverage Form to apply to loss or damage to your "Fine Arts."

Loss or damage must be caused by or result from a Covered Cause of Loss. Exclusions B. 1.a., 1.b., 1.e. and 1.g.  do not apply to this coverage extension.

We shall not pay for more than the value of your property as indicated on a sales slip or written appraisal from a qualified appraiser.

**6.    Fire Department Service Charge,** Additional Coverages 4.c) of the applicable Coverage Form, Limit is increased to $2,500.

**7.    Fire Protective Devices**

You may extend the insurance provided by the applicable Coverage Form to pay for the cost to recharge or refill any fire protective equipment when discharged

**a.**  To prevent or control a covered loss;

**b.**  Accidentally; or

**c.**  As a result of malfunction of the equipment.

**8.    Increased Cost Of Construction**

**a.**  This Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**b.**  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in 8.c. through 8.h.  of this Coverage.

**c.**  The ordinance or law referred to in 8.b. of this Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**d.**  Under this Coverage, we will not pay any costs due to an ordinance or law that:

1) You were required to comply with before the loss, even when the building was undamaged; and

2) You failed to comply with.

**e.**  Under this Coverage, we will not pay for:

1) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

2) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize,

or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

**f.** With respect to this Coverage:

    **1)** We will not pay for the Increased Cost of Construction:

        **a)** Until the property is actually repaired or replaced, at the same or another premises; and

        **b)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **2)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises.

    **3)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

**g.** This Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Coverage.

**h.** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in the applicable Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Coverage is not subject to such limitation.

**9. Inventory or Appraisal**

You may extend the insurance provided under the applicable Coverage Form to apply to the following expenses you incur, as required by the applicable Coverage Form, to prepare a claim:

**a.** The cost of taking inventories;

**b.** The cost of making appraisals; and

**c.** The cost of preparing a statement of loss and other supporting exhibits.

We will not pay for any expenses billed by and payable to independent or public insurance adjustors or for expenses to prepare claims not covered by the applicable Coverage Form.

**10. Lost Key Consequential Loss**

You may extend the insurance provided by the applicable Coverage Form to pay for consequential loss to locks and keys if a master key is lost or damaged. This coverage does not apply to keys in the possession of former "employees." We will pay for:

**a.** The actual cost of keys and

**b.** Adjustment of locks to accept new keys; or

**c.** If required, new locks including the cost of their installation.

**11. Non-Owned Detached Trailers,** Coverage Extensions 5.f.3) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

**12. Outdoor Property,** Coverage Extensions 5.e. of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement and is subject to a maximum of $1,000 per tree, shrub or plant.

**13. Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**a.** Personal effects owned by you, your officers, your partners or members, your managers or your "employees."

**b.** Personal property of others in your care, custody or control.

The most we will pay for loss or damage to the property of any one person is $5,000. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

14. **Pollutant Clean Up and Removal,** Additional Coverages 4.d) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

15. **Property Off-Premises,** Coverage Extensions 5.d.3) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

16. **Property in Transit**

   a. You may extend the insurance provided in the applicable Coverage Form to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      3) Theft of an entire bale, case or package of forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

17. **Reward**

   You may extend the insurance provided by the applicable Coverage Form to pay a reward to any individual or group (except you, your officers or partners) for information which results in the arrest and conviction of any one person or group for committing or trying to commit any illegal act(s) relating to a loss covered by this policy. The most we will pay for loss or damage under this coverage is $25,000.

18. **Valuable Papers and Records (Other Than Electronic Data)**

   a. You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

   b. The Causes of Loss - Special Form applies. Coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

   c. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

B. **Definitions**

The following definitions are added to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the CONDOMINIUM ASSOCIATION COVERAGE FORM, the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM, and the CAUSES OF LOSS - SPECIAL FORM.

1. **"Employee"** means any natural person while in your service and for 30 days after termination of service. "Employee" includes leased workers but not temporary workers.

2. **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

# SECTION II - ADDITIONAL POLICY CHANGES AND CONDITIONS

A. The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

1. **Expanded Premises**

   The policy provisions which state coverage is provided within 100 feet of the described premises are expanded to 1,000 feet.

2. **Inflation Guard**

a. The Limits of Insurance (exclusive of this extension) applicable to the items shown on the Declarations of this policy and shown below are increased during the policy period by the proportion by which the latest published Index has increased since the last premium due date:

      Buildings
      Personal Property of the Insured
      Personal Property of Others
      Business Income
      Extra Expense

b. At the premium due date, the Limits of Insurance will be increased automatically in accordance with the latest published Index and the appropriate premium charged.

c. If the Limits of Insurance is changed at your request during the policy period, the effective date of this extension coincides with the effective date of such change.

d. In this extension

    1) "Index" means:

        a) For Buildings the Marshall & Swift/Boeckh Index relating to commercial construction.

        b) For Personal Property of the Insured, Personal Property of Others, Business Income and Extra Expenses the "Producer Price Index" for all finished goods published by the United States Department of Labor.

    2) "Premium due date" means the inception date of this policy or any renewal or anniversary date whichever is later.

e. In no event will the Limits of Insurance be reduced by use of this extension to less than those shown at the premium due date.

**3. Limits and Time Change for Newly Acquired Property**

In the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM:

The limit of $250,000 is changed to $500,000 in provision **A.5.a.1)** of Newly Acquired or Constructed Property.

The limit of $100,000 is changed to $200,000 in provision **A.5.a.2)** Your Business Personal Property.

The number of days is changed from 30 to 60 days in provision **A.5.a.3.b)** of Period of Coverage.

In the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

The limit of $100,000 is changed to $200,000 in provision **A.5.a.1)** Your Business Personal Property.

The number of days is changed from 30 to 60 days in provision **A.5.a.3.b)** of Period of Coverage.

**4. No Coinsurance**

The Coinsurance provisions as stated in the applicable Coverage Form are deleted.

**5. Tenant's Glass**

If you are a tenant and no Limit of Insurance is shown in the Declarations or Change Endorsement for Building Property, **Your Business Personal Property** is amended to include the following:

    8) Glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by others but in your care, custody or control.

    We will also pay for necessary:

        a) Expenses incurred to put up temporary plates or board up openings;

        b) Repair or replacement of encasing frames; and

        c) Expenses incurred to remove or replace obstructions.

20-2118 01/03



CENTRAL
INSURANCE
COMPANIES
®
–*Since 1876*–

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

he

IL0118 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

**A.**  When this endorsement is attached to Standard Property Policy **CP0099** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.**  The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.**  If this policy covers:

**1.**  The following in **a.** and **b.,** then Paragraphs **2.,** and **3.** apply:

**a.**  Real property used principally for residential purposes up to and including a four family dwelling; or

**b.**  Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

**2.**  The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

**a.**  Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

**b.**  We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

**1)**  You demanded the appraisal; and

**2)**  The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

**3.**  The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

**a.**  This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

**1)**  Was made with actual intent to deceive; or

**2)**  Materially affected either our decision to provide this insurance or the hazard we assumed.

However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

**b.**  This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

**1)**  This Coverage Part or Coverage Form;

**2)**  The Covered Property;

**3)**  Your interest in the Covered Property; or

**4)**  A claim under this Coverage Part or Coverage Form.

**c.**  Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**D.**  For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

**1.**  We will not pay for loss or damage arising out of any act committed:

**a.**  By or at the direction of any insured; and

  Copyright, ISO Properties, Inc., 2001

      **b.**    With the intent to cause a loss.

**2.**    However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

      **a.**    The loss arose out of a pattern of criminal domestic violence; and

      **b.**    The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**3.**    If we pay a claim pursuant to Paragraph **D.2.,** our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.**    The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

    **1.**    We will not pay for loss ("loss") or damage arising out of any act committed:

      **a.**    By or at the direction of any "insured"; and

      **b.**    With the intent to cause a loss ("loss").

    **2.**    This exclusion, however, will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

      **a.**    The loss ("loss") arose out of a pattern of criminal domestic violence; and

      **b.**    The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

    **3.**    If we pay a claim pursuant to Paragraph **E.2.,** our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 Copyright, ISO Properties, Inc., 2001

IL0284 12 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.**  The CANCELLATION Common Policy Condition is replaced by the following:

**CANCELLATION**

**1.**  The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing to us advance written notice of cancellation.

**2.**  If this policy has been in effect for 60 days or less, except as provided in paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

**a.**  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.**  30 days before the effective date of cancellation if we cancel for any other reason.

**3.**  If this policy has been in effect for more than 60 days, except as provided in paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

**a.**  Nonpayment of premium;

**b.**  The policy was obtained through a material misrepresentation;

**c.**  You have violated any of the terms and conditions of the policy;

**d.**  The risk originally accepted has measurably increased;

**e.**  Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

**f.**  A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**4.**  We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

**5.**  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**6.**  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**7.**  Our notice of cancellation will state the reason for cancellation.

**8.**  **Real Property Other Than Residential Properties Occupied By 4 Families Or Less:**

The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

**a.**  After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

**b.**  The building has been unoccupied 60 or more consecutive days. This does not apply to:

**1)**  Seasonal unoccupancy; or

**2)**  Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

**c.**  The building has:

**1)**  An outstanding order to vacate;

**2)**  An outstanding demolition order; or

Copyright, ISO Properties, Inc., 2005

      **3)**   Been declared unsafe in accordance with the law.

    **d.**  Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

**9.**  **Residential Properties Occupied By 4 Families Or Less:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

**a.**   Nonpayment of premium;

**b.**   The policy was obtained by misrepresentation or fraud; or

**c.**   Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**10.**  For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

**a.**   The other; and

**b.**   The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.**  The following is added:

**NONRENEWAL**

**1.**  If we decide not to renew or continue this policy, we will mail you, your agent or broker, and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premiuim when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**2.**  The following provision applies only if this policy covers residential properties occupied by 4 families or less:

**a.**   If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

    **1)**   The policy was obtained by misrepresentation or fraud;

    **2)**   The risk originally accepted has measurably increased; or

    **3)**   You received 60 days' notice of our intent not to renew as provided in **1.** above.

**b.**   If this policy has been issued to you and in effect with us for less than 5 years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

**C.**  The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.



CENTRAL
INSURANCE
COMPANIES

*–Since 1876–*

# COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305    **POLICY PERIOD:**    FROM 07/12/2006    TO 07/12/2007

**NAMED INSURED:** DMH INGREDIENTS INC

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART
AND MADE PART OF THIS POLICY.  THESE FORMS AND ENDORSEMENTS, WHEN APPEARING
ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| CL120 01 87 | CM0001 09 04 | CM0128 03 99 | CM0204 07 05 | IM0871 06 02 |
| IM1669 03 97 | IM7506 01 98 | 14-2162 05 90 | 20-2118 01 03 | 7-1235 11 85 |
| 7-1261 08 02 | IL0952 11 02 | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A
LIMIT OF INSURANCE IS SHOWN.

PREMISES  BLDG
  NO      NO
  01      01   1228 AMERICAN WAY, LIBERTYVILLE, IL        60048-0000

COVERAGE                     LIMIT OF
                            INSURANCE

MINI/MICRO EDP                            SEE FORM 7-1261
                       $19,500    COVERAGE A - EQUIPMENT
                                 SEE FORM  IM1669
                                 DEDUCTIBLE FOR BASE COVERAGE IS    $250
                                 PREMIUM:                INCLUDED

SCHEDULED PROPERTY           $240,000   SEE FORM  IM7506

PREMIUM FOR CERTIFIED ACTS OF TERRORISM
  UNDER THE TERRORISM RISK INSURANCE RISK ACT              $7.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS       $885.00

       THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM  IM7506 01 98

            SCHEDULED PROPERTY DECLARATIONS

COVERED PROPERTY
              DESCRIBED PROPERTY                  LIMIT
1. MISCELLANEOUS FOOD ITEMS STORED AT VARIOUS
   WAREHOUSE LOCATIONS.                        $200,000

2. OFFICE CONTENTS/LIABILITY                  $ 40,000
   AT 3137 HENNEPIN AVE
   MINNEAPOLIS MN 55408
                             TOTAL     $240,000

DEDUCTIBLE AMOUNT: $250

COINSURANCE PERCENTAGE   100%

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S)
AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

7-1238  11 85                                               PAGE  001  of  001

7-1235 11 85

# QUICK REFERENCE
## COMMERCIAL INLAND MARINE COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Inland Marine Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Inland Marine Conditions, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

**DECLARATIONS**

Named Insured and Mailing Address
Policy Period
Description of Business
Limits of Insurance
Forms and Endorsements applying to the Coverage
    Part at time of issue

**COVERAGE FORM(S)**

COVERAGE

Covered Property (If Applicable)
Property Not Covered
Covered Causes of Loss
Additional Coverage – Collapse (If Applicable)
Coverage Extensions (If Applicable)

EXCLUSIONS

Earthquake (If Applicable)
Governmental Action
Nuclear Hazard (If Applicable)
War and Military Action
Water (If Applicable)
Other Exclusions (If Applicable)

LIMITS OF INSURANCE

DEDUCTIBLE (If Applicable)

ADDITIONAL CONDITIONS

DEFINITION(S)

**COMMERCIAL INLAND MARINE CONDITIONS**

LOSS CONDITIONS

Abandonment
Appraisal
Duties in the Event of Loss
Insurance Under Two or More Coverages
Loss Payment
Other Insurance
Pair, Set or Parts
Privilege to Adjust With Owner
Recoveries
Reinstatement of Limit After Loss
Transfer of Rights of Recovery Against Others to Us

GENERAL CONDITIONS

Concealment, Misrepresentation or Fraud
Legal Action Against Us
No Benefit to Bailee
Policy Period
Valuation

**COMMON POLICY CONDITIONS (IL0017) - See Common Declarations**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

**ENDORSEMENTS (If Any)**

CL120 01 87

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDATORY ENDORSEMENT

### ILLINOIS

The cancellation provision of this policy is amended as follows:

A.  We may cancel this policy or coverage by mailing our written notice of cancellation to the named insured at the last mailing address known to us. We will mail the notice at least 10 days before the effective date of the cancellation when cancellation is for nonpayment of premium. For other reasons, we will mail the notice of cancellation at least 30 days prior to the effective date of the cancellation during the first 60 days of coverage or 60 days prior to the effective date of the cancellation if the coverage has been in effect for more than 60 days. Our notice will include the reason or reasons for cancellation. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

B.  If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by us effective immediately, we may cancel this policy only if one or more of the following reasons apply:

   a.  nonpayment of premium;

   b.  the policy was obtained through a material misrepresentation;

   c.  any insured has violated any of the terms and conditions of the policy;

   d.  the risk originally accepted has measurably increased;

   e.  certification of the Director of the loss of reinsurance by the insured which provided coverage to us for all or a substantial part of the underlying risk insured;

   f.  a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

**Nonrenewal** − If we decide not to renew this policy, we will mail to the named insured and last known mortgage holder or lienholder named in this policy, at the last address known to us, our notice of nonrenewal at least 60 days before the end of the policy period or anniversary date. Our notice will also include the reason or reasons for nonrenewal. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

**Renewal Revisions** − If we decide to renew this policy with premium increases of 30 percent or higher, or impose changes in deductible or coverage that materially alter the policy, we will mail or deliver to the named insured written notice of such increase or change in deductible or coverage at least 60 days prior to the renewal or anniversary date. Notification because of premium increase is not necessary where increases exceeding 30 percent are due to changed conditions or increased or broadened coverage.

**Suit Against Us − Commercial Property Coverage** − The following provision is applicable only to Commercial Property Coverage:

The Suit Against Us provision in the General Conditions is replaced by the following provisions:

No suit to recover any loss may be brought against us unless:

•  the terms of the policy have been fully complied with; and

•  the suit is commenced within one year after the loss.

The one year period is extended by the number of days between the date the proof of loss is filed and the date the claim is denied in whole or in part.

**Cancellation − Commercial Property Coverage** − The following additional cancellation provision is applicable only to Commercial Property Coverage.

We may cancel a Property Coverage for any of the reasons stated below by giving the required notice at least 10 days before cancellation is to take effect.

This provision applies only to:

CL120 01 87                    Copyright, AAIS, 1987                    Page 1 of 2

- buildings to which, following a fire loss, permanent repairs have not commenced within 60 days after satisfactory adjustment of loss, unless such delay is a direct result of a labor dispute or weather conditions; or

- buildings which have been unoccupied 60 consecutive days, except buildings which have a seasonal occupancy and buildings which are undergoing construction, repair or reconstruction and are properly secured against unauthorized entry; or

- buildings on which, because of their physical condition, there is an outstanding demolition order, or which have been declared unsafe in accordance with applicable law; or

- buildings on which heat, water, sewer service or public lighting have not been connected for 30 consecutive days or more.

 Copyright, AAIS, 1987

CM0001 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

**A.  Abandonment**

There can be no abandonment of any property to us.

**B.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1.  Pay its chosen appraiser; and

2.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**C.  Duties In The Event Of Loss**

You must see that the following are done in the event of loss or damage to Covered Property:

1.  Notify the police if a law may have been broken.

2.  Give us prompt notice of the loss or damage.  Include a description of the property involved.

3.  As soon as possible, give us a description of how, when and where the loss or damage occurred.

4.  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5.  You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6.  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7.  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8.  Send us a signed, sworn proof of loss containing the information we request to settle the claim.  You must do this within 60 days after our request. We will supply you with the necessary forms.

9.  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

**D.  Insurance Under Two Or More Coverages**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**E.  Loss Payment**

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

**F.  Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G.  Pair, Sets Or Parts**

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Parts**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H.  Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you.  You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I.  Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J.  Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

1)    Owned or controlled by you; or

2)    That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

**A.    Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1.    This Coverage Part;

2.    The Covered Property;

3.    Your interest in the Covered Property; or

4.    A claim under this Coverage Part.

**B.    Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C.    Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1.    There has been full compliance with all the terms of this Coverage Part; and

2.    The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D.    No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**E.    Policy Period, Coverage Territory**

We cover loss or damage commencing:

1.    During the policy period shown in the Declarations or Change Endorsement; and

2.    Within the coverage territory.

**F.    Valuation**

The value of property will be the least of the following amounts:

1.    The actual cash value of that property;

2.    The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3.    The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

CM0128 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

   **1.** By or at the direction of any insured; and

   **2.** With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   **1.** The loss arose out of a pattern of criminal domestic violence; and

   **2.** The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

CM0128 03 99                     Copyright, Insurance Services Office, Inc., 1998

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CM02

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

A. Cancellation (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us adv... written notice of cancellation.

2. a. We may cancel this policy by mailing to you written notice stating the reason for cancellation.

   b. If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to effective date of cancellation.

   c. If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

      1) 30 days prior to the effective date of cancellation if the policy has been in effect for less tha... 60 days.

      2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

6. A copy of the notice will also be sent to your agent or broker.

B. The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

CM0204 07 05

Copyright, ISO Properties, Inc., 2004

Page 1 of 2

**C.    Mailing of Notices**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.**    General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C.    Legal Action Against Us**

No one may bring a legal action against us:

**1.**    Until there has been full compliance with all the terms of this Coverage Part; and

**2.**    More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, ISO Properties, Inc., 2004

IM0871 06 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ THIS CAREFULLY.**

## AMENDATORY ENDORSEMENT

### Illinois

1.　Under Definitions, item b. of Pollutants is deleted.

2.　Under Perils Excluded, Criminal, Fraudulent, or Dishonest Acts is amended to include the following:

However, if the loss is caused by an act of domestic violence committed by or at the direction of an "insured" that:

a.　arose out of a pattern of criminal domestic violence; and

b.　the perpetrator of the loss is criminally prosecuted for the act causing the loss;

this exclusion will not apply to an otherwise covered loss suffered by another "insured" who did not cooperate in or contribute to the act that caused the loss.

"Our" payment may be limited to the claimant's insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

3.　Appraisal is amended to include the following:

If "you" request an appraisal and the full amount of the appraised loss is upheld by agreement of the appraisers or umpire, "we" will pay the fees incurred for the services of the appraisers or umpire.

4.　Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

**Misrepresentation, Concealment, or Fraud** - "We" do not provide coverage for an "insured" who has:

a.　willfully concealed or misrepresented:

　　1)　a material fact or circumstance with respect to this insurance; or

　　2)　an "insured's" interest herein.

b.　engaged in fraudulent conduct or sworn falsely with respect to this insurance or the subject thereof.

5.　Suit Against Us is amended to include the following:

However, this period is extended by the number of days between the date proof of loss is submitted and the claim is denied in whole or in part.

Copyright, American Association of Insurance Services, 2002

**IM1669 Ed 1.0 (03 97)**

This endorsement changes the Inland Marine Coverage

–PLEASE READ THIS CAREFULLY–

## REPLACEMENT COST ENDORSEMENT

**VALUATION**

The Actual Cash Value provision under Valuation is replaced by the following.

Replacement Cost – The value of covered property will be based on the replacement cost at the time of the loss without any deduction for depreciation.

The replacement cost is limited to the cost of repair or replacement with similar property and used for the same purpose. The payment shall not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

This replacement cost provision does not apply to paragraphs 2. and 3. under Valuation.

IM1669 Ed 1.0 (03 97)     Copyright MCMXCIV, American Association of Insurance Services

IM7506 Ed 1.0 (01 98)

# SCHEDULED PROPERTY DECLARATIONS
### IM7506 Ed 1.0 (03 97)

**(The information required below may be indicated
on a separate schedule or supplemental "declarations")**

**COVERED PROPERTY**

Described Property                                                                 Limit

**DEDUCTIBLE**

Deductible Amount              $_____

**COINSURANCE**

Coinsurance Percentage        _____%

(   ) Check if coinsurance provisions are waived

# SCHEDULED PROPERTY FLOATER COVERAGE
## IM7500 Ed 1.0 (03 97)

**AGREEMENT**

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Scheduled Property Floater Coverage. This coverage is also subject to the "declarations" or change endorsement and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "declarations" or change endorsement.

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

**DEFINITIONS**

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "declarations."

2.  The words "we," "us," and "our" mean the company providing this coverage.

3.  "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

4.  "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting, of earth.

5.  "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

6.  "Ground water" means:

    **a.**  water that backs up through a sewer or drain; or

    **b.**  water below the surface of the ground. This includes water that exerts pressure on or flows, seeps, or leaks through or into a building, sidewalk, driveway, foundation, swimming pool, or other structure.

7.  "Limit" means the amount of coverage that applies.

8.  "Pollutant" means:

    **a.**  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

    **b.**  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

10. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    **a.**  personal property in the open; or

    **b.**  to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

11. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

12. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow. It does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

"We" cover direct physical loss caused by a covered peril to:

1.  "your" property or

2.  property of others in "your" care, custody, and control

    as described on the "declarations" or change endorsement.

## PROPERTY NOT COVERED

1.  **Aircraft or Watercraft** – "We" do not cover aircraft or watercraft.

2.  **Automobiles** – "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

3.  **Buildings and Land** – "We" do not cover buildings or land including land on which covered property is located.

4.  **Contraband** – "We" do not cover contraband or property in the course of illegal transportation or trade.

5.  **Money and Securities** – "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6.  **Waterborne Property** – "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## ADDITIONAL COVERAGES

1.  **Debris Removal** – "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

    a.  extract "pollutants" from land or water; or

    b.  remove, restore, or replace polluted land or water.

    "We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

    However, "we" pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

    "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2.  **Pollutant Cleanup and Removal** – "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

    "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants." However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

    The most "we" pay for each site or location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

## PERILS COVERED

"We" cover external risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1.  "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

    a.  **Civil Authority** – "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

**b.    Earth Movement or Volcanic Eruption** – "We" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

"We" do pay for direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

All volcanic eruptions that occur within a 168 hour period shall be considered a single loss.

**c.    Nuclear Hazard** – "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke.  "We" do pay for direct loss by fire resulting from the nuclear hazard.

**d.    Water** – "We" do not pay for loss caused by water. This means:

    **a.**    "flood"; or

    **b.**    "ground water."

If fire, explosion, or sprinkler leakage results, "we" do pay for the resulting loss.

**e.    War** – "We" do not pay for loss caused by war. This means:

    **1)**    declared war, undeclared war, civil war, insurrection, rebellion, or revolution;

    **2)**    a warlike act by a military force or by military personnel;

    **3)**    the destruction, seizure, or use of the property for a military purpose; or

    **4)**    the discharge of a nuclear weapon even if it is accidental.

**2.**    "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss.

**a.    Contamination or Deterioration** – "We" do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

**b.    Criminal, Fraudulent, or Dishonest Acts** – "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

    **1)**    "you";

    **2)**    others who have an interest in the property;

    **3)**    others to whom "you" entrust the property;

    **4)**    "your" partners, officers, directors, trustees, or joint adventurers; or

    **5)**    the employees or agents of **1), 2), 3),** or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**c.    Electrical Currents** – "We" do not pay for loss caused by artificially generated electrical currents that damage electrical apparatus or wiring within the covered property. If loss by fire or explosion results, "we" do pay for the resulting loss.

This exclusion applies only to the property artificially generating the current or property that the current passes through.

**d.    Explosion, Rupture, or Bursting** – "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

**e.    Loss of Use** – "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

f.  **Mechanical Breakdown** – "We" do not pay for loss caused by any:

   1)  structural or mechanical process; or

   2)  structural, mechanical, or electrical breakdown or malfunction.

g.  **Missing Property** – "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property. This exclusion does not apply to covered property in the custody of a carrier for hire.

h.  **Pollutants** – "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril." "We" do pay for any resulting loss caused by a "specified peril."

i.  **Temperature/Humidity** – "We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

j.  **Theft From An Unattended Vehicle** – "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced. This exclusion does not apply to covered property in the custody of a carrier for hire.

k.  **Voluntary Parting** – "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l.  **Wear and Tear** – "We" do not pay for loss caused by wear and tear, marring or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1.  **Notice** – In case of a loss, "you" must:

   a.  give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

   b.  give notice to the police when the act that causes the loss is a crime.

2.  **Protect Property** – "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit."

3.  **Proof of Loss** – "You" must send "us," within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a.  the time, place, and circumstances of the loss;

   b.  other policies of insurance that may cover the loss;

   c.  "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d.  changes in title of the covered property during the policy period; and

   e.  estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.  **Examination** – "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.  **Records** – "You" must produce records, including tax returns and bank microfilms of all cancelled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.  **Damaged Property** – "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7.  **Volunteer Payments** — "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.  **Abandonment** — "You" may not abandon the property to "us" without "our" written consent.

9.  **Cooperation** — "You" must cooperate with "us" in performing all acts required by this policy.

**VALUATION**

1.  **Actual Cash Value** — The value of covered property is based on the actual cash value at the time of loss (with a deduction for depreciation) except as provided in paragraphs **2.** and **3.** under Valuation.

2.  **Pair or Set** — The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3.  **Loss to Parts** — The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

**HOW MUCH WE PAY**

1.  **Insurable Interest** — "We" do not cover more than "your" insurable interest in any property.

2.  **Deductible** — "We" pay only that part of "your" loss over the deductible amount indicated on the "declarations" or change endorsement in any one occurrence.

3.  **Loss Settlement Terms** — Subject to paragraphs **1., 2., 4., 5.,** and **6.** under How Much We Pay, "we" pay the lesser of:

    a.  the amount determined under Valuation;

    b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

    c.  the "limit" that applies to the covered property.

4.  **Coinsurance** — "We" only pay a part of the loss if the "limit" is less than the percentage of the value of covered property that is indicated on the "declarations" or change endorsement. "Our" part of the loss is determined using the following steps:

    a.  multiply the percent indicated on the "declarations" or change endorsement by the value of the covered property at the time of loss;

    b.  divide the "limit" for covered property by the result determined in **4.a.** above;

    c.  multiply the total amount of loss, after the application of any deductible, by the result determined in **4.b.** above.

    The most "we" pay is the amount determined in **4.c.** above or the "limit," whichever is less. "We" do not pay any remaining part of the loss.

    If there is more than one "limit" indicated on the "declarations" or change endorsement for this coverage, this procedure applies separately to each "limit."

    If there is only one "limit" indicated on the "declarations" or change endorsement for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

5.  **Insurance Under More Than One Coverage** — If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6.  **Insurance Under More Than One Policy** — "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

    If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit."

**LOSS PAYMENT**

1.  **Our Options** – "We" have the following options:

    a.  pay the value of the loss;

    b.  pay the cost of repairing or replacing the loss;

    c.  rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

    d.  take all or any part of the damaged property at the agreed or appraised value.

    "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2.  **Your Losses** – "We" adjust all losses with "you." Payment will be made to "you" unless another loss payee is named in the policy. An insured loss will be payable 30 days after a satisfactory proof of loss is received, and the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us."

3.  **Property of Others** – Losses to property of others may be adjusted with and paid to:

    a.  "you" on behalf of the owner; or

    b.  the owner.

    If "we" pay the owner, "we" do not have to pay "you." "We" may also choose to defend any suits arising from the owners at "our" expense.

**OTHER CONDITIONS**

1.  **Appraisal** – If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

    If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

    The appraisers will then determine and state separately the amount of each loss.

    The appraisers will also determine the value of covered property items at the time of the loss, if requested.

    If the appraisers submit a written report of any agreement to "us," the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

    Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us."

2.  **Benefit to Others** – Insurance under this coverage shall not directly or indirectly benefit anyone having custody of "your" property.

3.  **Conformity With Statute** – When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4.  **Estates** – This provision applies only if the insured is an individual.

    On "your" death, "we" cover the following as an insured:

    a.  the person who has custody of "your" property until a legal representative is qualified and appointed; or

    b.  "your" legal representative.

    This person or organization is an insured only with respect to property covered by this coverage.

    This coverage does not extend past the policy period indicated on the "declarations" or change endorsement.

5. **Misrepresentation, Concealment, or Fraud** – This coverage is void as to "you" and any other insured if, before or after a loss:

   a.  "you" or any other insured have willfully concealed or misrepresented:

      1)  a material fact or circumstance that relates to this insurance or the subject thereof; or

      2)  "your" interest herein; or

   b.  there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** – "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** – If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a.  "you" must notify "us" promptly if "you" recover property or receive payment;

   b.  "we" must notify "you" promptly if "we" recover property or receive payment;

   c.  any recovery expenses incurred by either are reimbursed first;

   d.  "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e.  if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration of Limits** – A loss "we" pay under this coverage does not reduce the applicable "limits."

9. **Subrogation** – If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** – No one may bring a legal action against "us" under this coverage unless:

    a.  all of the "terms" of this coverage have been complied with; and

    b.  the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** – "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

## COMMON POLICY CONDITIONS
### CL100 Ed 2.0 (03 97)

1.   **Assignment** – This policy may not be assigned without "our" written consent.

2.   **Cancellation** – "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us." If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3.   **Change, Modification, or Waiver of Policy Terms** – A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4.   **Inspections** – "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5.   **Examination of Books and Records** – "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

14-2162 05 90

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SINGLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY WITH EDP COVERAGE FORM ATTACHED**
**COMMERCIAL LINES POLICY WITH EDP COVERAGE FORM ATTACHED**

If there is business personal property insured under the policy to which the Electronic Data Processing Coverage Form is attached, the following will apply:

1.    If a covered cause of loss results in damage to property insured under both coverage forms from the same occurrence, only one deductible will apply.

2.    The deductible to apply will be the largest of the deductibles indicated for each coverage form.

14-2162 05 90

20-2118 01/03

 CENTRAL
INSURANCE
COMPANIES
®
–Since 1876–

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

7-1261 08 02

This Inland Marine coverage is subject to the **terms** shown below. The Inland Marine General Terms also apply.

–PLEASE READ THIS CAREFULLY–

## MINI/MICRO ELECTRONIC DATA PROCESSING COVERAGE

| | Coverage Amount * |
|---|---|
| **Coverage A - Equipment**<br>For **equipment** on the **described premises** at: * | $ _____ |

Property in transit for coverage amounts as shown for each location above.

Insured property temporarily away from the **described premises** at locations not owned or operated by **you** for coverage amounts as shown at each location above.

**Coverage B - Media & Data** – The coverage amount shall not exceed 20% for **Data** & 20% for **Media** of the coverage amount under Coverage A - Equipment at each location, except as may be provided by the Increased Coverage Amounts Endorsement.   This is in addition to the coverage amount for Coverage A - Equipment.

**Coverage C - Extra Expense** – The Coverage amount is $10,000, except as may be provided by the Increased Coverage Amounts Endorsement.

### DEDUCTIBLE *

The following deductible amount will apply to each loss after all other adjustments have been made.                    $ _____

### INSURANCE TO VALUE

**You** must maintain a minimum coverage amount.  This minimum coverage amount is 100 percent of the full actual cash value of all covered property at all **described premises**. If the coverage amount at the time of loss is less than the minimum coverage amount, **we** will pay only a part of a loss.  **Our** part of the loss will be determined by dividing the coverage amount by the minimum coverage amount.  This percent will be applied to the final adjusted loss to determine the amount that **we** will pay.

If the property is covered for its replacement cost, the minimum coverage amount is the stated percent of its full replacement cost.

This clause applies only to Coverage A.

### DEFINITIONS

In addition to the definitions in the Inland Marine General Terms, the following definitions will apply:

1.  **Data** is a fact, concept or instruction that is converted into a form that can be used in a **data** processing operation.  This includes programs (software).
2.  **Equipment** (hardware) is a network of machine components that accepts information and processes it according to a plan or program.  (This includes, but is not limited to, machinery, converters, modems, security systems).
3.  **Extra expense** is the necessary additional expense that **you** incur following a loss to **equipment, media** or **data** caused by a covered peril, in order to continue, as nearly as possible, the normal operations of **your data** processing system.   This is the amount in excess of **your** normal operating expenses.
4.  **Media** is the material on which **data** is recorded, such as magnetic tapes, disk packs, drums, paper tapes and cards.
5.  **Period of Restoration** is the time that it takes for **you** to resume normal **data** processing operations following a covered loss to the **equipment, media** or **data**.

* **(If no entry appears above, information required to complete this endorsement will be shown in the Declarations or Change Endorsement as applicable to this endorsement.)**

**PROPERTY COVERED**

Coverage A, B or C applies only if a coverage amount is shown.

**Coverage A** – **We** cover **your equipment. We** also cover **equipment** that belongs to others and for which **you** are legally liable.

**Coverage B** – **We** cover **your media** or **data. We** also cover **media** or **data** that belongs to others and for which **you** are legally liable.

**Coverage C** – In the event of a loss to **your equipment, media** or **data** by a peril covered by this form, **we** cover **your extra expense** loss for the **restoration period.** This begins with the date of loss to the covered **equipment, media** or **data** and is not limited by the expiration date of this coverage. **You** and **we** may agree on broader coverage for leased **media** or **data.**

**You** must do all that is reasonable to reduce a loss and to resume normal **data** processing operations as soon as possible.

**EXTENSION OF COVERAGE**

The extensions of coverage do not increase the coverage amounts.

1.  **Newly Acquired Property** – **We** cover **equipment, media** or **data** acquired during the policy period for a period up to 30 days after it is acquired. **You** must provide **us** with a complete description of each item within this 30-day period, and pay the additional premium. **We** cover these items for their actual cash value.

    The most that **we** will pay for all such items will be the smaller of the following: 20 percent of the coverage amount shown for the type of property acquired, or $50,000.

    This coverage will end at the earliest of the following:

    a.   when the newly acquired items are reported to **us;**

    b.   the end of the 30-day period; or

    c.   the expiration date of the policy.

2.  **Removal** – Coverage A and B also apply while the covered property is removed from the **described premises** because it is endangered by a covered peril. This applies while the property is moved to, stored in or returned from a safe place. **You** must give **us** notice within 10 days after it is first moved.

**PROPERTY AND COVERAGES EXCLUDED**

**We** do not cover:

1.  **equipment, media** or **data** that is sold on an installment plan once it leaves **your** custody.

2.  **equipment, media** or **data** that **you** rent to others. **We** do cover this property while it is on a **described premises.**

3.  accounts, bills, deeds, evidence of debt, valuable papers or records, manuscripts and other documents. **We** do cover these items once they have been converted to **data** form.

4.  **media** that cannot be replaced with like kind and quality.

5.  program support documentation, flow charts, record formats or narrative descriptions. **We** do cover this property if it has been converted to **data** form.

6.  **We** do not cover **extra expense** that results from the items listed above.

**PERILS COVERED**

**We** cover direct physical loss to covered property unless the loss is caused by a peril that is excluded. The loss must be due to an external cause.

**PERILS EXCLUDED**

**We** do not pay for a loss if one or more of the following excluded perils apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded peril.

**Coverages A, B and C** – the following exclusions apply to Coverages A, B and C. **We** do not pay for loss that results from:

1.  a dishonest or illegal act, alone or in collusion with another, by:

    a.   **you;**

    b.   others who have an interest in the property;

    c.   others to whom **you** entrust the property; or

    d.   the employees or agents of a., b. or c., whether or not they are at work.

    **We** do cover loss caused by dishonest acts by carriers or other bailees for hire.

2.  corrosion or rust.

7-1261 08 02

3. dampness of atmosphere.
4. extremes of temperature.
5. a processing operation of the data processing system.
6. a process to repair, adjust, service or maintain the **equipment, media** or **data**. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
7. mechanical or machinery breakdown or failure. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
8. electrical currents, other than those caused by lightning, that damage an electrical apparatus or its wiring. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
9. earth movement. This includes:
   a. earthquake;
   b. sinkhole;
   c. landslide or mudflow; and
   d. the rising, sinking or shifting of the earth.

   If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only, caused by earth movement, if the covered property is away from the **described premises.**
10. volcanic activity. This means the formation, eruption or effusion of a volcano. It includes ash, cinders, dust, lava, steam and other products that result from volcanic activity. The formation, eruption of effusion of a volcano is not an explosion.

    If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only caused by volcanic activity if the property is away from the **described premises.**
11. water. This means:
    a. flood, surface water, waves, tidal water or the overflow of a body of water. This includes spray that results from these, whether driven by wind or not.
    b. water that backs up through a sewer or drain.
    c. water below the surface of the ground. This includes water that exerts pressure on or flows, seeps or leaks into a building, sidewalk, foundation or other structure or through a door, window or other opening.

    If a fire or explosion results, **we** do cover the loss caused by the fire or explosion. **We** do cover loss to **equipment, media** or **data** only, caused by water, if the property is away from a **described premises.**
12. a fault, defect, error or omission in a plan, blueprint, design or specification.
13. a fault or defect in workmanship, installation or material.
14. a change in the electrical power supply to the equipment that occurs away from a **described premises.** This includes interruption, power surge, reduced voltage, low pressure, black-or-brown-outs and other interruptions of normal service.

**Coverages B and C** – The following additional exclusions apply to Coverages B and C. **We** do not pay for loss that results from:

1. electrical or magnetic injury, disturbance or erasure of electronic recordings. **We** do cover loss caused by lightning.
2. breakdown or malfunction of the **equipment** while the **media** is being run through the system. If a fire or explosion results, **we** do cover the loss caused by the fire or explosion.
3. an error or omission in programming or giving improper instructions.

**Coverage C** – The following additional exclusions apply to Coverage C. **We** do not pay for loss that results from:

1. the enforcement of a code, ordinance or law that regulates the use, construction, repair or demolition of covered property or a building or structure.
2. the suspension, lapse or cancellation of a lease, license, contract or order.
3. strike, riot or civil commotion.

There are other perils that are not covered. These are listed in the Inland Marine General Terms. They apply to Coverages A, B and C.

**TERRITORY WHERE COVERAGE APPLIES**

Coverage applies only while the **equipment, media** or **data** is in the United States, Canada or Puerto Rico. This includes **equipment, media** or **data** that is in transit except to or from Alaska, Hawaii or Puerto Rico.

7-1261 08 02

**AMOUNT WE PAY**

This replaces the "Amount We Pay" provision in the Inland Marine General Terms.  The smallest of the amounts shown below is the most that **we** will pay for a loss:

1. **Equipment, Media** or **Data** –
   a.  the amount determined under "Valuation."
   b.  the cost to repair, replace or rebuild the property with material of like kind and quality.  For **media**, this includes the cost to reproduce the **media** if it is actually reproduced.  If not reproduced, **we** will pay only the value of the blank **media.**
   c.  the coverage amounts shown.
2. **Extra Expense** –
   a.  the actual total **extra expense** that results from a covered loss.
   b.  the coverage amounts shown.

**PREMISES PROTECTION**

**You** must maintain in proper working order the protective devices that were in operation on the effective date of this coverage.

7-1261 08 02

IL0952 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

> BOILER AND MACHINERY COVERAGE PART
> COMMERCIAL CRIME COVERAGE FORM
> COMMERCIAL CRIME POLICY
> COMMERCIAL INLAND MARINE COVERAGE PART
> COMMERCIAL PROPERTY COVERAGE PART
> EMPLOYEE THEFT AND FORGERY POLICY
> FARM COVERAGE PART
> GOVERNMENT CRIME COVERAGE FORM
> GOVERNMENT CRIME POLICY
> KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
> KIDNAP/RANSOM AND EXTORTION POLICY
> STANDARD PROPERTY POLICY

**A.   Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

**1.**   The act resulted in aggregate losses in excess of $5 million; and

**2.**   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B.   Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

                    Copyright, Insurance Services Office, Inc., 2002



CENTRAL
INSURANCE
COMPANIES

*–Since 1876–*

JUDGE GUZMAN
MAGISTRATE JUDGE MASON
NF

as to certify that this is a true and
correct copy of the wording of the policy
as it was issued

Date of Issue ___10-1-05___
Policy No. ___8 362 305___
Item Number ___6-19-08___
By ___Mary Dray___

# *Central Premier.*

## COMMERCIAL POLICY



# Central Mutual Insurance Company

Home Office – Van Wert, Ohio
Established 1876

20-1900 09/92



EXHIBIT
D



**WHOLESALE POLICY**
COMMON DECLARATIONS

-*Since 1876*-

CENTRAL MUTUAL INSURANCE COMPANY
**POLICY NUMBER:** CLP 8362305
**NAMED INSURED AND MAILING ADDRESS** *
   DMH INGREDIENTS INC
   D DAMLICH AND CO
   T HATCH AND CO INC
   1228 AMERICAN WAY
   LIBERTYVILLE IL    60048
C/O DAVID J DAMLICH

RENEWAL OF POLICY 8362305
**AGENT** 5580    (847)640-8000
MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL 60006-0670

**POLICY PERIOD:**   FROM 07/12/2007   TO 07/12/2008
**AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE**

**BUSINESS DESCRIPTION:**   FOOD BROKER/DISTRIBUTOR
**FORM OF BUSINESS:**   CORPORATION

* SEE NAMED INSURED CONTINUATION SCHEDULE WITHIN THIS DECLARATIONS.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS:

               PREMIUM

COMMERCIAL PROPERTY COVERAGE PART    $15,055.00

COMMERCIAL INLAND MARINE COVERAGE PART    $943.00

COMMERCIAL GENERAL LIABILITY COVERAGE PART    $42,379.00

THE ADVANCE PREMIUM DUE AT INCEPTION IS ----------------- $58,377.00
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO ALL COVERAGE PARTS AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

20-1769 08 91   20-1900 09 92   IL0017 11 98

NAMED INSURED CONTINUATION SCHEDULE -
   DMH INGREDIENTS INC
   D DAMLICH AND CO
   T HATCH AND CO INC
   DBA MALLOW CREME
C/O DAVID J DAMLICH

DATE 08/13/2007    12
PRESIDENT    SECRETARY

THESE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH THE COVERAGE PART COVERAGE FORM(S), AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
20-1595 11 85    PAGE 001 of 001

20-1769 08/91

## PROVISIONS APPLICABLE TO CENTRAL MUTUAL AND
## ALL AMERICA INSURANCE COMPANIES

**IN WITNESS WHEREOF,** we have executed and attested this policy. If required by state law, this policy is not valid unless it is countersigned by our authorized representative.

President                          *Earl P. Bull*                          Secretary

20-1769 08/91

IL0017 11 98

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

### A. CANCELLATION

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations or Change Endorsement is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

### C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

### D. INSPECTIONS AND SURVEYS

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

### E. PREMIUMS

The first Named Insured shown in the Declarations or Change Endorsement:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

   Copyright, Insurance Services Office, Inc., 1998

**CENTRAL INSURANCE COMPANIES**

*-Since 1876-*

# CENTRAL PREMIER
## COMMERCIAL PROPERTY COVERAGE PART
### DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305    **POLICY PERIOD:**    FROM 07/12/2007    TO 07/12/2008

**NAMED INSURED:** DMH INGREDIENTS INC

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | | |
|---|---|---|---|---|---|
| CP0010 04 02 | CP0030 04 02 | CP0090 07 88 | CP1030 04 02 | 14-2012 11 85 | |
| 14-2660 04 02 | 14-3065 04 06 | 20-2118 01 03 | IL0118 07 02 | IL0284 12 05 | |
| IL0952 11 02 | | | | | |

---

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

PREMISES BLDG
NO     NO
01     01    1228 AMERICAN WAY, LIBERTYVILLE, IL                    60048-0000
              OCCUPANCY:    DISTRIBUTOR

DEDUCTIBLE:    $2,500    EACH OCCURRENCE

| COVERAGES | LIMIT OF INSURANCE | COINSURANCE OR LIMITATION | COVERED CAUSES OF LOSS |
|---|---|---|---|
| BUILDING | $2,446,000 | NONE | SPECIAL FORM CP1030 |
| YOUR PERSONAL PROPERTY | $1,269,000 | NONE | SPECIAL FORM CP1030 |
| PERSONAL PROPERTY OTHERS | NO COVERAGE | | |
| BUSINESS INCOME INCLUDING RENTAL VALUE | $102,000 | 1/6 | SPECIAL FORM CP1030 |

OPTIONAL COVERAGES/EXCLUSIONS
  BUSINESS INCOME MONTHLY LIMIT OF INDEMNITY COVERED BY CP0030 APPLIES.
    AND THE FRACTION IS 1/6.
  REPLACEMENT COST APPLIES TO YOUR PERSONAL PROPERTY ONLY.

PREMIUM FOR CERTIFIED ACTS OF TERRORISM
  UNDER THE TERRORISM RISK INSURANCE ACT IS                    $112.00

---

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS    $15,055.00

DATE 08/13/2007                                                  12

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

14-2012 11 85

## QUICK REFERENCE
## COMMERCIAL PROPERTY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Property Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Property Conditions, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

**DECLARATIONS**

Named Insured and Mailing Address
Policy Period
Description of Business
Coverage Provided and Limits of Insurance
Optional Coverages
Forms and Endorsements applying to the Coverage
    Part at time of issue

**COVERAGE FORM(S)**

COVERAGE

Covered Property (If Applicable)
Property Not Covered (If Applicable)
Covered Causes of Loss (If Applicable)
Additional Coverage (If Applicable)
Coverage Extensions (If Applicable)

EXCLUSIONS

LIMITS OF INSURANCE

DEDUCTIBLE (If Applicable)

LOSS CONDITIONS (If Applicable)

ADDITIONAL CONDITIONS (If Applicable)

OPTIONAL COVERAGES (If Applicable)

DEFINITIONS (If Applicable)

**CAUSES OF LOSS FORM (If Applicable)**

Covered Causes of Loss
Exclusions
Limitations (If Applicable)
Additional Coverage (If Applicable)

**COMMERCIAL PROPERTY CONDITIONS (CP0090)**

Concealment, Misrepresentation and Fraud
Control of Property
Insurance Under Two or More Coverages
Legal Action Against Us
Liberalization
No Benefit to Bailee
Other Insurance
Policy Period, Coverage Territory
Transfer of Rights of Recovery Against Others to Us

**COMMON POLICY CONDITIONS (IL0017) - See Common Declarations**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

**ENDORSEMENTS (If Any)**

## BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS.

### A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations or Change Endorsement caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations or Change Endorsement for that type of property.

   **a. Building,** meaning the building or structure described in the Declarations or Change Endorsement, including:

   1) Completed additions;

   2) Fixtures, including outdoor fixtures;

   3) Permanently installed:

      a) Machinery; and

      b) Equipment;

   4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

      a) Fire extinguishing equipment;

      b) Outdoor furniture;

      c) Floor coverings; and

      d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

   5) If not covered by other insurance:

      a) Additions under construction, alterations and repairs to the building or structure;

      b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

   **b. Your Business Personal Property** located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or Change Endorsement or on Your Business Personal Property - Separation of Coverage form:

   1) Furniture and fixtures;

   2) Machinery and equipment;

   3) "Stock";

   4) All other personal property owned by you and used in your business;

   5) Labor, materials or services furnished or arranged by you on personal property of others;

   6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

      a) Made a part of the building or structure you occupy but do not own; and

      b) You acquired or made at your expense but cannot legally remove;

   7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

   **c. Personal Property Of Others** that is:

   1) In your care, custody or control; and

   2) Located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

 Copyright, ISO Properties, Inc., 2001

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

## 2. Property Not Covered

Covered Property does not include:

a. Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces;

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

   1) The lowest basement floor; or

   2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. Electronic data, except as provided under Additional Coverages - Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph n., does not apply to your "stock" of prepackaged software.

o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of accounts, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

   1) Are licensed for use on public roads; or

   2) Are operated principally away from the described premises.

   This paragraph does not apply to:

   a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

   b) Vehicles or self-propelled machines, other than autos, you hold for sale;

   c) Rowboats or canoes out of water at the described premises; or

   d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

q. The following property while outside of buildings:

   1) Grain, hay, straw or other crops;

   2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes Of Loss

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

**4. Additional Coverages**

**a. Debris Removal**

1) Subject to Paragraphs **3)** and **4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

2) Debris Removal does not apply to costs to:
   a) Extract "pollutants" from land or water; or
   b) Remove, restore or replace polluted land or water.

3) Subject to the exceptions in Paragraph **4)**, the following provisions apply:
   a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.
   b) Subject to a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:
   a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.
   b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if **4)a)** and/or **4)b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered PRoperty that has sustained loss or damage, plus $10,000.

5) Examples

   The following examples assume that there is no coinsurance penalty.

   **Example #1**

   | Limit of Insurance | $90,000 |
   |---|---|
   | Amount of Deductible | $500 |
   | Amount of Loss | $50,000 |
   | Amount of Loss Payable | $49,500 |
   | | ($50,000 - $500) |
   | Debris Removal Expense | $10,000 |
   | Debris Removal Expense Payable | $10,000 |
   | ($10,000 is 20% of $50,000) | |

   The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **3)**.

   **Example #2**

   | Limit of Insurance | $90,000 |
   |---|---|
   | Amount of Deductible | $500 |
   | Amount of Loss | $80,000 |
   | Amount of Loss Payable | $79,500 |
   | | ($80,000 - $500) |
   | Debris Removal Expense | $30,000 |
   | Debris Removal Expense Payable | |
   | Basic Amount | $10,500 |
   | Additional Amount | $10,000 |

   The basic amount payable for debris removal expense under the terms of Paragraph **3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

   The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would

exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph 4). Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

1) While it is being moved or while temporarily stored at another location; and

2) Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

1) Assumed by contract or agreement prior to loss; or

2) Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants." But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

1) This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in e.3) through e.9) of this Additional Coverage.

3) The ordinance or law referred to in e.2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

   a) You were required to comply with before the loss, even when the building was undamaged; and

   b) You failed to comply with.

5) Under this Additional Coverage, we will not pay for:

   a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

   b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

6) The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

Copyright, ISO Properties, Inc., 2001

7) With respect to this Additional Coverage:
   a) We will not pay for the Increased Cost of Construction:
      i) Until the property is actually repaired or replaced, at the same or another premises; and
      ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.
   b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.6) of this Additional Coverage, is the increased cost of construction at the same premises.
   c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of e.6) of this Additional Coverage, is the increased cost of construction at the new premises.

8) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

9) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in e.6) of this Additional Coverage, is not subject to such limitation.

f.  **Electronic Data**

1) Under this Additional Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

2) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

3) The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage - Electronic Data, subject to the following:
   a) If the Causes of Loss - Special Form applies, coverage under this Additional Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.
   b) If the Causes of Loss - Broad Form applies, coverage under this Additional Coverage - Electronic Data includes Collapse as set forth in that Form.
   c) If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Electronic Data.
   d) The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

4) The most we will pay under this Additional Coverage - Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

5.  **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or Change Endorsement or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

**a.   Newly Acquired Or Constructed Property**

**1)   Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**a)**   Your new buildings while being built on the described premises; and

**b)**   Buildings you acquire at locations, other than the described premises, intended for:

**i)**   Similar use as the building described in the Declarations or Change Endorsement; or

**ii)**   Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**2)   Your Business Personal Property**

**a)**   If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**i)**   Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**ii)**   Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**iii)**   Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**b)**   This Extension does not apply to:

**i)**   Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**ii)**   Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**3)   Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**a)**   This policy expires;

**b)**   30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**c)**   You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.   Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**1)**   Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**2)**   Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.   Valuable Papers And Records (Other Than Electronic Data)**

**1)**   You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

**2)**   If the Causes of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**3)**   If the Causes of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that Form.

**4)**   Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations or Change

   Copyright, ISO Properties, Inc., 2001

Endorsement. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

### d.   Property Off-Premises

1)  You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:
    a)  Temporarily at a location you do not own, lease or operate;
    b)  In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or
    c)  At any fair, trade show or exhibition.
2)  This Extension does not apply to property:
    a)  In or on a vehicle; or
    b)  In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.
3)  The most we will pay for loss or damage under this Extension is $10,000.

### e.   Outdoor Property

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

1)  Fire;
2)  Lightning;
3)  Explosion;
4)  Riot or Civil Commotion; or
5)  Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any occurrence, regardless of the types or number of items lost or damaged in that occurrence.

### f.   Non-Owned Detached Trailers

1)  You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:
    a)  The trailer is used in your business;
    b)  The trailer is in your care, custody or control at the premises described in the Declarations; and
    c)  You have a contractual responsibility to pay for loss or damage to the trailer.
2)  We will not pay for any loss or damage that occurs:
    a)  While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;
    b)  During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.
3)  The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.
4)  This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B.   EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

## C.   LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

## D.  DEDUCTIBLE

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss. and will pay the resulting aount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits Insurance apply, the losses will be combined in determining application of the Deductible.    But the Deductible will be applied only once per occurrence.

### Example No. 1:

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance - Bldg. 1:  $60,000
Limit of Insurance - Bldg. 2:  $80,000

Loss to Bldg. 1:  $60,100
Loss to Bldg. 2:  $90,000

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1.  plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$60,100
- 250

$59,850  Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2.  Loss payable for Bldg. 2. is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,00 = $139,850

### Example No. 2:

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:  $70,000 (exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:  $90,000 (exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:          $ 60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:          $ 80,000 (Limit of Insurance)
Total amount of loss payable: $140,000

## E.  LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.  The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3.  Duties In The Event Of Loss Or Damage

a.  You must see that the following are done in the event of loss or damage to Covered Property:

  1)  Notify the police if a law may have been broken.

  2)  Give us prompt notice of the loss or damage. Include a description of the property involved.

3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

4. **Loss Payment**

   a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

      1) Pay the value of lost or damaged property;

      2) Pay the cost of repairing or replacing the lost or damaged property, subject to b. below;

      3) Take all or any part of the property at an agreed or appraised value; or

      4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

      We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

   b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

   c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

   d. We will not pay you more than your financial interest in the Covered Property.

   e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

   f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

   g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

      1) We have reached agreement with you on the amount of loss; or

      2) An appraisal award has been made.

5. **Recovered Property**

   If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

6. **Vacancy**

   a. **Description Of Terms**

      1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in 1)a) and 1)b) below:

         a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such

Copyright, ISO Properties, Inc., 2001

building is vacant when it does not contain enough business personal property to conduct customary operations.

**b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**ii)** Used by the building owner to conduct customary operations.

**2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**a)** Vandalism;

**b)** Sprinkler leakage, unless you have protected the system against freezing;

**c)** Building glass breakage;

**d)** Water damage;

**e)** Theft; or

**f)** Attempted theft.

**2)** With respect to Covered Causes of Loss other than those listed in **b.1)a)** through **b.1)f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**1)** Awnings or floor coverings;

**2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

**1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**b)** Divide the amount determined in **a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**3)** Nothing if others pay for repairs or replacement.

Copyright, ISO Properties, Inc., 2001

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations or Change Endorsement is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

2) Divide the Limit of Insurance of the property by the figure determined in step **1)**;

3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step **2)**; and

4) Subtract the deductible from the figure determined in step **3)**.

We will pay the amount determined in step **4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1** (Underinsurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $100,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

Step 1): $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements)

Step 2): $100,000 ÷ $200,000 = .50

Step 3): $40,000 x .50 = $20,000

Step 4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2** (Adequate Insurance):
When:

| | |
|---|---|
| The value of the property is | $250,000 |
| The Coinsurance percentage for it is | 80% |
| The Limit of Insurance for it is | $200,000 |
| The Deductible is | $250 |
| The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**
When:

| | |
|---|---|
| The value of property is: | |
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| | |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and | |
| Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | $30,000 |
| Bldg. at Location No. 2 | |
| Personal Property at Location No. 2. | $20,000 |
| | $50,000 |

Copyright, ISO Properties, Inc., 2001

Step 1): $250,000 x 90% = $225,000 (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step 2): $180,000 ÷ $225,000 = .80

Step 3): $50,000 x .80 = $40,000

Step 4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

    a.   The term "mortgageholder" includes trustee.

    b.   We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations or Change Endorsement in their order of precedence, as interests may appear.

    c.   The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    d.   If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

        1)   Pays any premium due under this Coverage Part at our request if you have failed to do so;

        2)   Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

        3)   Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    e.   If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

        1)   The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

        2)   The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    f.   If we cancel this policy, we will give written notice to the mortgageholder at least:

        1)   10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

        2)   30 days before the effective date of cancellation if we cancel for any other reason.

    g.   If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown as applicable in the Declarations or Change Endorsement the following Optional Coverages apply separately to each item.

**1. Agreed Value**

    a.   The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations or Change Endorsement.

    b.   If the expiration date for this Optional Coverage shown in the Declarations or Change Endorsement is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

    c.   The terms of this Optional Coverage apply only to loss or damage that occurs:

        1)   On or after the effective date of this Optional Coverage; and

        2)   Before the Agreed Value expiration date shown in the Declarations or Change Endorsement or the policy expiration date, whichever occurs first.

**2. Inflation Guard**

    a.   The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations or Change Endorsement.

    b.   The amount of increase will be:

Copyright, ISO Properties, Inc., 2001

1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

2) The percentage of annual increase shown in the Declarations or Change Endorsement, expressed as a decimal (example: 8% is .08), times

3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**
If:

| | |
|---|---|
| The applicable Limit of Insurance is | $100,000 |
| The annual percentage increase is | 8% |
| The number of days since the beginning | |
| of the policy year (or last policy change) is | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $3,200 |

3. **Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

1) Personal property of others;

2) Contents of a residence;

3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

4) "Stock," unless the Including "Stock" option is shown in the Declarations or Change Endorsement.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

1) Until the lost or damaged property is actually repaired or replaced; and

2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

3) If the conditions in **d.1)** and **d.2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

4) We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **1)**, **2)** or **3)**, subject to **f.** below:

1) The Limit of Insurance applicable to the lost or damaged property;

2) The cost to replace the lost or damaged property with other property:

a) Of comparable material and quality; and

b) Used for the same purpose; or

3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

4. **Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.1)** of the Replacement Cost Optional Coverage is deleted and all other

Copyright, ISO Properties, Inc., 2001

provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.**  With respect to replacement cost on the personal property of others, the following limitation applies:

        If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

## H.   DEFINITIONS

    **1.**  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

    **2.**  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **3.**  "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

Copyright, ISO Properties, Inc., 2001

CP0030 04 02

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G.- Definitions**.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations or Change Endorsement:

**a.** Business Income including "Rental Value."

**b.** Business Income other than "Rental Value."

**c.** "Rental Value."

If option **a.** above is selected, the term Business Income will include "Rental Value." If option **c.** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration." The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations or Change Endorsement and for which a Business Income Limit of Insurance is shown in the Declarations or Change Endorsement. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises is located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**a.** The portion of the building which you rent, lease or occupy; and

**b.** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense coverage is provided at the premises described in the Declarations or Change Endorsement only if the Declarations or Change Endorsement show that Business Income coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**2)** Minimize the "suspension" of business if you cannot continue "operations."

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 3. Covered Causes Of Loss, Exclusions And Limitations

See applicable Causes of Loss Form as shown in the Declarations or Change Endorsement.

 Copyright, Insurance Services Office, Inc., 2001.

**4.  Additional Limitation - Interruption of Computer Operations**

   **a.**  Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

   **b.**  Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption of Computer Operations.

   **c.**  Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**5.  Additional Coverages**

   **a.  Civil Authority**

   We will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from any Covered Cause of Loss. The coverage for Business Income will begin 72 hours after the time of that action and will apply for a period of up to three consecutive weeks after coverage begins.

   The coverage for Extra Expense will begin immediately after the time of that action and will end:

   **1)**  3 consecutive weeks after the time of that action; or

   **2)**  When your Business Income coverage ends;

   whichever is later.

   **b.  Alterations And New Buildings**

   We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

   **1)**  New buildings or structures, whether complete or under construction;

   **2)**  Alterations or additions to existing buildings or structures; and

   **3)**  Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

      **a)**  Used in the construction, alterations or additions; or

      **b)**  Incidental to the occupancy of new buildings.

   If such direct physical loss or damage delays the start of "operations," the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

   **c.  Extended Business Income**

   **1)**  Business Income other than "Rental Value"

      If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

      **a)**  Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

      **b)**  Ends on the earlier of:

         **i)**  The date you could restore your "operations," with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

         **ii)**  30 consecutive days after the date determined in **1)a)** above.

   However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**2)** "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

   **a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

   **b)** Ends on the earlier of:

      **i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

      **ii)** 30 consecutive days after the date determined in **2)a)** above.

   However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

   Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption of Computer Operations**

   **1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation – Interruption of Computer Operations.

   **2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

   **3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

      **a)** If the Causes of Loss – Special Form applies, coverage under this Additional Coverage – Interruption of Computer Operations is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

      **b)** If the Causes of Loss – Broad Form applies, coverage under this Additional Coverage – Interruption of Computer Operations includes Collapse as set forth in that Form.

      **c)** If the Causes of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption of Computer Operations.

      **d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

   **4)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

   **5)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration," even if the amount of insurance stated in **4)** above has not been exhausted.

**6. Coverage Extension**

   If a Coinsurance percentage of 50% or more is shown in the Declarations or Change Endorsement, you may extend the insurance provided by this Coverage Part as follows:

   **Newly Acquired Locations**

   **a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

Copyright, Insurance Services Office, Inc., 2001

   **b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

   **c.** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

     **1)** This policy expires;

     **2)** 30 days expire after you acquire or begin to construct the property; or

     **3)** You report values to us.

     We will charge you additional premium for values reported from the date you acquire the property.

This Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or Change Endorsement.

The limit applicable to the Coverage Extension is in addition to the Limit of Insurance.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

   **a.** You must see that the following are done in the event of loss:

     **1)** Notify the police if a law may have been broken.

     **2)** Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

     **3)** As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

     **4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

     **5)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

       Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

     **6)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

     **7)** Cooperate with us in the investigation or settlement of the claim.

     **8)** If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

Copyright, Insurance Services Office, Inc., 2001

    **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

    **a.** The amount of Business Income loss will be determined based on:

        **1)** The Net Income of the business before the direct physical loss or damage occurred;

        **2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

        **3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

        **4)** Other relevant sources of information, including:

            **a)** Your financial records and accounting procedures;

            **b)** Bills, invoices and other vouchers; and

            **c)** Deeds, liens or contracts.

    **b.** The amount of Extra Expense will be determined based on:

        **1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

            **a)** The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

            **b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

        **2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

    **c. Resumption Of Operations**

        We will reduce the amount of your:

        **1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations," in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

        **2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

    **d.** If you do not resume "operations," or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

    We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **a.** We have reached agreement with you on the amount of loss; or

    **b.** An appraisal award has been made.

**D. Additional Condition**

**Coinsurance**

If a Coinsurance percentage is shown in the Declarations or Change Endorsement, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

    **a.** The Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement; times

    **b.** The sum of:

        **1)** The Net Income (Net Profit or Loss before income taxes), and

        **2)** Operating expenses, including payroll expenses,

        that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

 Copyright, Insurance Services Office, Inc., 2001

Instead, we will determine the most we will pay using the following steps:

1.  Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2.  Divide the Limit of Insurance for the described premises by the figure determined in Step 1.; and

3.  Multiply the total amount of loss by the figure determined in Step 2.

We will pay the amount determined in Step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1.  Prepaid freight - outgoing;

2.  Returns and allowances;

3.  Discounts;

4.  Bad debts;

5.  Collection expenses;

6.  Cost of raw stock and factory supplies consumed (including transportation charges);

7.  Cost of merchandise sold (including transportation charges);

8.  Cost of other supplies consumed (including transportation charges);

9.  Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

10. Power, heat and refrigeration expenses that do not continue under contract (if form **CP1511** is attached);

11. All ordinary payroll expenses or the amount of payroll expense excluded (if form **CP1510** is attached); and

12. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion – not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $150,000 |
| | The amount of loss is | $80,000 |

Step 1:  $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:  $150,000 ÷ $200,000 = .75

Step 3:  $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been | $400,000 |
|---|---|---|
| | The Coinsurance percentage is | 50% |
| | The Limit of Insurance is | $200,000 |
| | The amount of loss is | $80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense coverage.

**E.  Optional Coverages**

If shown as applicable in the Declarations or Change Endorsement, the following Optional Coverages apply separately to each item.

1.  **Maximum Period Of Indemnity**

    a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    b.  The most we will pay for the total of Business Income loss and Extra Expense is lesser of:

        1)  The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

        2)  The Limit of Insurance shown in the Declarations or Change Endorsement.

2.  **Monthly Limit Of Indemnity**

    a.  The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

    b.  The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

        1)  The Limit of Insurance, multiplied by

        2)  The fraction shown in the Declarations or Change Endorsement for this Optional Coverage.

**Example:**

When:  The Limit of Insurance is                                                                     $120,000

The fraction shown in the Declarations
or Change Endorsement for this
for this Optional Coverage is                                                                        1/4

The most we will pay for loss in each
period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount
of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

3.  **Business Income Agreed Value**

    a.  To activate this Optional Coverage:

        1)  A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

            a)  During the 12 months prior to the date of the Work Sheet; and

            b)  Estimated for the 12 months immediately following the inception of this Optional Coverage.

        2)  The Declarations or Change Endorsement must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations or Change Endorsement. The Agreed Value should be at least equal to:

            a)  The Coinsurance percentage shown in the Declarations or Change Endorsement; multiplied by

            b)  The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

    b.  The Additional Condition, Coinsurance, is suspended until:

        1)  12 months after the effective date of this Optional Coverage; or

        2)  The expiration date of this policy;

        whichever occurs first.

CP0030 04 02                    Copyright, Insurance Services Office, Inc., 2001                    Page 7 of 9

    **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

        **1)** Within 12 months of the effective date of this Optional Coverage; or

        **2)** When you request a change in your Business Income Limit of Insurance.

    **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

        **1)** The Business Income Limit of Insurance; divided by

        **2)** The Agreed Value.

**Example:**

| When: | The Limit of Insurance is | $100,000 |
|---|---|---|
| | The Agreed Value is | $200,000 |
| | The amount of loss is | $80,000 |

Step (a):    $100,000 ÷ $200,000 = .50

Step b):    .50 × $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

    **4. Extended Period Of Indemnity**

        Under paragraph **A.5.c.,** Extended Business Income, the number "30" in subparagraphs **1)b)** and **2)b)** is replaced by the number shown in the Declarations or Change Endorsement for this Optional Coverage.

**F.**  **Definitions**

    **1.** "Finished Stock" means stock you have manufactured.

        "Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations or Change Endorsement.

        "Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

    **2.** "Operations" means:

        **a.** Your business activities occurring at the described premises; and

        **b.** The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

    **3.** "Period of Restoration" means the period of time that:

        **a.** Begins:

            **1)** 72 hours after the time of direct physical loss or damage for Business Income coverage; or

            **2)** immediately after the time of direct physical loss or damage for Extra Expense coverage:

        caused by or resulting from any Covered Cause of Loss at the described premises; and

        **b.** Ends on the earlier of:

            **1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

            **2)** The date when business is resumed at a new permanent location.

        "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

        **1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

        **2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

    The expiration date of this policy will not cut short the "period of restoration."

    **4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **5.** "'Rental Value' means Business Income that consists of:

        **a.** New Income (New Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations or Change Endorsement as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

    Copyright, Insurance Services Office, Inc., 2001     

    **b.** Continuing normal operating expenses incurred in connection with that premises, including:
        **1)** Payroll; and
        **2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

**6.** 'Suspension' means:
    **a.** The slowdown or cessation of your business activities; or
    **b.** That a part of all the described premises is rendered untenantable, if coverage for Business Income including 'Rental Value' or 'Rental Value' applies.

CP0090 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I.  TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1.  Prior to a loss to your Covered Property or Covered Income.
2.  After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
    a.  Someone insured by this insurance;
    b.  A business firm:
        1)  Owned or controlled by you; or
        2)  That owns or controls you; or
    c.  Your tenant.

This will not restrict your insurance.

Copyright, Insurance Services Office, Inc., 1983, 1987

CP1030 04 02

# CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** – Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations or Change Endorsement, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   ### a. Ordinance Or Law

   The enforcement of any ordinance or law:

   1) Regulating the construction, use or repair of any property; or

   2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   1) An ordinance or law that is enforced even if the property has not been damaged; or

   2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   ### b. Earth Movement

   1) Earthquake, including any earth sinking, rising or shifting related to such event;

   2) Landslide, including any earth sinking, rising or shifting related to such event;

   3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.1)** through **4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   **a)** Airborne volcanic blast or airborne shock waves;

   **b)** Ash, dust or particulate matter; or

   **c)** Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   ### c. Governmental Action

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 Copyright, Insurance Services Office, Inc., 2001

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in paragraph **B.4.a.1)** applies to these coverages.

**f. War And Military Action**

1) War, including undeclared or civil war;

2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

2) Mudslide or mudflow;

3) Water that backs up or overflows from a sewer, drain or sump; or

4) Water under the ground surface pressing on, or flowing or seeping through:

   a) Foundations, walls, floors or paved surfaces;

   b) Basements, whether paved or not; or

   c) Doors, windows or other openings.

   But if Water, as described in **g.1)** through **g.4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus," Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria.

But if "fungus," wet or dry rot or bacteria results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion does not apply:

1) When "fungus," wet or dry rot or bacteria results from fire or lightning; or

2) To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   **a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

   But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

   **b.** Delay, loss of use or loss of market.

   **c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

   **d.** 1) Wear and tear;

   2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   3) Smog;

   4) Settling, cracking, shrinking or expansion;

Copyright, Insurance Services Office, Inc., 2001

5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

7) The following causes of loss to personal property:

   a) Dampness or dryness of atmosphere;

   b) Changes in or extremes of temperature; or

   c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.1)** through **7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   1) You do your best to maintain heat in the building or structure; or

   2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   1) Acting alone or in collusion with others; or

   2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss." But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss," we will pay for the loss or damage caused by that "specified cause of loss."

This exclusion l. does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following. **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      1) Planning, zoning, development, surveying, siting;

      2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

 Copyright, Insurance Services Office, Inc., 2001

3) Materials used in repair, construction, renovation or remodeling; or

4) Maintenance;

of part or all of any property on or off the described premises.

## 4. Special Exclusions

The following provisions apply only to the specified Coverage Forms.

a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form

We will not pay for:

1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

2) Any loss caused by or resulting from:

a) Damage or destruction of finished "stock"; or

b) The time required to reproduce finished "stock."

This exclusion does not apply to Extra Expense.

3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

4) Any increase of loss caused by or resulting from:

a) Delay in rebuilding, repairing or replacing the property or resuming "operations," due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations," we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period of Indemnity Optional Coverage or any variation of these.

5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration."

6) Any other consequential loss.

## b. Leasehold Interest Coverage Form

1) Paragraph B.1.a., Ordinance or Law, does not apply to insurance under this Coverage Form.

2) We will not pay for any loss caused by:

a) Your cancelling the lease;

b) The suspension, lapse or cancellation of any license; or

c) Any other consequential loss.

## c. Legal Liability Coverage Form

1) The following Exclusions do not apply to insurance under this Coverage Form:

a) Paragraph B.1.a., Ordinance or Law;

b) Paragraph B.1.c., Governmental Action;

c) Paragraph B.1.d., Nuclear Hazard;

d) Paragraph B.1.e., Utility Services; and

e) Paragraph B.1.f., War and Military Action.

2) The following additional exclusions apply to insurance under this Coverage Form:

a) **Contractual Liability**

We will not defend any claim or "suit," or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.

But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

i) Your assumption of liability was executed prior to the accident; and

ii) The building is Covered Property under this Coverage Form.

 Copyright, Insurance Services Office, Inc., 2001

b) **Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      2) Business Income coverage or Extra Expense coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      1) Glass; or

      2) Containers of property held for sale.

   c. Builders' machinery, tools, and equipment owned by you or entrusted to you, provided such property is Covered Property.

      However, this limitation does not apply to:

      1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      2) To Business Income coverage or to Extra Expense coverage.

3. The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

 Copyright, Insurance Services Office, Inc., 2001

This limitation, **C.3.**, does not apply to Business Income coverage or to Extra Expense coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:
   a. Results in discharge of any substance from an automatic fire protection system; or
   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

## D. Additional Coverage - Collapse

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

1. With respect to buildings:
   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;
   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;
   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.
   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:
   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;
   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;
   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;
   d. Weight of people or personal property;
   e. Weight of rain that collects on a roof;
   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.2.a.** through **D.2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

   The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a., 2.d.** and **2.e.**

3. With respect to the following property:
   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;
   b. Awnings, gutters and downspouts;
   c. Yard fixtures;
   d. Outdoor swimming pools;
   e. Fences;
   f. Piers, wharves and docks;
   g. Beach or diving platforms or appurtenances;
   h. Retaining walls; and
   i. Walks, roadway and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:
   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and
   b. The property is Covered Property under this Coverage Form.

Copyright, Insurance Services Office, Inc., 2001

**4.** If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.** The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

    **b.** The personal property which collapses is inside a building; and

    **c.** The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

    The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

    Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**5.** This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**E.** **Additional Coverage - Limited Coverage For "Fungus," Wet Rot, Dry Rot And Bacteria**

    **1.** The coverage described in **E.2.** and **E.6.** only applies when the "fungus," wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

        **a.** A "specified cause of loss" other than fire or lightning; or

        **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

    **2.** We will pay for loss or damage by "fungus," wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

        **a.** Direct physical loss or damage to Covered Property caused by "fungus," wet or dry rot or bacteria, including the cost of removal of the "fungus," wet or dry rot or bacteria;

        **b.** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus," wet or dry rot or bacteria; and

        **c.** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus," wet or dry rot or bacteria are present.

    **3.** The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus," wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus," wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

    **4.** The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus," wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus," wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus," wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

    **5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

    **6.** The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense coverage form.

        **a.** If the loss which resulted in "fungus," wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations," but such "suspension" is necsessary due to loss or damage to property caused by "fungus," wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

        **b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus," wet or dry rot or bacteria but remediation of "fungus," wet or dry rot or bacteria prolongs the "period of restoration," we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

 Copyright, Insurance Services Office, Inc., 2001

**F.   Additional Coverage Extensions**

**1.   Property In Transit**

This Extension applies only to your personal property to which this form applies.

a.   You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

b.   Loss or damage must be caused by or result from one of the following causes of loss:

1)   Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

2)   Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

3)   Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c.   The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.   Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

**3.   Glass**

a.   We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

b.   We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G.   Definitions**

1.   "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2.   "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a.   Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

1)   The cost of filling sinkholes; or

2)   Sinking or collapse of land into man-made underground cavities.

b.   Falling objects does not include loss or damage to:

1)   Personal property in the open; or

2)   The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c.   Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

14-2660 04 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## BUSINESS INCOME – COINSURANCE AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

Paragraph D. Additional Condition, COINSURANCE, in the Business Income (and Extra Expense) Coverage Form and Business Income (without Extra Expense) Coverage form is deleted.

14-2660 04 02

14-3065 04 06

## THIS ENDORSEMENT AMENDS YOUR POLICY. PLEASE READ IT CAREFULLY.

## CENTRAL PREMIER® PROPERTY EXTENSIONS COVERAGE ENDORSEMENT

This endorsement modifies the following forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM

Coverage is amended by the following changes to Additional Coverages, Coverage Extensions, Conditions and Exclusions. All other Limitations, Conditions, and Exclusions apply.

## SECTION I - BLANKET ADDITIONAL COVERAGES AND COVERAGE EXTENSIONS

### SCHEDULE

| Blanket Limit of Insurance | $25,000 |
|---|---|
| Deductible | $500 |

The Blanket Limit of Insurance shown in the Schedule or Declarations applies over all Additional Coverages and Coverage Extensions shown below, subject to any sublimits specified in this endorsement. Unless otherwise stated, this Blanket Limit of Insurance applies separately at each covered premises shown in the Schedule or Declarations and is in addition to, not part of, the limits in the applicable coverage form.

At time of loss. the first Named Insured may elect to apportion this Blanket Limit of Insurance to one or any combination of the listed Additional Coverages and Coverage Extensions, but under no circumstance will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown in the Schedule or Declarations at any one covered premises. For the purpose of the application of the Blanket Limit of Insurance, all property at one premises shall constitute a single premises.

The coverages afforded in this Blanket Limit of Insurance are subject to the applicable coverage provisions which form a part of this policy.

### Deductible

As respects coverage provided by this endorsement, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule. We will then pay the amount of loss or damage in excess of the Deductible, up to the Blanket Limit of Insurance.

If a loss is covered under this endorsement and also covered under insurance provided elsewhere in this policy, the loss amounts will be combined for purposes of applying a deductible and only the largest of the applicable deductibles will apply.

### Additional Coverages and Coverage Extensions:

Accounts Receivable
Counterfeit Money and Money Orders
Debris Removal
Electronic Data
Fine Arts
* Fire Department Service Charge
Fire Protective Devices
Increased Cost of Construction
Inventory or Appraisal
Lost Key Consequential Loss
Non-Owned Detached Trailers

Outdoor Property
* Personal Effects and Property of Others
Pollutant Clean Up and Removal
Property Off Premises
Property in Transit
* Reward
Valuable Papers and Records (Other
    Than Electronic Data)

* This coverage has a sublimit.

A. **Additional Coverages** and **Coverage Extensions** as shown in the applicable Coverage Form are amended as shown below:

1. **Accounts Receivable**

14-3065 04 06

    a.   You may extend the insurance that applies to Your Business Personal Property to apply to your records of accounts receivable:

        1)  At a described premises or in or on a vehicle in transit between described premises; or

        2)  If the records must be removed from a described premises to protect them from the threat of a Covered Cause of loss.

    b.   The amount of your Accounts Receivable loss includes:

        1)  Debt owed to you from your customers if you are unable to collect the debt as a direct result of a covered loss or damage to your accounts receivable records;

        2)  Interest charges on debt you must borrow to offset your reduced cash flow;

        3)  Additional collection costs, over and above your usual collection costs, made necessary because of loss or damage; and

        4)  Reasonable expenses you must incur to re-establish your accounts receivable records.

    c.   Accounts receivable loss payment will be determined as follows:

        1)  When there is proof that a covered loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss will be computed as follows

            a)  Determine the total of the average monthly amounts of accounts receivable for the 24 months immediately preceding the month in which the loss or damage occurs; and

            b)  Adjust the total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

        2)  We will deduct from the established total amount of accounts receivable:

            a)  The amount of any accounts evidenced by records not lost or damaged;

            b)  Any other amounts you are able to establish or collect; and

            c)  An amount to allow for probably bad debts which you normally would have been unable to collect.

        3)  If you recover the amount of any accounts receivable that were in the amount of the paid loss, you will return the recovered amount to us, up to the total amount of the paid loss.  You will keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

## 2.  Counterfeit Money and Money Orders

You may extend the insurance that applies to your Business Personal Property to apply to loss from the voluntary parting of any Covered Property by you or anyone else to whom you have entrusted the Covered Property due to the acceptance of counterfeit money, money orders or travellers checks.

Causes of Loss, Limitation 1.f. does not apply to this coverage.

## 3.  Debris Removal, Additional Coverages 4.a) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

## 4.  Electronic Data

    a.   Under this Coverage, electronic data has the meaning described under Property Not Covered - Electronic Data.

    b.   Subject to the provisions of this Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

    c.   The Covered Causes of Loss applicable to Your Business Personal Property apply to this Coverage - Electronic Data, subject to the following:

        1)  If the Causes of Loss - Special Form applies, coverage under this Coverage - Electronic Data is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

**2)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any "employee," including a temporary or leased "employee," or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**d.** The most we will pay under this Coverage - Electronic Data is the Blanket Limit of Insurance of this endorsement for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

## 5. Fine Arts

You may extend the insurance provided by the applicable Coverage Form to apply to loss or damage to your "Fine Arts."

Loss or damage must be caused by or result from a Covered Cause of Loss. Exclusions B. 1.a., 1.b., 1.e. and 1.g. do not apply to this coverage extension.

We shall not pay for more than the value of your property as indicated on a sales slip or written appraisal from a qualified appraiser.

## 6. Fire Department Service Charge, Additional Coverages 4.c) of the applicable Coverage Form, Limit is increased to $2,500.

## 7. Fire Protective Devices

You may extend the insurance provided by the applicable Coverage Form to pay for the cost to recharge or refill any fire protective equipment when discharged

a. To prevent or control a covered loss;

b. Accidentally; or

c. As a result of malfunction of the equipment.

## 8. Increased Cost Of Construction

a. This Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

b. In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in 8.c. through 8.h. of this Coverage.

c. The ordinance or law referred to in 8.b. of this Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

d. Under this Coverage, we will not pay any costs due to an ordinance or law that:

   1) You were required to comply with before the loss, even when the building was undamaged; and

   2) You failed to comply with.

e. Under this Coverage, we will not pay for:

   1) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus," wet or dry rot or bacteria; or

   2) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize,

or in any way respond to, or assess the effects of "pollutants," "fungus," wet or dry rot or bacteria.

f.   With respect to this Coverage:

    **1)**   We will not pay for the Increased Cost of Construction:

        **a)**   Until the property is actually repaired or replaced, at the same or another premises; and

        **b)**   Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years.  We may extend this period in writing during the two years.

    **2)**   If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay is the increased cost of construction at the same premises.

    **3)**   If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

g.   This Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Coverage.

h.   The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in the applicable Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Coverage is not subject to such limitation.

## 9.   Inventory or Appraisal

You may extend the insurance provided under the applicable Coverage Form to apply to the following expenses you incur, as required by the applicable Coverage Form, to prepare a claim:

a.   The cost of taking inventories;

b.   The cost of making appraisals; and

c.   The cost of preparing a statement of loss and other supporting exhibits.

We will not pay for any expenses billed by and payable to independent or public insurance adjustors or for expenses to prepare claims not covered by the applicable Coverage Form.

## 10.   Lost Key Consequential Loss

You may extend the insurance provided by the applicable Coverage Form to pay for consequential loss to locks and keys if a master key is lost or damaged. This coverage does not apply to keys in the possession of former "employees." We will pay for:

a.   The actual cost of keys and

b.   Adjustment of locks to accept new keys; or

c.   If required, new locks including the cost of their installation.

**11.   Non-Owned Detached Trailers**, Coverage Extensions 5.f.3) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

**12.   Outdoor Property**, Coverage Extensions 5.e.  of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement and is subject to a maximum of $1,000 per tree, shrub or plant.

## 13.   Personal Effects and Property of Others

You may extend the insurance that applies to Your Business Personal Property to apply to:

a.   Personal effects owned by you, your officers, your partners or members, your managers or your "employees."

b.   Personal property of others in your care, custody or control.

The most we will pay for loss or damage to the property of any one person is $5,000. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

14. **Pollutant Clean Up and Removal,** Additional Coverages 4.d) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

15. **Property Off-Premises,** Coverage Extensions 5.d.3) of the applicable Coverage Form, Limit is increased to the Blanket Limit of Insurance of this endorsement.

16. **Property in Transit**

   a.   You may extend the insurance provided in the applicable Coverage Form to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b.   Loss or damage must be caused by or result from one of the following causes of loss:

   1)   Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

   2)   Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

   3)   Theft of an entire bale, case or package of forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

17. **Reward**

   You may extend the insurance provided by the applicable Coverage Form to pay a reward to any individual or group (except you, your officers or partners) for information which results in the arrest and conviction of any one person or group for committing or trying to commit any illegal act(s) relating to a loss covered by this policy. The most we will pay for loss or damage under this coverage is $25,000.

18. **Valuable Papers and Records (Other Than Electronic Data)**

   a.   You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered - Electronic Data.

   b.   The Causes of Loss - Special Form applies. Coverage under this Extension is limited to the "specified causes of loss" as defined in that Form, and Collapse as set forth in that Form.

   c.   We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

B.   **Definitions**

   The following definitions are added to the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, the CONDOMINIUM ASSOCIATION COVERAGE FORM, the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM, and the CAUSES OF LOSS - SPECIAL FORM.

   1.   **"Employee"** means any natural person while in your service and for 30 days after termination of service. "Employee" includes leased workers but not temporary workers.

   2.   **"Fine Arts"** means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

# SECTION II - ADDITIONAL POLICY CHANGES AND CONDITIONS

A.   The BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

   1.   **Business Personal Property Limit - Seasonal Increase**

   a.   The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

   b.   This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations or Change Endorsement is at least 100% of your average monthly values during the lesser of:

    **1)**    The 12 months immediately preceding the date the loss or damage occurs; or

    **2)**    The period of time you have been in business as of the date the loss or damage occurs.

This extension shall not increase the Blanket Limit of Insurance or any other limit shown in this endorsement.

**2. Expanded Premises**

The policy provisions which state coverage is provided within 100 feet of the described premises are expanded to 1,000 feet.

**3. Inflation Guard**

    **a.**    The Limits of Insurance (exclusive of this extension) applicable to the items shown on the Declarations of this policy and shown below are increased during the policy period by the proportion by which the latest published Index has increased since the last premium due date:

        Buildings
        Personal Property of the Insured
        Personal Property of Others
        Business Income
        Extra Expense

    **b.**    At the premium due date, the Limits of Insurance will be increased automatically in accordance with the latest published Index and the appropriate premium charged.

    **c.**    If the Limits of Insurance is changed at your request during the policy period, the effective date of this extension coincides with the effective date of such change.

    **d.**    In this extension

        **1)**    "Index" means:

            **a)**    For Buildings the Marshall & Swift/Boeckh Index relating to commercial construction.

            **b)**    For Personal Property of the Insured, Personal Property of Others, Business Income and Extra Expenses the "Producer Price Index" for all finished goods published by the United States Department of Labor.

        **2)**    "Premium due date" means the inception date of this policy or any renewal or anniversary date whichever is later.

    **e.**    In no event will the Limits of Insurance be reduced by use of this extension to less than those shown at the premium due date.

**4. Limits and Time Change for Newly Acquired Property**

In the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and CONDOMINIUM ASSOCIATION COVERAGE FORM:

The limit of $250,000 is changed to $500,000 in provision **A.5.a.1)** of Newly Acquired or Constructed Property.

The limit of $100,000 is changed to $200,000 in provision **A.5.a.2)** Your Business Personal Property.

The number of days is changed from 30 to 60 days in provision **A.5.a.3.b)** of Period of Coverage.

In the CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM:

The limit of $100,000 is changed to $200,000 in provision **A.5.a.1)** Your Business Personal Property.

The number of days is changed from 30 to 60 days in provision **A.5.a.3.b)** of Period of Coverage.

**5. No Coinsurance**

The Coinsurance provisions as stated in the applicable Coverage Form are deleted.

**6. Tenant's Glass**

If you are a tenant and no Limit of Insurance is shown in the Declarations or Change Endorsement for Building Property, **Your Business Personal Property** is amended to include the following:

**8)** Glass, including lettering or ornamentation, that is part of the exterior of a covered building or structure at the described premises. The glass must be owned by others but in your care, custody or control.

We will also pay for necessary:

**a)** Expenses incurred to put up temporary plates or board up openings;

**b)** Repair or replacement of encasing frames; and

**c)** Expenses incurred to remove or replace obstructions.

20-2118 01/03

 CENTRAL
INSURANCE
COMPANIES

*–Since 1876–*

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

IL0118 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

    CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    FARM COVERAGE PART
    STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to Standard Property Policy **CP0099** the terms Coverage Part and Coverage Form in this endorsement are replaced by the term Policy.

**B.** The following is added to the **Legal Action Against Us** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the proof of loss is filed with us and the date we deny the claim in whole or in part.

**C.** If this policy covers:

  **1.** The following in **a.** and **b.,** then Paragraphs **2.,** and **3.** apply:

    **a.** Real property used principally for residential purposes up to and including a four family dwelling; or

    **b.** Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes.

  **2.** The second paragraph of the **Appraisal** Condition is deleted and replaced by the following:

    **a.** Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

    **b.** We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      **1)** You demanded the appraisal; and

      **2)** The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

  **3.** The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

  **CONCEALMENT, MISREPRESENTATION OR FRAUD**

    **a.** This Coverage Part or Coverage Form is void if you or any insured ("insured") commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

      **1)** Was made with actual intent to deceive; or

      **2)** Materially affected either our decision to provide this insurance or the hazard we assumed.

    However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

    **b.** This Coverage Part or Coverage Form is void if you or any other insured ("insured"), at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      **1)** This Coverage Part or Coverage Form;

      **2)** The Covered Property;

      **3)** Your interest in the Covered Property; or

      **4)** A claim under this Coverage Part or Coverage Form.

    **c.** Notwithstanding the limitations stated in **3.a.** above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the Cancellation Condition.

**D.** For the Commercial Property Coverage Part and the Standard Property Policy, the following exclusion and related provisions are added to Paragraph **B.2.** Exclusions in the Causes of Loss Forms and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

  **1.** We will not pay for loss or damage arising out of any act committed:

    **a.** By or at the direction of any insured; and

IL0118 07 02

Copyright, ISO Properties, Inc., 2001

Page 1 of 2

     **b.**    With the intent to cause a loss.

  **2.**   However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

     **a.**    The loss arose out of a pattern of criminal domestic violence; and

     **b.**    The perpetrator of the loss is criminally prosecuted for the act causing the loss.

  **3.**   If we pay a claim pursuant to Paragraph **D.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**E.** The **Intentional Loss Exclusion** in the Causes of Loss Form - Farm Property, Mobile Agricultural Machinery And Equipment Coverage Form and Livestock Coverage Form is replaced by the following:

  **1.**   We will not pay for loss ("loss") or damage arising out of any act committed:

     **a.**    By or at the direction of any "insured"; and

     **b.**    With the intent to cause a loss ("loss").

  **2.**   This exclusion, however, will not apply to deny payment to an innocent co-"insured" who did not cooperate in or contribute to the creation of the loss ("loss") if:

     **a.**    The loss ("loss") arose out of a pattern of criminal domestic violence; and

     **b.**    The perpetrator of the loss ("loss") is criminally prosecuted for the act causing the loss.

  **3.**   If we pay a claim pursuant to Paragraph **E.2.**, our payment to the "insured" is limited to that "insured's" insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

 Copyright, ISO Properties, Inc., 2001

IL0284 12 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES -
## CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The CANCELLATION Common Policy Condition is replaced by the following:

### CANCELLATION

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

   If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, any mortgagee or lienholder known to us and to the agent or broker, at the last addresses known to us.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

7. Our notice of cancellation will state the reason for cancellation.

8. **Real Property Other Than Residential Properties Occupied By 4 Families Or Less:**

   The following applies only if this policy covers real property other than residential property occupied by 4 families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

   **b.** The building has been unoccupied 60 or more consecutive days. This does not apply to:

      **1)** Seasonal unoccupancy; or

      **2)** Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

   **c.** The building has:

      **1)** An outstanding order to vacate;

      **2)** An outstanding demolition order; or

IL0284 12 05                    Copyright, ISO Properties, Inc., 2005                    Page 1 of 2

        **3)**   Been declared unsafe in accordance with the law.

    **d.**   Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

**9.**  **Residential Properties Occupied By 4 Families Or Less:**

The following applies if this policy covers residential properties occupied by 4 families or less:

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

    **a.**   Nonpayment of premium;

    **b.**   The policy was obtained by misrepresentation or fraud; or

    **c.**   Any act that measurably increases the risk originally accepted.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

**10.** For insurance provided under the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part, the following applies:

**GRAIN IN PUBLIC GRAIN WAREHOUSES**

(Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to:

    **a.**   The other; and

    **b.**   The Director of the Illinois Department of Agriculture (at its Springfield Office);

    60 days' written notice of cancellation.

**B.**  The following is added:

**NONRENEWAL**

**1.**  If we decide not to renew or continue this policy, we will mail you, your agent or broker, and any mortgagee or lienholder known to us written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**2.**  The following provision applies only if this policy covers residential properties occupied by 4 families or less:

    **a.**   If this policy has been issued to you and in effect with us for 5 or more years, we may not fail to renew this policy unless:

        **1)**   The policy was obtained by misrepresentation or fraud;

        **2)**   The risk originally accepted has measurably increased; or

        **3)**   You received 60 days' notice of our intent not to renew as provided in 1. above.

    **b.**   If this policy has been issued to you and in effect with us for less than 5 years, we may not fail to renew this policy unless you received 30 days' notice as provided in 1. above.

**C.**  The following is added:

**MAILING OF NOTICES**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

IL0952 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

### A.    Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1.    The act resulted in aggregate losses in excess of $5 million; and

2.    The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

### B.    Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL0952 11 02                    Copyright, Insurance Services Office, Inc., 2002



CENTRAL
INSURANCE
COMPANIES
*-Since 1876-*

# COMMERCIAL INLAND MARINE COVERAGE PART DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305   **POLICY PERIOD:**   FROM 07/12/2007   **TO** 07/12/2008

**NAMED INSURED:** DMH INGREDIENTS INC

---

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | |
|---|---|---|---|---|
| CLO100 03 99 | CL120 01 87 | CMO001 09 04 | CM0128 03 99 | CMO204 07 05 |
| IMO871 06 02 | IM7500 04 04 | IM7506 04 04 | 14-2162 01 07 | 20-2118 01 03 |
| 7-1235 11 85 | 7-1261 01 07 | 7-1371 01 07 | ILO952 11 02 | |

---

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

PREMISES  BLDG
 NO       NO
 01       01   1228 AMERICAN WAY, LIBERTYVILLE, IL                    60048-0000

| COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE |
|---|---|---|

COMPUTER COVERAGE            $19.500   SEE FORM 7-1261
                                       HARDWARE, INCL MECHANICAL BREAKDOWN
                                       DEDUCTIBLE FOR BASE COVERAGE IS    $250
                                       MECHANICAL BREAKDOWN $2,500
                                       PREMIUM:              INCLUDED

SCHEDULED PROPERTY       $240,000      $250      SEE FORM  IM7506

PREMIUM FOR CERTIFIED ACTS OF TERRORISM
UNDER THE TERRORISM RISK INSURANCE RISK ACT                          $7.00

---

THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS      $943.00

THE FOLLOWING INFORMATION IS REQUIRED TO COMPLETE FORM  IM7506 04 04

SCHEDULED PROPERTY DECLARATIONS

COVERED PROPERTY
          DESCRIBED PROPERTY                              LIMIT
1. MISCELLANEOUS FOOD ITEMS STORED AT VARIOUS
   WAREHOUSE LOCATIONS.                                  $200,000

2. OFFICE CONTENTS/LIABILITY                             $ 40,000
   AT 3137 HENNEPIN AVE
   MINNEAPOLIS MN 55408
                                          TOTAL          $240,000

DEDUCTIBLE AMOUNT: $250

COINSURANCE PERCENTAGE  100%

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

7-1235 11 85

## QUICK REFERENCE
## COMMERCIAL INLAND MARINE COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial Inland Marine Coverage Part in your policy consists of Declarations, one or more Coverage Forms, Commercial Inland Marine Conditions, Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

### DECLARATIONS

Named Insured and Mailing Address
Policy Period
Description of Business
Limits of Insurance
Forms and Endorsements applying to the Coverage
    Part at time of issue

### COVERAGE FORM(S)

COVERAGE

Covered Property (If Applicable)
Property Not Covered
Covered Causes of Loss
Additional Coverage -- Collapse (If Applicable)
Coverage Extensions (If Applicable)

EXCLUSIONS

Earthquake (If Applicable)
Governmental Action
Nuclear Hazard (If Applicable)
War and Military Action
Water (If Applicable)
Other Exclusions (If Applicable)

LIMITS OF INSURANCE

DEDUCTIBLE (If Applicable)

ADDITIONAL CONDITIONS

DEFINITION(S)

### COMMERCIAL INLAND MARINE CONDITIONS

LOSS CONDITIONS

Abandonment
Appraisal
Duties in the Event of Loss
Insurance Under Two or More Coverages
Loss Payment
Other Insurance
Pair, Set or Parts
Privilege to Adjust With Owner
Recoveries
Reinstatement of Limit After Loss
Transfer of Rights of Recovery Against Others to Us

GENERAL CONDITIONS

Concealment, Misrepresentation or Fraud
Legal Action Against Us
No Benefit to Bailee
Policy Period
Valuation

### COMMON POLICY CONDITIONS (IL0017) - See Common
### Declarations

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

### ENDORSEMENTS (If Any)

CL0100 03 99

# COMMON POLICY CONDITIONS

1.  **Assignment** – This policy may not be assigned without "our" written consent.

2.  **Cancellation** – "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

    "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us." If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

    If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective.  If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

    "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3.  **Change, Modification, or Waiver of Policy Terms** – A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4.  **Inspections** – "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5.  **Examination of Books and Records** – "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

CL0100 03 99          Copyright, American Association of Insurance Services, 1999

CL120 01 87

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDATORY ENDORSEMENT

### ILLINOIS

The cancellation provision of this policy is amended as follows:

A.  We may cancel this policy or coverage by mailing our written notice of cancellation to the named insured at the last mailing address known to us. We will mail the notice at least 10 days before the effective date of the cancellation when cancellation is for nonpayment of premium. For other reasons, we will mail the notice of cancellation at least 30 days prior to the effective date of the cancellation during the first 60 days of coverage or 60 days prior to the effective date of the cancellation if the coverage has been in effect for more than 60 days. Our notice will include the reason or reasons for cancellation. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

B.  If this policy has been in effect 60 days or more, or if it is a renewal of a policy issued by us effective immediately, we may cancel this policy only if one or more of the following reasons apply:

    a.  nonpayment of premium;

    b.  the policy was obtained through a material misrepresentation;

    c.  any insured has violated any of the terms and conditions of the policy;

    d.  the risk originally accepted has measurably increased;

    e.  certification of the Director of the loss of reinsurance by the insured which provided coverage to us for all or a substantial part of the underlying risk insured;

    f.  a determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this state.

**Nonrenewal** – If we decide not to renew this policy, we will mail to the named insured and last known mortgage holder or lienholder named in this policy, at the last address known to us, our notice of nonrenewal at least 60 days before the end of the policy period or anniversary date. Our notice will also include the reason or reasons for nonrenewal. We will also mail a copy of the notice to the insured's broker, if known, or to the agent of record.

**Renewal Revisions** – If we decide to renew this policy with premium increases of 30 percent or higher, or impose changes in deductible or coverage that materially alter the policy, we will mail or deliver to the named insured written notice of such increase or change in deductible or coverage at least 60 days prior to the renewal or anniversary date. Notification because of premium increase is not necessary where increases exceeding 30 percent are due to changed conditions or increased or broadened coverage.

**Suit Against Us – Commercial Property Coverage** – The following provision is applicable only to Commercial Property Coverage:

The Suit Against Us provision in the General Conditions is replaced by the following provisions:

No suit to recover any loss may be brought against us unless:

•  the terms of the policy have been fully complied with; and

•  the suit is commenced within one year after the loss.

The one year period is extended by the number of days between the date the proof of loss is filed and the date the claim is denied in whole or in part.

**Cancellation – Commercial Property Coverage** – The following additional cancellation provision is applicable only to Commercial Property Coverage.

We may cancel a Property Coverage for any of the reasons stated below by giving the required notice at least 10 days before cancellation is to take effect.

This provision applies only to:

- buildings to which, following a fire loss, permanent repairs have not commenced within 60 days after satisfactory adjustment of loss, unless such delay is a direct result of a labor dispute or weather conditions; or

- buildings which have been unoccupied 60 consecutive days, except buildings which have a seasonal occupancy and buildings which are undergoing construction, repair or reconstruction and are properly secured against unauthorized entry; or

- buildings on which, because of their physical condition, there is an outstanding demolition order, or which have been declared unsafe in accordance with applicable law; or

- buildings on which heat, water, sewer service or public lighting have not been connected for 30 consecutive days or more.

    Copyright, AAIS, 1987

CM0001 09 04

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

 Copyright, Insurance Services Office, Inc., 2003

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

## F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## G. Pair, Sets Or Parts

### 1. Pair Or Set

In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

### 2. Parts

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

## H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

## I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

## J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

Copyright, Insurance Services Office, Inc., 2003

1) Owned or controlled by you; or

2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

### A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

### D. No Benefit To Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

### E. Policy Period, Coverage Territory

We cover loss or damage commencing:

1. During the policy period shown in the Declarations or Change Endorsement; and

2. Within the coverage territory.

### F. Valuation

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

CM0128 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – INTENTIONAL ACTS

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed:

1. By or at the direction of any insured; and

2. With the intent to cause a loss.

**B.** However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

1. The loss arose out of a pattern of criminal domestic violence; and

2. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

CM0128 03 99          Copyright, Insurance Services Office, Inc., 1998

CM0204 07 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.**   **Cancellation** (Common Policy Conditions) is replaced by the following:

**CANCELLATION**

1.   The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2.   a.   We may cancel this policy by mailing to you written notice stating the reason for cancellation.

     b.   If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

     c.   If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

          1)   30 days prior to the effective date of cancellation if the policy has been in effect for less than 60 days.

          2)   60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3.   If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

     a.   Nonpayment of premium;

     b.   The policy was obtained through a material misrepresentation;

     c.   Any insured has violated any of the terms and conditions of the policy;

     d.   The risk originally accepted has measurably increased;

     e.   Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

     f.   A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4.   Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.   If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

6.   A copy of the notice will also be sent to your agent or broker.

**B.**   The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

   Copyright, ISO Properties, Inc., 2004

**C.    Mailing of Notices**

We will mail cancellation and nonrenewal notices to the last addresses known to us. Proof of mailing will be sufficient proof of notice.

**D.**    General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C.    Legal Action Against Us**

No one may bring a legal action against us:

**1.**    Until there has been full compliance with all the terms of this Coverage Part; and

**2.**    More than 2 years after you first have knowledge of the direct loss or damage. But we will extend this 2 year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

Copyright, ISO Properties, Inc., 2004

**IM0871 06 02**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ THIS CAREFULLY.

## AMENDATORY ENDORSEMENT

### Illinois

1.  Under Definitions, item b. of Pollutants is deleted.

2.  Under Perils Excluded, Criminal, Fraudulent, or Dishonest Acts is amended to include the following:

    However, if the loss is caused by an act of domestic violence committed by or at the direction of an "insured" that:

    a.  arose out of a pattern of criminal domestic violence; and

    b.  the perpetrator of the loss is criminally prosecuted for the act causing the loss;

    this exclusion will not apply to an otherwise covered loss suffered by another "insured" who did not cooperate in or contribute to the act that caused the loss.

    "Our" payment may be limited to the claimant's insurable interest less payments made to a mortgagee or other party with a legal secured interest in the property. "We" retain all rights set forth in the Subrogation condition of this policy with regard to action against the perpetrator of the act that caused the loss.

3.  Appraisal is amended to include the following:

    If "you" request an appraisal and the full amount of the appraised loss is upheld by agreement of the appraisers or umpire, "we" will pay the fees incurred for the services of the appraisers or umpire.

4.  Misrepresentation, Concealment, or Fraud is deleted and replaced by the following:

    **Misrepresentation, Concealment, or Fraud** - "We" do not provide coverage for an "insured" who has:

    a.  willfully concealed or misrepresented:

        1)  a material fact or circumstance with respect to this insurance; or

        2)  an "insured's" interest herein.

    b.  engaged in fraudulent conduct or sworn falsely with respect to this insurance or the subject thereof.

5.  Suit Against Us is amended to include the following:

    However, this period is extended by the number of days between the date proof of loss is submitted and the claim is denied in whole or in part.

        Copyright, American Association of Insurance Services, 2002

**IM7500 04 04**

# SCHEDULED PROPERTY FLOATER

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Scheduled Property Floater. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages."

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the declarations.

2.  The words "we," "us," and "our" mean the company providing this coverage.

3.  "Earth movement" means any movement or vibration of the earth's surface (other than "sinkhole collapse") including but not limited to earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

4.  "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

5.  "Limit" means the amount of coverage that applies.

6.  "Pollutant" means:

    a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

    b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

7.  "Schedule of coverages" means:

    a.  all pages labeled schedule of coverages or schedules that pertain to this coverage; and

    b.  declarations or supplemental declarations that pertain to this coverage.

8.  "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

9.  "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    a.  personal property in the open; or

    b.  the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

10. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

11. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

## PROPERTY COVERED

IM7500 04 04     Copyright, American Association of Insurance Services, Inc., 2004     Page 1 of 8

"We" cover the following property unless the property is excluded or subject to limitations.

1. **Coverage** – "We" cover direct physical loss caused by a covered peril to:

   a. "your" property; or

   b. property of others in "your" care, custody, and control.

2. **Coverage Limitation** – "We" only cover "your" property and property of others that are described on the "schedule of coverages."

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft** – "We" do not cover aircraft or watercraft.

2. **Buildings And Land** – "We" do not cover buildings or land including land on which covered property is located.

3. **Contraband** – "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Money And Securities** – "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

5. **Vehicles** – "We" do not cover automobiles or any self-propelled vehicles that are designed for highway use.

6. **Waterborne Property** – "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** – The following Coverage Extensions indicate an applicable "limit." This "limit" may also be shown on the "schedule of coverages."

If a different "limit" is indicated on the "schedule of coverages," that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages."

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

### Debris Removal –

1. **Coverage** – "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

2. **We Do Not Cover** – This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

3. **Limit** – "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

4. **Additional Limit** – "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

5. **You Must Report Your Expenses** – "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** – The following Supplemental Coverages indicate an applicable "limit." This "limit" may also be shown on the "schedule of coverages."

If a different "limit" is indicated on the "schedule of coverages," that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages."

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

a.   is the only "limit" available for the described coverage; and

b.   is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

**Pollutant Cleanup And Removal –**

1.   **Coverage** – "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

2.   **Time Limitation** – The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

3.   **We Do Not Cover** – "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants."

     However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

4.   **Limit** – The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1.   "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

     a.   **Civil Authority** – "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

          "We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

     b.   **Earth Movement Or Volcanic Eruption** – "We" do not pay for loss caused by any "earth movement" (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano.

          "We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either "earth movement" or eruption, explosion, or effusion of a volcano.

          This exclusion does not apply to covered property while in transit.

     c.   **Flood** – "We" do not pay for loss caused by "flood."

          "We" do cover direct loss by fire, explosion, or sprinkler leakage resulting from "flood."

          This exclusion does not apply to covered property while in transit.

     d.   **Nuclear Hazard** – "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural,

accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e. **Sewer Backup And Water Below The Surface** – "We" do not pay for loss caused by:

   1) water that backs up through a sewer or drain; or

   2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

   "We" do cover direct loss by fire, explosion, or theft resulting from either water that backs up through a sewer or drain or water below the surface of the ground.

   This exclusion does not apply to covered property while in transit.

f. **War And Military Action** – "We" do not pay for loss caused by:

   1) war, including undeclared war or civil war; or

   2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

   3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

   With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War And Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a. **Contamination Or Deterioration** – "We" do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

   b. **Criminal, Fraudulent, Dishonest, Or Illegal Acts** – "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

      1) "you";

      2) others who have an interest in the property;

      3) others to whom "you" entrust the property;

      4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

      5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

      This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

      This exclusion does not apply to covered property in the custody of a carrier for hire.

   c. **Electrical Currents** – "We" do not pay for loss caused by arcing or by electrical currents other than lightning.

      But if arcing or electrical currents other than lightning result in a "specified peril," "we" do cover the loss or damage caused by that "specified peril."

   d. **Explosion, Rupture, Or Bursting** – "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

   e. **Loss Of Use** – "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

   f. **Mechanical Breakdown** – "We" do not pay for loss caused by any mechanical, structural, or electrical breakdown or malfunction including a breakdown or malfunction resulting from a structural, mechanical, or reconditioning process.

g.   **Missing Property** – "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

    This exclusion does not apply to covered property in the custody of a carrier for hire.

h.   **Pollutants** – "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

    1)   unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

    2)   except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

    "We" do cover any resulting loss caused by a "specified peril."

i.   **Temperature/Humidity** – "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

    But if dryness, dampness, humidity, or changes in or extremes of temperature results in a "specified peril," "we" do cover the loss of damage caused by that "specified peril."

j.   **Theft From An Unattended Vehicle** – "We" do not pay for theft from an unattended vehicle except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

    This exclusion does not apply to covered property in the custody of a carrier for hire.

k.   **Voluntary Parting** – "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

l.   **Wear And Tear** – "We" do not pay for loss caused by wear and tear, marring, or scratching.

## WHAT MUST BE DONE IN CASE OF LOSS

1.   **Notice** – In case of a loss, "you" must:

    a.   give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

    b.   give notice to the police when the act that causes the loss is a crime.

2.   **You Must Protect Property** – "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

    a.   **Payment Of Reasonable Costs** – "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit."

    b.   **We Do Not Pay** – "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3.   **Proof Of Loss** – "You" must send "us," within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

    a.   the time, place, and circumstances of the loss;

    b.   other policies of insurance that may cover the loss;

    c.   "your" interest and the interests of all others in the property involved, including all mortgages and liens;

    d.   changes in title of the covered property during the policy period; and

    e.   estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.   **Examination** – "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5. **Records** – "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property** – "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments** – "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment** – "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation** – "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Actual Cash Value** – The value of covered property is based on the actual cash value at the time of loss (with a deduction for depreciation).

2. **Pair Or Set** – The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

3. **Loss To Parts** – The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest** – "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** – "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms** – Subject to paragraphs 1., 2., 4., 5., and 6. under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c. the "limit" that applies to the covered property.

4. **Coinsurance** –

   a. **When Coinsurance Applies** – "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages."

   b. **How We Determine Our Part Of The Loss** – "Our" part of the loss is determined using the following steps:

      1) multiply the percent indicated on the "schedule of coverages" by the value of the covered property at the time of loss;

      2) divide the "limit" for covered property by the result determined in b.1) above;

      3) multiply the total amount of loss, after the application of any deductible, by the result determined in b.2) above.

      The most "we" pay is the amount determined in b.3) above or the "limit," whichever is less. "We" do not pay any remaining part of the loss.

   c. **If There Is More Than One Limit** – If there is more than one "limit" indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit."

   d. **If There Is Only One Limit** – If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all covered property to which the "limit" applies.

   e. **When Coinsurance Does Not Apply** – Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages."

5. **Insurance Under More Than One Coverage** – If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

6. **Insurance Under More Than One Policy** —

    a. **Proportional Share** — "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

    b. **Excess Amount** — If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit."

## LOSS PAYMENT

1. **Loss Payment Options** —

    a. **Our Options** — In the event of loss covered by this coverage form, "we" have the following options:

        1) pay the value of the lost or damaged property;

        2) pay the cost of repairing or replacing the lost or damaged property;

        3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

        4) take all or any part of the property at the agreed or appraised value.

    b. **Notice Of Our Intent To Rebuild, Repair, Or Replace** — "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** —

    a. **Adjustment And Payment Of Loss** — "We" adjust all losses with "you." Payment will be made to "you" unless another loss payee is named in the policy.

    b. **Conditions For Payment Of Loss** — An insured loss will be payable 30 days after:

        1) a satisfactory proof of loss is received, and

        2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us."

3. **Property Of Others** —

    a. **Adjustment And Payment Of Loss To Property Of Others** — Losses to property of others may be adjusted with and paid to:

        1) "you" on behalf of the owner; or

        2) the owner.

    b. **We Do Not Have To Pay You If We Pay The Owner** — If "we" pay the owner, "we" do not have to pay "you." "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** — If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us," the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us."

2. **Benefit To Others** – Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

3. **Conformity With Statute** – When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

4. **Estates** – This provision applies only if the insured is an individual.

   a. **Your Death** – On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** – This coverage does not extend past the policy period indicated on the declarations.

5. **Misrepresentation, Concealment, Or Fraud** – This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      2) "your" interest herein; or

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

6. **Policy Period** – "We" pay for a covered loss that occurs during the policy period.

7. **Recoveries** – If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

8. **Restoration Of Limits** – A loss "we" pay under this coverage does not reduce the applicable "limits."

9. **Subrogation** – If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

   "You" may waive "your" right to recover from others in writing before a loss occurs.

10. **Suit Against Us** – No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

11. **Territorial Limits** – "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

IM7506 04 04

# SCHEDULE OF COVERAGES
## SCHEDULED PROPERTY FLOATER

(The entries required to complete this schedule
will be shown below or on the "schedule of coverages.")

**COVERED PROPERTY**

| Item No. | DESCRIBED PROPERTY | Limit |
|---|---|---|
| _____ | _____ | |
| | _____ | |
| | _____ | $_____ |
| _____ | _____ | |
| | _____ | |
| | _____ | $_____ |
| _____ | _____ | |
| | _____ | |
| | _____ | $_____ |
| _____ | _____ | |
| | _____ | |
| | _____ | $_____ |

**COVERAGE EXTENSIONS**

Additional Debris Removal Expenses                    $_____

**SUPPLEMENTAL COVERAGES**

Pollutant Cleanup And Removal                         $_____

**DEDUCTIBLE AND COINSURANCE**

**DEDUCTIBLE**

Deductible Amount                                     $_____

**COINSURANCE**

O  Not Applicable

O  100%_____   90%_____   80%_____   _____%

     Copyright, American Association of Insurance Services, Inc., 2004

**OPTIONAL COVERAGES AND ENDORSEMENTS**

**14-2162 01 07**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SINGLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY WITH EDP COVERAGE FORM ATTACHED**
**COMMERCIAL LINES POLICY WITH COMPUTER COVERAGE FORM ATTACHED**

If there is business personal property insured under the policy to which the Electronic Data Processing Coverage Form is attached, the following will apply:

1.  If a covered cause of loss results in damage to property insured under both coverage forms from the same occurrence, only one deductible will apply.

2.  The deductible to apply will be the largest of the deductibles indicated for each coverage form.

14-2162 01 07

20-2118 01/03



*–Since 1876–*

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

20-2118 01/03

7-1261 01 07

This Inland Marine coverage is subject to the **terms** shown
below. The Commercial Inland Marine Conditions also apply.

## – PLEASE READ THIS CAREFULLY –

## COMPUTER COVERAGE

### SCHEDULE *

**Coverage Amount**

**Hardware** – For **"hardware"** on the **described premises** at:    $_____

Coverage amounts shown for each location include **property in transit** but do not
include **off-site computers** except as provided within the **supplemental
coverages** section of this form.

**Programs & Applications** – The coverage amount for **"programs & applications"**
shall not exceed 25% of the coverage amount under **Hardware** at each location,
except as may be provided by the Computer Coverage Amounts Endorsement.
This is in addition to the coverage amount for **Hardware**.

**Media** – The coverage amount for **"media"** shall not exceed 25%
of the coverage amount under **Hardware** at each location, except as may be
provided by the Computer Coverage Amounts Endorsement. This is in addition
to the coverage amount for **Hardware**.

**Income Coverage (Earnings & Extra Expense)** – The Coverage amount is $10,000,
except as provided by the Computer Coverage Amounts Endorsement.

### DEDUCTIBLE

The following deductible amount will apply to each loss other than mechanical
breakdown, after all other adjustments have been made.    $_____

Mechanical Breakdown    $2,500

### COINSURANCE

The coinsurance provision is not applicable.

\* **(If no entry appears above, information required to complete this endorsement will be shown in the
Declarations or Change Endorsement as applicable to this endorsement.)**

### AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all
the "terms" of the Computer Coverage. This coverage is also subject to the "schedule of coverages" or Change
Endorsement and additional policy conditions relating to assignment or transfer of rights or duties, cancellation,
changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages" or Change
Endorsement.

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in
quotation marks or bold type.

### DEFINITIONS

1.  The words "you" and "your" mean the persons or organizations named as the insured on the "schedule of
    coverages" or Change Endorsement.

2.  The words "we," "us," and "our" mean the company providing this coverage.

3.  "Business" means the usual business operations occurring at a premises described on the "schedule of coverages" or Change Endorsement.

4.  "Computer hacking" means an unauthorized intrusion:

    a.  by an individual or group of individuals, whether employed by "you" or not, into "hardware," "software," or a computer network; and

    b.  that results in but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";

        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

        3)  observation, scanning, or copying of "data records," "programs and applications," and "proprietary programs";

        4)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

        5)  denial of access to or denial of services from "your" "hardware" or "your" computer network.

5.  "Computer virus" means the introduction of any malicious, self-replicating electronic data processing code or other code:

    a.  into "hardware" or "software"; and

    b.  that is intended to result in, but is not limited to:

        1)  deletion, destruction, generation, or modification of "software";

        2)  alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "software";

        3)  damage, destruction, inadequacy, malfunction, degradation, or corruption of any "hardware" or "media" used with "hardware"; or

        4)  denial of access to or denial of services from "your" "hardware" or "your" computer network.

6.  "Data records" means files, documents, and information in an electronic format and that are stored on "media."

7.  "Electrical disturbance" means electrical or magnetic damage, disturbance of electronic recordings, or erasure of electronic recordings.

8.  "Flood" means flood, surface water, waves, tidal water, or the overflow of a body of water, all whether driven by wind or not. This includes spray that results from these whether driven by wind or not.

9.  "Hardware" means a network of electronic machine components (microprocessors) capable of accepting instructions and information, processing the information according to the instructions, and producing desired results.

    a.  **Hardware Includes** – "Hardware" includes but is not limited to:

        1)  mainframe and mid-range computers and network servers;

        2)  personal computers and workstations;

        3)  laptops, palmtops, notebook PCs, other portable computer devices and accessories including, but not limited to, multimedia projectors; and

        4)  peripheral data processing equipment, including but not limited to, printers, keyboards, monitors, and modems.

    b.  **Hardware Does Not Include** – "Hardware" does not include:

        1)  "software"; and

        2)  "off-site server" and "on-site server."

10.  "Limit" means the amount of coverage that applies.

11.  "Mechanical breakdown" means the malfunction or failure of moving or electronic parts, component failure, faulty installation, or blowout.

12. "Media" means processing, recording, or storage media used with "hardware." This includes but is not limited to films, tapes, cards, discs, drums, cartridges, or cells.

13. "Off-site server" means a server for "your" Web site:

   a.  that is not at a premises described on the "schedule of coverages" or Change Endorsement; and

   b.  that is being maintained and/or operated by an independent contractor acting as "your" Web host or "your" Internet service provider that is acting as "your" Web host.

14. "On-site server" means a server for "your" Web site:

   a.  that is at a premises occupied by "you" and described on the "schedule of coverages" or Change Endorsement; and

   b.  that is being maintained and/or operated by "you" or an independent contractor acting as "your" Web site consultant.

15. "Pollutant" means:

   a.  any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including but not limited to acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b.  electrical or magnetic emissions, whether visible or invisible, and sound emissions.

16. "Power supply disturbance" means interruption of power supply, power surge, blackout, or brownout.

17. "Programs and applications" means operating programs and applications that "you" purchase and that are:

   a.  stored on "media"; or

   b.  pre-installed and stored in "hardware."

18. "Proprietary programs" means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are:

   a.  stored on "media"; or

   b.  installed and stored in "hardware."

19. "Restoration period" means:

   a.  the time it should reasonably take to resume "your" "business" to a similar level of service starting from the date of a physical loss of or damage to covered property at a premises described on the "schedule of coverages" or Change Endorsement that is caused by a covered peril and ending on the date:

      1)  the property should be rebuilt, repaired, or replaced; or

      2)  "business" is resumed at a new permanent location.

      This is not limited by the expiration date of the policy.

   b.  The "restoration period" also means the increased time required to comply with the enforcement of any ordinance, law, or decree that:

      1)  regulates the construction, use, or repair of any property; or

      2)  requires the demolition of any property, in part or in whole, not damaged by a covered peril.

      The ordinance, law, or decree must be in force at the time of loss.

      "Restoration period" does not mean the increased time required to comply with the enforcement of any ordinance, law, or decree that requires "you" or anyone else to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize or in any way respond to or assess the effects of "pollutants."

   c.  Only as regards coverage described under Off Premises Utility Service Interruption; Interruption of Web Site (if added to this coverage part by endorsement); and Property In Transit in the Supplemental Income Coverages, "restoration period" also means the time it should reasonably take to resume "your" "business" starting from the date of direct physical loss of or damage caused by a covered peril to:

      1)  property not located at a premises described on the "schedule of coverages" or Change Endorsement and that is owned by utility, a landlord, or another utility supplier;

    **2)**   "your" Web site operation that is being maintained or operated by and that is located at the premises of an independent contractor or Internet service provider; and

    **3)**   property in transit;

    and ending on the date the property should be rebuilt, repaired, or replaced. This is not limited by the expiration date of the policy.

**20.** "Schedule of coverages" or Change Endorsement means:

    **a.**   all pages labeled schedule of coverages or schedules which pertain to this coverage; and

    **b.**   declarations or supplemental declarations which pertain to this coverage.

**21.** "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation.

    Sinkhole collapse does not include the value of the land or the cost of filling sinkholes.

**22.** "Software" means "media," "data records," "programs and applications," and "proprietary programs."

    Software does not mean "Web site software."

**23.** "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

    Falling objects does not include loss to:

    **a.**   personal property in the open; or

    **b.**   to the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

    Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

**24.** "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

**25.** "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

    Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

**26.** "Web site server" means "on-site server" and "off-site server."

**27.** "Web site software" means the following software that are used in "your" "Web site server":

    **a.**   "media";

    **b.**   "data records";

    **c.**   programs and applications which means operating programs and applications that "you" purchase and that are stored on "media" or pre-installed and stored in "Web site servers"; and

    **d.**   proprietary programs which means proprietary applications or programs that are developed in-house or that "you" had developed specifically for "you" and that are stored on "media" or installed and stored in "Web site servers."

### PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**1.** **Hardware** –

    **a.**   **Coverage** – "We" cover direct physical loss caused by a covered peril to "hardware" and similar property of others that is in "your" care, custody, or control.

    **b.**   **Coverage Limitations** – "We" only cover "hardware" and similar property of others:

        **1)**   when a "limit" for "hardware" is indicated on the "schedule of coverages" or Change Endorsement; and

        **2)**   while at a premises described on the "schedule of coverages" or Change Endorsement.

2.   Software —

   a.   **Coverage** — "We" cover direct physical loss caused by a covered peril to:

      1)   "media";

      2)   "programs and applications"; and

      similar property of others that is in "your" care, custody, or control.

   b.   **Coverage Limitations** — "We" only cover "media," "programs and applications," and similar property of others:

      1)   when a "limit" for "media" and "programs and applications" is indicated on the "schedule of coverages" or Change Endorsement; and

      2)   while at a premises described on the "schedule of coverages" or Change Endorsement.

   c.   **We Do Not Cover** — Except as provided under Supplemental Coverages, "we" do not cover:

      1)   "data records"; and

      2)   "proprietary programs."

## INCOME COVERAGE

"We" provide the following coverage unless the coverage is excluded or subject to limitations.

1.   **Coverage Options** — One of the following described coverage options applies when that option is indicated on the "schedule of coverages" or Change Endorsement:

   a.   Earnings and Extra Expense; or

   b.   Extra Expense only.

2.   **Coverage** —

   a.   **Covered Property** — "We" provide the coverages described below during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted by direct physical loss of or damage to covered property at a premises described on the "schedule of coverages" or Change Endorsement as a result of a covered peril.

   b.   **Described Premises and Air Conditioning System** — "We" provide the coverages described below under 3. and 4. during the "restoration period" when "your" "business" is necessarily wholly or partially interrupted as a result of direct physical loss of or damage to:

      1)   a premises described on the "schedule of coverages" or Change Endorsement that prevents "you" from using covered property; or

      2)   the air conditioning or electrical systems which are necessary for the operation of covered property and results in a reduction or suspension of "your" "business."

   c.   **If You Lease Your Premises** — If "you" lease, rent, or do not own the premises "you" occupy, for the purposes of determining an Income Coverage loss, "your" location is the space that "you" lease, rent, or occupy including, but not limited to, all passageways to "your" location within the building.

3.   **Earnings** — "We" cover "your" actual loss of net income (net profit or loss before income taxes) that would have been earned or incurred and continuing operating expenses normally incurred by "your" "business," including but not limited to payroll expense.

4.   **Extra Expense** — "We" cover only the extra expenses that are necessary during the "restoration period" that "you" would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a covered peril.

   a.   **Expenses To Reduce Interruption** — "We" cover any extra expense to avoid or reduce the interruption of "your" data processing operations and continue operating at a premises described on the "schedule of coverages" or Change Endorsement, replacement location, or a temporary location. This includes expenses to relocate and costs to outfit and operate a replacement or temporary location.

      "We" will also cover any extra expense to reduce the interruption of "business" if it is not possible for "you" to continue operating during the "restoration period."

   b.   **Expenses To Repair/Restore Property and Information** — To the extent that they reduce a loss otherwise payable under this coverage, "we" will cover any extra expenses to:

  1) repair, replace, or restore any property; and
  2) research, replace, or restore information on damaged documents, manuscripts, or records that:
     a) are inscribed, printed, or written; or
     b) exist on electronic or magnetic media.

## PROPERTY NOT COVERED

1. **Accounts, Bills, or Documents** – "We" do not cover accounts, bills, evidences of debt, records, abstracts, deeds, manuscripts, program documentation, or other documents except those that are in "software" form and then only in that form.

2. **Checked Luggage** – "We" do not cover loss resulting from theft or disappearance of a laptop, palmtop, notebook PC, or any portable computer while in transit as checked luggage.

3. **Contraband** – "We" do not cover contraband or property in the course of illegal transportation or trade.

4. **Loaned, Leased, or Rented To Others** – "We" do not cover property that "you" loan, lease, or rent to others.

5. **Money and Securities** – "We" do not cover currency, food stamps, lottery tickets not held for sale, money, notes, or securities.

6. **Stock in Trade** – "We" do not cover property that is "your" stock in trade.

7. **Web Site Servers** – "We" do not cover "Web site servers" including "Web site software."

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions** – The following Coverage Extensions indicate an applicable "limit." This "limit" may also be shown on the "schedule of coverages" or Change Endorsement.

If a different "limit" is indicated on the "schedule of coverages" or Change Endorsement, that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages" or Change Endorsement.

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1. **Debris Removal** –
   a. **Coverage** – "We" pay the cost to remove the debris of covered property that is caused by a covered peril.
   b. **We Do Not Cover** – This coverage does not include costs to:
      1) extract "pollutants" from land or water; or
      2) remove, restore, or replace polluted land or water.
   c. **Limit** – "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.
   d. **Additional Limit** – "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.
   e. **You Must Report Your Expenses** – "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Electrical and Power Supply Disturbance** –
   a. **Coverage** – "We" cover direct physical loss to covered property caused by:

        **1)**   "electrical disturbance"; or

        **2)**   "power supply disturbance."

   **b.**   **Coverage Limitation** – "We" only cover loss caused by "electrical disturbance" and "power supply disturbance" if the cause of such disturbance took place within 500 feet of the premises where the loss occurred.

       However, if the "schedule of coverages" or Change Endorsement indicates that there is no limitation, then the 500 feet limitation described above does not apply to this Coverage Extension.

**3.**   **Emergency Removal** –

   **a.**   **Coverage** – "We" pay for any direct physical loss to covered property while it is being moved or being stored to prevent a loss caused by a covered peril.

   **b.**   **Time Limitation** – This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

**4.**   **Emergency Removal Expenses** –

   **a.**   **Coverage** – "We" pay for "your" expenses to move or store covered property to prevent a loss caused by a covered peril.

   **b.**   **Time Limitation** – This coverage applies for up to 365 days after the property is first moved. Also, this coverage does not extend past the date on which this policy expires.

   **c.**   **Limit** – The most "we" pay in any one occurrence for expenses to move or store covered property to prevent a loss is $1,000.

   **d.**   **This Is A Separate Limit** – The "limit" for Emergency Removal Expenses is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

**5.**   **Fraud and Deceit** –

   **a.**   **Coverage** – "We" cover theft of covered property when "you," "your" agents, customers, or consignees are fraudulently induced to part with the covered property:

        **1)**   to persons who falsely represent themselves as the proper persons to receive the property; or

        **2)**   by the acceptance of fraudulent bills of lading or shipping receipts.

   **b.**   **Limit** – The most "we" pay in any one occurrence for theft of covered property under this Coverage Extension is $1,000.

**6.**   **Mechanical Breakdown Coverage** – "We" pay for loss to covered property caused by "mechanical breakdown."

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** – The following Supplemental Coverages indicate an applicable "limit." This "limit" may also be shown on the "schedule of coverages" or Change Endorsement.

If a different "limit" is indicated on the "schedule of coverages" or Change Endorsement, that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages" or Change Endorsement.

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.**   is the only "limit" available for the described coverage; and

**b.**   is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

The following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Acquired Locations –**

    a.  **Coverage** – "We" cover direct physical loss caused by a covered peril to covered property at locations that "you" acquire during the policy period.

    b.  **Limit** – "We" pay up to $250,000 for covered property at locations that "you" acquire.

    c.  **Time Limitation** – This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us," whichever occurs first.

        However, this coverage does not go beyond the end of the policy period.

    d.  **Additional Premium** – "You" must pay any additional premium due from the date "you" acquire the location.

2.  **Earthquake Coverage** – If coverage is indicated on the "schedule of coverages" or Change Endorsement, "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages" or Change Endorsement.

3.  **Flood Coverage** – If coverage is indicated on the "schedule of coverages" or Change Endorsement, "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages" or Change Endorsement.

4.  **Newly Purchased or Leased Hardware –**

    a.  **Coverage** – "We" cover direct physical loss caused by a covered peril to additional "hardware" including pre-installed "programs and applications" that "you" purchase or lease during the policy period.

    b.  **Limit** – The most that "we" pay for any loss under this additional coverage is the least of:

        1)  the actual cash value of the covered property; or

        2)  $250,000.

    c.  **Time Limitation** – "We" extend coverage to the additional "hardware" that "you" purchase or lease for up to 60 days.

        This supplemental coverage will end when any of the following first occur:

        1)  this policy expires;

        2)  60 days after "you" obtain the additional "hardware"; or

        3)  "you" report the additional "hardware" to "us."

    d.  **Additional Premium** – "You" must pay any additional premium due from the date "you" purchase or lease the additional "hardware."

5.  **Off-Site Computers –**

    a.  **Coverage** – "We" cover direct physical loss caused by a covered peril to covered property in the custody of "you," "your" officers, "your" partners, or "your" employees, while:

        1)  at "your" residence or the residence of "your" officers, partners, or employees;

        2)  temporarily at a premises that is not described on the "schedule of coverages" or Change Endorsement; or

        3)  in transit between a:

            a)  residence or temporary premises; and

            b)  premises described on the "schedule of coverages" or Change Endorsement.

    b.  **Limit** – The most "we" pay in any one occurrence for loss to off-site covered property is $2,500.

6.  **Pollutant Cleanup and Removal –**

    a.  **Coverage** – "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

    **b.** **Time Limitation** – The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

    **c.** **We Do Not Cover** – "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants."

    However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water.

    **d.** **Limit** – The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

**7.   Property In Transit** –

    **a.** **Coverage** – "We" cover direct physical loss to covered property caused by a covered peril while in transit.

    **b.** **Limit** – The most "we" pay in any one occurrence for loss to covered property in transit is the hardware limit for the described premises.

**8.   Proprietary Programs and Data Records** –

    **a.** **Coverage** – "We" cover the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes on lost or damaged "data records" and "proprietary programs" and similar property of others that is in "your" care, custody, or control.

    **b.** **Coverage Limitations** – "We" only cover "data records," "proprietary programs," and similar property of others:

        **1)** while at a premises described on the "schedule of coverages" or Change Endorsement; and

        **2)** if the cost of research or other expenses necessary to reproduce, replace, or restore lost files or codes are incurred due to a direct physical loss caused by a covered peril to "data records" and "proprietary programs."

    **c.** **Limit** – The most "we" pay in any one occurrence for "data records" and "proprietary programs" is $5,000.

**9.   Rewards** –

    **a.** **Coverage** – "We" pay for reward information that leads to a conviction for:

        **1)** arson,

        **2)** theft, or

        **3)** vandalism including, but not limited to, "computer hacking" and "computer virus."

    The conviction must involve a covered loss caused by arson, theft, or vandalism.

    **b.** **Limit** – The most "we" pay in any one occurrence for reward information is $1,000.

    **c.** **Limit Is Not Increased By The Number of Persons Providing Information** – The amount "we" pay is not increased by the number of persons involved in providing the information.

**10.  Sewer Backup and Water Below the Surface** – If coverage is indicated on the "schedule of coverages" or Change Endorsement, "we" cover direct physical loss caused by:

    **a.** water that backs up through a sewer or drain; or

    **b.** water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

**11.  Software Storage** –

    **a.** **Coverage** – "We" cover direct physical loss caused by a covered peril to duplicate and back-up "software" stored at a "software" storage location.

    **b.** **Coverage Condition** – Each "software" storage location must be in a separate building which is at least 100 feet away from a premises described on the "schedule of coverages" or Change Endorsement.

    **c.** **Limit** – The most "we" pay in any one occurrence for loss to duplicate and back-up "software" is $25,000.

12. **Virus and Hacking Coverage –**

   **a.** **Coverage** – "We" cover direct physical loss to covered "hardware" and "software" caused by a "computer virus" or by "computer hacking."

   **b.** **We Do Not Cover** – "We" do not cover:

      **1)** loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

      **2)** loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;

      **3)** theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs. Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

      **4)** except as provided under the Supplemental Income Coverages, denial of access to or services from "your" "hardware" or "your" computer network.

   **c.** **Limit** – The most "we" pay in any one occurrence under this Supplemental Coverage is $5,000.

     The most "we" pay for all covered losses under this Supplemental Coverage during each separate 12-month period of this policy is $10,000.

## INCOME COVERAGE EXTENSIONS

**Provisions That Apply To Income Coverage Extensions** – The following Income Coverage Extensions indicate an applicable "limit" or limitation. This "limit" or limitation may also be shown on the "schedule of coverages" or Change Endorsement.

If a different "limit" or limitation is indicated on the "schedule of coverages" or Change Endorsement, that "limit" or limitation will apply instead of the "limit" or limitation shown below.

The following Income Coverage Extensions are part of and not in addition to the applicable Income Coverage "limit."

1. **Interruption by Civil Authority –**

   **a.** **Coverage** – "We" extend "your" coverage for earnings and extra expense to include loss sustained while access to premises described on the "schedule of coverages" or Change Endorsement is specifically denied by an order of civil authority.

   **b.** **Coverage Limitation** – The order of civil authority must be a result of direct physical loss of or damage to property, other than at a premises described on the "schedule of coverages" or Change Endorsement and must be caused by a covered peril.

   **c.** **Time Limitation** – Unless otherwise indicated on the "schedule of coverages" or Change Endorsement, this coverage extension is limited to 30 consecutive days from the date of the order.

2. **Period of Loss Extension After Business Resumes –**

   **a.** **Coverage** – "We" extend "your" coverage for earnings to cover loss from the date the covered property that incurred the loss is rebuilt, repaired, or replaced and "your" data processing operations are resumed until:

      **1)** the end of 30 consecutive days (unless otherwise indicated on the "schedule of coverages" or Change Endorsement); or

      **2)** the date "you" could reasonably resume "your" "business" to the conditions that would generate the earnings amount that would have existed had no loss or damage occurred,

     whichever is earlier.

   **b.** **Coverage Limitation** – Loss of earnings must be caused by direct physical loss of or damage to property at a premises described on the "schedule of coverages" or Change Endorsement as a result of a covered peril.

## SUPPLEMENTAL INCOME COVERAGES

**Provisions That Apply To Supplemental Income Coverages** – Unless otherwise indicated, the following Supplemental Income Coverages apply separately to each premises described on the "schedule of coverages" or Change Endorsement.

The following Supplemental Income Coverages indicate an applicable "limit." This "limit" may also be shown on the "schedule of coverages" or Change Endorsement.

If a different "limit" is indicated on the "schedule of coverages" or Change Endorsement, that "limit" will apply instead of the "limit" shown below.

Unless otherwise indicated, a "limit" for a Supplemental Income Coverage provided below is separate from, and not part of, the applicable Income Coverage "limit." The "limit" available for coverage described under a Supplemental Income Coverage:

a.   is the only "limit" available for the described coverage; and

b.   is not the sum of the "limit" indicated for a Supplemental Income Coverage and the Income Coverage "limit."

The "limit" provided under a Supplemental Income Coverage cannot be combined or added to the "limit" for any other Supplemental Income Coverage or Income Coverage Extension.

1.   **Acquired Locations** –

   a.   **Coverage** – "We" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property while at locations that "you" acquire during the policy period.

   b.   **Time Limitation** – This coverage applies for up to 60 days from the date "you" acquire the location or until "you" report the acquired location to "us," whichever occurs first.

   However, this coverage does not go beyond the end of the policy period.

   c.   **Additional Premium** – "You" must pay any additional premium due from the date "you" acquire the location.

   d.   **Limit** – The most "we" pay in any one occurrence for loss of earnings and incurred extra expense at each newly acquired location is $25,000.

2.   **Earthquake Coverage** – If coverage is indicated on the "schedule of coverages" or Change Endorsement, "we" cover direct physical loss caused by earthquake and volcanic eruption to covered property while at a premises described on the "schedule of coverages" or Change Endorsement.

3.   **Flood Coverage** – If coverage is indicated on the "schedule of coverages" or Change Endorsement, "we" cover direct physical loss caused by "flood" to covered property while at a premises described on the "schedule of coverages" or Change Endorsement.

4.   **Off Premises Utility Service Interruption** –

   a.   **Coverage** – Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses that "you" incur during the "restoration period" when "your" data processing operations are interrupted due to the interruption of an off premises utility services when the interruption is a result of direct physical loss or damage by a covered peril to property that is not located at a premises described on the "schedule of coverages" or Change Endorsement and that is owned by a utility, a landlord, or another supplier who provides "you" with:

      1)   power, gas;

      2)   telecommunications, including but not limited to Internet access; or

      3)   water.

   b.   **Overhead Transmission Lines Exclusion** – If the "schedule of coverages" or Change Endorsement indicates that overhead transmission lines are excluded, coverage under this extension does not include loss to overhead transmission lines that deliver utility service to "you." Overhead transmission lines include, but are not limited to:

      1)   overhead transmission and distribution lines;

      2)   overhead transformers and similar equipment; and

      3)   supporting poles and towers.

- c. **Waiting Period Limitation** – Unless otherwise indicated on the "schedule of coverages" or Change Endorsement, "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to the property owned by a utility, a landlord, or another supplier. This waiting period does not apply to extra expenses that "you" incur.

- d. **Limit** – The most "we" pay in any one occurrence under this Supplemental Income Coverage is $10,000.

5. **Property In Transit** –

- a. **Coverage** – Coverage for earnings is extended to loss of earnings during the "restoration period" when "your" "business" is interrupted as a result of a direct physical loss, caused by a covered peril, to covered property in transit.

- b. **Limit** – The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

6. **Sewer Backup and Water Below the Surface** – If coverage is indicated on the "schedule of coverages" or Change Endorsement "we" extend "your" coverage for earnings and extra expense to include direct physical loss to covered property caused by:

- a. water that backs up through a sewer or drain; or

- b. water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

7. **Virus and Hacking Coverage** –

- a. **Coverage** – Coverage for earnings and/or extra expense is extended to loss of earnings or extra expenses caused by a "computer virus" or by "computer hacking" that results in:
  1) direct physical loss or damage to covered "software" and "hardware"; or
  2) denial of access to or services from "your" "hardware" or "your" computer network.

- b. **We Do Not Cover** – "We" do not cover loss of earnings or extra expenses under this Supplemental Income Coverage that results from:
  1) loss of exclusive use of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
  2) loss of or reduction in economic or market value of any "data records" or "proprietary programs" that have been copied, scanned, or altered;
  3) theft from "your" "data records" or "proprietary programs" of confidential information through the observation of the "data records" or "proprietary programs" by accessing covered "hardware" or "your" computer network without any alteration or other physical loss or damage to the records or programs.

     Confidential information includes, but is not limited to customer information, processing methods, or trade secrets.

- c. **Waiting Period Limitation** – Unless otherwise indicated on the "schedule of coverages" or Change Endorsement, "we" do not pay for "your" loss of earnings under this Supplemental Income Coverage until after the first 24 hours following the direct physical loss of or damage to "your" data processing operations. This waiting period does not apply to extra expenses that "you" incur.

- d. **Limit** – The most "we" pay in any one occurrence under this Supplemental Income Coverage is $5,000.

     The most "we" pay for all covered losses under this Supplemental Income Coverage during each 12-month period of this policy is $15,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to

or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a.  **Civil Authority** – "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

   "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b.  **Earth Movement** – Except as provided under Supplemental Coverages - Earthquake Coverage, "we" do not pay for loss caused by any earth movement (other than "sinkhole collapse") or caused by eruption, explosion, or effusion of a volcano. Earth movement includes, but is not limited to: earthquake; landslide; mudflow; mudslide; mine subsidence; or sinking, rising, or shifting of earth.

   "We" do cover direct loss by fire, explosion, or "volcanic action" resulting from either earth movement or eruption, explosion, or effusion of a volcano.

c.  **Flood** – Except as provided under Supplemental Coverages - Flood Coverage, "we" do not pay for loss caused by "flood." However, "we" do cover the resulting loss if fire, explosion, or sprinkler leakage results.

d.  **Nuclear Hazard** – "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

e.  **Sewer Backup and Water Below the Surface** – Except as provided under Supplemental Coverages - Sewer Backup and Water Below the Surface, "we" do not pay for loss caused by or resulting from:

   1)  water that backs up through a sewer or drain; or

   2)  water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

   But if sewer backup and water below the surface results in fire, explosion, or sprinkler leakage, "we" cover the loss or damage caused by that fire, explosion, or sprinkler leakage.

f.  **War and Military Action** – "We" do not pay for loss caused by:

   1)  war, including undeclared war or civil war; or

   2)  a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

   3)  insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

   With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2.  "We" do not pay for loss or damage that is caused by or results from one or more of the following:

   a.  **Computer Virus or Computer Hacking** – Except as provided under Supplemental Coverages - Virus and Hacking Coverage and Supplemental Income Coverages - Virus and Hacking Coverage, "we" do not pay for:

      1)  any direct or indirect loss or damage; or

      2)  loss of access, loss of use, or loss of functionality

      caused by a "computer virus" or by "computer hacking."

   b.  **Criminal, Fraudulent, or Dishonest Acts** – "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

      1)  "you";

      2)  others who have an interest in the property;

      3)  others to whom "you" entrust the property;

      4)  "your" partners, officers, directors, trustees, or joint adventurers; or

**5)** the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**c.** **Electrical and Power Supply Disturbance** – "We" do not pay for loss caused by "electrical disturbance" or "power supply disturbance" if the cause of such disturbance took place more than 500 feet from the premises where the loss occurred.

However, if disturbance coverage beyond 500 feet is indicated on the "schedule of coverages" or Change Endorsement, then the Electrical and Power Supply Disturbance exclusion described above is deleted.

**d.** **Loss of Use** – "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

This exclusion does not apply to the coverages described under Income Coverages, Income Coverage Extensions, and Supplemental Income Coverages.

**e.** **Pollutants** – "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril." "We" do pay for any resulting loss caused by a "specified peril."

**f.** **Temperature/Humidity** – Except as provided under Utility Interruption, "we" do not pay for loss to covered property caused by:

   **1)** dryness, dampness, humidity; or

   **2)** changes in or extremes of temperature.

However, "we" do pay for loss to covered property that results from a direct physical loss, caused by a covered peril, to the air conditioning system that services covered "hardware."

**g.** **Voluntary Parting** – Except as provided under Coverage Extensions - Fraud and Deceit, "we" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

**3.** "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss. But if loss by a covered peril results, "we" will pay for the resulting loss.

**a.** **Contamination, Deterioration, Rust, or Corrosion** – "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, fungus, mildew, mold, rot, rust. or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

This exclusion does not apply to loss caused by "mechanical breakdown."

**b.** **Wear and Tear or Obsolescence** – "We" do not pay for loss caused by wear and tear, depreciation, or obsolescence.

**4.** "We" do not pay for loss of earnings or extra expenses, as described under Income Coverage, caused by or resulting from one or more of the following:

**a.** **Error or Omission In Programming** – "We" do not pay for extra expense caused by an error or omission in programming or incorrect instructions to "hardware."

**b.** **Leases, Licenses, Contracts, or Orders** – "We" do not cover any increase in loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

However, "we" do cover loss during the "restoration period" if the suspension, lapse, or cancellation results directly from the interruption of "your" "business."

"We" do not cover any extra expense caused by the suspension, lapse, or cancellation of leases, licenses, contracts, or orders beyond the "restoration period."

**c.** **Strikes, Protests, and Other Interference** – "We" do not cover any increase in loss due to interference by strikers or other persons at a premises described on the "schedule of coverages" or Change Endorsement. This applies to interference with rebuilding, repairing, or replacing the property or with resuming "your" "business."

**d. Utility Failure** – Except as provided under Supplemental Income Coverages - Off Premises Utility Service Interruption, "we" do not pay for loss caused by or resulting from the failure of a utility to supply electrical power or other utility service to a described premises, if the failure takes place away from the described premises. "We" do not pay for loss caused by or resulting from the failure of a utility to supply service regardless of the cause of failure.

**e. Interruption of Web Site** – "We" do not pay for loss caused by or resulting from the interruption of "your" Web site. "We" do not pay for loss caused by or resulting from the interruption of "your" Web site regardless of the cause of the interruption.

## WHAT MUST BE DONE IN CASE OF LOSS

1. **Notice** – In case of a loss, "you" must:

   a. give "us" or "our" agent prompt notice, including a description of the property involved ("we" may request written notice); and

   b. give notice to the police when the act that causes the loss is a crime.

2. **You Must Protect Property** – "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

   a. **Payment of Reasonable Costs** – "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs.

   b. **We Do Not Pay** – "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit."

3. **Proof of Loss** – "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

   a. the time, place, and circumstances of the loss;

   b. other policies of insurance that may cover the loss;

   c. "your" interest and the interests of all others in the property involved, including all mortgages and liens;

   d. changes in title of the covered property during the policy period; and

   e. estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4. **Intent To Continue Business - Income Coverage** – If "you" intend to continue "your" "business," "you" must resume all or part of "your" "business" as soon as possible.

5. **Examination** – "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

6. **Records** – "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

7. **Damaged Property** – "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

8. **Volunteer Payments** – "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

9. **Abandonment** – "You" may not abandon the property to "us" without "our" written consent.

10. **Cooperation** – "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Hardware** – The following is the value of "hardware":

    a.  **Replacement Cost** – The value of "hardware" will be based on replacement cost without any deduction for depreciation unless Actual Cash Value is indicated on the "schedule of coverages" or Change Endorsement.

        1)  **Replacement Cost Limitation** – The replacement cost is limited to the cost of repair or replacement with similar materials on the same site and used for the same purpose. The payment will not exceed the amount "you" spend to repair or replace the damaged or destroyed property.

        2)  **Replacement Cost Does Not Apply Until Repair or Replacement** – Replacement cost valuation does not apply until the damaged or destroyed property is repaired or replaced.

        3)  **Time Limitation** – "You" may make a claim for actual cash value before repair or replacement takes place, and later for the replacement cost if "you" notify "us" of "your" intent within 180 days after the loss.

    b.  **Actual Cash Value** – When Actual Cash Value is indicated on the "schedule of coverages" or Change Endorsement, the value of "hardware" will be based on the actual cash value at the time of the loss with a deduction for depreciation.

2.  **Software** – The following is the value of "software":

    a.  **Programs and Applications** –

        1)  **Cost To Reinstall** – The value of "programs and applications" will be based on the cost to reinstall the "programs or applications" from the licensed discs that were originally used to install the programs or applications.

        2)  **If The Original Discs Are Lost** – If the original licensed discs are lost, damaged, or can no longer be obtained, the value of "programs and applications" will be based on the cost of the most current version of the "programs or applications."

    b.  **Proprietary Programs** –

        1)  **Cost of Reproduction** – The value of "proprietary programs" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

        2)  **If Duplicate Copies Do Not Exist** – If duplicate copies do not exist, the value of "proprietary programs" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost "proprietary programs."

    c.  **Data Records** –

        1)  **Cost of Reproduction** – The value of "data records" will be based on the cost of reproduction from duplicate copies. The cost of reproduction includes, but is not limited to, the cost of labor to copy or transcribe from duplicate copies.

        2)  **If Duplicate Copies Do Not Exist** – If duplicate copies do not exist, the value of "data records" will be based on the cost of research or other expenses necessary to reproduce, replace, or restore lost files, documents, and records.

    d.  **Media** – The value of "media" will be based on the cost to repair or replace the "media" with material of the same kind or quality.

3.  **Pair or Set** –

    a.  **Reasonable Proportion of Value** – The value of a lost or damaged article which is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

    b.  **Provision Does Not Apply To Software** – The Pair or Set provision does not apply to "software" that comes in sets. If part of a "software" set cannot be replaced, the loss is considered a total loss of the set.

4.  **Loss To Parts** – The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

5.  **Earnings** –

    a.  **Determining An Earnings Loss** – In determining an earnings loss "we" consider:

        1)  the experience of "your" "business" before the loss and the probable experience during the time of interruption had no loss occurred;

   2)    "your" continuing operating expenses normally incurred by "your" "business," including, but not limited to, payroll expense necessary to resume "business" to a similar level of service that existed before the occurrence of direct physical loss or damage; and

   3)    pertinent sources of information and reports including:

      a)   "your" accounting procedures and financial records;

      b)   bills, invoices, and other vouchers;

      c)   contracts, deeds, and liens;

      d)   reports on feasibility and status; and

      e)   records documenting "your" budget and marketing objectives and results.

   b.   **Conditions For Non-Payment of Increased Loss** – "We" do not pay for any increase in loss due to "your" failure to use reasonable efforts to resume all or part of "your" "business." This includes making use of other locations and property to reduce the loss.

   c.   **Loss Payment If You Do Not Resume Your Business** – If "your" "business" is not resumed as soon as possible, or if it is not resumed at all, the value of loss payment is based on the period of time it would have otherwise taken to resume "your" "business" as soon as possible.

6.   **Extra Expense** – In determining extra expenses that "you" have incurred, "we" consider the salvage value of any property bought for temporary use during the "restoration period" and it will be deducted from the amount of loss determined for extra expense.

**HOW MUCH WE PAY**

1.   **Insurable Interest** – "We" do not cover more than "your" insurable interest in any property.

2.   **Earthquake Period** – All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single event. This 168-hour period is not limited by the policy expiration.

3.   **Deductible** – "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" or Change Endorsement in any one occurrence.

     The deductible may be shown as either an amount or a percentage. When shown as a percentage, the deductible is that percentage of the value of the covered property at the time of the loss.

4.   **Loss Settlement Terms** – Subject to paragraphs 1., 2., 3., 5., 6., 7., 8., 9., and 10. under How Much We Pay, "we" pay the lesser of:

   a.   the amount determined under Valuation;

   b.   the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c.   the "limit" that applies to the covered property.

5.   **Coinsurance, Hardware, and Software** –

   a.   **When Coinsurance Applies** – "We" only pay a part of the loss if the "limit" is less than the percentage of the value of the covered property that is indicated on the "schedule of coverages" or Change Endorsement.

   b.   **How We Determine Our Part of The Loss** – "Our" part of the loss is determined using the following steps:

      1)   multiply the percent indicated on the "schedule of coverages" or Change Endorsement by the value of the covered property at the time of loss;

      2)   divide the "limit" for covered property by the result determined in 5.a. above;

      3)   multiply the total amount of loss, after the application of any deductible, by the result determined in 5.b. above.

     The most "we" pay is the amount determined in 5.c. above or the "limit," whichever is less. "We" do not pay any remaining part of the loss.

   c.   **If There Is More Than One Limit** – If there is more than one "limit" indicated on the "schedule of coverages" or Change Endorsement for this coverage part, this procedure applies separately to each "limit."

    **d.**  **If There Is Only One Limit** – If there is only one "limit" indicated on the "schedule of coverages" or Change Endorsement for this coverage, this procedure applies t the total of all covered property to which the "limit" applies.

    **e.**  **When Coinsurance Does Not Apply** – Conditions for coinsurance do not apply unless a coinsurance percentage is indicated on the "schedule of coverages" or Change Endorsement.

**6.**  **Coinsurance, Income Coverage Part** –

    **a.**  **When Coinsurance Applies** – "We" pay only a part of the loss if the "limit" is less than the coinsurance percentage multiplied by the sum of:

        **1)**  "your" net income (net profit or loss before income taxes); and

        **2)**  continuing operating expenses

        projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy (whichever is later), normally earned by "your" "business."

    **b.**  **How We Determine Our Part of The Loss** – "Our" part of the loss is determined using the following steps:

        **1)**  multiply the coinsurance percentage by the sum of "your" net income and continuing operating expenses projected for the 12 months following the inception of this policy or the last previous anniversary date of this policy;

        **2)**  divide the "limit" by the figure determined in 1) above;

        **3)**  multiply the total amount of loss by the figure determined in 2) above.

        "We" pay the amount determined in 3) above or the "limit," whichever is less. "We" do not pay any remaining part of the loss.

    **c.**  **When Coinsurance Does Not Apply** – Conditions for coinsurance do not apply:

        **1)**  unless a coinsurance percentage is indicated on the "schedule of coverages" or Change Endorsement; and  .

        **2)**  to coverage for extra expense.

**7.**  **Insurance Under More Than One Coverage** – If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**8.**  **Insurance Under More Than One Policy** –

    **a.**  **Proportional Share** – "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

    **b.**  **Excess Amount** – If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit."

**9.**  **Income Coverage Limit** – "We" pay no more than the Income Coverage "limit" indicated on the "schedule of coverages" or Change Endorsement for any one loss. Paymen for earnings and extra expense combined does not exceed the "limit."

**10.**  **Waiting Period** –

    **a.**  **Waiting Period Limitation** – If an Income Coverage waiting period is indicated on the "schedule of coverages" or Change Endorsement, "we" do not pay for "your" loss of earnings until after the first 24 hours (unless otherwise indicated on the "schedule of coverages') following the direct physical loss of or damage to covered property caused by a covered peril.

        This waiting period does not apply to extra expenses that "you" incur.

    **b.**  **Waiting Period Limitation For Civil Authority** – As regards coverage under Interruption by Civil Authority, coverage under this extension begins:

        **1)**  for earnings, 24 hours (unless otherwise indicated on the "schedule of coverages" or Change Endorsement) after the time the order is issued and ends 30 consecutive days and 24 hours from the date of the order; and

2) for extra expense, immediately after the time the order is issued, and ends 30 consecutive days and 24 hours from the date of the order.

c. **Other Waiting Period Limitations** – The waiting period described under Off Premises Utility Service Interruption and Virus and Hacking Coverage is not deleted nor replaced by the terms of this provision.

## LOSS PAYMENT

1. **Loss Payment Options** –

   a. **Our Options** – In the event of loss covered by this coverage form, "we" have the following options:

      1) pay the value of the lost or damaged property;

      2) pay the cost of repairing or replacing the lost or damaged property;

      3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

      4) take all or any part of the property at the agreed or appraised value.

   b. **Notice of Our Intent To Rebuild, Repair, or Replace** – "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Your Losses** –

   a. **Adjustment and Payment of Loss** – "We" adjust all losses with "you." Payment will be made to "you" unless another loss payee is named in the policy.

   b. **Conditions For Payment of Loss** – An insured loss will be payable 30 days after:

      1) a satisfactory proof of loss is received; and

      2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us."

3. **Property of Others** –

   a. **Adjustment and Payment of Loss To Property of Others** – Losses to property of others may be adjusted with and paid to:

      1) "you" on behalf of the owner; or

      2) the owner.

   b. **We Do Not Have To Pay You If We Pay The Owner** – If "we" pay the owner, "we" do not have to pay "you." "We" may also choose to defend any suits arising from the owners at "our" expense.

## OTHER CONDITIONS

1. **Appraisal** – If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us," the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

   Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us."

2. **Income Coverage (Appraisal)** – If "you" and "we" do not agree on the amount of net income (net profit or loss before income taxes), payroll expense, and operating expenses, these amounts may be determined by appraisal in accordance with the provisions described above under 1. Appraisal.

3. **Benefit To Others** – Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

4. **Conformity With Statute** – When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

5. **Estates** – This provision applies only if the insured is an individual.

   a. **Your Death** – On "your" death, "we" cover the following as an insured:

      1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

      2) "your" legal representative.

      This person or organization is an insured only with respect to property covered by this coverage.

   b. **Policy Period Is Not Extended** – This coverage does not extend past the policy period indicated on the declarations.

6. **Misrepresentation, Concealment, or Fraud** – This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or

      2) "your" interest herein.

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

7. **Policy Period** – "We" pay for a covered loss that occurs during the policy period.

8. **Recoveries** – If "we" pay "you" for the loss and lost or damaged property is recovered. or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

   b. "we" must notify "you" promptly if "we" recover property or receive payment;

   c. any recovery expenses incurred by either are reimbursed first;

   d. "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid, or any lesser amount to which "we" agree; and

   e. if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

9. **Restoration of Limits** – Except as indicated under Virus and Hacking Coverage. a loss "we" pay under this coverage does not reduce the applicable "limits."

10. **Subrogation** – If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

    "You" may waive "your" right to recover from others in writing before a loss occurs.

11. **Suit Against Us** – No one may bring a legal action against "us" under this coverage unless:

    a. all of the "terms" of this coverage have been complied with; and

    b. the suit has been brought within two years after "you" first have knowledge of the loss.

    If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

12. **Territorial Limits** – "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

7-1371 01 07

 CENTRAL
INSURANCE
COMPANIES

-Since 1876-

# NOTICE TO POLICYHOLDERS – SCHEDULED PROPERTY FLOATER

SCHEDULED PROPERTY FLOATER FORM IM 7500 04 04 (replaces IM 7500 03 97)

Your new policy includes a number of coverage changes; this notice is designed to give you an overview of the changes. This policyholder notice is not your policy. This notice is for illustrative purposes only and is not a complete explanation of your insurance policy. READ YOUR POLICY CAREFULLY to determine the actual terms and conditions of your policy including coverages, limits, exclusions and limitations and your rights and duties.

A new format has been adopted for this revised coverage form. Under the new format, more titles and paragraph breaks are used to highlight and clearly identify any conditions, limitations, or exclusions.

The significant changes that clarify, broaden, or reduce coverage are outlined below. Please review the changes carefully and contact your agent if you have any questions.

## CHANGES THAT CLARIFY COVERAGE

### UNDER DEFINITIONS

*   Ground water is no longer a defined term.

### UNDER PROPERTY COVERED

*   A provision was added to clarify that property as described under Property Covered is covered unless the property is excluded or subject to limitations.

### UNDER COVERAGE EXTENSIONS

The Additional Coverages section is replaced by Coverage Extensions.

*   **Provisions That Apply To Coverage Extensions** have been added as follows to clarify how a coverage extension limit will apply in the event of a loss:

    *   If a different limit is indicated on the schedule, that limit will apply instead of the limit shown in the coverage extension.

    *   If no limit is indicated for a Coverage Extension, coverage is provided up to the full limit for the applicable covered property unless a different limit is indicated on the schedule.

    *   Unless otherwise indicated, the coverage extensions provided are part of and not in addition to the applicable limit for coverage described under Property Covered.

    *   The limit provided under a Coverage Extension cannot be combined or added to the limit for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

    *   Coinsurance does not apply to Coverage Extensions.

### UNDER SUPPLEMENTAL COVERAGES

*   A **SUPPLEMENTAL COVERAGES** section now applies and **PROVISIONS THAT APPLY TO SUPPLEMENTAL COVERAGES** have been added as follows to clarify how a Supplemental Coverage limit will apply in the event of a loss:

    *   If a different limit is indicated on the schedule, that limit will apply instead of the limit shown in the Supplemental Coverage.

    *   If no limit is indicated for a Supplemental Coverage, coverage is provided up to the full limit for the applicable covered property unless a different limit is indicated on the schedule.

- Unless otherwise indicated, a limit for a Supplemental Coverage is separate from, and not part of, the applicable limit for coverage described under Property Covered.

- The limit available for coverage described under a Supplemental Coverage is the only limit available for the described coverage, and is not the sum of the limit indicated for a Supplemental Coverage and the limit for coverage described under Property Covered.

- The limit provided under a Supplemental Coverage cannot be combined or added to the limit for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

- Coinsurance does not apply to Supplemental Coverages.

#### UNDER PERILS EXCLUDED

- The lead-in language under paragraph 1. of Perils Excluded was revised to clarify that loss or damage caused directly or indirectly by one or more of the excluded causes or events is excluded. It reads as follows:

  - "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

- The Water Exclusion is replaced by the Flood and Sewer Backup and Water Below the Surface Exclusions.

- Under the Loss Of Use Exclusion, the wording has been revised to eliminate reference to business interruption. This is a clarification and does not reflect a change in coverage.

- The Pollutants Exclusion now contains an exception for the Supplemental Coverage, Pollutant Cleanup and Removal.

#### UNDER LOSS PAYMENT

- This provision has been revised to clarify that the value of lost or damaged property or the cost of repairing or replacing or rebuilding lost or damaged property will be paid.

## CHANGES THAT BROADEN COVERAGE

#### UNDER PERILS EXCLUDED

- Under the IM7500 04 04, the Earth Movement Or Volcanic Eruption Exclusion does not apply to covered property while in transit.

- Under the IM7500 04 04, the Flood exclusion does not apply to covered property while in transit.

- Under the exclusion for Electrical Currents, if arcing or electrical currents other than lightning result in a specified peril as defined, the loss or damage caused by that specified peril is covered. Under IM7500 03 97 only loss caused by resulting fire or explosion was covered.

- Under the Temperature/Humidity Exclusion, if dryness, dampness, humidity, or changes in or extremes of temperature result in a specified peril as defined, the loss or damage caused by that specified peril is now covered.

## CHANGES THAT BROADEN AND/OR REDUCE COVERAGE

#### UNDER PERILS EXCLUDED

- In edition 04 04 of IM7500, under the Sewer Backup And Water Below The Surface Exclusion, direct loss by fire, explosion, or theft resulting from water that backs up through a sewer or drain or water below the surface of the ground is covered. Under IM7500 03 97 if sewer backup or water below the surface results in fire, explosion, or sprinkler leakage, the loss or damage caused by that fire, explosion, or sprinkler leakage is covered.

## CHANGES THAT REDUCE AND CLARIFY COVERAGE

#### UNDER PERILS EXCLUDED

- The War Exclusion is now called the War and Military Action Exclusion. The exclusion has been amended as follows:

- The reference to a nuclear event as a result of war has been redefined as nuclear reaction, nuclear radiation, and radioactive contamination.

- Wording is added to exclude loss or damage related to action taken to prevent or defend against actual or expected acts of war as described.

- A clause is added to clarify that if an act of war as described involves a nuclear event. the War Exclusion will apply in place of the Nuclear War Exclusion.

- Under the Criminal, Fraudulent, Dishonest Or Illegal Acts Exclusion wording has been added to clarify that loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by members and managers of an insured limited liability company is not covered.

- The Electrical Currents exclusion is no longer specifically limited to property artifically generating the current or property that the current passes through.

IL0952 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

#### A. Cap On Certified Terrorism Losses

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1.  The act resulted in aggregate losses in excess of $5 million; and

2.  The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

#### B. Application Of Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

 Copyright, Insurance Services Office, Inc., 2002



**CENTRAL INSURANCE COMPANIES**
*—Since 1876—*

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

CENTRAL MUTUAL INSURANCE COMPANY
POLICY NUMBER: CLP 8362305   POLICY PERIOD:   FROM 07/12/2007   TO 07/12/2008
NAMED INSURED: DMH INGREDIENTS INC

LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $2,000,000 |
| (OTHER THAN PRODUCTS/COMPLETED OPERATIONS) | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 ANY ONE FIRE |
| MEDICAL EXPENSE LIMIT | $5,000 ANY ONE PERSON |

THE FORM(S) AND ENDORSEMENT(S) LISTED BELOW ARE APPLICABLE TO THIS COVERAGE PART AND MADE PART OF THIS POLICY. THESE FORMS AND ENDORSEMENTS, WHEN APPEARING ELSEWHERE IN THIS POLICY, HAVE THE SAME EDITION DATE.

| | | | | | |
|---|---|---|---|---|---|
| CG0001 12 04 | CG0067 03 05 | CG0200 07 05 | CG2147 07 98 | CG2150 09 89 |
| CG2170 11 02 | CG2186 12 04 | CG2196 03 05 | CG2294 10 01 | CG2426 07 04 |
| 20-1934 12 04 | 20-2118 01 03 | 8-1529 10 01 | 8-1834 12 04 | 8-1997 12 04 |
| IL0021 04 98 | IL0162 04 06 | | | |

| PREMIUM BASES | A – AREA | EXPOSURE REPORTING BASES | A – EACH |
|---|---|---|---|
| | C – TOTAL COST | | B – PER 1,000 |
| | M – ADMISSIONS | | |
| | P – PAYROLL | | |
| | S – GROSS SALES | | |
| | U – UNITS | | |

PREMISES
NUMBER
01   1228 AMERICAN WAY, LIBERTYVILLE, IL                     60048

| CLASSIFICATION | CODE NO | TERR | PREMIUM BASES | NET RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| PREMISES AND OPERATIONS | | | | | |
| FOOD PRODUCTS MFG – DRY | 53374 | 509 | SB | | |
| | | | 8,400,000 | 1.255 | $10,542 |
| DISTRIBUTORS – FOOD OR DRINK | 12361 | 509 | SB | | |
| | | | 12,600,000 | .255 | $3,213 |
| PRODUCTS AND COMPLETED OPERATIONS | | | | | |
| FOOD PRODUCTS MFG – DRY | 53374 | 999 | SB | | |
| | | | 8,400,000 | 2.239 | $18,808 |
| DISTRIBUTORS – FOOD OR DRINK | 12361 | 999 | SB | | |
| | | | 12,600,000 | .759 | $9,563 |

8-1527 11 85                                                      PAGE 001 of 002

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## DECLARATIONS, CONTINUED

**NAMED INSURED**
DMH INGREDIENTS INC

**POLICY NUMBER**
CLP 8362305

```
PREMIUM FOR CERTIFIED ACTS OF TERRORISM
     UNDER THE TERRORISM RISK INSURANCE ACT                        $253
-------------------------------------------------------------------------
THE ADVANCE PREMIUM DUE FOR THIS COVERAGE PART AT INCEPTION IS    $42,379
```

DATE  08/13/2007          12

THESE DECLARATIONS, THE COMMON DECLARATIONS AND THE COMMON POLICY CONDITIONS, TOGETHER WITH COVERAGE FORM(S)
AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

8-1529 10 01

# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART

### READ YOUR POLICY CAREFULLY

The Commercial General Liability Coverage Part in your policy consists of Declarations, a Coverage Form (CG0001), Common Policy Conditions and Endorsements, if applicable. Following is a Quick Reference indexing of the principal provisions contained in each of the components making up this Coverage Part.

### DECLARATIONS

Named Insured and Mailing Address
Policy Period
Description of Business and Location of Premises
Limits of Insurance
Forms and Endorsements applying to the Coverage Part at time of issue

### COVERAGE FORM (CG0001)

SECTION I – COVERAGES

Coverage A – Bodily Injury and Property Damage Liability

Insuring Agreement
Exclusions

Coverage B – Personal and Advertising Injury Liability

Insuring Agreement
Exclusions

Coverage C – Medical Payments

Insuring Agreement
Exclusions

Supplementary Payments

SECTION II – WHO IS AN INSURED

SECTION III – LIMITS OF INSURANCE

SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

Bankruptcy
Duties in the Event of Occurrence, Claim or Suit
Legal Action Against Us
Other Insurance
Premium Audit
Representations
Separation of Insureds
Transfer of Rights of Recovery Against Others to Us
When We Do Not Renew

SECTION V – DEFINITIONS

### COMMON POLICY CONDITIONS (IL0017) - See Common Declarations

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties Under This Policy

### ENDORSEMENTS (If Any)

CG0001 12 04

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations or Change Endorsement, and any other person or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      2) The "bodily injury" or "property damage" occurs during the policy period; and

      3) Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

 Copyright, Insurance Services Office, Inc., 2003

2. **Exclusions**

This insurance does not apply to:

a. **Expected or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

1) That the insured would have in the absence of the contract or agreement; or

2) Assumed in a contract or agreement that is an "insured contract," provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract," reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage," provided:

a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1) Causing or contributing to the intoxication of any person;

2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

1) An "employee" of the insured arising out of and in the course of:

a) Employment by the insured; or

b) Performing duties related to the conduct of the insured's business; or

2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph 1) above.

This exclusion applies:

1) Whether the insured may be liable as an employer or in any other capacity; and

2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

f. **Pollution**

1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added

to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

  iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

  i) Any insured; or

  ii) Any person or organization for whom you may be legally responsible; or

**d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

  i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premies, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

  ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

  iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire."

**e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants."

**2)** Any loss, cost, or expense arising out of any:

**a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants."

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**1)** A watercraft while ashore on premises you own or rent;

**2)** A watercraft you do not own that is:

  **a)** Less than 26 feet long; and

    **b)**    Not being used to carry persons or property for a charge;

**3)**    Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**4)**    Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**5)**    "Bodily injury" or "property damage" arising out of:

    **a)**    The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

    **b)**    The operation of any of the machinery or equipment listed in paragraph **f.2)** or **f.3)** of the definition of "mobile equipment".

**h.**    **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**1)**    The transportion of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**2)**    The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.**    **War**

"Bodily injury" or "property damage," however caused, arising, directly or indirectly, out of:

**1)**    War, including undeclared or civil war;

**2)**    Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**3)**    Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.**    **Damage to Property**

"Property damage" to:

**1)**    Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**2)**    Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**3)**    Property loaned to you;

**4)**    Personal property in the care, custody or control of the insured;

**5)**    That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**6)**    That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **1), 3)** and **4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III - Limits Of Insurance**.

Paragraph **2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **3), 4), 5)** and **6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard."

**k.**    **Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.**    **Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

 Copyright, Insurance Services Office, Inc., 2003

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**1)**  "Your product";

**2)**  "Your work"; or

**3)**  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury."

**p.  Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

Exclusions **c.** through **n.** do not apply to damage by fire to premises rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1.  Insuring Agreement**

**a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may at our discretion investigate any offense and settle any claim or "suit" that may result. But:

**1)**  The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**2)**  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.**  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

**2.  Exclusions**

This insurance does not apply to:

**a.  Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury."

**b.  Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

 Copyright, Insurance Services Office, Inc., 2003

c.  **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d.  **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e.  **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f.  **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement."

g.  **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement."

h.  **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement."

i.  **Infringement Of Copyright, Patent, Trademark or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement," of copyright, trade dress or slogan.

j.  **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**1)**  Advertising, broadcasting, publishing or telecasting;

**2)**  Designing or determining content of web-sites for others; or

**3)**  An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k.  **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l.  **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m.  **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

n.  **Pollution-Related**

Any loss, cost or expense arising out of any:

**1)**  Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2)**  Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, assessing the effects of, "pollutants."

o.  **War**

"Personal and advertising injury," however caused, arising, directly or indirectly, out of:

**1)**  War, including undeclared or civil war;

    **2)**    Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

    **3)**    Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## COVERAGE C. MEDICAL PAYMENTS

**1.**    **Insuring Agreement**

    **a.**    We will pay medical expenses as described below for "bodily injury" caused by an accident:

        **1)**    On premises you own or rent;

        **2)**    On ways next to premises you own or rent; or

        **3)**    Because of your operations;

    provided that:

        **1)**    The accident takes place in the "coverage territory" and during the policy period;

        **2)**    The expenses are incurred and reported to us within one year of the date of the accident; and

        **3)**    The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

    **b.**    We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

        **1)**    First aid administered at the time of an accident;

        **2)**    Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

        **3)**    Necessary ambulance, hospital, professional nursing and funeral services.

**2.**    **Exclusions**

    We will not pay expenses for "bodily injury":

    **a.**    **Any Insured**

        To any insured, except "volunteer workers."

    **b.**    **Hired Person**

        To a person hired to do work for or on behalf of any insured or a tenant of any insured.

    **c.**    **Injury On Normally Occupied Premises**

        To a person injured on that part of premises you own or rent that the person normally occupies.

    **d.**    **Workers Compensation And Similar Laws**

        To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

    **e.**    **Athletics Activities**

        To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

    **f.**    **Products-Completed Operations Hazard**

        Included within the "products-completed operations hazard."

    **g.**    **Coverage A Exclusions**

        Excluded under Coverage A.

## SUPPLEMENTARY PAYMENTS-COVERAGES A AND B

**1.**    We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    **a.**    All expenses we incur.

    **b.**    Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    **c.**    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    **d.**    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

    **e.**    All costs taxed against the insured in the "suit."

 Copyright, Insurance Services Office, Inc., 2003

    f.    Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    g.    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.    If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit," we will defend that indemnitee if all of the following conditions are met:

    a.    The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    b.    This insurance applies to such liability assumed by the insured;

    c.    The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

    d.    The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    e.    The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    f.    The indemnitee:

        1)    Agrees in writing to:

            a)    Cooperate with us in the investigation, settlement or defense of the "suit";

            b)    Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

            c)    Notify any other insurer whose coverage is available to the indemnitee; and

            d)    Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

        2)    Provides us with written authorization to:

            a)    Obtain records and other information related to the "suit"; and

            b)    Conduct and control the defense of the indemnitee in such "suit."

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.2)** of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

    a.    We have used up the applicable limit of insurance in the payment of judgments or settlements; or

    b.    The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

---

## SECTION II – WHO IS AN INSURED

1.    If you are designated in the Declarations or Change Endorsement as:

    a.    An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.    A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.    A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d.    An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e.    A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

CG0001 12 04        Copyright, Insurance Services Office, Inc., 2003        

2.  Each of the following is also an insured:

   a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees," other than either your "executive officers," (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      1)  "Bodily injury" or "personal and advertising injury":

         a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         b)  To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph 1)a) above;

         c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs 1)a) or b) above; or

         d)  Arising out of his or her providing or failing to provide professional health care services.

      2)  "Property damage" to property:

         a)  Owned, occupied or used by,

         b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees," "volunteer workers," any partner or member (if you are a partnership or joint venture) or any member (if you are a limited liability company).

   b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c.  Any person or organization having proper temporary custody of your property if you die, but only:

      1)  With respect to liability arising out of the maintenance or use of that property; and

      2)  Until your legal representative has been appointed.

   d.  Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3.  Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a.  Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b.  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c.  Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or Change Endorsement.

## SECTION III – LIMITS OF INSURANCE

1.  The Limits of Insurance shown in the Declarations or Change Endorsement and the rules below fix the most we will pay regardless of the number of:

   a.  Insureds;

   b.  Claims made or "suits" brought; or

   c.  Persons or organizations making claims or bringing "suits."

2.  The General Aggregate Limit is the most we will pay for the sum of:

   a.  Medical expenses under Coverage C;

   b.  Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c.  Damages under Coverage B.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5.  Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

    a.  Damages under Coverage A; and

    b.  Medical expenses under Coverage C

    because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6.  Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7.  Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations or Change Endorsement, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

    a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

        1)  How, when and where the "occurrence" or offense took place;

        2)  The names and addresses of any injured persons and witnesses; and

        3)  The nature and location of any injury or damage arising out of the "occurrence" or offense.

    b.  If a claim is made or "suit" is brought against any insured, you must:

        1)  Immediately record the specifics of the claim or "suit" and the date received; and

        2)  Notify us as soon as practicable.

        You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

    c.  You and any other involved insured must:

        1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

        2)  Authorize us to obtain records and other information;

        3)  Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

        4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    d.  No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3.  **Legal Action Against Us**

    No person or organization has a right under this Coverage Part:

    a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

    A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

 Copyright, Insurance Services Office, Inc., 2003

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

**b. Excess Insurance**

This insurance is excess over:

**1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

    **a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    **b)** That is Fire insurance for premises rented to you; or temporarily occupied by you with permission of the owner

    **c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

    **d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations or Change Endorsement of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations or Change Endorsement are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

 Copyright, Insurance Services Office, Inc., 2003

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations or Change Endorsement written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment."

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportaiton between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      1) Goods or products made or sold by you in the territory described in a. above;

      2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

      3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

Copyright, Insurance Services Office, Inc., 2003

9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** An easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   **1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **a)** Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage;

   **3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in 2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker."

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto."

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **1)** Power cranes, shovels, loaders, diggers or drills; or

      **2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      **1)** Equipment designed primarily for:

- a) Snow removal;
- b) Road maintenance, but not construction or resurfacing; or
- c) Street cleaning;

2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos."

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury," arising out of one or more of the following offenses:

- a. False arrest, detention or imprisonment;
- b. Malicious prosecution;
- c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;
- d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;
- e. Oral or written publication, in any manner, of material that violates a person's right of privacy;
- f. The use of another's advertising idea in your "advertisement"; or
- g. Infringing upon another's copyright, trade dress or slogan in your "advertisement."

15. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

- a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:
    1) Products that are still in your physical possession; or
    2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:
        a) When all of the work called for in your contract has been completed.
        b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.
        c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

       Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.
- b. Does not include "bodily injury" or "property damage" arising out of:
    1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;
    2) The existence of tools, uninstalled equipment or abandoned or unused materials; or
    3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

- a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or
- b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or

floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury," "property damage," "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee," and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

    **a.** Means:

      **1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

        **a)** You;

        **b)** Others trading under your name; or

        **c)** A person or organization whose business or assets you have acquired; and

      **2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

      **1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      **2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    **a.** Means:

      **1)** Work or operations performed by you or on your behalf; and

      **2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

      **1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work," and

      **2)** The providing of or failure to provide warnings or instructions.

 Copyright, Insurance Services Office, Inc., 2003

CG0067 03 05

# EXCLUSION – VIOLATION OF STATUTES THAT GOVERN E-MAILS, FAX, PHONE CALLS OR OTHER METHODS OF SENDING MATERIAL OR INFORMATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

    **2.** **Exclusions**

        This insurance does not apply to:

        **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

        "Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

        **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

        **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

        **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

    **2.** **Exclusions**

        This insurance does not apply to:

        **DISTRIBUTION OF MATERIAL IN VIOLATION OF STATUTES**

        "Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

        **a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

        **b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

        **c.** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

Copyright, Insurance Services Office, Inc., 2004

CG0200 07 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWL COVERAGE PART

**A.** CANCELLATION (Common Policy Conditions) is replaced by the following:

CANCELLATION

1. The first Named Insured shown in the Declarations or Change Endorsement may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you written notice stating the reason for cancellation. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      1) 30 days prior to the effective date of cancellation if the policy has been in effect for 60 days or less.

      2) 60 days prior to the effective date of cancellation if the policy has been in effect for more than 60 days.

3. If this policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

NONRENEWAL

If we decide not to renew or continue this policy, we will mail you and your agent or broker written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premuim when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**C.** Mailing of Notices

We will mail cancellation and nonrenewal notices to you, and the agent or broker, at the last addresses known to us. Proof of mailing will be sufficient proof of notice.

CG0200 07 05                    Copyright, ISO Properties, Inc., 2004

CG2147 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EMPLOYMENT – RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**1)** A person arising out of any:

    **a)** Refusal to employ that person;

    **b)** Termination of that person's employment; or

    **c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **a), b)** or **c)** above is directed.

This exclusion applies:

**1)** Whether the insured may be liable as an employer or in any other capacity; and

**2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**1)** A person arising out of any:

    **a)** Refusal to employ that person;

    **b)** Termination of that person's employment; or

    **c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

**2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in paragraphs **a), b)** or **c)** above is directed.

This exclusion applies:

**1)** Whether the insured may be liable as an employer or in any other capacity; and

**2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG2147 07 98         Copyright, Insurance Services Office, Inc., 1997

CG2150 09 89

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF LIQUOR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion c. of COVERAGE A (Section I) is replaced by the following:

c.  "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

1)  Causing or contributing to the intoxication of any person;

2)  The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

3)  Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you:

1)  Manufacture, sell or distribute alcoholic beverages;

2)  Serve or furnish alcoholic beverages for a charge whether or not such activity:

a)  Requires a license;

b)  Is for the purpose of financial gain or livelihood; or

3)  Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

CG2150 09 89                    Copyright, Insurance Services Office, Inc., 1988

CG2170 11 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism," we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1.   The act resulted in aggregate losses in excess of $5 million; and

2.   The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

CG2170 11 02                    Copyright, Insurance Services Office, Inc., 2002

CG2186 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** This insurance does not apply to "bodily injury," "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

    **1.** The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

    **2.** "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system," or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the Definitions Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

    **1.** A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

    **2.** The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

    **3.** A reinforced or unreinforced base coat;

    **4.** A finish coat providing surface texture to which color may be added; and

    **5.** Any flashing, caulking or sealant used with the system for any purpose.

CG2186 12 04            Copyright, Insurance Services Office, Inc., 2003

CG2196 03 05

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

2. **Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust."

b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any insured or by any other person or entity.

B. The following exclusion is added to Paragraph **2.**, Exclusions of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Silica Or Silica-Related Dust**

a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust."

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust," by any insured or by any other person or entity.

C. The following definitions are added to the **Definitions** Section:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

 Copyright, Insurance Services Office, Inc., 2004

CG2294 10 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – DAMAGE TO WORK
## PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion l. of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

2.   **Exclusions**

This insurance does not apply to:

l.   **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard."

CG2294 10 01                    Copyright, Insurance Services Office, Inc., 2000

CG2426 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **9.** of the **Definitions** Section is replaced by the following:

9.   "Insured contract" means:

   **a.**   A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.**   A sidetrack agreement;

   **c.**   Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.**   An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.**   An elevator maintenance agreement;

   **f.**   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **1)**   That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **2)**   That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

     **a)**   Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

     **b)**   Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **3)**   Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **2)** above and supervisory, inspection, architectural or engineering activities.

Copyright, Insurance Services Office, Inc., 2004

20-1934 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EXCLUSION – ASBESTOS/LEAD

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE FORM
    BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury," "property damage," "personal or advertising injury" arising out of the actual, alleged or threatened:

1)    dispersal of asbestos, asbestos fibers or products containing asbestos, provided that the injury or damage is caused or contributed to by the hazardous properties of asbestos. This includes:

     a.    Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above; and

     b.    Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

2)    exposure to lead, paint containing lead, or any other material or substance containing lead; or

3)    any loss, cost or expense arising out of any:

     a.    Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, any other material or substance containing lead, asbestos, asbestos fiber or any product containing asbestos.

     b.    Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, any other material or substance containing lead, asbestos, asbestos fiber or any product containing asbestos.

20-1934 12 04

20-2118 01/03



**CENTRAL**
**INSURANCE**
**COMPANIES**

*–Since 1876–*

# POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is already included in your current policy. You should know that, effective November 26, 2002, under your existing coverage, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The amount of annual premium attributable to coverage for certified acts of terrorism is identified by coverage on your policy.

Michael E. Thompson, ARM
Vice President - Underwriting

8-1834 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## AMENDMENT OF PRIMARY AND EXCESS PROVISIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be either primary or primary and noncontributing. Where required by contract, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and noncontributing with this insurance.

8-1834 12 04

8-1997 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

A.   The following exclusions are added to paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability

   **2.**   Exclusions

   This insurance does not apply to:

   **aa.**   "Bodily injury" or "property damage" caused by incremental, continuous or progressive damage arising from an occurrence, which first occurred, began to occur or is alleged to have occurred prior to the inception date of this policy.

   **bb.**   Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else.

B.   The following exclusions are added to Paragraph 2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

   **2.**   Exclusions

   This insurance does not apply to:

   **aa.**   Fungi

   "Personal and advertising injury" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

   Additionally, this insurance does not apply to any loss, cost or expense arising out of any:

   testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, reediting or disposing of, or in any way responding to, or assessing the effects of, "fungi," by an insured or anyone else.

C.   The following is added to Section III - Limits of Insurance:

   **10.**   Subject to paragraph 5. above, $10,000 is the most we will pay under Coverage A for all "bodily injury" to any one person or "property damage" to any one premises, not to exceed an aggregate of $25,000 for the policy period, which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage, to the extent not excluded in Paragraph A. of this endorsement.

D.   The following definition is added to Section V - Definitions:

   **25.**   "Fungi" means any type or form of fungus, including mold, mildew or yeast, and any mycotoxins, spores, scents or by products produced or released by fungi, but does not include any fungi intended by the insured for consumption.

IL0021 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NUCLEAR ENERGY LIABILITY EXCLUSION
### ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF
  TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion 3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties;

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material."

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

a)   Any "nuclear reactor";

b)   Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

c)   Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d)   Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL0162 04 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART - LEGAL LIABILITY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART - MORTGAGEHOLDERS ERRORS AND OMISSIONS
COVERAGE FORM
EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK COVERAGE PART

A.  The provisions of Paragraph **B.** are added to all Insuring Agreements that set forth a duty to defend under:

　　1.  Section **I** of the Commercial General Liability; Commercial Liability Umbrella, Employment-Related Practices Liability, Farm, Liquor Liability, Owners And Contractors Protective Liability, Pollution Liability, Products/Completed Operations Liability, Product Withdrawal, Professional Liability, Railroad Protective Liability, Underground Storage Tank Coverage Parts and the Farm Umbrella Liability Policy;

　　2.  Section **II** - Liability Coverage in Paragraph **A. Coverage** under the Business Auto, Garage, Motor Carrier and Truckers Coverage Forms;

　　3.  Section **A.** Coverage under the Legal Liability Coverage Form; and

　　4.  Coverage **C** - Mortgageholder's Liability under the Mortgageholders Errors and Omissions Coverage Form.

B.  If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

          Copyright, Insurance Services Office, Inc., 2005

**CENTRAL INSURANCE COMPANIES**
*-Since 1876-*

## CHANGE ENDORSEMENT

1

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:**

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305
**ENDORSEMENT EFFECTIVE DATE:** 07/12/2007

**NAMED INSURED AND MAILING ADDRESS**

DMH INGREDIENTS INC
D DAMLICH AND CO
T HATCH AND CO INC
1228 AMERICAN WAY
LIBERTYVILLE IL           60048
C/O DAVID J DAMLICH

**AGENT** 5580
MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL   60006-0670

Agent's Phone: 847-640-8000

**POLICY PERIOD:**   FROM 07/12/2007   **TO** 07/12/2008
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

## POLICY CHANGES

IN CONSIDERATION OF THE ISSUANCE OF THIS POLICY, IT IS AGREED THAT THIS POLICY IS AMENDED AS SHOWN BELOW:
REFER TO ATTACHED REVISED GENERAL LIABILITY SCHEDULE.

THE TOTAL POLICY PREMIUM IS ADJUSTED TO REFLECT A CHANGE IN THE IRPM.

THE PERSONAL PROPERTY LIMIT OF PREMISES 1, BUILDING 1, IS AMENDED
FROM $1,269,000 TO $1,750,000.

THE BUSINESS INCOME LIMIT OF PREMISES 1, BUILDING 1, IS AMENDED
FROM $102,000 TO $150,000.

THE COMPUTER COVERAGE HARDWARE LIMIT OF PREMISES 1, BUILDING 1, IS
AMENDED FROM $19,500 TO $39,650.

$    376.00 ADDITIONAL PREMIUM

PRESIDENT

14-1915 05 84

DATE   09/18/2007                                           12
SECRETARY   *Edward P. Gull*

KSW     PAGE 001 of 001



**POLICY NUMBER:** CLP 8362305

REVISED EFFECTIVE - 07/12/07
\* \* \* - \* GENERAL LIABILITY SCHEDULE \* \* \* \* \*

-------------------------------------------------------------------------------
LIMITS OF INSURANCE

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $2,000,000 |
| (OTHER THAN PRODUCTS/COMPLETED OPERATIONS) | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 |
| PERSONAL AND ADVERTISING INJURY LIMIT | $1,000,000 |
| EACH OCCURRENCE LIMIT | $1,000,000 |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000 ANY ONE FIRE |
| MEDICAL EXPENSE LIMIT | $5,000 ANY ONE PERSON |

-------------------------------------------------------------------------------

| PREMIUM BASES | A - AREA<br>C - TOTAL COST<br>M - ADMISSIONS.<br>P - PAYROLL<br>S - GROSS SALES<br>U - UNITS | EXPOSURE REPORTING BASES | A - EACH<br>B - PER 1,000 |
|---|---|---|---|

-------------------------------------------------------------------------------

PREMISES
NUMBER
01    1228 AMERICAN WAY, LIBERTYVILLE, IL                60048

| CLASSIFICATION | CODE NO | TERR | PREMIUM BASES | NET RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| PREMISES AND OPERATIONS | | | | | |
| FOOD PRODUCTS MFG - DRY | 53374 | 509 | SB | | |
| | | | 8,400,000 X | 1.211 = | $10,172 |
| DISTRIBUTORS - FOOD OR DRINK | 12361 | 509 | SB | | |
| | | | 12,600,000 X | .246 = | $3,100 |
| PRODUCTS AND COMPLETED OPERATIONS | | | | | |
| FOOD PRODUCTS MFG - DRY | 53374 | 999 | SB | | |
| | | | 8,400,000 X | 2.161 = | $18,152 |

**POLICY NUMBER:** CLP 8362305

```
DISTRIBUTORS - FOOD OR DRINK     12361    999    SB
                                         12,600,000 X    .733 =    $9,236
```

|  | BASE | RATE |  |
| --- | --- | --- | --- |
| CERTIFIED ACTS OF TERRORISM COVERAGE: | $40,660 X | .600% = | $244 |

TOTAL GENERAL LIABILITY:   $40,904

**CENTRAL**
**INSURANCE**
**COMPANIES**
*–Since 1876–*

## CHANGE ENDORSEMENT                                                                2

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:**

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305
**ENDORSEMENT EFFECTIVE DATE:** 09/01/2007

**NAMED INSURED AND MAILING ADDRESS**            **AGENT** 5580

    DMH INGREDIENTS INC                   MIDWEST CERTIFIED INS AGCY LTD
    D DAMLICH AND CO                      PO BOX 670
    T HATCH AND CO INC                    ARLINGTON HTS IL   60006-0670
    1228 AMERICAN WAY
    LIBERTYVILLE IL            60048
C/O DAVID J DAMLICH

                                    Agent's Phone: 847-640-8000

**POLICY PERIOD:**      **FROM** 07/12/2007      **TO** 07/12/2008
                AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

### POLICY CHANGES

IN CONSIDERATION OF THE ISSUANCE OF THIS POLICY, IT IS AGREED THAT THIS POLICY IS AMENDED AS SHOWN BELOW:

    BUILDING COVERAGE IS DELETED FROM PREMISES 1, BUILDING 1.

$ 7,587.00 RETURN PREMIUM

PRESIDENT

14-1915 05 84

DATE  09/24/2007                                                 12

SECRETARY   *Edward P. Bull*

                RAG     PAGE 001 of 001

**CENTRAL INSURANCE COMPANIES**

## CHANGE ENDORSEMENT

3

**THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW:**

CENTRAL MUTUAL INSURANCE COMPANY

**POLICY NUMBER:** CLP 8362305
**ENDORSEMENT EFFECTIVE DATE:** 02/08/2008

**NAMED INSURED AND MAILING ADDRESS**

DMH INGREDIENTS INC
D DAMLICH AND CO
T HATCH AND CO INC
1228 AMERICAN WAY
LIBERTYVILLE IL          60048
C/O DAVID J DAMLICH

**AGENT** 5580

MIDWEST CERTIFIED INS AGCY LTD
PO BOX 670
ARLINGTON HTS IL  60006-0670

Agent's Phone: 847-640-8000

**POLICY PERIOD:**    FROM 07/12/2007    TO 07/12/2008
AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

### POLICY CHANGES

IN CONSIDERATION OF THE ISSUANCE OF THIS POLICY, IT IS AGREED THAT THIS POLICY IS AMENDED AS SHOWN BELOW:
REFER TO ATTACHED REVISED GENERAL LIABILITY SCHEDULE.

GENERAL LIABILITY PLUS COVERGE, 8-1889 0305, IS ADDED TO THE
POLICY.

$    149.00 ADDITIONAL PREMIUM

PRESIDENT

14-1915 05 84

DATE  02/27/2008

SECRETARY   Earl P. Bell

12



**POLICY NUMBER:** CLP 8362305

```
                    REVISED EFFECTIVE - 02/08/08
            * * * *  GENERAL LIABILITY SCHEDULE * * * * *
```

```
----------------------------------------------------------------------
                          LIMITS OF INSURANCE
GENERAL AGGREGATE LIMIT                                    $2,000,000
    (OTHER THAN PRODUCTS/COMPLETED OPERATIONS)
PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT             $2,000,000
PERSONAL AND ADVERTISING INJURY LIMIT                     $1,000,000
EACH OCCURRENCE LIMIT                                     $1,000,000
DAMAGE TO PREMISES RENTED TO YOU LIMIT                    $300,000 ANY ONE FIRE
MEDICAL EXPENSE LIMIT                                     $5,000 ANY ONE PERSON
----------------------------------------------------------------------
PREMIUM BASES   A - AREA         EXPOSURE REPORTING BASES   A - EACH
                C - TOTAL COST                              B - PER 1,000
                M - ADMISSIONS
                P - PAYROLL
                S - GROSS SALES
                U - UNITS
----------------------------------------------------------------------
PREMISES
 NUMBER
   01   1228 AMERICAN WAY, LIBERTYVILLE, IL              60048

            CLASSIFICATION      CODE  TERR  PREMIUM    NET      ADVANCE
                                 NO         BASES      RATE     PREMIUM

PREMISES AND OPERATIONS

  FOOD PRODUCTS MFG - DRY        53374  509   SB

                                     8,400,000 X   1.211 =  $10,172

  DISTRIBUTORS - FOOD OR DRINK   12361  509   SB

                                    12,600,000 X    .246 =   $3,100

PRODUCTS AND COMPLETED OPERATIONS

  FOOD PRODUCTS MFG - DRY        53374  999   SB

                                     8,400,000 X   2.161 =  $18,152
```

**POLICY NUMBER:** CLP 8362305

DISTRIBUTORS - FOOD OR DRINK     12361     999     SB

12,600,000 X     .733 =     $9,236

| MISCELLANEOUS LIABILITY | LIMITS (IF APPLICABLE) | | ADVANCE PREMIUM |
|---|---|---|---|
| GENERAL LIABILITY PLUS | | | $350 |
| | BASE | RATE | |
| CERTIFIED ACTS OF TERRORISM COVERAGE: | $41,010 X | .600% = | $246 |

TOTAL GENERAL LIABILITY:     $41,256

8-1889 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL LIABILITY PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

These modifications are subject to the terms and conditions applicable to coverage in the policy except as provided below.

**A.    Employee Benefits Liability Coverage**

The following is added to Section I - Coverages: EMPLOYEE BENEFITS LIABILITY COVERAGE.

**1.    Insuring Agreement.**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of any act, error or omission of the insured, or of any other person for whose acts the insured is legally liable, to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of an act, error or omission and settle any "claim" or "suit" that may result. But:

        **1)**    The amount we will pay for damages is limited as described in SECTION III LIMITS OF INSURANCE for Employee Benefits Liability Coverage and

        **2)**    Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

    **b.**    This insurance applies to damages only if:

        **1)**    The act, error or omission is negligently committed in the "administration" of your "employee benefit program";

        **2)**    The act, error or omission is caused by an "occurrence" that takes place in the "coverage territory"; and

        **3)**    The act, error or omission occurs during the policy period.

**2.    Exclusions**

This insurance does not apply to:

    **a.    Dishonesty, Fraud Or Criminal Act**

    Damages arising out of any dishonest, fraudulent, criminal or malicious act or omission, committed by any insured, including the willful or reckless violation of any statute.

    **b.    Bodily Injury, Property Damage, Or Personal And Advertising Injury**

    "Bodily injury," "property damage" or "personal and advertising injury."

    **c.    Failure To Perform A Contract**

    Damages arising out of failure of performance of contract by any insurer.

    **d.    Insufficiency Of Funds**

    Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program."

    **e.    Inadequacy Of Performance Of Investment/Advice Given To Participate**

    Any "claim" or "suit" based upon:

        **1)**    Failure of any investment to perform;

        **2)**    Errors in providing information on past performance of investment vehicles; or

        **3)**    Advice given to any person to participate or not to participate in any plan included in the "employee benefit program."

**f.    Workers Compensation And Similar Laws**

Damages arising out of any "claim" related to any workers compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

**g.    ERISA**

Damages for which the insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or any similar federal, state or local laws.

**h.    Available Benefits**

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

**i.    Taxes, Fines Or Penalties**

**1)**    Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law; or

**2)**    Loss or damages arising out of the imposition of such taxes, fines or penalties.

**j.    Employment-Related Practices**

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

**3.    Supplementary Payments - Coverages A and B**

For the purposes of the coverage provided by Employee Benefits Liability Coverage, the Supplementary Payments - Coverages A and B apply except for Paragraphs **1.b.** and **2.**

**SECTION II - WHO IS AN INSURED,** Paragraphs **2.** and **3.** are replaced by the following for Employee Benefits Liability Coverage:

**2.**    Each of the following is also an insured:

**a.**    Each of your "employees" who is or was authorized to administer your "employee benefit program."

**b.**    Any persons, organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

**c.**    Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Endorsement.

**3.**    Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.**    Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier.

**b.**    Coverage under this provision does not apply to any act, error or omission that occurred before you acquired or formed the organization.

**SECTION III - LIMITS OF INSURANCE** is replaced by the following for the Employee Benefits Liability Coverage:

**1)**    The Limits of Insurance shown below and the rules below fix the most we will pay regardless of the number of:

**a)**    Insureds;

**b)**    "Claims" made or "suits" brought;

**c)**    Persons or organizations making "claims" or bringing "suits";

**d)**    Acts, error or omissions which result in loss; or

**e)**    Benefits included in your "employee benefit program."

**2)**    $2,000,000 is the most we will pay for all damages because of acts, errors or omissions committed in the "administration" of your "employee benefit program."

**3)**    Subject to the above Limit, $1,000,000 is the most we will pay for all damages sustained by any one "employee," including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

**a)**    An act, error or omission; or

**b)** A series of acts, errors or omissions

negligently committed in the "administration" of your "employee benefit program."

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program."

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less that 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

4. **Deductible**

   a. Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of $1,000. The limits of insurance shall not be reduced by the amount of this deductible.

   b. The deductible amount applies to all damages sustained by any one "employee," including such "employee's" dependents and beneficiaries, because of all acts, errors or omissions to which this insurance applies.

   c. The terms of this insurance, including those with respect to:

      1) Our right and duty to defend any "suits" seeking those damages; and

      2) Your duties, and the duties of any other involved insured, in the event of an act, error or omission, "claim" or "suit"

      apply irrespective of the application of the deductible amount.

   d. We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

**SECTION IV - CONDITIONS,** Paragraphs 2. and 4. are replaced by the following for the Employee Benefits Liability Coverage:

2. **Duties In The Event Of An Act, Error Or Omission, "Claim" Or "Suit"**

   a. You must see to it that we are notified as soon as practicable of an act, error or omission which may result in a "claim." To the extent possible, notice should include:

      1) What the act, error or omission was and when it occurred; and

      2) The names and addresses of anyone who may suffer damages as a result of the act, error or omission.

   b. If a "claim" is made or "suit" is brought against any insured, you must:

      1) Immediately record the specifics of the "claims" or "suit" and the date received; and

      2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the "claim" or "suit" as soon as practicable.

   c. You and any other involved insured must:

      1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

      2) Authorize us to obtain records and other information;

      3) Cooperate with us in the investigation or settlement of the "claim" or defense against the "suit"; and

      4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of an act, error or omission to which this insurance may also apply.

   d. No insured will, except at the insured's own cost, voluntarily make a payment, assume any obligation or incur any expense without our consent.

4. **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this endorsement, our obligations are limited as follows:

a. **Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

b. **Excess Insurance**

Any other primary insurance available to you covering acts, errors or omissions for which you have been added as an additional insured.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we may undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

1) The total amount that all such other insurance would pay for the loss in absence of this insurance; and

2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limits of insurance of all insurers.

**SECTION V - DEFINITIONS** is amended by adding the following definitions for Employee Benefits Liability Coverage:

1. "Administration" means:

   a. Providing information to "employees," including their dependents and beneficiaries, with respect to eligibility for or scope of "employee benefit programs";

   b. Handling records in connection with the "employee benefit program"; or

   c. Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program."

   However, "administration" does not include handling payroll deductions.

2. "Cafeteria plans" means plans authorized by the applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

3. "Claim" means any demand, or "suit," made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

4. "Employee benefit program" means a program providing some or all of the following benefits to "employees," whether provided through a "cafeteria plan" or otherwise.

   a. Group life insurance; group accident or health insurance; dental, vision and hearing plans; and flexible spending accounts; provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements;

   b. Profit sharing plans, employee savings plans, employee stock ownership plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to all "employees" who are eligible for such benefits;

   c. Unemployment insurance, social security benefits, workers compensation and disability benefits;

   d. Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies.

8-1889 03 05                                                                 Page 4 of 9

SECTION V - DEFINITIONS - the definition of "employee" and "suit" is replaced for Employee Benefits Liability Coverage by the following:

"Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

"Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a.  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b.  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

B.  **Additional Insured - Automatic Status (not applicable to Employee Benefits Liability Coverage)**

1.  SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization (called additional insured) whom you are required to add as an additional insured on this policy under:

    A written contract, permit or agreement; and

    a.  Currently in effect or becoming effective during the term of this policy; and

    b.  Executed prior to the "bodily injury," "property damage," "personal injury and advertising injury."

2.  The insurance provided to the additional insured is limited as follows:

    a.  That person or organization is only an additional insured with respect to liability caused, in whole or in part, by:

        1)  Your premises;

        2)  "Your work" for that additional insured; or

        3)  Acts or omissions of the additional insured in connection with the general supervision of "your work."

    b.  The Limits of Insurance applicable to the additional insured are those specified in the written contract or agreement or in the Declarations for this policy, whichever is less. These Limits of Insurance are inclusive and not in addition to the Limits of Insurance shown in the Declarations.

    c.  Except when required by written contract or agreement, the coverage provided to the additional insured by this endorsement does not apply to:

        1)  "Bodily injury," "property damage" or "personal injury and advertising injury" occurring after:

            a)  All work on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured at the site of the covered operations has been completed; or

            b)  The portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project.

        2)  "Bodily injury" or "property damage" arising out of acts or omissions of the additional insured other than in connection with the general supervision of "your work."

    d.  The insurance provided to the additional insured does not apply to "bodily injury," "property damage," "personal injury and advertising injury" arising out of an architect's, engineer's, or surveyor's rendering of or failure to render any professional services including:

        1)  The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

        2)  Supervisory, or inspection activities performed as part of any related architectural or engineering activities.

3.  As respects the coverage (not applicable to Employee Benefits Liability Coverage) provided under the General Liability Plus SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, Paragraph 4.b.2) is amended with the addition of the following:

4.  **Other Insurance - Excess Insurance**

    b.  2)  This insurance is excess over:

        Any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis unless a contract specifically requires that this insurance be either primary or primary and noncontributing. Where required by contract, we will consider any other insurance maintained by the additional insured for injury or damage covered by this endorsement to be excess and noncontributing with this insurance.

**C.  Additional Insured - Vendors (not applicable to Employee Benefits Liability Coverage)**

SECTION II - WHO IS AN INSURED is amended to include as an insured any person or organization (vendor) with whom you agreed, because of a written contract or agreement, to provide insurance, but only with respect to bodily injury or property damage caused, in whole or in part, by your products which are distributed or sold in the regular course of the vendor's business, subject to the following additional provisions:

1.  The insurance afforded the vendor does not apply to:

   a.  Bodily injury or property damage for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b.  Any express warranty unauthorized by you;

   c.  Any physical or chemical change in the product made intentionally by the vendor;

   d.  Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e.  Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the distribution or sale of the products;

   f.  Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

   g.  Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

2.  This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**D.  Include Directors Or Trustees On Committees As Employees (not applicable to Employee Benefits Liability Coverage)**

SECTION V - DEFINITIONS is amended by the addition of the following to definition 5.:

"Employee" also includes any of your directors or trustees acting as a member of any of your elected or appointed committees to perform on your behalf specific, as distinguished from general, directorial acts.

**E.  Waiver Of Transfer Of Rights Of Recovery Against Others To Us**

The TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US, SECTION IV CONDITION 8., is amended by the addition of the following:

We waive any right of recovery we may have against any person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard." This waiver applies only to the person or organization which, before the loss, you have agreed in writing to waive your right of recovery.

**F.  Newly Formed Or Acquired Organizations (not applicable to Employee Benefits Liability Coverage)**

SECTION II - WHO IS AN INSURED is amended to include any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

1.  Coverage under this provision is afforded only until 180 days after you acquire or form the organization or the end of the policy period, whichever is earlier.

2.  Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

3.  Coverage B does not apply to "personal injury and advertising injury" arising out of an offense committed before you acquired or formed the organization.

**G.  Notice Of Occurrence, Knowledge Of Occurrence, Unintentional Omission**

The following is added to SECTION IV.2. - DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT:

   e.  Notice of Accident/Occurrence

   When you report to your Workers Compensation carrier the occurrence of any accident which later develops into a liability claim covered under this policy, failure to report the accident to us at the time of occurrence is not in violation of the Conditions of this policy. However, as soon as you

are definitely made aware of the fact that the particular accident is a liability claim rather than a Workers Compensation claim prompt notification must be given to us.

    **f.**    Unintentional Errors and Omissions

        The insurance afforded by this policy is not invalidated by any unintentional errors, omissions or improper description of premises or your unintentional failure to disclose all hazards existing at inception date of the policy.

    **g.**    Knowledge of Accident/Occurrence

        Knowledge of an accident/occurrence by your agent, servant or employee is not knowledge by you unless an executive officer of your Corporation received such notice from its agent, servant or employee.

## H.  Voluntary Property Damage

  **1.**  We will pay, at your request, for loss due to "Property Damage" to property of others caused by you, or while in your possession, arising out of your business operations.

  **2.**  "Loss" means unintentional damage or destruction but does not include disappearance, theft, or loss of use.

  **3.**  Limits of Insurance - The most we will pay for "loss" under the Voluntary Property Damage is **$2,500** for each "occurrence." The most we will pay for the sum of all damages because of "Property Damage" is an annual policy aggregate limit of **$10,000.**

  **4.**  Deductible - We will not pay for "loss" in any one "occurrence" until the amount of "loss" exceeds **$250.**

      We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

  **5.**  The insurance under the Voluntary Property Damage shall not apply:

    **a.**  To "loss" of property at premises owned, rented, leased, operated, or used by you;

    **b.**  To "loss" of property while in transit;

    **c.**  To "loss" of property owned by, rented to, leased to, borrowed by or used by you;

    **d.**  To the cost of repairing or replacing (1) any work defectively or incorrectly done, (2) any product manufactured, sold or supplied by you, unless the "Property Damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking;

    **e.**  To "loss" of property included within the "Products/Completed Operations Hazard";

    **f.**  To "loss" of property which is an "auto" or "mobile equipment."

    **g.**  To "loss" of property caused by "pollutants."

  **6.**  In the event of "loss" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

## I.  Non-Owned Watercraft And Non-Owned Aircraft Liability

SECTION I - COVERAGE A, exclusion 2.g. is replaced by the following:

    **g.**  "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading." This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

    This exclusion does not apply to:

    **1)**  A watercraft while ashore on premises you own or rent;

    **2)**  A watercraft you do not own that is:

        **a)**  Less than 60 feet long; and

        **b)**  Not being used to carry persons or property for a charge;

    **3)**  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

    **4)**  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

     **5)** "Bodily injury" or "property damage" arising out of:

       **a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

       **b)** The operation of any of the machinery or equipment listed in paragraph f.2) or f.3) of the definition of "mobile equipment."

     **6)** An aircraft you do not own provided it is not operated by any insured.

## J. Fire, Sprinkler Leakage Or Explosion

**1.** The word "fire" is changed to "fire, sprinkler leakage or explosion" where it appears in:

   **a.** The Limits of Insurance section of the Declaration;

   **b.** Paragraph 6. of SECTION III - LIMITS OF INSURANCE; and

   **c.** Paragraph 4.b. of the OTHER INSURANCE condition;

**2.** Section 9.a. under SECTION V. - DEFINITIONS is amended to read: a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, sprinkler leakage or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is not an insured contract.

**3.** The last paragraph of COVERAGE A (Section I) (after the exclusions) is replaced by the following:

     Exclusions c. through n. do not apply to damage by fire, sprinkler leakage or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

But the Limit of Insurance shown in the Declaration will apply to all damage proximately caused by the same event.  Whether such damage results from fire, sprinkler leakage or explosion or any combination of the three.

**4.** The Damage to Premises Rented To You Limit in Paragraph 6. of LIMITS OF INSURANCE (Section III), is replaced by a new Fire, Sprinkler Leakage or Explosion Limit, which will be subject to all of the terms of LIMITS OF INSURANCE (Section III). The new Fire, Sprinkler Leakage or Explosion Limit is $300,000.

## K. Pollution Coverage For Upset Of Mobile Equipment

The Insuring Agreement for "property damage" liability with respect to your operations is extended as follows:

**1.** We will pay those sums which you become legally obligated to pay for "property damage" caused directly by immediate, abrupt and accidental upset, overturn or collision of your "mobile equipment" while transporting "pollutants" which are intended for and normally used in your operations. The operations must be in compliance with local, state, and federal ordinances and laws.

**2. EXCLUSIONS**

   **a.** With regard only to the coverage provided by this extension K., SECTION I - COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY. 2. Exclusions. f. is deleted and replaced by the following for this extension only:

     **f.** Pollution

     Any loss, cost or expense arising out of any:

      **1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

      **2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

      **3)** Premises, site or location which is or was at any time owned, rented or loaned to any insured.

## L. Aggregate Limits Of Insurance (not applicable to Employee Benefits Liability Coverage)

The General Aggregate Limit under SECTION III - LIMITS OF INSURANCE, Paragraph 2. applies separately to each of your "location(s)" owned by or rented to you or "project(s)" away from "location(s)" owned by or rented to you.

"Location" and/or "project" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

8-1889 03 05

**M.  Supplementary Payments - Higher Limits**

Under SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B:

Paragraph **1.b.** is replaced by the following:

Up to $2000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

Paragraph **1.d.** is replaced by the following:

All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $400 a day because of time off from work.

**N.  Reasonable Force Expansion - Property Damage**

Exclusion 2.a. of Coverage A is replaced with the following:

**a.**  Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

The following is added to SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS, 4. OTHER INSURANCE:

When this General Liability Plus endorsement provides coverage and such coverage is also provided by any other provision of this policy:

**a.**  There shall be no duplication of the Limits of Insurance.

**b.**  Any loss payment made under such other provisions shall reduce by such loss payments the Limits of Insurance available under the General Liability Plus endorsement.

SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is amended by adding:

LIBERALIZATION

If we adopt a change in our Comprehensive General Liability Coverage forms or rules that would broaden the coverage without extra charge, the broader coverage will apply to this Coverage Form. It will apply when the change becomes effective in your state.