U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Central Mutual Insurance Company and All America Insurance Company v. DMH Ingredients, Inc., a corporation and Golden Gate Beverage Company, | FILED: JUNE 26, 2008<br>08CV3670<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE MASON<br>NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central Mutual Insurance Company and All America Insurance Company

| NAME (Type or print) |
|---|
| Thomas B. Underwood |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Thomas B. Underwood |
| FIRM |
| Purcell & Wardrope, Chtd. |
| STREET ADDRESS |
| 10 S. LaSalle Street, Suite 1200 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3122933 | 312-427-3900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐