3381 MDS/TBU

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY )<br>and ALL AMERICA INSURANCE COMPANY, )<br>)<br>        Plaintiffs, )<br>)<br>vs. )<br>)<br>DMH INGREDIENTS, INC., a corporation, )<br>and GOLDEN GATE BEVERAGE COMPANY, )<br>)<br>        Defendants. ) | 08 CV 3670 |

## NOTICE OF FILING

**TO:** All Counsel of Record
*(See Certificate of Service)*

PLEASE TAKE NOTICE that on **July 31, 2008** there was filed in the office of the United States District Court for the Northern District of Illinois, Eastern Division, Defendants, **DMH INGREDIENTS, INC. AND GOLDEN GATE BEVERAGE COMPANY, INC.'S WAIVER OF SERVICE OF SUMMONS**, a copy of which is attached hereto and served upon you.

                                                                     s/Thomas B. Underwood
                                                                     Thomas B. Underwood

PURCELL & WARDROPE, CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\TBU PUBLIC\3381 DMH\Pleadings\NOF001.doc

1

## CERTIFICATE OF SERVICE

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Defendant's Defendants, **DMH INGREDIENTS, INC. AND GOLDEN GATE BEVERAGE COMPANY, INC.'S WAIVER OF SERVICE OF SUMMONS**, electronically referenced herein to all attorneys of record, at their listed addresses, on **July 31, 2008.**

s/Genevieve Zimmerman
Genevieve Zimmerman

SUBSCRIBED AND SWORN to before me this 31st day of July, 2008.

/s/ Josefina Rojas
Notary Public

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011

**Attorney for Golden Gate Beverage Company**
John E. Fischer
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
PO Box 1319
Sacramento, CA 95812-1319
Telephone: (916) 446-2300 x3038
Facsimile: (916) 503-4000
jfischer@murphyaustin.com

**Attorney for DMH Ingredients**
Richard A. Greenswag
KAPLAN & GREENSWAG LLC
181 Waukegan Road, Suite 205
Northfield, IL 60093
Telephone: (847) 501-5303
Facsimile: (847) 501-5325
rgreenswag@kaplangreenswag.com