3381 MDS/TBU

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY<br>and ALL AMERICA INSURANCE COMPANY,<br><br>           Plaintiffs,<br><br>vs.<br><br>DMH INGREDIENTS, INC., a corporation,<br>and GOLDEN GATE BEVERAGE COMPANY,<br><br>           Defendants. | 08 CV 3670 |

## MOTION FOR DISMISSAL PURSUANT TO SETTLEMENT

NOW COME the Plaintiffs, CENTRAL MUTUAL INSURANCE COMPANY and ALL AMERICA INSURANCE COMPANY, and move this Court to dismiss this case, with prejudice and without costs or fees, all matters having been settled among the parties.

           Respectfully Submitted,

           s/Thomas B. Underwood
           Thomas B. Underwood

PURCELL & WARDROPE, CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\TBU PUBLIC\3381 DMH\Pleadings\MotionToDismiss.doc

1

## CERTIFICATE OF SERVICE

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Motion for Dismissal Pursuant to Settlement, electronically referenced herein to all attorneys of record, at their listed addresses, on **August 21, 2008.**

s/Genevieve Zimmerman
Genevieve Zimmerman

SUBSCRIBED AND SWORN to before me this 21st day of August 2008.

/s/ Josefina Rojas
Notary Public



"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011

**Attorney for Golden Gate Beverage Company**
John E. Fischer
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
PO Box 1319
Sacramento, CA  95812-1319
Telephone:  (916) 446-2300 x3038
Facsimile:  (916) 503-4000
jfischer@murphyaustin.com

**Attorney for DMH Ingredients**
Richard A. Greenswag
KAPLAN & GREENSWAG LLC
181 Waukegan Road, Suite 205
Northfield, IL  60093
Telephone:  (847) 501-5303
Facsimile:  (847) 501-5325
rgreenswag@kaplangreenswag.com