3381 MDS/TBU

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY and ALL AMERICA INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> DMH INGREDIENTS, INC., a corporation, and GOLDEN GATE BEVERAGE COMPANY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 08 CV 3670 |

### NOTICE OF MOTION

**To:**   All Counsel of Record
     (*See Affidavit of Mailing*)

PLEASE TAKE NOTICE that on **August 26, 2008 at 9:30 a.m.**, or as soon thereafter as counsel might be heard, I shall appear before the **Honorable Judge Guzman in Courtroom 1219 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois,** and shall then and there present **a MOTION FOR DISMISSAL PURSUANT TO SETTLEMENT,** a copy of which is attached hereto and served upon you.

                              s/Thomas B. Underwood
                              Thomas B. Underwood

PURCELL & WARDROPE CHTD.
10 S. LaSalle Street, Suite 1200
Chicago, IL 60603
(312) 427-3900
F:\TBU PUBLIC\3381 DMH\Pleadings\NOM001.doc

## AFFIDAVIT OF MAILING

I, Genevieve Zimmerman, being first duly sworn, upon oath, depose and state that affiant served a copy of the foregoing Notice of Motion and Motion electronically referenced herein to all attorneys of record, at their listed addresses, on **August 21, 2008.**

/s/ Genevieve Zimmerman

SUBSCRIBED AND SWORN to before me this 21st day of August 2008.

/s/ Josefina Rojas

"OFFICIAL SEAL"
Josefina Rojas
Notary Public, State of Illinois
My Commission Expires June 6, 2011

**Attorney for Golden Gate Beverage Company**
John E. Fischer
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
PO Box 1319
Sacramento, CA  95812-1319
Telephone:  (916) 446-2300 x3038
Facsimile:  (916) 503-4000
jfischer@murphyaustin.com

**Attorney for DMH Ingredients**
Richard A. Greenswag
KAPLAN & GREENSWAG LLC
181 Waukegan Road, Suite 205
Northfield, IL  60093
Telephone:  (847) 501-5303
Facsimile:  (847) 501-5325
rgreenswag@kaplangreenswag.com