**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Central Mutual Insurance Company, et al.
                                            Plaintiff,

v.   Case No.: 1:08−cv−03670
     Honorable Ronald A. Guzman

DMH Ingredients, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion by Plaintiffs Central Mutual Insurance Company, All America Insurance Company to dismiss [9] is granted. All matters in controversy having been settled, the above−entitled case is hereby dismissed with prejudice and without costs or fees. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.